Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of South Carolina**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13



**FILED**
at 9 O'clock 38 min. A M

APR 10 2025

United States Bankruptcy Court
Columbia, South Carolina

☐ Check if this is an
amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                   06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1.  Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Jacqueline<br>First name<br><br>Elizabeth<br>Middle name<br><br>Ard<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | Terry<br>First name<br><br>Frank<br>Middle name<br><br>Nicola<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2.  All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>Global Management Group LLC<br>Business name (if applicable)<br><br>Beachside Estates LLC<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>Beachside Estates LLC<br>Business name (if applicable)<br><br>Global Management Group LLC<br>Business name (if applicable) |
| **3.  Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - 3 7 4 8<br>OR<br>9xx - xx - ___ ___ ___ | xxx - xx - 8 2 8 6<br>OR<br>9xx - xx - ___ ___ ___ |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |

**4. Your Employer Identification Number (EIN), if any.**

About Debtor 1:
EIN  6 1 - 1 6 0 4 1 1 1
EIN  8 8 - 1 0 0 9 4 3 1

About Debtor 2 (Spouse Only in a Joint Case):
EIN  8 8 - 1 0 0 9 4 3 1
EIN  6 1 - 1 6 0 4 1 1 1

**5. Where you live**

**239 Beach City Rd Unit 3218**
Number    Street

_____

**Hilton Head Island, SC 29926-4718**
City                          State      ZIP Code

**Beaufort**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

**21215 Dartmouth Dr**
Number    Street

_____
P.O. Box

**Southfield, MI 48076-5634**
City                          State      ZIP Code

If Debtor 2 lives at a different address:

**663 William Hilton Parkway Unit 4408**
Number    Street

_____

**Hilton Head Island, SC 29928**
City                          State      ZIP Code

**Beaufort**
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

**21215 Dartmouth**
Number    Street

_____
P.O. Box

**Southfield, MI 48076**
City                          State      ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_Business_
_Primary Residence_
_____
_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____
_____
_____
_____

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**8.   How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ☑ Yes.

| District | When | Case number |
|---|---|---|
| **District of South Carolina** | **10/04/2024** MM / DD / YYYY | **24-03611** |
| **Eastern District of Michigan** | **01/31/2025** MM / DD / YYYY | **25-40952** |
| ~~District of South Carolina~~ | ~~10/04/2024~~ MM / DD / YYYY | ~~24-03611~~ |

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No.
- ☐ Yes.

| Debtor | Relationship to you |
|---|---|
| _____ | _____ |
| District | When | Case number, if known |
| _____ | _____ MM / DD / YYYY | _____ |

| Debtor | Relationship to you |
|---|---|
| _____ | _____ |
| District | When | Case number, if known |
| _____ | _____ MM / DD / YYYY | _____ |

**11.   Do you rent your residence?**

- ☑ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                     State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

<div style="background:black; color:white">**Part 4:** **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**</div>

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property?    _____
Number        Street
_____
_____
City                              State      ZIP Code

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* _____ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

- ☑ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,000-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____
Jacqueline Elizabeth Ard, Debtor 1

Executed on __04/09/2025__
MM/ DD/ YYYY

X _____
Terry Frank Nicola, Debtor 2

Executed on __04/09/2025__
MM/ DD/ YYYY

Debtor 1    **Jacqueline**    **Elizabeth**    **Ard**
Debtor 2    **Terry**    **Frank**    **Nicola**

  First Name    Middle Name    Last Name    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** _____    Date **04/09/2025**
Signature of Attorney for Debtor    MM / DD / YYYY

**Jacqueline Ard** _____
Printed name

**Global Management Group** _____
Firm name

**21215 Dartmouth** _____
Number    Street

_____

**Southfield** _____    **MI**    **48076**
City    State    ZIP Code

Contact phone **(313) 770-7051** _____    Email address **globalmanagement525@gmail.com**

_____    _____
Bar number    State

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE: **Ard, Jacqueline Elizabeth**
     **Nicola, Terry Frank**

CASE NO

CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**04/09/2025**___     Signature _____

