Fill in this information to identify your case and this filing:

Debtor 1: Jacqueline (First Name) Elizabeth (Middle Name) Ard (Last Name)

Debtor 2 (Spouse, if filing): Terry (First Name) Frank (Middle Name) Nicola (Last Name)

United States Bankruptcy Court for the: District of South Carolina

Case number 25-01384-JD

Filed By The Court
4/25/2025 12:04 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

❑ Check if this is an amended filing

# Official Form 106A/B

## Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

❑ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 Parcel No. 22021109.
Street address, if available, or other description

15826 Appoline St
Detroit, MI 48227-4012
City State ZIP Code

Wayne
County

**What is the property?** Check all that apply.

❑ Single-family home
☑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
❑ Land
☑ Investment property
❑ Timeshare
☑ Other Second Home

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,200.00 | $2,050.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

❑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ______

**Source of Value:** Assessed Value

If you own or have more than one, list here:

1.2 **Parcel No. 18017371.**
Street address, if available, or other description
**8853 Mendota St**
**Detroit, MI 48204-2632**
City State ZIP Code
**Wayne**
County

**What is the property?** Check all that apply.
- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [x] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,700.00** | **$15,350.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

- [ ] **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Source of Value:** **Assessed Value**

1.3 **Parcel ID 0375-P-00146-0000-00**
Street address, if available, or other description
**513 Main St**
**East Pittsburgh, PA 15112-1118**
City State ZIP Code
**Allegheny**
County

**What is the property?** Check all that apply.
- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [x] Investment property
- [ ] Timeshare
- [x] Other **Second Home**

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$24,600.00** | **$12,300.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

- [ ] **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Source of Value:** **County Assessed Value**

1.4 **Parcel No. 010-700-516-00**
Street address, if available, or other description
**5154 Oak Run**
**Farwell, MI 48622-9629**
City State ZIP Code
**Clare**
County

**What is the property?** Check all that apply.
- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [x] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$54,300.00** | **$27,150.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

- [ ] **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** **Lincoln Township**

**Source of Value:** **Assessed Value**

1.5 **PIN R600 031 000 0266 1106**
Street address, if available, or other description
**100 Kensington Blvd Unit 1106**
**Bluffton, SC 29910-7484**
City State ZIP Code
**Beaufort**
County

**What is the property?** Check all that apply.
- ❑ Single-family home
- ❑ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ❑ Manufactured or mobile home
- ❑ Land
- ☑ Investment property
- ❑ Timeshare
- ☑ Other **Home Office / Second Home**

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$183,900.00** | **$91,950.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

❑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ____________

**Source of Value:** **County Appraised Value**

1.6 **PIN R510 012 000 025B 4408**
Street address, if available, or other description
**663 William Hilton Pkwy Unit 4408**
**Hilton Head Island, SC 29928-3537**
City State ZIP Code
**Beaufort**
County

**What is the property?** Check all that apply.
- ❑ Single-family home
- ❑ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ❑ Manufactured or mobile home
- ❑ Land
- ☑ Investment property
- ❑ Timeshare
- ☑ Other **Debtor 2 Domicile**

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$278,400.00** | **$139,200.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

❑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ____________

**Source of Value:** **County Appraised Value**

1.7 **PIN R510 005 000 008B 3218**
Street address, if available, or other description
**239 Beach City Rd Unit 3218**
**Hilton Head Island, SC 29926-4718**
City State ZIP Code
**Beaufort**
County

**What is the property?** Check all that apply.
- ❑ Single-family home
- ❑ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ❑ Manufactured or mobile home
- ❑ Land
- ☑ Investment property
- ❑ Timeshare
- ☑ Other **Debtor 1 Domicile**

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$264,900.00** | **$132,450.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

❑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ____________

**Source of Value:** **County Appraised Value**

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank** Case number *(if known)* **25-01384-JD**

1.8 **PIN R510 012 000 025B 4405**
Street address, if available, or other description

**663 William Hilton Pkwy Unit 4405**

**Hilton Head Island, SC 29928**
City State ZIP Code

**Beaufort**
County

**What is the property?** Check all that apply.
- ❑ Single-family home
- ❑ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ❑ Manufactured or mobile home
- ❑ Land
- ☑ Investment property
- ❑ Timeshare
- ❑ Other ________

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$278,400.00** | **$139,200.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

❑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ________

**Source of Value:** **County Appraised Value**

1.9 **Parcel No. 010-700-517-01**
Street address, if available, or other description

**5140 Oak Run**

**Farwell, MI 48622**
City State ZIP Code

**Clare**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ❑ Duplex or multi-unit building
- ❑ Condominium or cooperative
- ❑ Manufactured or mobile home
- ❑ Land
- ☑ Investment property
- ❑ Timeshare
- ☑ Other **Second Home**

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$94,100.00** | **$47,050.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

❑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** **Lincoln Township**

**Source of Value:** **Assessed Value**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ........ ➔ **$606,700.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ❑ No
- ☑ Yes

3.1 Make: **Hyundai**
Model: **Elantra**
Year: **2017**
Approximate mileage: **86,948**
Other information:

**Source of Value: Kelly Blue Book**
**Needs Radiator and Transmission Work**
**VIN: 5NPD84LF3HH135859**

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,736.00** | **$5,736.00** |

If you own or have more than one, describe here:

3.2 Make: **Jeep**
Model: **Grand Cherokee**
Year: **2018**
Approximate mileage: **143,187**
Other information:

**Source of Value: Kelly Blue Book**
**Needs Transmission Work**
**VIN: 1C4RJFAG3JC479405**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$10,904.00** | **$10,904.00** |

