Filed By The Court
4/25/2025 12:01 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

**IN RE:**

**Jacqueline Ard and**
**Terry F. Nicola,**
Debtor(s)

CASE NO.: 25-01384-JD
CHAPTER 13

**AFFIDAVIT**

## AFFIDAVIT OF JACQUELINE ARD IN SUPPORT OF MOTION TO IMPOSE AUTOMATIC STAY

BEFORE ME, the undersigned Notary Public, personally appeared **Jacqueline E. Ard**, known to me to be the person whose name is subscribed below, who, being first duly sworn, deposes and states under penalty of perjury as follows:

### 1. Introduction

I am the Debtor in the above-captioned Chapter 13 bankruptcy case. I have personal knowledge of the facts stated in this affidavit and could testify to them if called as a witness.

### 2. Prior Bankruptcy Filings

**a. First Bankruptcy (Case No. 24-03611-JD, South Carolina):**

- I filed my first Chapter 13 petition on October 4, 2024.
- The case was automatically dismissed on November 19, 2024, under 11 U.S.C. § 521(i)(1), due to failure to file required documents.
- During this case, **multiple creditors violated the automatic stay** by:
  1) Removing my vehicle without court approval.
  2) Locking me out of my home.
  3) Refusing to release my personal property.
  4) I filed **three (3) adversary proceedings** (Case Nos. [Insert if known]) to address these violations.

b. **Second Bankruptcy Case (25-40952-MLO, Eastern District of Michigan):**

- I filed my second Chapter 13 petition on **January 31, 2025**
- The case was **dismissed on March 3, 2025**, for **lack of jurisdiction and failure to file documents**, as I had temporarily relocated and improperly filed in the wrong district.

3. **Current Bankruptcy Filing and Corrective Measures**

a. **Third Bankruptcy Case (25-01384-JD):**

- I filed the current Chapter 13 petition on **April 10, 2025**, in the correct jurisdiction.

b. **Steps Taken to Ensure Compliance:**

- After the dismissal of my first case, I **subscribed to bankruptcy petition preparation software** to ensure all required documents (schedules, statements, and plan) were properly completed.
- I **paid the full filing fee of $313 on April 10, 2025**, at the time of filing. (See **Attachment 1: Receipt of Payment**).
- All schedules, statements, and the proposed repayment plan were completed and filed with this petition. (See **Attachment 2: Completed Schedules**).
- I proactively initiated **adversary proceedings** against all **creditors currently violating the automatic stay**.

4. **Good Faith Basis for Imposing the Stay**

a. I am committed to reorganizing my debts and have acted diligently to correct prior procedural errors

b. The dismissals of my prior cases were **not due to bad faith** but resulted from:

- **First Case:** Lack of understanding of filing requirements and creditor interference.
- **Second Case:** A jurisdictional error, and lack of understanding in filing requirements, **not misconduct**.

c. Creditors' **stay violations in my first case** severely disrupted my ability to reorganize.

d. I have taken **significant steps to comply with bankruptcy laws** in this filing.

## 5. Request for Relief

I respectfully request the Court:

- **Impose the automatic stay retroactive to April 10, 2025,** under 11 U.S.C. § 362(c)(3)(B).
- Find that this filing is **in good faith** and merits the continuation of the automatic stay.

**FURTHER AFFIANT SAYETH NAUGHT.**

**Jacqueline Ard**
**239 Beach City Rd Unit 3218**
**Hilton Head Island, South Carolina**
**(313) 770-7051**
**Jacquelineard72@gmail.com**

**I declare under penalty of perjury that everything I have stated in this document is true and correct.**

**PRINT FULL NAME:** JACQUELINE ARD

**SIGNATURE:** [signature]

**Sworn to and subscribed before me on (date)** April 25, 2025.

**Notary Public:** [signature]

**[Notary's Printed Name]** Cierra T. Morgan

**Commission Expires:** 12/23/2030

**STATE OF** Michigan )
) SS
**COUNTY OF** Oakland )

**Notary Seal**

CIERRA T MORGAN
Notary Public - State of Michigan
County of Macomb
My Commission Expires Dec 23, 2030
Acting in the County of Oakland