Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of   **South Carolina**

Case number (if known)   **25-01384-JD**

☐ Check if this is an amended filing

Filed By The Court
4/25/2025 4:14 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A** Amount of claim *Do not deduct the value of collateral.* | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion *If any* |
|---|---|---|---|

**2.1**

**Estate At Westbury Owners Assoc, Inc**
Creditor's Name

**Board of Directors**

**85 Kensington Blvd**
Number          Street

**Bluffton, SC 29910-4884**
City          State          ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

Describe the property that secures the claim:          **$22,625.02**          **$91,950.00**          **$0.00**

PIN R600 031 000 0266 1106
100 Kensington Blvd Unit 1106 Bluffton, SC 29910-7484 **Estate at Westbury (violation of the automatic stay)**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**   **1   4   0   7**

Add the dollar value of your entries in Column A on this page. Write that number here:          **$22,625.02**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.2** Hilton Head Resort

Creditor's Name

**Board of Directors**

**663 William Hilton Pkwy**
Number      Street

**Hilton Head, SC 29928-3506**
City      State      ZIP Code

| | | |
|---|---|---|
| Describe the property that secures the claim: | $43,493.32 | $139,200.00 | $0.00 |

PIN R510 012 000 025B 4408
663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number      4   4   0   8

**Remarks:** Alleged HOA fees

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $43,493.32 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page **2** of **16**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* __25-01384-JD__ |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

**2.3**

| **Nationstar Mortgage, LLC** | Describe the property that secures the claim: | $211,866.31 | $139,200.00 | $72,666.31 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Department**

**PO Box 619096**

Number        Street

**Dallas, TX 75261-9741**

City            State        ZIP Code

**PIN R510 012 000 025B 4408**
663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred __01/27/2022__

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    4   1   9   2

**2.3**

| **Nationstar Mortgage, LLC (arrearage)** | Describe the property that secures the claim: | $38,281.98 | $139,200.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Department**

**PO Box 619096**

Number        Street

**Dallas, TX 75261-9741**

City            State        ZIP Code

**PIN R510 012 000 025B 4408**
663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred __01/27/2022__

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    4   1   9   2

| Add the dollar value of your entries in Column A on this page. Write that number here: | $211,866.31 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

Debtor 1    __Jacqueline__   __Elizabeth__   __Ard__

Debtor 2    __Terry__   __Frank__   __Nicola__
       First Name      Middle Name      Last Name

Case number *(if known)*   __25-01384-JD__

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**  Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**  If any |

---

**2.4**  **Norman Jewelry and Loan**

Describe the property that secures the claim:   **$3,260.73**   **$25,000.00**   **$0.00**

Creditor's Name

__24777 Telegraph Suite B__   | **Woman's custom made engagement ring** |

Number      Street

**As of the date you file, the claim is:** Check all that apply.

__Southfield, MI 48034__

City      State      ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   __08/18/2024__   Last 4 digits of account number   __1__ __6__ __4__ __7__

**Remarks:** Refuse to Turnover Property of the Estate

---

**2.5**  **Polly Nicola**

Describe the property that secures the claim:   **unknown**   **$2,508.87**   **$0.00**

Creditor's Name

__2583 Lower Assembly Drive__   | **Komatsu: Northern Trust (1)** |

Number      Street

**As of the date you file, the claim is:** Check all that apply.

__Fort Mill, SC 29708__

City      State      ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   **Domestic: MSA (Non-Qualifying DSO)**

Date debt was incurred   _____   Last 4 digits of account number   ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$3,260.73** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

Debtor 1 __Jacqueline__     __Elizabeth__     __Ard__
         First Name        Middle Name       Last Name

Case number *(if known)* __25-01384-JD__

Debtor 2 __Terry__     __Frank__     __Nicola__
         First Name   Middle Name    Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Do not deduct the value of collateral. | | If any |

---

**2.6** | **Polly Nicola**

Creditor's Name

__2583 Lower Assembly Drive__

Number       Street

__Fort Mill, SC 29708__

City       State       ZIP Code

**Describe the property that secures the claim:**   | unknown | $2,356.94 | $0.00

| Komatsu: Northern Trust (2) |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   **Domestic: Non-Qualifying DSO**

Date debt was incurred _____       Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

---

**2.7** | **Polly Nicola**

Creditor's Name

__2583 Lower Assembly Drive__

Number       Street

__Fort Mill, SC 29708__

City       State       ZIP Code

**Describe the property that secures the claim:**   | unknown | $1,242.06 | $0.00

| Komatsu: Joy Global |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   **Domestic: Non-Qualifying DSO**

Date debt was incurred _____       Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |
| **If this is the last page of your form, add the dollar value totals from all pages.**<br>**Write that number here:** | |

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

**2.8**

**The Spa on Port Royal Sound**
Creditor's Name

**Board of Directors**

**239 Beach City Rd**
Number       Street

**Hilton Head, SC 29926-4707**
City       State       ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **09/25/2023**

**Describe the property that secures the claim:**   $47,933.53   $132,450.00   $0.00

**PIN R510 005 000 008B 3218**
**239 Beach City Rd Unit 3218 Hilton Head Island, SC 29926-4718**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **1  8  1  8**

---

**2.9**

**Title Max Corporation**
Creditor's Name

**15 Bull St**
Number       Street

**Savannah, GA 31401-2685**
City       State       ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **09/01/2024**

**Describe the property that secures the claim:**   $4,565.00   $5,736.00   $0.00

**2017 Hyundai Elantra**
**Needs Radiator and Transmission Work**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Title Loan** _____

Last 4 digits of account number   ____ ____ ____ ____

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $52,498.53 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.10 | **West-Aircomm FCU** | Describe the property that secures the claim: | $11,243.32 | $10,904.00 | $339.32 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Weltman, Weinberg & Reis Co LPA**

| **2018 Jeep Grand Cherokee** |
| **Needs Transmission Work** |

**5990 West Creek Road Suite 200**

Number        Street

As of the date you file, the claim is: Check all that apply.

**Independence, OH 44131**

City        State        ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **09/21/2018**   Last 4 digits of account number   **6   2   0   2**

| 2.11 | **Westlake Financial** | Describe the property that secures the claim: | $35,584.44 | $7,475.00 | $28,109.44 |
|---|---|---|---|---|---|

Creditor's Name

**2 Equity Way Ste 200**

Number        Street

| **2020 Ram Truck ProMaster** |
| **Needs Transmission Work Commercial Use** |

As of the date you file, the claim is: Check all that apply.

