# CURRENT MONTHLY INCOME PAYSTUB DETAILS

In re: **Ard, Jacqueline Elizabeth (Debtor 1)**
**Nicola, Terry Frank (Debtor 2)**

Case Number: **25-01384-JD**
Chapter: **13**

**Ard, Jacqueline Elizabeth (Debtor 1)**

I, Jacqueline Ard, (Debtor 1) state that I am Self-Employed. I submitted a detailed Statement of Income to Trustee: James M. Wyman via email: wyman@charleston13.com and jameswymanlaw@gmail.com

I, hereby, certify that the above statement is true to the best of my knowledge.

4-25-25

Jacqueline Ard
239 Beach City Rd unit 3218
Hilton Head Island, SC 29926
Jacquelineard72@gmail.com

Filed By The Court
4/25/2025 10:28 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

**Nicola, Terry Frank (Debtor 2)**

I, Terry Nicola, (Debtor 2) state that I am a disabled retiree. I submitted a detailed Statement of Income to Trustee: James M. Wyman via email: wyman@charleston13.com and jameswymanlaw@gmail.com

I, hereby, certify that the above statement is true to the best of my knowledge.

Terry Nicola 4-25-2025

Terry Nicola
663 William Hilton Parkway unit 4408
Hilton Head Island, SC 2998
Terrynicola30@gmail.com