Filed By The Court
4/25/2025 10:28 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:  CASE NO: 25-01384-JD

JACQUELINE ELIZABETH ARD  CHAPTER 13
TERRY FRANK NICOLA

DEBTOR(S)  STATEMENT OF INCREASE INCOME/EXP

### STATEMENT OF INCREASE INCOME AND EXPENSES

I, Jacqueline Ard, anticipate an increase in income during the peak season of my business (April through August) each year. During these months there is an increase in expenses as well.

I, Terry Nicola, anticipate an increase in my fixed income once payments to my ex-spouse cease after a court order is issued to cease payments. I anticipate an increase in my medical cost as my disease progresses.

Date: 4-25-2025

JACQUELINE ARD, *Pro Se* Debtor
239 BEACH CITY RD UNIT 3218
HILTON HEAD ISLAND, SC 29926
jacquelineard72@gmail.com

Date: 4-25-2025

TERRY NICOLA, *Pro Se* Debtor
663 WILLIAM HILTON PKWY UNIT 4408
HILTON HEAD ISLAND, SC 29928
Terrynicola30@gmail.com