**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

IN RE:                                                    CASE NO:  25-01384-JD

Jacqueline Elizabeth Ard                                  (CHAPTER 13)
Terry Frank Nicola

                                                         **RESPONSE TO:**
                                                   **MOTION TO IMPOSE STAY**

                              Debtors

Please take notice that the trustee responds to the MOTION TO IMPOSE STAY   for the following reason(s):


     The case was "presumptively filed not in good faith" because the Debtors were involved in more than 1 previous case under chapter 13 within the 1 year period preceding the filing of the current case pursuant to 11  U.S.C. §362(c)(3)(C)(i)(I).   The "presumption may be rebutted by clear and convincing evidence to the contrary" pursuant to 11 U.S.C. §362(c)(3)(C).  The Trustee is uncertain whether the Debtors have proven by clear and convincing evidence that the present case will be concluded "with a confirmed plan that will be fully performed."


Trustee requests a hearing for the response to be heard .


Dated:  May 02, 2025                          /s/ James M. Wyman
                                             _____
                                             James Wyman, Trustee Dist Ct ID 5552
                                             Beth Renno, Staff Attorney Dist Ct ID 5627
                                             PO Box 997
                                             Mt. Pleasant, SC  29465-0997
                                             Phone: (843) 388-9844
                                             Fax: (843) 388-9877
                                             Email: 13info@charleston13.com

## CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

Jacqueline Elizabeth Ard
Terry Frank Nicola
21215 Dartmouth Dr
Southfield, MI  48076

Dated:  May 02, 2025                    /s/ Beth Renno

PO Box 997
Mt. Pleasant, SC  29465-0997
Email: 13info@charleston13.com