Jacqueline Elizabeth Ard, Debtor

Date ___**04/09/2025**___     Signature _____

Terry Frank Nicola, Joint Debtor

**AAdvantage Aviator**
Portfolio Recovery
PO Box 8828
Wilmington, DE 19899-8828

**ADT Security Services**
1501 Yamato Road
Boca Raton, FL 33431

**ADT Security Services**
P.O. Box 650485
Pittsburgh, PA 15250

**ADT, LLC**
Transworld Systems Inc
500 Virginia Dr. Suite 514
Ft Washington, PA19304

**Allstate Indemnity**
PO Box 4310
Carol Stream, IL 60197

**Allstate Insurance**
P.O. Box 21169
Roanoke, VA 24018-0537

**American Express –**
**AXP LEGAL ATTORNEY**
500 North Franklin Turnpike No. 315
MAIL CODE 297
Ramsey, New Jersey 07446

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Americollect Inc**
PO Box 2080
Manitowoc, WI 54221-2080

**Armstrong Cable**
P.O. Box 300
Lancaster, PA 17604-3001

**Associated Credit Services, INC**
P.O. Box 1201
Tewksbury, MA 01876

**Association Services, An Associa Company**
C/O Hilton Head Resort
1040 William Hilton Pky #200
Hilton Head Island, SC 29928

**ATandT**
P.O. BOX 5080
Carol Stream, IL 60197-6080

**AWA Collections**
P.O. BOX 6605
Orange, CA 92863

**Bank of America**
P.O. Box 982238
El Paso TX 79998

**Barclays Bank Delaware**
Attention: Card Services LEGAL
PO. Box 8833
Wilmington, DE 19899-8833

**Barry Mullis**
239 Beach City Road Apt 2213
Hilton Head Island, SC 29926-4713

**Beaufort County Sheriff's Department**
Melissa Hansen
PO. Box 1758
Beaufort, SC 29901

**Beaufort County Treasurer**
P.O. Drawer 487
Beaufort, SC 29901-0487

**Beaumont Medical Transport Services**
950 West Maple St Suite C
Troy, MI 48084

**Braun Kendrick Finkbeiner PLC**
Mitchell G. Piper
4301 Fashion Square Blvd
Saginaw, MI 48603

**Capital One Auto Finance, a division of**
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Capone-Kohls**
P.O. Box 3115
Milwaukee, WI 53201-3115