3.3 Make: **Ram Truck**
Model: **ProMaster**
Year: **2020**
Approximate mileage: **86,910**
Other information:

**Source of Value: Kelly Blue Book**
**Needs Transmission Work**
**Commercial Use**
**VIN: 3C6TRVBG8LE103289**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$14,950.00** | **$7,475.00** |

3.4 Make: **Ram Truck**
Model: **ProMaster**
Year: **2017**
Approximate mileage: **300,619**
Other information:

**Source of Value: Kelly Blue Book**
**Lift worth 3,000 Body Damage, Need Airbags**
**VIN: 3C6TRVBG9HE514790**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$8,191.00** | **$4,095.50** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

❑ Yes

4.1 Make: ______

Model: ______

Year: ______

Other information:

**Who has an interest in the property?** Check one.

❑ Debtor 1 only

❑ Debtor 2 only

❑ Debtor 1 and Debtor 2 only

❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** ______

**Current value of the portion you own?** ______

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .......... ➔ **$28,210.50**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

❑ No

☑ Yes. Describe. ......... **See Attached.** **$12,765.00**

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

❑ No

☑ Yes. Describe. ......... **See Attached.** **$2,475.00**

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

❑ No

☑ Yes. Describe. ......... **See Attached.** **$2,295.00**

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

❑ No

☑ Yes. Describe. ......... **See Attached.** **$640.00**

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank** Case number *(if known)* **25-01384-JD**

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe. ......... **1 Pistol** **$75.00**

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe. ......... **Men and Women Clothing, Shoes, and Coats** **$300.00**

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe. ......... **See Attached.** **$60,540.00**

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe. ......... **small dog 8 yr old ShihTzu; health problems: heart disease, skin and ear infections, worm disease** **$100.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific information. ............. **See Attached.** **$2,500.00**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................ ➔ **$81,690.00**

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ........................................ Cash: ................... **$50.00**

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

❑ No

☑ Yes .....................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | **Capital One Bank**<br>**Account Number: XXXXXXX XXXXXX: 4568** | **$1.00** |
| 17.2. Checking account: | **Chase Business Account**<br>**Account Number: XXXXXXX XXXXXX: 0967** | **$2,838.00** |
| 17.3. Checking account: | **Huntington National Bank**<br>**Account Number: XXXXXXX XXXXXX: 5044** | **$1,801.00** |
| 17.4. Checking account: | **Wells Fargo Bank**<br>**Account Number: XXXXXXX XXXXXX: 7703** | **$1.00** |
| 17.5. Other financial account: | **CashApp/Venmo**<br>**Account Number: XXXXXXX XXXXXX: XXXXXeArd** | **$1.00** |
| 17.6. Other financial account: | **PayPal**<br>**Account Number: XXXXXXX XXXXXX: XXXXXXXX9925** | **$1.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

❑ No

☑ Yes ..................... Institution or issuer name:

| Institution or issuer name | |
|---|---|
| **Fidelity Investments** | **$237.00** |
| **Fidelity Investments** | **$149.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

❑ No

☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Beachside Estates, LLC (multi-member LLC, partnership)** | **100.00%** | **unknown** |
| **Global Management Group LLC (multi-member LLC, partnership)** | **100.00%** | **unknown** |
| **Helping Hands Worldwide** | **100.00%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them.................... Issuer name:

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| Pension plan: | **Komatsu: Joy Global** | **$1,242.06** |
| Pension plan: | **Komatsu: Northern Trust (1)** | **$2,508.87** |
| Pension plan: | **Komatsu: Northern Trust (2)** | **$2,356.94** |
| Retirement account: | **Social Security** | **$3,482.00** |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes ......................

| | Institution name or individual: | |
|---|---|---|
| Electric: | **Consumers Energy Company** | **unknown** |
| Electric: | **DTE Energy** | **unknown** |
| Electric: | **Palmetto Electric** | **unknown** |
| Gas: | **Coyne Oil** | **unknown** |
| Water: | **City of Detroit Water and Sewerage Dept** | **unknown** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☐ No

☑ Yes ..................... Issuer name and description:

| | |
|---|---|
| **US Life Insurance Co \| Monthly Annuity Payment** | **$104.95** |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☑ Yes. Give specific information about them. ... **Rights in Parents Residential Home** **unknown**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

**Money or property owed to you?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ..................

**Anticipated Return 2021, 2022, 2023, 2024**

**Anticipated return for 2022, 2023, 2024**

| | |
|---|---|
| Federal: | **unknown** |
| State: | |
| Local: | |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

- ❑ No
- ☑ Yes. Give specific information. ........

**Return of Exempt funds collected**

| | |
|---|---|
| Alimony: | |
| Maintenance: | |
| Support: | |
| Divorce settlement: | **$17,009.82** |
| Property settlement: | |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

- ❑ No
- ☑ Yes. Give specific information. ........ **Unpaid Rent, Living expenses, labor** — **$24,800.00**

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

- ❑ No
- ☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Prudential Life Insurance** | **Polly Nicola** | **unknown** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

- ☑ No
- ❑ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

- ❑ No
- ☑ Yes. Describe each claim. .............. **See Attached.** — **$117,572.89**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

- ❑ No
- ☑ Yes. Describe each claim. .............. **See Attached.** — **$80,000.00**

35. **Any financial assets you did not already list**

- ☑ No
- ❑ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........ ➔ **$254,156.53**

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

❑ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
❑ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

❑ No
☑ Yes. Describe. ......... **See Attached.** — **$200.00**

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

❑ No
☑ Yes. Describe. ......... **See Attached.** — **$5,700.00**

41. **Inventory**

☑ No
❑ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No
❑ Yes. Describe .......

| Name of entity: | % of ownership: | |
|---|---|---|
| | | |
| | | |
| | | |

43. **Customer lists, mailing lists, or other compilations**

☑ No
❑ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

❑ No
❑ Yes. Describe. .........