**Westlake, OH 44145-1045**

City        State        ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **03/28/2023**   Last 4 digits of account number   **7   0   8   3**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $46,827.76 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jacqueline**  **Elizabeth**  **Ard** | | | |
| | First Name  Middle Name  Last Name | | | |
| Debtor 2 | **Terry**  **Frank**  **Nicola** | | Case number *(if known)* | **25-01384-JD** |
| | First Name  Middle Name  Last Name | | | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | Additional Page  After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**  Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**  If any |

**2.12**

| **Zeidmans Jewelry** | Describe the property that secures the claim: | $990.00 | $3,500.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**
Number    Street

**Southfield, MI 48075**
City    State    ZIP Code

**Earrings Ladies Hoop diamonds**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **07/29/2024**   Last 4 digits of account number   **6   2   1   2**

**Remarks:** Refused to turnover property of the Estate

**2.13**

| **Zeidmans Jewelry** | Describe the property that secures the claim: | $172.50 | $700.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**
Number    Street

**Southfield, MI 48075**
City    State    ZIP Code

**Ring Men Wedding Ring**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **08/08/2024**   Last 4 digits of account number   **8   3   0   8**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,162.50 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.14**  **Zeidmans Jewelry** | | $172.50 | $600.00 | $0.00

Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**
Number       Street

**Southfield, MI 48075**
City          State       ZIP Code

Describe the property that secures the claim:

> **Earrings Ladies**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **08/09/2024**   Last 4 digits of account number   **8 7 0 0**

**Remarks:** Refused to Turnover Property of the Estate

---

**2.15**  **Zeidmans Jewelry** | | $308.75 | $1,200.00 | $0.00

Creditor's Name

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**
Number       Street

**Southfield, MI 48075**
City          State       ZIP Code

Describe the property that secures the claim:

> **Bracelet Ladies**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **08/09/2024**   Last 4 digits of account number   **8 7 0 1**

**Remarks:** Refused to Turnover Property of the Estate

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $481.25 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages.<br>Write that number here: | |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.16** | **Zeidmans Jewelry**

Creditor's Name

Describe the property that secures the claim: | $554.00 | $1,800.00 | $0.00

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**
Number     Street
**Southfield, MI 48075**
City     State     ZIP Code

| Bracelet Ladies |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **08/10/2024**   Last 4 digits of account number   **8   7   7   5**

**Remarks:** Refuse to Turnover Property of the Estate

**2.17** | **Zeidmans Jewelry**

Creditor's Name

Describe the property that secures the claim: | $336.00 | $1,500.00 | $0.00

**Thomas LaBret and/or Current President**

**24810 Evergreen Road**
Number     Street
**Southfield, MI 48075**
City     State     ZIP Code

| Bracelet Ladies |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **08/10/2024**   Last 4 digits of account number   **8   7   7   6**

**Add the dollar value of your entries in Column A on this page. Write that number here:** | $890.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | _____

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

| **Part 1:** | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.18 | **Zeidmans Jewelry** | Describe the property that secures the claim: | $663.00 | $2,500.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Thomas LaBret and/or Current President**

| Gold Herring Bone Heirloom Necklace |
|---|

**24810 Evergreen Road**

Number        Street

**Southfield, MI 48075**

City          State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred    **08/30/2024**    Last 4 digits of account number    **2  4  5  0**

**Remarks:** Refuse to Turnover Property of the Estate

| 2.19 | **Zeidmans Jewelry** | Describe the property that secures the claim: | $3,344.40 | $23,740.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Thomas LaBret and/or Current President**

| Ladies Custom made Wedding Ring |
|---|

**24810 Evergreen Road**

Number        Street

**Southfield, MI 48075**

City          State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred    **11/30/2024**    Last 4 digits of account number    **2  4  5  1**

**Remarks:** Refuse to Turnover Property of the Estate

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $4,007.40 | |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $387,112.82 | |

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

**1.** Bromley Law Firm LLC
Name

Evan K. Bromley

211 Goethe Rd Ste B
Number          Street

Bluffton, SC 29910-6014
City                     State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number  ___ ___ ___ ___

---

**2.** Julie A. Franklin, Esq
Name

Po Box 2976
Number          Street


Bluffton, SC 29910-2976
City                     State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number  ___ ___ ___ ___

---

**3.** Jones, Simpson, and Newton PA
Name

Attn: Wm Weston J Newton

7 Plantation Park Drive Suite 3
Number          Street

Bluffton, SC 29910
City                     State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number  ___ ___ ___ ___

---

**4.** Nationstar Mortgage, LLC
Name

Attn: Bankruptcy Department

PO Box 619096
Number          Street

Dallas, TX 75261-9741
City                     State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number  ___ ___ ___ ___

---

**5.** Nationstar Mortgage, LLC
Name

James Page Bell Carrington Price & Gregg, LLC

339 Heyward St, Second Floor
Number          Street

Columbia, SC 29201-4390
City                     State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number  **4   1   9   2**

---

**6.** Taybron Law Firm LLC
Name

3399 Churchview Ave
Number          Street


Pittsburgh, PA 15227-4358
City                     State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor 1  __Jacqueline__  __Elizabeth__  __Ard__
             Case number *(if known)* __25-01384-JD__

Debtor 2  __Terry__  __Frank__  __Nicola__
     First Name  Middle Name  Last Name

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
| --- | --- |

**7.** **Morgan Lewis & Bockius LLP**
Name

**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**
Number      Street

**Pittsburgh, PA 15219-6401**
City      State      ZIP Code

On which line in Part 1 did you enter the creditor? __2.5__

Last 4 digits of account number ___ ___ ___ ___

---

**8.** **Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number      Street

**Milwaukee, WI 53204-2941**
City      State      ZIP Code

On which line in Part 1 did you enter the creditor? __2.5__

Last 4 digits of account number ___ ___ ___ ___

---

**9.** **Taybron Law Firm LLC**
Name

**3399 Churchview Ave**
Number      Street

**Pittsburgh, PA 15227-4358**
City      State      ZIP Code

On which line in Part 1 did you enter the creditor? __2.6__

Last 4 digits of account number ___ ___ ___ ___

---

**10.** **Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number      Street

**Milwaukee, WI 53204-2941**
City      State      ZIP Code

On which line in Part 1 did you enter the creditor? __2.6__

Last 4 digits of account number ___ ___ ___ ___

---

**11.** **Morgan Lewis & Bockius LLP**
Name

**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**
Number      Street

**Pittsburgh, PA 15219-6401**
City      State      ZIP Code

On which line in Part 1 did you enter the creditor? __2.6__

Last 4 digits of account number ___ ___ ___ ___

---

**12.** **Taybron Law Firm LLC**
Name

**3399 Churchview Ave**
Number      Street

**Pittsburgh, PA 15227-4358**
City      State      ZIP Code

On which line in Part 1 did you enter the creditor? __2.7__

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

---

**13.** **Komatsu Benefit Dept**
Name
**Mark Harder**

**401 E Greenfield Ave**
Number          Street
**Milwaukee, WI 53204-2941**
City                    State              ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number   ___ ___ ___ ___