**Carter-Young, Inc.**
120 2nd St 2nd
Fl Monroe, GA 30655

**CBE Group Spectrum Mobile**
Attn: Client Services
P.O. Box 2547

**Chase Card Services**
P.O. Box 6294
Carol Stream, IL 60197

**Citibank**
PO Box 790034
St. Louis, MO 63179-0034

**Citicorp Credit Services**
Attn: IRU
PO. Box 790034
St. Louis, MO 63179

**Citizens Bank**
One Citizens Plaza
Providence, RI 02903

**City of Detroit - Property Tax**
P.O. Box  33193
Detroit, MI 48232-5193

**Clare County 55th Judicial Circuit**
225 West Main
Harrison, MI 43625

**Comenity Caesars Rewards**
P.O. Box 650960
Dallas, TX 75263-0960

**Comenity - Zales**
PO Box 650971
Dallas, TX 75265-0971

**Comenity Portfolio Refresh**
3095 Loyalty Circle
Columbus, OH 43219

**Consumers Energy Company**
Attn: Legal Dept
One Energy Plaza
Jackson, MI 49201

**County Council Of Beaufort County Assessor**
Real Property Services
P.O. Drawer 1229
Beaufort, SC 29901

**Credit Management Company**
PO Box 16346
Pittsburgh, PA 15242-0346

**Credit One Bank**
PO Box 98875
Las Vegas, NV 89193-8875

**Crown Asset Mgmt**
3100 Breckinridge Blvd Ste 725
Duluth, GA 30096-7605

**Cuyahoga Community College**
700 Carnegie Ave.
Cleveland, OH 44115

**Dave Yost OH Attorney General**
Attn: Timothy Sullivan
18013 Cleveland Pkwy Suite 180
Cleveland, OH 44135

**Dillon McCandless King Coulter and Graham, LLP**
128 West Cunningham Street
Butler, PA 16001

**Dish Network LLC**
9601 S. Meridian Blvd
Englewood, CO 80112

**Diverse Funding**
3580 Harlem Rd Suite 6
Cheektowaga, NY 14215-2045

**DNF Associates**
2351 N Forest Road Suite 110
Getzville, NY 14068

**DTE**
1 Energy Plaza
WCB 735 Attention Legal Dept
Detroit, MI 48226-1221

**Duquesne Light**
Payment Processing Center
P.O. BOX 67
Pittsburgh, PA 15257-0001

**Enterprise Rental Car**
600 Corporate Park Drive
St. Louis, Missouri 63105

**Fifth Third Bank**
MD No. ROPS05 Bankruptcy Dept
1850 East Paris SE
Grand Rapids, MI 49546-6253

**First Energy - Penn Power**
PO Box 16001
Reading, PA 19612-6001

**Firstsource Advantage, LLC**
205 Bryant Woods South
Amherst, NY 14228

**Forefront Dermatology**
801 York Street
Manitowoc, WI 54220

**Fortiva - Bob's Discount Furniture**
P.O. Box 650721
Dallas, TX 75265-0271

**Go Store It**
33 Parameter Road
Bluffton, SC 29910

**Garry Masterson, Weltman,**
Weinberg and Reis Co, LPA
5990 West Creek Road suite 200
Independence, Ohio 44131

**George B. Smythe**
4000 S. Faber Place Dr Suite 300
Charleston, SC 29405

**Georgia Traffic**
PO Box 80447
Conyers, GA 30013

**Go Store It**
1249 Avondale Rd
Hendersonville, TN 37075

**Greensky**
PO. Box 2730
Alpharetta, GA 30023

**Hargray Communications-Cable One Inc**
856 William Hilton Parkway
Hilton Head Island, SC 29928-3423

**Hilton Head Resort-Four Seasons Centre**
HHR Council of Owners
Attn: Board of Directors
663 Wiliam Hilton Parkway
Hilton Head Island, SC 29928-3508

**Home Depot**
Centralized Bankruptcy
P.O. Box 790034
St. Louis, MO 63179-0034

**Home Depot Loan**
PO Box 2730
Alpharetta, GA 30023-2730

**Master In Equity**
102 Ribaut Road 2nd Floor
Beaufort, SC 29902

**Honorable Nicola Henry-Taylor**
Allegheny Court of Common Pleas
712 City-County Building
414 Grant St
Pittsburg, PA 15219

**Ian D. Maguire and Tiffany Buffkin**
Maguire Law Firm
1600 North Oak Street Suite B
Myrtle Beach, SC 29577

**Janet Spineili**
100 Kensington Blvd Apt NO. 918
Bluffton, SC 29910-7481

**Jannine M. Mutterer, Esq.**
5 Cedar Street
Bluffton, SC 29910

**John Curtis**
100 Kensington Blvd Apt NO. 1603
Bluffton, SC 29910-7490

**Jordan Tax Service**
102 Rahway Road
McMurray, PA 15317-3349

**JPMCB Card Services**
PO Box 15369
Wilmington, DE 19850-5369

**JPMORGAN Chase Bank**
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, NA.
c/o Robertson, Anschutz, Schneid, Crane
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013 Addison, Texas 75001