Debtor **Ard, Jacqueline Elizabeth; Nicola, Terry Frank** Case number *(if known)* **25-01384-JD**

44. **Any business-related property you did not already list**

☑ No

❑ Yes. Give specific information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ ➔ **$5,900.00**

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.

**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

❑ Yes. Go to line 47.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

❑ Yes .........................

48. **Crops—either growing or harvested**

☑ No

❑ Yes. Give specific information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

❑ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

❑ Yes .........................

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

❑ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........ ➔ **$0.00**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

❑ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........ ➔ **$0.00**

## Part 8: List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........ | | ➔ | **$606,700.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$28,210.50** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$81,690.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$254,156.53** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$5,900.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | **$369,957.03** | Copy personal property total ➔ | + **$369,957.03** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........ | | | **$976,657.03** |

Continuation Page

| | | |
|---|---|---|
| **6.** | **Household goods and furnishings** | |
| | **10 Queen Beds (150.00 each)** | **$750.00** |
| | **10 Washing Machines (300.00 each)** | **$1,500.00** |
| | **12 Stoves (300.00 each)** | **$1,800.00** |
| | **12 Twin Beds (100.00 each)** | **$600.00** |
| | **13 Refrigerators (300.00 each)** | **$1,950.00** |
| | **15 Sofas (400.00 each)** | **$3,000.00** |
| | **32 Queen bedding sets (30.00 each)** | **$480.00** |
| | **51 Twin bedding sets (20.00 each)** | **$510.00** |
| | **7 Dryers (300.00 each)** | **$1,050.00** |
| | **9 Dinette Sets (250.00 each)** | **$1,125.00** |
| **7.** | **Electronics** | |
| | **1 Game System** | **$100.00** |
| | **1 Professional Camera** | **$150.00** |
| | **14 Large TVs (150.00 each)** | **$1,050.00** |
| | **2 Computers (125.00 each)** | **$125.00** |
| | **3 Audio Boom Box (50.00 each)** | **$75.00** |
| | **3 Scanners (150.00 each)** | **$75.00** |
| | **4 Cell phones (75.00 each)** | **$150.00** |
| | **4 DVD players (25.00 each)** | **$50.00** |
| | **4 Laptops (100.00 each)** | **$200.00** |
| | **6 Printers (100.00 each)** | **$300.00** |
| | **8 Small TVs (50.00 each)** | **$200.00** |
| **8.** | **Collectibles of value** | |
| | **100 Books (10.00 each)** | **$500.00** |
| | **7 Sports Memorabilia (100.00 each)** | **$700.00** |
| | **73 Paintings (30.00 each)** | **$1,095.00** |
| **9.** | **Equipment for sports and hobbies** | |
| | **1 Elliptical** | **$150.00** |

Continuation Page

| | | |
|---|---|---|
| | 1 Paddle Boat | $50.00 |
| | 3 Set of golf clubs (30.00 each) | $90.00 |
| | 4 Bicycles (75.00 each) | $150.00 |
| | ADA Exercise Machine | $200.00 |
| 12. | **Jewelry** | |
| | Bracelet Ladies | $1,200.00 |
| | Bracelet Ladies | $1,800.00 |
| | Bracelet Ladies | $1,500.00 |
| | Earrings Ladies | $600.00 |
| | Earrings Ladies Hoop diamonds | $3,500.00 |
| | Gold Herring Bone Heirloom Necklace | $2,500.00 |
| | Ladies Custom made Wedding Ring | $23,740.00 |
| | Ring Men Wedding Ring | $700.00 |
| | Woman's custom made engagement ring | $25,000.00 |
| 14. | **Any other personal and household items you did not already list, including any health aids you did not list** | |
| | 1 Electric Wheelchair | $600.00 |
| | 1 Manual Wheelchair | $100.00 |
| | 3 Electric Scooters | $1,500.00 |
| | 4 Walkers (50.00 each) | $200.00 |
| | Deep Brain Stimulator Equipment | $100.00 |
| 33. | **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment** | |
| | Allstate Insurance failure to cover damage 4408 | $4,000.00 |
| | Beaufort County Sheriff (violation of the automatic stay) | unknown |
| | Consumers Energy (violation of the automatic stay) | unknown |
| | Coyne Oil (Violation of the Automatic stay) | unknown |
| | DTE Energy (violation of the automatic stay | unknown |
| | Go Store it property in Storage (violation of the automatic stay) | unknown |
| | Levi and Amanda Brock unpaid rent and damage | $11,223.00 |