---

**14.** **Morgan Lewis & Bockius LLP**
Name
**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**
Number          Street
**Pittsburgh, PA 15219-6401**
City                    State              ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number   ___ ___ ___ ___

---

**15.** **Law Office of Scott M. Wild LLC**
Name
**Scott M. Wild**

**37 New Orleans Road Suite F**
Number          Street
**Hilton Head Island, SC 29928**
City                    State              ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number   ___ ___ ___ ___

---

**16.** **Mutterer Law Firm, LLC**
Name
**Jannine M. Mutterer, Esq**

**5 Red Cedar Street Suite 102**
Number          Street
**Bluffton, SC 29910**
City                    State              ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number   ___ ___ ___ ___

---

**17.** **West-Aircomm FCU**
Name

**485 Buffalo St POB 568**
Number          Street

**Beaver, PA 15009**
City                    State              ZIP Code

On which line in Part 1 did you enter the creditor? **2.10**

Last 4 digits of account number   ___ ___ ___ ___

---

**18.** **Best Law, PA**
Name
**Tara E. Nauful**

**P.O. Box 2374**
Number          Street
**Mount Pleasant, SC 29465**
City                    State              ZIP Code

On which line in Part 1 did you enter the creditor? **2.12**

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

**19.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number          Street

**Mount Pleasant, SC 29465**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.13**

Last 4 digits of account number  ___ ___ ___ ___

**20.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number          Street

**Mount Pleasant, SC 29465**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.14**

Last 4 digits of account number  ___ ___ ___ ___

**21.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number          Street

**Mount Pleasant, SC 29465**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.15**

Last 4 digits of account number  ___ ___ ___ ___

**22.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number          Street

**Mount Pleasant, SC 29465**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.16**

Last 4 digits of account number  ___ ___ ___ ___

**23.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number          Street

**Mount Pleasant, SC 29465**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.17**

Last 4 digits of account number  ___ ___ ___ ___

**24.** **Best Law, PA**
Name

**Tara E. Nauful**

**P.O. Box 2374**
Number          Street

**Mount Pleasant, SC 29465**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.18**

Last 4 digits of account number  ___ ___ ___ ___

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

| 25. | **Best Law, PA** | On which line in Part 1 did you enter the creditor? _2.19_ |
|---|---|---|
| | Name | |
| | **Tara E. Nauful** | Last 4 digits of account number    ___ ___ ___ ___ |
| | **P.O. Box 2374** | |
| | Number          Street | |
| | **Mount Pleasant, SC 29465** | |
| | City                State        ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __South Carolina__

Case number __25-01384-JD__
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Beaufort Co Treasurer** | Last 4 digits of account number   **3  2  1  8** | **$3,702.32** | **unknown** | **$3,702.32** |

Priority Creditor's Name

**Po Box Drawer 487**

Number        Street

**When was the debt incurred?**   __01/15/2025__

**Beaufort, SC 29901**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Real Estate Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** PIN: R510-005-000-008B-3218

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2** **Beaufort Co Treasurer**

| | | | | |
|---|---|---|---|---|
| Priority Creditor's Name | Last 4 digits of account number | **1  1  0  6** | **$2,021.07** | **unknown** | **$2,021.07** |

PO Box Drawer 487

Number        Street

When was the debt incurred?        01/15/2025

Beaufort, SC 29901

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Real Estate Taxes**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** PIN: R600-031-000-0266-1106

**2.3** **Beaufort Co Treasurer**

| | | | | |
|---|---|---|---|---|
| Priority Creditor's Name | Last 4 digits of account number | **4  4  0  5** | **$3,761.77** | **unknown** | **$3,761.77** |

P.O. Box Drawer 487

Number        Street

When was the debt incurred?        01/15/2025

Beaufort, SC 29901

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Real Estate Taxes**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** PIN: R510-012-000-025B-4405

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page __2__ of __50__

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

Case number *(if known)* **25-01384-JD**

---

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.4**

**City of Detroit Property Tax**
Priority Creditor's Name

**Property Tax**

**PO Box 33193**
Number        Street

**Detroit, MI 48232**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    7  3  7  1        $952.72    unknown    $952.72

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Real Estate Taxes**

---

**2.5**

**City of Detroit Property Tax**
Priority Creditor's Name

**Property Tax**

**PO Box 33193**
Number        Street

**Detroit, MI 48232**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    1  1  0  9        $846.53    unknown    $846.53

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Real Estate Taxes**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**2.6**

**City of Detroit Water and Sewerage Dept**
Priority Creditor's Name

**735 Randolph St**
Number        Street

**Detroit, MI 48226-2830**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0 3 0 1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Utilities** _____

Total claim: **$1,383.51**    Priority amount: **unknown**    Nonpriority amount: **$1,383.51**

---

**2.7**

**City of Detroit Water and Sewerage Dept**
Priority Creditor's Name

**735 Randolph St**
Number        Street

**Detroit, MI 48226-2830**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3 3 0 1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Utilities** _____

Total claim: **$1,782.38**    Priority amount: **unknown**    Nonpriority amount: **$1,782.38**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | 25-01384-JD |

---

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### 2.8

**Consumer Energy Company**
Priority Creditor's Name

**Attn: Legal Dept**

**One Energy Plaza Dr**
Number        Street

**Jackson, MI 49201-2357**
City          State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   8  5  2  5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Utilities**

| $347.83 | $347.83 | $0.00 |
|---|---|---|

**Remarks:** Utility Services

### 2.9

**County of Allegheny Treasurer**
Priority Creditor's Name

**Room 108 Courthouse**

**436 Grant St**
Number        Street

**Pittsburgh, PA 15219**
City          State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   P  1  4  6

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

| $116.36 | unknown | $116.36 |
|---|---|---|

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* __25-01384-JD__ |
| | First Name | Middle Name | Last Name | |