**Judy Vanderveer**
663 William Hilton Parkway Apt 3121
Hilton Head Island, SC 29928-3524

**Midland Credit Management**
320 East Big Beaver Suite 300
Troy, MI 48083

**Monevo Inc**
8910 University Cntr Lane Suite 400
San Diego, CA 92122

**Morgan S. Templeton**
145 King Street Suite 300
Charleston, SC 29402

**Mr. Cooper**
P.O. Box 619094
Dallas, TX 75261

**National Credit Systems**
Attn: Bankruptcy
PO Box 672288
Marietta, GA 30006-0039

**Nationstar Mortgage**
PO Box 199111
Dallas, TX 75219-9111

**Nationwide Credit Inc**
1225 Washington St Ste 301
Tempe, AZ 85288

**NES**
2479 Edison Blvd Unit A
Twinsburg, OH 44087

**Norman's**
24777 Telegraph Rd
Southfield, MI 48033

**NORTHSTAR LOCATION SERVICES**
4285 GENESEE STREET
CHEEKTOWAGA, NY 14225-1943

**Office Depot Business Credit**
Dept 563-8406380360
P.O. Box 70612
Philadelphia, PA 19176-0612

**Office of Sheriff Beaufort County**
P.O. Box 1758
Beaufort, SC 29901

**Office Depot**
P.O. Box 78004
Phoenix, AZ 85062


**Ohio Turnpike EZ Pass**
PO Box 94672
Cleveland, OH 44101


**PA Dept of Revenue**
Bureau of Individual Taxes
PO. BOX 280504
Harrisburg, PA 17128-0504

**PA Turnpike Toll By Plate**
PO. Box 645631
Pittsburgh, PA 15264-5254

**Peoples Gas**
PO. Box 644760
Pittsburgh, PA 15264-4760

**Pioneer Foot Care**
2021 Freepo Rd
Amold, PA 15068

**Pittsburgh Water and Sewer**
1200 Penn Ave
Pittsburgh, PA 15222

**Pittsburgh, PA 15242**
UPMC
P.O. Box 371472
Pittsburgh, PA 15242

**PLYMOUTH ROCK ASSURANCE**
695 ATLANTIC AVE
BOSTON, MA 02111

**PNC Bank**
1900 E 9th St
Cleveland, OH 44114

**Pods Legal Dept**
280 Leetsdale Industrial Dr, Suite 200
Leetsdale, PA 15056

**Pods Legal Dept**
5585 RioVista Dr
Clearwater, FL 33760

**Portfolio Recovery**
P.O. Box 8828
Wilmington, DE 19899-8828

**Progressive Insurance**
Caine and Weiner
PO. Box 55848
Sherman Oaks, CA 91413

**Quantum3 Group LLC as agent for**
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

**QuantumS Group LLC as agent for**
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

**Radius Global Solutions**
7831 Glenroy Road Suite 250
Minneapolis, MN 55439

**Resurgent Receivables, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Ronald Zold**
1 Long Cane Ct
Bluffton, SC 29909-7113