Continuation Page

| | | |
|---|---|---|
| | **Normans Jewelry (violation of the automatic stay)** | **$25,000.00** |
| | **Palmetto Electric and Michelle Tyler (violation of the automatic stay)** | **unknown** |
| | **Parris Grigsby and Carl Bell Unpaid rent Fraud on the Estate, and Damage** | **$16,809.89** |
| | **PODS (violation of the automatic stay)** | **unknown** |
| | **Progressive Insurance and Howard Custom Body Shop** | **$15,000.00** |
| | **TitleMax (violation of the automatic stay)** | **unknown** |
| | **Zeidmans (violation of the automatic stay)** | **$45,540.00** |
| **34.** | **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Claudine and Christopher McKemie and the Spa on Port Royal Sound** | **$25,000.00** |
| | **Estate at Westbury (violation of the automatic stay)** | **unknown** |
| | **Hilton Head Resort** | **unknown** |
| | **Mark Harder and Komatsu** | **unknown** |
| | **Phillip Lomax** | **unknown** |
| | **Polly Nicola and Taybron Law (violation of the automatic stay)** | **$55,000.00** |
| | **The Spa on Port Royal Sound and Referee Mutterer** | **unknown** |
| | **Tom and Claudia Crook** | **unknown** |
| | **Zold, Vanderveer, Weston, Dukes (violation of the automatic stay)** | **unknown** |
| **39.** | **Office equipment, furnishings, and supplies** | |
| | **1 Computer** | **$100.00** |
| | **1 Office Desk set** | **$75.00** |
| | **1 Printer** | **$25.00** |
| **40.** | **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade** | |
| | **3 Grills (100.00 each)** | **$150.00** |
| | **3 Patio pits (100.00 each)** | **$150.00** |
| | **6 Patio sets (100 each)** | **$600.00** |
| | **Tools, Fixtures and Supplies** | **$4,800.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Jacqueline | Elizabeth | Ard |
| | First Name | Middle Name | Last Name |
| Debtor | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **South Carolina**

Case number (if known) **25-01384-JD**

❑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **Parcel No. 22021109. 15826 Appoline St Detroit, MI 48227-4012**<br>Line from *Schedule A/B*: **1.1** | **$2,050.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ❑ No
     - ❑ Yes

Debtor 1 Jacqueline Elizabeth Ard Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Parcel No. 18017371.** **8853 Mendota St Detroit, MI 48204-2632**<br>Line from *Schedule A/B:* **1.2** | **$15,350.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Parcel ID 0375-P-00146-0000-00** **513 Main St East Pittsburgh, PA 15112-1118**<br>Line from *Schedule A/B:* **1.3** | **$12,300.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Parcel No. 010-700-516-00** **5154 Oak Run Farwell, MI 48622-9629**<br>Line from *Schedule A/B:* **1.4** | **$27,150.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **PIN R600 031 000 0266 1106** **100 Kensington Blvd Unit 1106 Bluffton, SC 29910-7484**<br>Line from *Schedule A/B:* **1.5** | **$91,950.00** | ☑ **$33,651.96**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **PIN R510 012 000 025B 4408** **663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537**<br>Line from *Schedule A/B:* **1.6** | **$139,200.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(1)(a)** |

Debtor 1 Jacqueline Elizabeth Ard Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **PIN R510 005 000 008B 3218** 239 Beach City Rd Unit 3218 Hilton Head Island, SC 29926-4718<br>Line from *Schedule A/B*: 1.7 | $132,450.00 | ☑ $40,407.08<br>❑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(1)(a) |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: **PIN R510 012 000 025B 4405** 663 William Hilton Pkwy Unit 4405 Hilton Head Island, SC 29928<br>Line from *Schedule A/B*: 1.8 | $139,200.00 | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: **Parcel No. 010-700-517-01** 5140 Oak Run Farwell, MI 48622<br>Line from *Schedule A/B*: 1.9 | $47,050.00 | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: **2017 Hyundai Elantra** VIN: 5NPD84LF3HH135859 Needs Radiator and Transmission Work<br>Line from *Schedule A/B*: 3.1 | $5,736.00 | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(2) |
| Brief description: **2020 Ram Truck ProMaster** VIN: 3C6TRVBG8LE103289 Needs Transmission Work Commercial Use<br>Line from *Schedule A/B*: 3.3 | $7,475.00 | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: **2017 Ram Truck ProMaster** VIN: 3C6TRVBG9HE514790 Lift worth 3,000 Body Damage, Need Airbags<br>Line from *Schedule A/B*: 3.4 | $4,095.50 | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |

Debtor 1 Jacqueline Elizabeth Ard Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **12 Stoves (300.00 each)**<br>Line from *Schedule A/B:* **6** | **$1,800.00** | ☑ **$450.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **13 Refrigerators (300.00 each)**<br>Line from *Schedule A/B:* **6** | **$1,950.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **10 Washing Machines (300.00 each)**<br>Line from *Schedule A/B:* **6** | **$1,500.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **7 Dryers (300.00 each)**<br>Line from *Schedule A/B:* **6** | **$1,050.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **15 Sofas (400.00 each)**<br>Line from *Schedule A/B:* **6** | **$3,000.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **9 Dinette Sets (250.00 each)**<br>Line from *Schedule A/B:* **6** | **$1,125.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

Debtor 1 **Jacqueline Elizabeth Ard** Case number *(if known)* **25-01384-JD**

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **12 Twin Beds (100.00 each)**<br>Line from *Schedule A/B*: **6** | **$600.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **10 Queen Beds (150.00 each)**<br>Line from *Schedule A/B*: **6** | **$750.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **51 Twin bedding sets (20.00 each)**<br>Line from *Schedule A/B*: **6** | **$510.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **32 Queen bedding sets (30.00 each)**<br>Line from *Schedule A/B*: **6** | **$480.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **8 Small TVs (50.00 each)**<br>Line from *Schedule A/B*: **7** | **$200.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **14 Large TVs (150.00 each)**<br>Line from *Schedule A/B*: **7** | **$1,050.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

Debtor 1 Jacqueline Elizabeth Ard Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **4 Laptops (100.00 each)**<br>Line from *Schedule A/B:* **7** | **$200.00** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **4 DVD players (25.00 each)**<br>Line from *Schedule A/B:* **7** | **$50.00** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **1 Game System**<br>Line from *Schedule A/B:* **7** | **$100.00** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **1 Professional Camera**<br>Line from *Schedule A/B:* **7** | **$150.00** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **6 Printers (100.00 each)**<br>Line from *Schedule A/B:* **7** | **$300.00** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **3 Scanners (150.00 each)**<br>Line from *Schedule A/B:* **7** | **$75.00** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