## Part 1:   Your PRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.10**   **East Pittsburgh Borough**

Priority Creditor's Name

**813 Linden Ave**

Number        Street

**East Pittsburgh, PA 15112**

City            State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** 513 Main

Last 4 digits of account number   **P   1   4   6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim?**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

| $363.96 | unknown | $363.96 |
|---|---|---|

**2.11**   **Jordan Tax Service**

Priority Creditor's Name

**102 Rahway Rd**

Number        Street

**McMurray, PA 15317**

City            State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **P   1   4   6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim?**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

| $1,179.46 | unknown | $1,179.46 |
|---|---|---|

| | | |
|---|---|---|
| Debtor 1 | __Jacqueline__    __Elizabeth__    __Ard__ | |
| | First Name    Middle Name    Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | __Terry__    __Frank__    __Nicola__ | |
| | First Name    Middle Name    Last Name | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.12**  **Lincoln Township**
Priority Creditor's Name

**P.O. Box 239**
Number       Street

**Lake George, MI 48633**
City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7   0   0   1**        $1,638.11    unknown    $1,638.11

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify    **Real Estate Taxes**

---

**2.13**  **Lincoln Township**
Priority Creditor's Name

**P.O. Box 239**
Number       Street

**Lake George, MI 48633**
City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 5154 Oak Run

Last 4 digits of account number    **1   6   0   0**        $1,711.02    unknown    $1,711.02

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify    **Real Estate Taxes**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.14**

| **Pittsburgh Water** | Last 4 digits of account number    M  A  I  N | unknown | unknown | unknown |
|---|---|---|---|---|

Priority Creditor's Name

**Penn Liberty Plaza I**

**1200 Penn Avenue**

When was the debt incurred?    03/23/2019

Number        Street

**Pittsburgh, PA 15222**

City        State        ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify    Utilities

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.15**

| **SC Department of Revenue** | Last 4 digits of account number    3  7  4  8 | $0.00 | unknown | $0.00 |
|---|---|---|---|---|

Priority Creditor's Name

**Office of General Counsel**

**300A Outlet Point Blvd**

When was the debt incurred?

Number        Street

**Columbia, SC 29210**

City        State        ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1    <u>Jacqueline        Elizabeth        Ard</u>

Debtor 2    <u>Terry        Frank        Nicola</u>
       First Name       Middle Name       Last Name

Case number *(if known)*  <u>25-01384-JD</u>

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
| --- | --- |

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- |

---

**2.16**

**Wayne Co Treasurer**
Priority Creditor's Name

**400 Monroe 5th floor**
Number        Street

**Detroit, MI 48226**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7   3   7   1**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Real Estate Taxes**

Total claim: **$1,238.00**    Priority amount: **unknown**    Nonpriority amount: **$1,238.00**

---

**2.17**

**Wayne Co Treasurer**
Priority Creditor's Name

**400 Monroe 5th Floor**
Number        Street

**Detroit, MI 48266**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1   1   0   9**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Real Estate Taxes**

Total claim: **$1,006.69**    Priority amount: **unknown**    Nonpriority amount: **$1,006.69**

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
|----------|----------------|---------------|---------|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* | **25-01384-JD** |
| | First Name | Middle Name | Last Name | | |

---

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

### 4.1  ADT LLC

Nonpriority Creditor's Name

**PO Box 371878**

| Number | Street |
|--------|--------|

**Pittsburgh, PA 15250-7878**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **9   0   9   4**

**When was the debt incurred?**   **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Consumer debt**

**Total claim:** **$1,599.69**

### 4.2  Advantage Aviator

Nonpriority Creditor's Name

**Attn Bankruptcy Department**

**140 Coorperate Blvd**

| Number | Street |
|--------|--------|

**Norfolk, VA 23502**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **7   5   4   0**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Total claim:** **$20,400.68**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)*  25-01384-JD

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim |
|---|---|---|

**4.3** American Express National Bank

Nonpriority Creditor's Name

Becket and Lee LLP

P.O. Box 3001

Number          Street

Malvern, PA 19355

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **4  0  0  2**

When was the debt incurred?    **07/1/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

**$42,254.50**

**4.4** American Express National Bank

Nonpriority Creditor's Name

Becket and Lee LLP

P.O. Box 3001

Number          Street

Malvern, PA 19355

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2  0  0  6**

When was the debt incurred?    **06/01/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

**$1,172.92**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.5   Armstrong Cable

Nonpriority Creditor's Name

**PO Box 37749**

Number      Street

**Philadelphia, PA 19101-5049**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   1   1   0   3     $306.17

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilies**

### 4.6   Associated Credit Services

Nonpriority Creditor's Name

**PO Box 1201**

Number      Street

**Tewksbury, MA 01876-0901**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   8   8   3   3     $199.99

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.7**   AT&T
_____
Nonpriority Creditor's Name

**PO Box 5014**
_____
Number     Street

**Carol Stream, IL 60197-5014**
_____
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8**   **8**   **2**   **7**     **$606.86**

When was the debt incurred?     **09/15/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utilities**

---

**4.8**   AT&T
_____
Nonpriority Creditor's Name

**PO Box 5014**
_____
Number     Street

**Carol Stream, IL 60197-5014**
_____
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4**   **2**   **2**   **7**     **$434.13**

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utilities**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

### Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.9** AWA Collections

Nonpriority Creditor's Name

**Santa Rosa Emergency**

**PO Box 6605**

Number          Street

**Orange, CA 92863**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

---

**4.10** Barkley's Bank Navyist Reward

Nonpriority Creditor's Name

**Attn Card Services Legal**

**PO Box 8833**

Number          Street

**Wilmington, DE 19899-8902**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   2   1   6   4          **$12,856.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Terry | Frank | Nicola |
| | First Name | Middle Name | Last Name |

Case number *(if known)* __25-01384-JD__

---

**Part 2:     Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

|  | | Total claim |
|---|---|---|

**4.11   Beaumont Medical Transport Services**

Nonpriority Creditor's Name

__950 West Maple St Ste. C__

Number         Street

__Troy, MI 48084__

City         State         ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    3   2   7   2