**S.C. Dept of Revenue and Taxation**
P.O. Box 125
Columbia, SC 29214

**SC Department of Revenue**
Office of General Counsel
300A Outlet Pointe Blvd
Columbia, SC 29210

**Scott M. Wild**
37 New Orleans Road Suite F
Hilton Head Island, SC 29928

**Semina DeLaurentis**
66 Quail Run
Torrington, CT 06790-2549

**Shannon Cummings**
302 N. Lake St
Harrison, Ml 48625

**South Carolina Dept of Motor Vehicles**
PO Box 1498
Blythewood, SC 29016-0028

**Spectrum Mobile**
Credit Control, LLC
3300 Rider Trail S, Suite 500
Earth City, MO 63045

**Synchrony Bank**
PO Box 669809
Dallas, TX 75266-0170

**Synergetic Communication**
PO. Box 680608
Franklin, TN 37068

**T Mobile**
CO American Infosource LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

**T-Mobile**
PO Box 742596
Cincinnati, OH 45274-2596

**Tamara Slank**
14686 Oakwood Drive
Shelby Township, MI 48315-1530

**Tate and Kirlin Assoc**
4800 East Street Rd Suite 170
Trevose, PA 19053

**TBOM-ATLS-Fortiva**
6 Concourse Parkway
2nd Floor-mailroom
Atlanta, GA 30328-6117

**TD Bank**
PO Box 84037
Columbus, GA 31908-4037

**TD Bank North NA**
70 Gray Road
Falmouth, ME 041052299

**TD Bank USA-Target Credit**
PO Box 673
Minneapolis, MN 55440-0673

**The Hertz Corporation**
8501 Williams Road
Estero, FL 33928-3325

**The Huntington National Bank**
5555 Cleveland Avenue GW4W25
Columbus, OH 43231

**The Huntington National Bank**
PO Box 89424 OPC856
Cleveland, OH 44101-8539

**Ticket Division**
PA Turnpike EZ Pass
300 East Park Dr
Harrisburg, PA 17111

**Traffic Magistrate**
4819 Bluffton Parkway
Bluffton, SC 29910-4622

**UPMC**
Credit Management Company
P.O. Box 16348

**US Department of Education**
C/O Nelnet
121 South 13th Street
Lincoln, NE 68508

**Verizon Wireless Bankruptcy Admin**
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

**Viking Client Services**
Hertz Damage Recovery Team

7500 Office Ridge Circle, Suite 100
Eden Prairie, MO 55344-3763

**Chase Ink Business Card Services**
P.O. Box 15298
Wilmington, DE 198506548

**Wells Fargo Bank**
PO. Box 5058
Portland, OR 97208-5058

**West Virgina Trafc Division**
300 Spruce St
Morgantown, WV 26505

**West Virginia EZ Pass**
PO Box 1469
Charleston, WV 25325

**Woodlands at St Barnabas**
Attn: Tom Breth
128 West Cunningham Street
Butler, PA 16001

**Youngstown State University**
1 Tressel Way
Youngstown, OH 44555

**Zeidmans**
2669 Gratiot Ave
Detroit, MI 48207

**Nationstar Mortgage, LLC**
James Page
Bell Carrington Price & Gregg, LLC
339 Heyward St, Second Floor
Columbia, SC 29201-4390

**Norman Jewelry and Loan**
24777 Telegraph Suite B
Southfield, MI 48034

**Palmetto Electric**
Attn: Michelle Tyler
111 Matthews Drive
Hilton Head Island, SC 29926

**Polly Nicola**
2583 Lower Assembly Drive
Fort Mill, SC 29708

**Progressive Insurance**
30440 Lakeland Blvd
Wickliffe, OH 44092

**Taybron Law Firm LLC**
3399 Churchview Ave
Pittsburgh, PA 15227-4358

**The Spa on Port Royal Sound**
Board of Directors
239 Beach City Rd
Hilton Head, SC 29926-4707

**Title Max Corporation**
15 Bull St
Savannah, GA 31401-2685

**Hilton Head Resort**
Board of Directors
663 William Hilton Pkwy
Hilton Head, SC 29928-3506

**Jones, Simpson, and Newton PA**
Attn: Wm Weston J Newton
7 Plantation Park Drive Suite 3
Bluffton, SC 29910

**Julie A. Franklin, Esq**
Po Box 2976
Bluffton, SC 29910-2976

**Komatsu Benefit Dept**
Mark Harder
401 E Greenfield Ave
Milwaukee, WI 53204-2941

**Law Office of Scott M. Wild LLC**
Scott M. Wild
37 New Orleans Road Suite F
Hilton Head Island, SC 29928

**Morgan Lewis & Bockius LLP**
Attn: Matt Hawes
One Oxford Centre, Thirty-Second FLR
Pittsburgh, PA 15219-6401

**Mutterer Law Firm, LLC**
Jannine M. Mutterer, Esq
5 Red Cedar Street Suite 102
Bluffton, SC 29910

**Nationstar Mortgage, LLC**
Attn: Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

**Best Law, PA**
Tara E. Nauful
P.O. Box 2374
Mount Pleasant, SC 29465

**Bromley Law Firm LLC**
Evan K. Bromley
211 Goethe Rd Ste B
Bluffton, SC 29910-6014

**City of Detroit Water and Sewerage Dept**
735 Randolph St
Detroit, MI 48226-2830

**Consumer Energy Company**
Attn: Legal Dept
1 Energy Plaza Dr
Jackson, MI 49201-2357

**Coyne Oil**
Attn: Rose
513 W 5th St
Clare, MI 48617-9405

**Detroit Water and Sewerage Dept**
Po Box 554899
Detroit, MI 48255-4899

**DTE Energy**
WCB 735 Attention Legal Department
1 Energy Plaza
Detroit, MI 48226-1221

**Estate At Westbury Owners Assoc, Inc**
Board of Directors
85 Kensington Blvd
Bluffton, SC 29910-4884

**West-Aircomm FCU**
c/o Weltman, Weinberg & Reis Co LPA
5990 West Creek Road Suite 200
Independence, OH 44131

**Westlake Financial**
2 Equity Way Ste 200
Westlake, OH 44145-1045

**Wright's Custom Body Shop
LLC**
1216 Leeson Ave
Cadillac, MI 49601-9097

**Zeidmans Jewelry**
Thomas LaBret and/or Current President
24810 Evergreen Road
Southfield, MI 48075