Debtor 1 Jacqueline Elizabeth Ard Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2 Computers (125.00 each)<br>Line from *Schedule A/B*: 7 | $125.00 | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| | | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| Brief description: 3 Audio Boom Box (50.00 each)<br>Line from *Schedule A/B*: 7 | $75.00 | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| | | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| Brief description: 4 Cell phones (75.00 each)<br>Line from *Schedule A/B*: 7 | $150.00 | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| | | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| Brief description: 73 Paintings (30.00 each)<br>Line from *Schedule A/B*: 8 | $1,095.00 | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| | | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: 100 Books (10.00 each)<br>Line from *Schedule A/B*: 8 | $500.00 | ☑ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| Brief description: 7 Sports Memorabilia (100.00 each)<br>Line from *Schedule A/B*: 8 | $700.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| Brief description: 4 Bicycles (75.00 each)<br>Line from *Schedule A/B*: 9 | $150.00 | ☑ $37.50<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| | | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(10) |

Debtor 1 Jacqueline Elizabeth Ard Case number (if known) 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **3 Set of golf clubs (30.00 each)**<br>Line from *Schedule A/B*: **9** | **$90.00** | ☑ **$45.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| | | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **1 Paddle Boat**<br>Line from *Schedule A/B*: **9** | **$50.00** | ☑ **$12.50**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| | | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **1 Pistol**<br>Line from *Schedule A/B*: **10** | **$75.00** | ☑ **$75.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(15)** |
| Brief description: **Men and Women Clothing, Shoes, and Coats**<br>Line from *Schedule A/B*: **11** | **$300.00** | ☑ **$150.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Earrings Ladies Hoop diamonds**<br>Line from *Schedule A/B*: **12** | **$3,500.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Ring Men Wedding Ring**<br>Line from *Schedule A/B*: **12** | **$700.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Earrings Ladies**<br>Line from *Schedule A/B*: **12** | **$600.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |

Debtor 1 Jacqueline Elizabeth Ard Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Bracelet Ladies**<br>Line from *Schedule A/B:* **12** | **$1,200.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Bracelet Ladies**<br>Line from *Schedule A/B:* **12** | **$1,800.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ☑ **$1,246.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Bracelet Ladies**<br>Line from *Schedule A/B:* **12** | **$1,500.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Gold Herring Bone Heirloom Necklace**<br>Line from *Schedule A/B:* **12** | **$2,500.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |
| Brief description: **Ladies Custom made Wedding Ring**<br>Line from *Schedule A/B:* **12** | **$23,740.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |

Debtor 1 **Jacqueline Elizabeth Ard** Case number *(if known)* **25-01384-JD**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Woman's custom made engagement ring**<br>Line from *Schedule A/B*: **12** | **$25,000.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description: **small dog 8 yr old ShihTzu; health problems: heart disease, skin and ear infections, worm disease**<br>Line from *Schedule A/B*: **13** | **$100.00** | ☑ **$50.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Cash on Hand**<br>Line from *Schedule A/B*: **16** | **$50.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(5)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-39-410** |
| Brief description: **Huntington National Bank**<br>**Checking account**<br>**Acct. No.: 5044**<br>Line from *Schedule A/B*: **17** | **$1,801.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Chase Business Account**<br>**Checking account**<br>**Acct. No.: 0967**<br>Line from *Schedule A/B*: **17** | **$2,838.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

Debtor 1 Jacqueline Elizabeth Ard Case number *(if known)* 25-01384-JD

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Wells Fargo Bank**<br>**Checking account**<br>**Acct. No.: 7703** | **$1.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680** |
| Line from *Schedule A/B*: **17** | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Capital One Bank**<br>**Checking account**<br>**Acct. No.: 4568** | **$1.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680** |
| Line from *Schedule A/B*: **17** | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **CashApp/Venmo**<br>**Other financial account**<br>**Acct. No.: XXXXXeArd** | **$1.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680** |
| Line from *Schedule A/B*: **17** | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-39-410** |
| Brief description: **PayPal**<br>**Other financial account**<br>**Acct. No.: XXXXXXXX9925** | **$1.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 9-1-1680** |
| Line from *Schedule A/B*: **17** | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Fidelity Investments**<br>Line from *Schedule A/B*: **18** | **$237.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(13)** |
| Brief description: **Helping Hands Worldwide**<br>Line from *Schedule A/B*: **19** | **$0.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

Debtor 1 **Jacqueline Elizabeth Ard** Case number *(if known)* **25-01384-JD**

**Part 2:** Additional Page

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **Global Management Group LLC (multi-member LLC, partnership)**<br>Line from *Schedule A/B*: **19** | **unknown** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Beachside Estates, LLC (multi-member LLC, partnership)**<br>Line from *Schedule A/B*: **19** | **unknown** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Komatsu: Northern Trust (1)**<br>Line from *Schedule A/B*: **21** | **$2,508.87** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **29 U.S.C. § 1056(d)** |
| Brief description: **Komatsu: Northern Trust (2)**<br>Line from *Schedule A/B*: **21** | **$2,356.94** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **29 U.S.C. § 1056(d)** |
| Brief description: **Komatsu: Joy Global**<br>Line from *Schedule A/B*: **21** | **$1,242.06** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **29 U.S.C. § 1056(d)** |