**$397.50**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  __Medical Bill__

---

**4.12   Capital One Auto Finance**

Nonpriority Creditor's Name

__AIS Portfolio Services, LLC__

__4515 N Santa Fe Ave. Dept. APS__

Number         Street

__Oklahoma City, OK 73118__

City         State         ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    7   7   4   3

**$0.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  __Consumer Debt__

---

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)*    25-01384-JD

| Debtor 2 | Terry | Frank | Nicola |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | **Total claim** |
|---|---|---|

**4.13**    **CitiBank Best Buy**

Nonpriority Creditor's Name

**P.O. Box 790034**

Number        Street

**Saint Louis, MO 63179-0034**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **6    6    9    2**        $2,942.86

**When was the debt incurred?**        **09/12/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.14**    **Comenity Caesars Rewards**

Nonpriority Creditor's Name

**PO Box 650960**

Number        Street

**Dallas, TX 75265**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0    3    0    5**        $5,181.32

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

Debtor 1    __Jacqueline__    __Elizabeth__    __Ard__

Debtor 2    __Terry__    __Frank__    __Nicola__

Case number *(if known)* __25-01384-JD__

| First Name | Middle Name | Last Name |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                                          Total claim

| 4.15 | **Coyne Oil** | Last 4 digits of account number    3  1  2  9 | $64.00 |

Nonpriority Creditor's Name

**Attn: Rose**

When was the debt incurred?    _____

**513 W 5th St**

Number        Street

As of the date you file, the claim is: Check all that apply.

**Clare, MI 48617-9405**

City            State            ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Utilities__

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.16 | **DTE Energy** | Last 4 digits of account number    8  9  1  4 | $1,271.71 |

Nonpriority Creditor's Name

**Attention Legal Department**

When was the debt incurred?    _____

**PO Box 740786**

Number        Street

As of the date you file, the claim is: Check all that apply.

**Cincinnati, OH 45274-0786**

City            State            ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Utilities__

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Utility Services 15826 Appoline

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                    Total claim

---

**4.17** **DTE Energy**

Nonpriority Creditor's Name

**Attention Legal Department**

**PO Box 740786**

Number          Street

**Cincinnati, OH 45274-0786**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    8   9   2   2         $1,730.37

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Utilities**

---

**4.18** **First Energy - Penn Power**

Nonpriority Creditor's Name

**PO Box 16001**

Number          Street

**reading, PA**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    7   2   8   4         $2,780.70

**When was the debt incurred?** 07/25/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)*  **25-01384-JD**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.19

**Fortiva Bobs Discount**
Nonpriority Creditor's Name

**TBOM - ATLSA**

**6 Concourse Parkway Second Floor**
Number          Street

**Atlanta, GA 30328**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number      3   5   6   2

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

$2,182.29

### 4.20

**Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street

**Bluffton, SC 29910**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number      1   0   5   4

When was the debt incurred?    **09/30/2024**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Storage Bill**

$608.20

**Remarks:** D0013-15x15x8

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* __**25-01384-JD**__ |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.21**

**Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street


**Bluffton, SC 29910**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** A0002

Last 4 digits of account number     **8   8   0   4**          **$96.00**

**When was the debt incurred?**         **11/01/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Storage Bill**

---

**4.22**

**Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street


**Bluffton, SC 29910**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** C0029

Last 4 digits of account number     **1   0   9   6**          **$507.60**

**When was the debt incurred?**         **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Storage Bill**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|----------|------------|-----------|-----|--|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-01384-JD__

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

| 4.23 | **Go-Store It** | Last 4 digits of account number    **1**   **0**   **6**   **8** | **$343.20** |
|------|-----------------|---------------------------------------------------------|-------------|

Nonpriority Creditor's Name

**33 Parmenter Rd.**

Number       Street

**When was the debt incurred?**    __10/01/2024__

**Bluffton, SC 29910**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Storage Bill**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** E0004A

---

| 4.24 | **Go-Store It** | Last 4 digits of account number    **1**   **0**   **9**   **5** | **$291.80** |
|------|-----------------|---------------------------------------------------------|-------------|

Nonpriority Creditor's Name

**33 Parmenter Rd.**

Number       Street

**When was the debt incurred?**    __10/01/2024__

**Bluffton, SC 29910**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Storage Bill**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** A0003

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.25**  **Hilton Head Resort**
Nonpriority Creditor's Name

**Board of Directors**

**663 William Hilton Pkwy**
Number          Street

**Hilton Head, SC 29928-3506**
City               State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1   3   0   5**    **$5,297.63**

**When was the debt incurred?**    __06/30/2023__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **HOA fines**

---

**4.26**  **Home Depot Commercial**
Nonpriority Creditor's Name

**Centralized bankruptcy**

**PO Box 790034**
Number          Street

**Saint Louis, MO 63179**
City               State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **2   8   0   8**    **$10,381.06**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.         **Total claim**

### 4.27 Home Depot Loan

Nonpriority Creditor's Name

**P.O. Box 2730**

Number      Street

**Alpharetta, GA 30023**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   6   7   1   9     **$2,672.38**

When was the debt incurred?     **03/13/2018**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

### 4.28 Hughes Network Systems

Nonpriority Creditor's Name

**PO Box 96874**

Number      Street

**Chicago, IL 60693-6874**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   2   9   3   6     **$0.00**

When was the debt incurred?     **11/01/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utilities**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* __25-01384-JD__ |
| | First Name | Middle Name | Last Name | |

**Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

**4.29**  **JPMC**

Nonpriority Creditor's Name

**c/o National Bankruptcy Services, LLC**

**PO Box 9013**

Number            Street

**Addison, TX 75001**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5  6  7  1**

When was the debt incurred?    **01/03/2024**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit Card**

**$17,242.49**

**4.30**  **JPMorgan Chase Bank, N.A.**

Nonpriority Creditor's Name

**Robertson, Anschutz, Schneid, Crane**

**6409 Congress Avenue Ste. 100**

Number            Street

**Boca Raton, FL 33487**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5  0  4  2**

When was the debt incurred?    **03/22/2024**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit Card**

**$17,349.55**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Debtor 2 | Terry | Frank | Nicola | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.31  JPMorgan Chase Bank, N.A.