Debtor 1 Jacqueline Elizabeth Ard Case number *(if known)* 25-01384-JD

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Social Security**<br>Line from *Schedule A/B*: **21** | **$3,482.00** | ☑ **$1,741.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)** |
| | | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| | | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **29 U.S.C. § 1056(d)** |
| Brief description: **Palmetto Electric**<br>**Electric**<br>Line from *Schedule A/B*: **22** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **DTE Energy**<br>**Electric**<br>Line from *Schedule A/B*: **22** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Coyne Oil**<br>**Gas**<br>Line from *Schedule A/B*: **22** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **City of Detroit Water and Sewerage Dept**<br>**Water**<br>Line from *Schedule A/B*: **22** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Consumers Energy Company**<br>**Electric**<br>Line from *Schedule A/B*: **22** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **US Life Insurance Co**<br>Line from *Schedule A/B*: **23** | **$104.95** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 38-63-40(B)** |
| | | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **29 U.S.C. § 1056(d)** |

Debtor 1 Jacqueline Elizabeth Ard Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Anticipated Return 2021, 2022, 2023, 2024** **Federal tax**<br>Line from *Schedule A/B*: 28 | unknown | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: **Return of Exempt funds collected** **Divorce settlement**<br>Line from *Schedule A/B*: 29 | $17,009.82 | ☑ $8,504.91<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(14) |
| | | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| Brief description: **Levi and Amanda Brock unpaid rent and damage**<br>Line from *Schedule A/B*: 33 | $11,223.00 | ☑ $11,223.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: **Parris Grigsby and Carl Bell Unpaid rent Fraud on the Estate, and Damage**<br>Line from *Schedule A/B*: 33 | $16,809.89 | ☑ $16,809.89<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: **Allstate Insurance failure to cover damage 4408**<br>Line from *Schedule A/B*: 33 | $4,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: **Beaufort County Sheriff (violation of the automatic stay)**<br>Line from *Schedule A/B*: 33 | unknown | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: **Coyne Oil (Violation of the Automatic stay)**<br>Line from *Schedule A/B*: 33 | unknown | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |

Debtor 1 **Jacqueline Elizabeth Ard** Case number *(if known)* **25-01384-JD**

**Part 2:** Additional Page

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **Consumers Energy (violation of the automatic stay)**<br>Line from *Schedule A/B*: **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **DTE Energy (violation of the automatic stay**<br>Line from *Schedule A/B*: **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Palmetto Electric and Michelle Tyler (violation of the automatic stay)**<br>Line from *Schedule A/B*: **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **PODS (violation of the automatic stay)**<br>Line from *Schedule A/B*: **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **TitleMax (violation of the automatic stay)**<br>Line from *Schedule A/B*: **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Zeidmans (violation of the automatic stay)**<br>Line from *Schedule A/B*: **33** | **$45,540.00** | ☑ **$45,540.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Go Store it property in Storage (violation of the automatic stay)**<br>Line from *Schedule A/B*: **33** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Normans Jewelry (violation of the automatic stay)**<br>Line from *Schedule A/B*: **33** | **$25,000.00** | ☑ **$25,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

Debtor 1 Jacqueline Elizabeth Ard Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Progressive Insurance and Howard Custom Body Shop**<br>Line from *Schedule A/B:* **33** | **$15,000.00** | ☑ **$15,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Tom and Claudia Crook**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Phillip Lomax**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Hilton Head Resort**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **The Spa on Port Royal Sound and Referee Mutterer**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Claudine and Christopher McKemie and the Spa on Port Royal Sound**<br>Line from *Schedule A/B:* **34** | **$25,000.00** | ☑ **$25,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Estate at Westbury (violation of the automatic stay)**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Zold, Vanderveer, Weston, Dukes (violation of the automatic stay)**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

Debtor 1 Jacqueline Elizabeth Ard Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Polly Nicola and Taybron Law (violation of the automatic stay)**<br>Line from *Schedule A/B*: **34** | **$55,000.00** | ☑ **$27,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Mark Harder and Komatsu**<br>Line from *Schedule A/B*: **34** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **1 Computer**<br>Line from *Schedule A/B*: **39** | **$100.00** | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **1 Printer**<br>Line from *Schedule A/B*: **39** | **$25.00** | ☑ **$6.25**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **1 Office Desk set**<br>Line from *Schedule A/B*: **39** | **$75.00** | ☑ **$18.75**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **3 Grills (100.00 each)**<br>Line from *Schedule A/B*: **40.1** | **$150.00** | ☑ **$37.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)** |
| | | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **6 Patio sets (100 each)**<br>Line from *Schedule A/B*: **40.2** | **$600.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)** |
| | | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **3 Patio pits (100.00 each)**<br>Line from *Schedule A/B*: **40.3** | **$150.00** | ☑ **$37.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)** |
| | | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

Debtor 1 **Jacqueline Elizabeth Ard** Case number *(if known)* **25-01384-JD**

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Tools, Fixtures and Supplies**<br>Line from *Schedule A/B*: **40.4** | **$4,800.00** | ☑ **$1,825.00**<br>❑ 100% of fair market value, up to any applicable statutory limit<br>☑ **$575.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)**<br>**S.C. Code Ann. § 33-41-720(2)(c)** |

Fill in this information to identify your case:

Debtor ______
First Name Middle Name Last Name

Debtor 2 (Spouse, if filing) **Terry** **Frank** **Nicola**
First Name Middle Name Last Name

United States Bankruptcy Court for the: District of **South Carolina**

Case number (if known) **25-01384-JD**

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **PIN R510 012 000 025B 4408**<br>**663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537**<br>Line from *Schedule A/B*: **1.6** | **$139,200.00** | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ☐ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(1)(a)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☐ Yes