Nonpriority Creditor's Name

**Robertson, Anschutz, Schneid, Crane**

6409 Congress Avenue 100

Number          Street

Boca Raton, FL 33487

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0   9   4   9

**When was the debt incurred?**   03/28/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$33,411.50**

### 4.32  Kohls

Nonpriority Creditor's Name

PO Box 3043

Number          Street

Milwaukee, WI 53201-3043

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$1,405.66**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | Case number (if known)  25-01384-JD |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                         Total claim

---

**4.33**

**LVNV Funding, LLC**

Nonpriority Creditor's Name

**Resurgent Captial Services**

**PO Box 10587**

Number            Street

**Greenville, SC 29603-0587**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    5  1  4  3      $267.15

**When was the debt incurred?**        **10/09/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**Remarks:** Uniform Claim ID: RSG-00248-804400462

---

**4.34**

**LVNV Funding, LLC**

Nonpriority Creditor's Name

**Resurgent Captial Services**

**PO Box 10587**

Number            Street

**Greenville, SC 29603-0587**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    6  9  7  8      $801.28

**When was the debt incurred?**        **10/09/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**Remarks:** Uniform Claim ID: RSG-00248-804407818

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.35** **Medical University of South Carolina**

Nonpriority Creditor's Name

**1 Poston Rd Ste 220**

Number        Street

**Charleston, SC 29407**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    7   2   7   5

When was the debt incurred?    04/08/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Bill**

**Total claim: unknown**

**4.36** **NES**

Nonpriority Creditor's Name

**2479 Edison Blvd Unit A**

Number        Street

**Twinsburg, OH 44087**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    3   7   1   3

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$10,323.49**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.37**  **NES**                                    Last 4 digits of account number   **3   4   0   3**          **$8,960.51**

Nonpriority Creditor's Name

**2479 Eddison Blvd Unit A**                    When was the debt incurred?   _____

Number          Street

**Twinsburg, OH 44087**                          As of the date you file, the claim is: Check all that apply.

City          State          ZIP Code          ☐ Contingent
                                                ☐ Unliquidated
**Who incurred the debt?** Check one.            ☐ Disputed

☐ Debtor 1 only                                  **Type of NONPRIORITY unsecured claim:**
☑ Debtor 2 only                                  ☐ Student loans
☐ Debtor 1 and Debtor 2 only                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.38**  **Office Depot Commercial**            Last 4 digits of account number   **0   3   6   0**          **$1,889.18**

Nonpriority Creditor's Name

**PO Box 70612**                                 When was the debt incurred?   _____

Number          Street

**Philadelphia, PA 19176-0612**                  As of the date you file, the claim is: Check all that apply.

City          State          ZIP Code          ☐ Contingent
                                                ☐ Unliquidated
**Who incurred the debt?** Check one.            ☑ Disputed

☐ Debtor 1 only                                  **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                  ☐ Student loans
☑ Debtor 1 and Debtor 2 only                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

Case number (if known) 25-01384-JD

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.39  Ohio Turnpike Easy Pass

Nonpriority Creditor's Name

PO Box 94672

Number        Street

Cleveland, OH 44101

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Tickets**

unknown

### 4.40  Pacer Service Center

Nonpriority Creditor's Name

PO Box 780549

Number        Street

San Antonio, TX 78278

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  3  3  6  3

When was the debt incurred?  03/10/2025

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Consumer Debt**

$1,035.20

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-01384-JD__

| Debtor 2 | Terry | Frank | Nicola |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.41    Palmetto Electric

Nonpriority Creditor's Name

**Attn: Michelle Tyler**

**111 Matthews Drive**
Number        Street

**Hilton Head Island, SC 29926**
City            State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4   0   0   7**

When was the debt incurred?    __01/27/2025__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Utilities**

$856.04

**Remarks:** Utility Services for 3218

### 4.42    Palmetto Electric

Nonpriority Creditor's Name

**Attn: Michelle Tyler**

**111 Matthews Drive**
Number        Street

**Hilton Head Island, SC 29926**
City            State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4   0   0   9**

When was the debt incurred?    __02/10/2025__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Utilities**

**unknown**

**Remarks:** Utility Service for 4408

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **25-01384-JD**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

                                                         **Total claim**

---

**4.43**   **Palmetto Electric**

Nonpriority Creditor's Name

**Attn: Michelle Tyler**

**111 Matthews Drive**

Number       Street

**Hilton Head Island, SC 29926**

City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Utiliy Service for 4405

Last 4 digits of account number   **4**   **0**   **0**   **8**         **unknown**

When was the debt incurred?      **02/20/2025**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utilities**

---

**4.44**   **Peoples Gas**

Nonpriority Creditor's Name

**PO Box 644760**

Number       Street

**Pittsburgh, PA 15264-4760**

City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **1**   **6**   **3**   **9**         **$860.53**

When was the debt incurred?      **04/23/2019**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utilities**

---

| Debtor 1 | <u>Jacqueline</u> | <u>Elizabeth</u> | <u>Ard</u> | Case number *(if known)* <u>25-01384-JD</u> |
|---|---|---|---|---|
| Debtor 2 | <u>Terry</u> | <u>Frank</u> | <u>Nicola</u> | |
| | First Name | Middle Name | Last Name | |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

---

**4.45**   **PODS**

Nonpriority Creditor's Name

**Legal Department**

**5585 Rio Vista Dr.**

Number            Street

**Clearwater, FL 33760**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **4   6   1   4**            $1,883.00

**When was the debt incurred?**    **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Storage Bill**

---

**4.46**   **Quantum3 Group LLC**

Nonpriority Creditor's Name

**Agent for Crown Asset Management LLC**

**PO Box 788**

Number            Street

**Kirkland, WA 98083-0788**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **7   0   0   2**            $4,073.98

**When was the debt incurred?**    **09/05/2023**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Credit Card**

**Remarks:**  Uniform Claim ID: Q2141424518

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.       Total claim

---

**4.47**   **Resurgent Receivables, LLC**     Last 4 digits of account number   **7 4 7 8**     **$485.80**

Nonpriority Creditor's Name

**Resurgent Capital Services**     When was the debt incurred?    **05/15/2024**

**PO Box 10587**

Number     Street     As of the date you file, the claim is: Check all that apply.

**Greenville, SC 29603-0587**

City     State     ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Uniform Claim ID: RSG-00248-804427110

---

**4.48**   **SC Department of Motor Vehicles**     Last 4 digits of account number   **7 0 2 5**     **unknown**

Nonpriority Creditor's Name

**PO Box 1498**     When was the debt incurred?

Number     Street

As of the date you file, the claim is: Check all that apply.