Debtor 2 **Terry** **Frank** **Nicola** Case number *(if known)* **25-01384-JD**
First Name Middle Name Last Name

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **PIN R510 012 000 025B 4405** **663 William Hilton Pkwy Unit 4405 Hilton Head Island, SC 29928**<br>Line from *Schedule A/B*: **1.8** | **$139,200.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Parcel No. 010-700-517-01** **5140 Oak Run Farwell, MI 48622**<br>Line from *Schedule A/B*: **1.9** | **$47,050.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **2018 Jeep Grand Cherokee** **VIN: 1C4RJFAG3JC479405 Needs Transmission Work**<br>Line from *Schedule A/B*: **3.2** | **$10,904.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(2)** |
| Brief description: **12 Stoves (300.00 each)**<br>Line from *Schedule A/B*: **6** | **$1,800.00** | ☑ **$450.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **13 Refrigerators (300.00 each)**<br>Line from *Schedule A/B*: **6** | **$1,950.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

Debtor 2 Terry Frank Nicola (First Name, Middle Name, Last Name) Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **10 Washing Machines (300.00 each)**<br>Line from *Schedule A/B*: **6** | **$1,500.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **7 Dryers (300.00 each)**<br>Line from *Schedule A/B*: **6** | **$1,050.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **15 Sofas (400.00 each)**<br>Line from *Schedule A/B*: **6** | **$3,000.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **9 Dinette Sets (250.00 each)**<br>Line from *Schedule A/B*: **6** | **$1,125.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **12 Twin Beds (100.00 each)**<br>Line from *Schedule A/B*: **6** | **$600.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **10 Queen Beds (150.00 each)**<br>Line from *Schedule A/B*: **6** | **$750.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

Debtor 2 Terry Frank Nicola — Case number (if known) 25-01384-JD
First Name Middle Name Last Name

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (*Check only one box for each exemption.*) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **51 Twin bedding sets (20.00 each)**<br>Line from *Schedule A/B*: **6** | **$510.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **32 Queen bedding sets (30.00 each)**<br>Line from *Schedule A/B*: **6** | **$480.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **8 Small TVs (50.00 each)**<br>Line from *Schedule A/B*: **7** | **$200.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **14 Large TVs (150.00 each)**<br>Line from *Schedule A/B*: **7** | **$1,050.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **4 Laptops (100.00 each)**<br>Line from *Schedule A/B*: **7** | **$200.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **4 DVD players (25.00 each)**<br>Line from *Schedule A/B*: **7** | **$50.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

Debtor 2 **Terry** **Frank** **Nicola** Case number *(if known)* **25-01384-JD**
First Name Middle Name Last Name

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1 Game System**<br>Line from *Schedule A/B*: **7** | **$100.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **2 Computers (125.00 each)**<br>Line from *Schedule A/B*: **7** | **$125.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **4 Cell phones (75.00 each)**<br>Line from *Schedule A/B*: **7** | **$150.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **73 Paintings (30.00 each)**<br>Line from *Schedule A/B*: **8** | **$1,095.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **100 Books (10.00 each)**<br>Line from *Schedule A/B*: **8** | **$500.00** | ☑ **$125.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **7 Sports Memorabilia (100.00 each)**<br>Line from *Schedule A/B*: **8** | **$700.00** | ☑ **$350.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **ADA Exercise Machine**<br>Line from *Schedule A/B*: **9** | **$200.00** | ☑ **$200.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| | | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

Debtor 2 Terry Frank Nicola (First Name, Middle Name, Last Name) Case number *(if known)* 25-01384-JD

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1 Elliptical**<br>Line from *Schedule A/B*: **9** | **$150.00** | ☑ **$150.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| | | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **4 Bicycles (75.00 each)**<br>Line from *Schedule A/B*: **9** | **$150.00** | ☑ **$37.50**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| | | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **3 Set of golf clubs (30.00 each)**<br>Line from *Schedule A/B*: **9** | **$90.00** | ☑ **$45.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| | | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **1 Paddle Boat**<br>Line from *Schedule A/B*: **9** | **$50.00** | ☑ **$12.50**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| | | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **Men and Women Clothing, Shoes, and Coats**<br>Line from *Schedule A/B*: **11** | **$300.00** | ☑ **$150.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Ring Men Wedding Ring**<br>Line from *Schedule A/B*: **12** | **$700.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |

Debtor 2 **Terry** **Frank** **Nicola** Case number *(if known)* **25-01384-JD**
First Name Middle Name Last Name

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Woman's custom made engagement ring**<br>Line from *Schedule A/B:* **12** | **$25,000.00** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description: **small dog 8 yr old ShihTzu; health problems: heart disease, skin and ear infections, worm disease**<br>Line from *Schedule A/B:* **13** | **$100.00** | ☑ **$50.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **3 Electric Scooters**<br>Line from *Schedule A/B:* **14** | **$1,500.00** | ☑ **$1,500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **1 Electric Wheelchair**<br>Line from *Schedule A/B:* **14** | **$600.00** | ☑ **$600.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **4 Walkers (50.00 each)**<br>Line from *Schedule A/B:* **14** | **$200.00** | ☑ **$200.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **Deep Brain Stimulator Equipment**<br>Line from *Schedule A/B:* **14** | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |
| Brief description: **1 Manual Wheelchair**<br>Line from *Schedule A/B:* **14** | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(10)** |

Debtor 2 Terry Frank Nicola — Case number (if known) 25-01384-JD
First Name / Middle Name / Last Name