**Blythewood, SC 29016-0028**

City     State     ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Tickets**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number (if known) __25-01384-JD__

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.49  Synchrony Bank**

Nonpriority Creditor's Name

**Paypal Credit**

**PO Box 669809**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    1    3    5    4

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$3,493.08**

**4.50  Synchrony Bank Sams Business**

Nonpriority Creditor's Name

**PO Box 669809**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    5    4    8    7

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**$6,016.04**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* 25-01384-JD |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | Total claim |
| --- | --- | --- |

---

**4.51**  **Synchrony Bank Sams Master Card**

Nonpriority Creditor's Name

**PO Box 669809**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    7  8  2  2          **$8,690.41**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.52**  **Synchrony Bank Score Rewards**

Nonpriority Creditor's Name

**PO Box 669809**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          **$854.71**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.53**

**TD Bank**
Nonpriority Creditor's Name

**PO Box 840**
Number          Street

**Columbus, GA 31908**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **2**    **5**    **7**    **3**          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Bank Account**

**4.54**

**TD Bank**
Nonpriority Creditor's Name

**Target**

**PO Box 673**
Number          Street

**Minneapolis, MN 55440-0673**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3**    **4**    **7**    **7**          **$2,398.35**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

### Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.55**

**The Huntington National Bank**

Nonpriority Creditor's Name

**PO Box 89424 OPC856**

Number        Street

**Cleveland, OH 44101**

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    3    0    5    8

When was the debt incurred?        10/26/2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$12,878.39**

---

**4.56**

**The Huntington National Bank**

Nonpriority Creditor's Name

**PO Box 89424 OPC856**

Number        Street

**Cleveland, OH 44101**

City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    7    0    4    3

When was the debt incurred?        07/24/2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$14,395.02**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.57**

**The Woodlands at Saint Barnabas, inc**
Nonpriority Creditor's Name

**Thomas E. Breath**

**128 West Cunningham St**
Number          Street

**Butler, PA 16001**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    1    0    1    8          **$58,550.40**

**When was the debt incurred?**    10/04/2024

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Rent**

**Remarks:** Dillon, McCandless, King, Coulter & Graham, LLP

---

**4.58**

**Thomas and Claudia Crook**
Nonpriority Creditor's Name

**Attn Braun Kendrick Finkbeiner, PLC**

**4301 Fashion Square Blvd**
Number          Street

**Saginaw, MI 48603**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___          **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Legal Dispute**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-01384-JD__

---

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.59** **T-Mobile**
Nonpriority Creditor's Name

**PO Box 742596**
Number          Street

**Cincinnati, OH 45274-2596**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   6  2  3  7          **$956.78**

**When was the debt incurred?**          __10/01/2024__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.60** **Traffic Magistrate**
Nonpriority Creditor's Name

**4819 Bluffton Parkway**
Number          Street

**Bluffton, SC 29910**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Ticket**

---

| Debtor 1 | <u>Jacqueline</u> | <u>Elizabeth</u> | <u>Ard</u> | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* <u>25-01384-JD</u> |
| Debtor 2 | <u>Terry</u> | <u>Frank</u> | <u>Nicola</u> | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

                                                                         **Total claim**

---

**4.61**  **U.S. Department of Education c/o Nelnet**

Nonpriority Creditor's Name

**121 South 13th St**

Number     Street

**Lincoln, NE 68508**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    3  7  4  8

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$76,223.69**

---

**4.62**  **Verizon**

Nonpriority Creditor's Name

**Wireless Bankruptcy Administration**

**500 Technology Dr Ste. 500**

Number     Street

**Saint Charles, MO 63304**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    0  0  0  1

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$987.01**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number (if known) __25-01384-JD__ |
|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.63**   **West Virginia EZ Pass**

Nonpriority Creditor's Name

**300 Spruce St.**

Number          Street

**Morgantown, WV 26505**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          **unknown**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Ticket**

---

**4.64**   **Wright's Custom Body Shop LLC**

Nonpriority Creditor's Name

**1216 Leeson Ave**

Number          Street

**Cadillac, MI 49601-9097**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **2   6   6   1**          **unknown**

**When was the debt incurred?**   **04/14/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   _____

**Remarks:** Progressive Insurance Claim 23-7602661

---

| | | | |
|---|---|---|---|
| Debtor 1 | __Jacqueline__ | __Elizabeth__ | __Ard__ |
| | First Name | Middle Name | Last Name |

Case number (if known) __25-01384-JD__

| | | | |
|---|---|---|---|
| Debtor 2 | __Terry__ | __Frank__ | __Nicola__ |
| | First Name | Middle Name | Last Name |

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**1**

__Detroit Water and Sewerage Dept__
Name

__Po Box 554899__
Number        Street

__Detroit, MI 48255-4899__
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __2.6__ of (Check one):  ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**2**

__Detroit Water and Sewerage Dept__
Name

__Po Box 554899__
Number        Street

__Detroit, MI 48255-4899__
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __2.7__ of (Check one):  ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**3**

__ADT Security Services__
Name

__PO Box 650485__
Number        Street

__Dallas, TX 75265-0485__
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.1__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**4**

__Portfolio Recovery__
Name

__PO Box 8828__
Number        Street

__Wilmington, DE 19899__
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.2__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**5**

__Armstrong Cable__
Name

__437 North Main St__
Number        Street

__Butler, PA 16001__
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.5__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**6**

__Valor Intelligent Processing, LLC__
Name

__12005 Ford Rd 700__
Number        Street

__Dallas, TX 75234__
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.7__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**7**  **AT&T**
Name

**PO Box 5080**
Number        Street


**Carol Stream, IL 60197-5014**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.8** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**8**  **Americollect**
Name

**PO Box 2080**
Number        Street


**Manitowoc, WI 54221-2080**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**9**  **Penn Power**
Name

**PO Box 3687**
Number        Street


**Akron, OH 44309-3687**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**10**  **Fortiva**
Name

**PO Box 650721**
Number        Street


**Dallas, TX 75265**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.19** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**11**  **Go-Store it Management, LLC**
Name

**6805 Carnegie Blvd. Ste 250**
Number        Street


**Charlotte, NC 28211-4276**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.20** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**12**  **Go-Store it Management, LLC**
Name

**6805 Carnegie Blvd. Ste 250**
Number        Street


**Charlotte, NC 28211-4276**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

**Part 3:**     **List Others to Be Notified About a Debt That You Already Listed - Additional Page**

---

**13**   Go-Store it Management, LLC
Name

6805 Carnegie Blvd. Ste 250
Number     Street

Charlotte, NC 28211-4276
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.22** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**14**   Go-Store it Management, LLC
Name

6805 Carnegie Blvd. Ste 250
Number     Street

Charlotte, NC 28211-4276
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**15**   Go-Store it Management, LLC
Name

6805 Carnegie Blvd. Ste 250
Number     Street

Charlotte, NC 28211-4276
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.24** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**16**   Wm Weston J Newton
Name

Jones, Simpson, & Newton, P.A.