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Cash on Hand**<br>Line from *Schedule A/B*: 16 | $50.00 | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(5) |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-39-410 |
| Brief description: **Huntington National Bank** Checking account Acct. No.: 5044<br>Line from *Schedule A/B*: 17 | $1,801.00 | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 9-1-1680 |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: **Chase Business Account** Checking account Acct. No.: 0967<br>Line from *Schedule A/B*: 17 | $2,838.00 | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 9-1-1680 |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: **Wells Fargo Bank** Checking account Acct. No.: 7703<br>Line from *Schedule A/B*: 17 | $1.00 | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 9-1-1680 |
| | | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |
| Brief description: **Fidelity Investments**<br>Line from *Schedule A/B*: 18 | $149.00 | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(13) |
| Brief description: **Helping Hands Worldwide**<br>Line from *Schedule A/B*: 19 | $0.00 | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 33-41-720(2)(c) |

Debtor 2 **Terry** **Frank** **Nicola** Case number *(if known)* **25-01384-JD**
First Name Middle Name Last Name

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Global Management Group LLC (multi-member LLC, partnership)**<br>Line from *Schedule A/B*: **19** | **unknown** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Beachside Estates, LLC (multi-member LLC, partnership)**<br>Line from *Schedule A/B*: **19** | **unknown** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Komatsu: Northern Trust (1)**<br>Line from *Schedule A/B*: **21** | **$2,508.87** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **29 U.S.C. § 1056(d)** |
| Brief description: **Komatsu: Northern Trust (2)**<br>Line from *Schedule A/B*: **21** | **$2,356.94** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **29 U.S.C. § 1056(d)** |
| Brief description: **Komatsu: Joy Global**<br>Line from *Schedule A/B*: **21** | **$1,242.06** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| | | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **29 U.S.C. § 1056(d)** |

Debtor 2 Terry Frank Nicola — Case number (if known) 25-01384-JD
First Name / Middle Name / Last Name

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (*Check only one box for each exemption.*) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Social Security**<br>Line from *Schedule A/B*: **21** | **$3,482.00** | ☑ **$1,741.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)** |
| | | ☐ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| | | ☐ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **29 U.S.C. § 1056(d)** |
| Brief description: **City of Detroit Water and Sewerage Dept** **Water**<br>Line from *Schedule A/B*: **22** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **US Life Insurance Co**<br>Line from *Schedule A/B*: **23** | **$104.95** | ☐ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 38-63-40(B)** |
| | | ☐ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **29 U.S.C. § 1056(d)** |
| Brief description: **Anticipated return for 2022, 2023, 2024** **Federal tax**<br>Line from *Schedule A/B*: **28** | **unknown** | ☐ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Return of Exempt funds collected** **Divorce settlement**<br>Line from *Schedule A/B*: **29** | **$17,009.82** | ☑ **$8,504.91**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(14)** |
| | | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| Brief description: **Unpaid Rent, Living expenses, labor**<br>Line from *Schedule A/B*: **30** | **$24,800.00** | ☑ **$24,800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Prudential Life Insurance**<br>Line from *Schedule A/B*: **31** | **unknown** | ☑ **unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 38-63-40(B)** |

Debtor 2 **Terry** **Frank** **Nicola** Case number *(if known)* **25-01384-JD**
First Name Middle Name Last Name

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Allstate Insurance failure to cover damage 4408**<br>Line from *Schedule A/B:* **33** | **$4,000.00** | ☑ **$2,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Coyne Oil (Violation of the Automatic stay)**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Consumers Energy (violation of the automatic stay)**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **DTE Energy (violation of the automatic stay**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **PODS (violation of the automatic stay)**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Go Store it property in Storage (violation of the automatic stay)**<br>Line from *Schedule A/B:* **33** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Tom and Claudia Crook**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Hilton Head Resort**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

Debtor 2 **Terry** (First Name) **Frank** (Middle Name) **Nicola** (Last Name) Case number *(if known)* **25-01384-JD**

**Part 2:** Additional Page

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **Estate at Westbury (violation of the automatic stay)**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Zold, Vanderveer, Weston, Dukes (violation of the automatic stay)**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Polly Nicola and Taybron Law (violation of the automatic stay)**<br>Line from *Schedule A/B:* **34** | **$55,000.00** | ☑ **$27,500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Mark Harder and Komatsu**<br>Line from *Schedule A/B:* **34** | **unknown** | ☑ **unknown**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **1 Computer**<br>Line from *Schedule A/B:* **39** | **$100.00** | ☑ **$25.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **1 Printer**<br>Line from *Schedule A/B:* **39** | **$25.00** | ☑ **$6.25**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **1 Office Desk set**<br>Line from *Schedule A/B:* **39** | **$75.00** | ☑ **$18.75**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **3 Grills (100.00 each)**<br>Line from *Schedule A/B:* **40.1** | **$150.00** | ☑ **$37.50**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)** |
| | | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |

Debtor 2 **Terry** (First Name) **Frank** (Middle Name) **Nicola** (Last Name) Case number *(if known)* **25-01384-JD**

**Part 2:** Additional Page

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **6 Patio sets (100 each)**<br>Line from *Schedule A/B*: **40.2** | **$600.00** | ☑ **$300.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)** |
| | | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **3 Patio pits (100.00 each)**<br>Line from *Schedule A/B*: **40.3** | **$150.00** | ☑ **$37.50**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)** |
| | | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |
| Brief description: **Tools, Fixtures and Supplies**<br>Line from *Schedule A/B*: **40.4** | **$4,800.00** | ☑ **$1,825.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)** |
| | | ☑ **$575.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 33-41-720(2)(c)** |