7 Plantation Park Drive Ste 3
Number     Street
Bluffton, SC 29910
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.25** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**17**   Home Depot Credit Services
Name

PO Box 790345
Number     Street

Saint Louis, MO 63179-0345
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.26** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**18**   Home Depot Loan #3877
Name

6125 Lakeview Rd Ste. 800
Number     Street

Charlotte, NC 28269-2613
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.27** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

**Part 3:      List Others to Be Notified About a Debt That You Already Listed - Additional Page**

**19**
Name
**Hughes Network Systems**
Number   Street
**11717 Exploration Lane**

City   State   ZIP Code
**Germantown, MD 20876**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.28** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**20**
Name
**JPMorgan Chase Bank, N.A.**
**Payments**
Number   Street
**PO Box 15368**
**Wilmington, DE 19850**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.29** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**21**
Name
**Chipumoi, Nicolas**
Number   Street
**6409 Congress Ave Ste 100**

City   State   ZIP Code
**Boca Raton, FL 33487-2853**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.30** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**22**
Name
**JPMorgan Chase Bank, N.A.**
**Payments**
Number   Street
**PO Box 15368**
**Wilmington, DE 19850**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.31** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**23**
Name
**Kohls Payment Center**
Number   Street
**PO Box 1456**

City   State   ZIP Code
**Charlotte, NC 28201-1456**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.32** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**24**
Name
**PNC Bank**
Number   Street
**PO Box 609**

City   State   ZIP Code
**Pittsburgh, PA 15230-9738**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.36** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* __25-01384-JD__ |
| | First Name | Middle Name | Last Name | |

**Part 3:**     **List Others to Be Notified About a Debt That You Already Listed - Additional Page**

---

**25.** PNC National Association
Name

PO Box 5570
Number    Street

Cleveland, OH 44101-0570
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.37__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**26.** Office Depot
Name

PO Box 78004
Number    Street

Phoenix, AZ 85062
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.38__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**27.** US Courts; PACER
Name

PO Box 5208
Number    Street

Portland, OR 97208
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.40__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**28.** Palmetto Electric Cooperative Inc
Name

PO Box 70878
Number    Street

Charlotte, NC 28272-0878
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.41__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**29.** Palmetto Electric Cooperative Inc
Name

PO Box 70878
Number    Street

Charlotte, NC 28272-0878
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.42__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**30.** Palmetto Electric Cooperative Inc
Name

PO Box 70878
Number    Street

Charlotte, NC 28272-0878
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.43__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

**Part 3:    List Others to Be Notified About a Debt That You Already Listed - Additional Page**

---

**31** | **National Recovery Agency**
Name

**2491 Paxton St.**
Number    Street

**Harrisburg, PA 17111**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.44** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6    5    3    1**

---

**32** | **PODS**
Name

**280 Leetsdale Industrial Dr. Ste 200**
Number    Street

**Leetsdale, PA 15056**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.45** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**33** | **PODS Enterprises, LLC**
Name

**13535 Feather Sound Dr**
Number    Street

**Clearwater, FL 33762**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.45** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**34** | **Quantum3 Group, LLC**
Name

**PO Box 2489**
Number    Street

**Kirkland, WA 98083-2489**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.46** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**35** | **SC Driver Records**
Name

**PO Box 1498**
Number    Street

**Blythewood, SC 29016**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.48** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**36** | **Target Card Services**
Name

**PO Box 660170**
Number    Street

**Dallas, TX 75266-0170**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.54** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)* __25-01384-JD__

| Debtor 2 | Terry | Frank | Nicola |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**37** The Huntington National Bank
Name

5555 Cleveland Ave GW4W122
Number    Street

Columbus, OH 43231
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.55__ of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**38** The Huntington National Bank
Name

5555 Cleveland Ave GW4W122
Number    Street

Columbus, OH 43231
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.56__ of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**39** St. Barnabas
Name

5850 Meridian Rd.
Number    Street

Gibsonia, PA 15044
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.57__ of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**40** T-Mobile Customer Relations
Name

PO Box 37380
Number    Street

Albuquerque, NM 87176-7380
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.59__ of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**41** T-Mobile
Name

c/o American Infosource, LP

4515 N Santa Fe Ave.
Number    Street

Oklahoma City, OK 73118-7901
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.59__ of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**42** US Department of Education
Name

PO Box 2837
Number    Street

Portland, OR 97208
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.61__ of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* 25-01384-JD

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**43.** University of Michigan Deaborn
Name
4901 Evergreen Rd.
Number   Street

Dearborn, MI 48128
City       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.61** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**44.** Verizon
Name
1095 Avenue of The Americas
Number   Street

New York, NY 10036
City       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.62** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**45.** Progressive Insurance
Name
30440 Lakeland Blvd
Number   Street

Wickliffe, OH 44092
City       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$22,051.73** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$22,051.73** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$76,223.69** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$326,645.11** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$402,868.80** |

Fill in this information to identify your case:

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **South Carolina**

Case number **25-01384-JD**
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number          Street

      _____
      City            State            ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** **Global Management Group LLC** | ☐ Schedule D, line _____ |
| Name | ☑ Schedule E/F, line **4.30, 4.59, 4.64** |
| **21215 Dartmouth Dr** | ☐ Schedule G, line _____ |
| Number          Street | |
| **Southfield, MI 48076-5634** | |
| City          State          ZIP Code | |
| **3.2** **Louis** | ☐ Schedule D, line _____ |
| Name | ☑ Schedule E/F, line **4.7, 4.8** |
| **21215 Dartmouth Dr** | ☐ Schedule G, line _____ |
| Number          Street | |
| **Southfield, MI 48076-5634** | |
| City          State          ZIP Code | |