Filed By The Court
5/8/2025 5:37 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:

JACQUELINE ELIZABETH ARD and
TERRY FRANK NICOLA

DEBTOR(S)

CASE NO: 25-01384-JD

CHAPTER: 13

STATEMENT OF CHANGE
(Fed. R. Bankr P. 1009; SC LBR 1009-1)

**Please take notice** the debtor(s) named above has filed with the Bankruptcy Court an amendment to documents submitted on April 10, 2025.

1. Amended Creditor Matrix with Verification of Amended Creditor Matrix

2. The Chapter 13 Plan has been amended

3. Statement of Financial Affairs has been amended

4. Schedules D, E/F, and H have been amended with removal/corrections of additional creditors

5. Receipt for filing fee of Additional Creditors

Notice of the Statement of change and the above-mentioned documents have been provided to all affected parties, via First Class Mail to each of the affected parties' known address, and to the US Trustee, and the case Trustee via Electronic Mail.

I, hereby, certify that all information provided is true and accurate to the best of my knowledge.

Date: 5/8/25

Jacqueline E. Ard *Pro Se* Debtor
239 Beach City Rd Unit 3218
Hilton Head Island, SC 29926
Jacquelineard72@gmail.com

Date:_____ 5-8-25 _____

_____

Terry F. Nicola *Pro Se* Debtor
Mailing Address:
21215 Dartmouth Dr.
Southfield, MI 48076
Terrynicola30@gmail.com

**Fill in this information to identify your case:**

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Terry | Frank | Nicola |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **South Carolina**

Case number (if known) **25-01384-JD**

☑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.1** **Estate At Westbury Owners Assoc, Inc**

Creditor's Name

**Board of Directors**

**85 Kensington Blvd**

Number     Street

**Bluffton, SC 29910-4884**

City     State     ZIP Code

Describe the property that secures the claim: | $22,625.02 | $91,950.00 | $0.00

PIN R600 031 000 0266 1106

**100 Kensington Blvd Unit 1106 Bluffton, SC 29910-7484** **Estate at Westbury (violation of the automatic stay)**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred     Last 4 digits of account number     **1   4   0   7**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $22,625.02 |
|---|---|

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

Case number *(if known)*  **25-01384-JD**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

**2.2**

| Hilton Head Resort Four Seasons Centre | Describe the property that secures the claim: | $43,493.32 | $139,200.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Wm Weston J Newton Jones, Simpson & Newton, PA**

PIN R510 012 000 025B 4408
663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537

**Po Box 1938**

Number       Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Bluffton, SC 29910-1938**

City          State       ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**   4   4   0   8

**Remarks:** Alleged HOA fees

| Add the dollar value of your entries in Column A on this page. Write that number here: | $43,493.32 | |
|---|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ | |

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | | | Do not deduct the value of collateral. | | If any |

| 2.3 | Nationstar Mortgage, LLC | Describe the property that secures the claim: | $211,866.31 | $139,200.00 | $72,666.31 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Department**

**PO Box 619096**
Number      Street

**Dallas, TX 75261-9741**
City          State       ZIP Code

**PIN R510 012 000 025B 4408**
663 William Hilton Pkwy Unit 4408 Hilton Head Island, SC 29928-3537

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred    __01/27/2022__    Last 4 digits of account number    __4__  __1__  __9__  __2__

| 2.4 | Norman Jewelry and Loan | Describe the property that secures the claim: | $3,260.73 | $25,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**24777 Telegraph Suite B**
Number      Street

**Southfield, MI 48034**
City          State       ZIP Code

**Woman's custom made engagement ring**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred    __08/18/2024__    Last 4 digits of account number    __1__  __6__  __4__  __7__

**Remarks:** Refuse to Turnover Property of the Estate

| Add the dollar value of your entries in Column A on this page. Write that number here: | $215,127.04 | |
|---|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ | |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

---

**2.5** | **Polly Nicola**

Creditor's Name

**2583 Lower Assembly Drive**

Number        Street

_____

**Fort Mill, SC 29708**

City        State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

| **Komatsu: Northern Trust (1)** |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   **Domestic: MSA (Non-Qualifying DSO)**

Column A: **unknown**   Column B: **$2,508.87**   Column C: **$0.00**

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

---

**2.6** | **Polly Nicola**

Creditor's Name

**2583 Lower Assembly Drive**

Number        Street

_____

**Fort Mill, SC 29708**

City        State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

| **Komatsu: Northern Trust (2)** |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   **Domestic: Non-Qualifying DSO**

Column A: **unknown**   Column B: **$2,356.94**   Column C: **$0.00**

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$0.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* 25-01384-JD | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.7** **Polly Nicola**

Creditor's Name

**2583 Lower Assembly Drive**

Number       Street

**Fort Mill, SC 29708**

City        State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:        **unknown**        **$1,242.06**        **$0.00**

**Komatsu: Joy Global**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)        **Domestic: Non-Qualifying DSO**

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Marital Settlement Agreement payment (Non-Alimony, Non-Spousal Support, Non-Separate Maintenance). Ex-spouse refuses to turnover collected funds

**2.8** **The Spa on Port Royal Sound**

Creditor's Name

**Board of Directors**

**239 Beach City Rd**

Number       Street

**Hilton Head, SC 29926-4707**

City        State        ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   **09/25/2023**

Describe the property that secures the claim:        **$47,933.53**        **$132,450.00**        **$0.00**

**PIN R510 005 000 008B 3218**

**239 Beach City Rd Unit 3218 Hilton Head Island, SC 29926-4718**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   **1   8   1   8**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$47,933.53** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* __**25-01384-JD**__ |
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Additional Page** | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

| 2.9 | **Title Max Corporation** | Describe the property that secures the claim: | $4,565.00 | $5,736.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

__**15 Bull St**__

| Number | Street |
|---|---|

| **2017 Hyundai Elantra** |
|---|
| **Needs Radiator and Transmission Work** |

__**Savannah, GA 31401-2685**__

| City | State | ZIP Code |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    __**Title Loan**__

Date debt was incurred __**09/01/2024**__    Last 4 digits of account number ___ ___ ___ ___

| 2.10 | **West-Aircomm FCU** | Describe the property that secures the claim: | $11,243.32 | $10,904.00 | $339.32 |
|---|---|---|---|---|---|

Creditor's Name

__**Weltman, Weinberg & Reis Co LPA**__

__**5990 W Creek Rd Ste 200**__

| Number | Street |
|---|---|

| **2018 Jeep Grand Cherokee** |
|---|
| **Needs Transmission Work** |

__**Independence, OH 44131-2191**__

| City | State | ZIP Code |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred __**09/21/2018**__    Last 4 digits of account number __6__ __2__ __0__ __2__

| Add the dollar value of your entries in Column A on this page. Write that number here: | $15,808.32 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

---

**2.11**

| **Westlake Financial** | **Describe the property that secures the claim:** | $35,584.44 | $7,475.00 | $28,109.44 |
|---|---|---|---|---|

Creditor's Name

**2 Equity Way Ste 200**

Number     Street

**2020 Ram Truck ProMaster**
Needs Transmission Work Commercial Use

**Westlake, OH 44145-1045**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  __03/28/2023__     Last 4 digits of account number  __7__  __0__  __8__  __3__

---

**2.12**

| **Zeidmans Jewelry & Loan of MI** | **Describe the property that secures the claim:** | $990.00 | $3,500.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Best Law Tara E. Nauful**

**Po Box 2374**

Number     Street

**Earrings Ladies Hoop diamonds**

**Mt Pleasant, SC 29465-2374**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  __07/29/2024__     Last 4 digits of account number  __6__  __2__  __1__  __2__

**Remarks:** Refused to turnover property of the Estate

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $36,574.44 | |
|---|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ | |

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | Case number *(if known)*  25-01384-JD |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page** | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Do not deduct the value of collateral. | | If any |

**2.13**

| **Zeidmans Jewelry & Loan of MI** | Describe the property that secures the claim: | $172.50 | $700.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Best Law Tara E. Nauful**

> Ring Men Wedding Ring

**Po Box 2374**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**Mt Pleasant, SC 29465-2374**

☐ Contingent
☐ Unliquidated
☐ Disputed

City    State    ZIP Code

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **08/08/2024**    Last 4 digits of account number    **8   3   0   8**

**2.14**

| **Zeidmans Jewelry & Loan of MI** | Describe the property that secures the claim: | $172.50 | $600.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Best Law Tara E. Nauful**

> Earrings Ladies

**Po Box 2374**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**Mt Pleasant, SC 29465-2374**

☐ Contingent
☐ Unliquidated
☐ Disputed

City    State    ZIP Code

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **08/09/2024**    Last 4 digits of account number    **8   7   0   0**

**Remarks:** Refused to Turnover Property of the Estate

| Add the dollar value of your entries in Column A on this page. Write that number here: | $345.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | Case number *(if known)* **25-01384-JD** |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A | Column B | Column C |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

---

**2.15** **Zeidmans Jewelry & Loan of MI**

Creditor's Name

**Best Law Tara E. Nauful**

**Po Box 2374**

Number    Street

**Mt Pleasant, SC 29465-2374**

City    State    ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **08/09/2024**

**Describe the property that secures the claim:**     $308.75     $1,200.00     $0.00

**Bracelet Ladies**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    **8  7  0  1**

**Remarks:** Refused to Turnover Property of the Estate

---

**2.16** **Zeidmans Jewelry & Loan of MI**

Creditor's Name

**Best Law Tara E. Nauful**

**Po Box 2374**

Number    Street

**Mt Pleasant, SC 29465-2374**

City    State    ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **08/10/2024**

**Describe the property that secures the claim:**     $554.00     $1,800.00     $0.00

**Bracelet Ladies**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    **8  7  7  5**

**Remarks:** Refuse to Turnover Property of the Estate

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $862.75 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim <br> Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion <br> If any |

---

**2.17**

**Zeidmans Jewelry & Loan of MI**
Creditor's Name

**Best Law Tara E. Nauful**

**Po Box 2374**
Number     Street

**Mt Pleasant, SC 29465-2374**
City          State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   __08/10/2024__

**Describe the property that secures the claim:**          $336.00          $1,500.00          $0.00

| **Bracelet Ladies** |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number   __8   7   7   6__

---

**2.18**

**Zeidmans Jewelry & Loan of MI**
Creditor's Name

**Best Law Tara E. Nauful**

**Po Box 2374**
Number     Street

**Mt Pleasant, SC 29465-2374**
City          State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   __08/30/2024__

**Describe the property that secures the claim:**          $663.00          $2,500.00          $0.00

| **Gold Herring Bone Heirloom Necklace** |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number   __2   4   5   0__

**Remarks:** Refuse to Turnover Property of the Estate

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $999.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **25-01384-JD**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.19** **Zeidmans Jewelry & Loan of MI**

Creditor's Name

**Best Law Tara E. Nauful**

**Po Box 2374**

Number     Street

**Mt Pleasant, SC 29465-2374**

City     State     ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred    **11/30/2024**

**Describe the property that secures the claim:**    $3,344.40    $23,740.00    $0.00

**Ladies Custom made Wedding Ring**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number    **2    4    5    1**

**Remarks:** Refuse to Turnover Property of the Estate

| Add the dollar value of your entries in Column A on this page. Write that number here: | $3,344.40 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages.<br>Write that number here: | $387,112.82 |

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* __25-01384-JD__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1.** Bromley Law Firm LLC
Name
Evan K. Bromley
211 Goethe Rd Ste B
Number        Street
Bluffton, SC 29910-6014
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number    ___ ___ ___ ___

**2.** Julie A. Franklin, Esq
Name
Po Box 2976
Number        Street

Bluffton, SC 29910-2976
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number    ___ ___ ___ ___

**3.** Jones, Simpson, and Newton PA
Name
Attn: Wm Weston J Newton
7 Plantation Park Drive Suite 3
Number        Street
Bluffton, SC 29910
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number    ___ ___ ___ ___

**4.** Nationstar Mortgage, LLC
Name
Attn: Bankruptcy Department
PO Box 619096
Number        Street
Dallas, TX 75261-9741
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number    ___ ___ ___ ___

**5.** Taybron Law Firm LLC
Name
3399 Churchview Ave
Number        Street

Pittsburgh, PA 15227-4358
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number    ___ ___ ___ ___

**6.** Morgan Lewis & Bockius LLP
Name
Attn: Matt Hawes
One Oxford Centre, Thirty-Second FLR
Number        Street
Pittsburgh, PA 15219-6401
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number    ___ ___ ___ ___

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-01384-JD** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

**7.** **Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number        Street
**Milwaukee, WI 53204-2941**
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number   ___  ___  ___  ___

---

**8.** **Taybron Law Firm LLC**
Name

**3399 Churchview Ave**
Number        Street


**Pittsburgh, PA 15227-4358**
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number   ___  ___  ___  ___

---

**9.** **Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number        Street
**Milwaukee, WI 53204-2941**
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number   ___  ___  ___  ___

---

**10.** **Morgan Lewis & Bockius LLP**
Name

**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**
Number        Street
**Pittsburgh, PA 15219-6401**
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number   ___  ___  ___  ___

---

**11.** **Taybron Law Firm LLC**
Name

**3399 Churchview Ave**
Number        Street


**Pittsburgh, PA 15227-4358**
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number   ___  ___  ___  ___

---

**12.** **Komatsu Benefit Dept**
Name

**Mark Harder**

**401 E Greenfield Ave**
Number        Street
**Milwaukee, WI 53204-2941**
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number   ___  ___  ___  ___

---

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** | |
| Debtor 2 | **Terry** | **Frank** | **Nicola** | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

---

**13.** **Morgan Lewis & Bockius LLP**

Name

**Attn: Matt Hawes**

**One Oxford Centre, Thirty-Second FLR**

Number          Street

**Pittsburgh, PA 15219-6401**

City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number    ___ ___ ___ ___

---

**14.** **Law Office of Scott M. Wild LLC**

Name

**Scott M. Wild**

**37 New Orleans Road Suite F**

Number          Street

**Hilton Head Island, SC 29928**

City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number    ___ ___ ___ ___

---

**15.** **Mutterer Law Firm, LLC**

Name

**Jannine M. Mutterer, Esq**

**5 Red Cedar Street Suite 102**

Number          Street

**Bluffton, SC 29910**

City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number    ___ ___ ___ ___

---

**16.** **Smith Debnam Narron Drake Saintsing**

Name

**& Myers, LLP Lucas S. Fautua**

**171 Church St Ste 120c**

Number          Street

**Charleston, SC 29401-3136**

City                          State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number    ___ ___ ___ ___

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __South Carolina__

Case number __25-01384-JD__
(if known)

☑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.  Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

**2.  List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Beaufort County Treasurer** | Last 4 digits of account number   **3  2  1  8** | **$3,702.32** | **unknown** | **$3,702.32** |
| Priority Creditor's Name | | | | |
| **Property Tax** | **When was the debt incurred?**   **01/15/2025** | | | |
| **Po Box 105176** | | | | |
| Number        Street | **As of the date you file, the claim is:** Check all that apply. | | | |
| **Atlanta, GA 30348-5176** | ☐ Contingent | | | |
| City        State    ZIP Code | ☐ Unliquidated | | | |
| **Who incurred the debt?** Check one. | ☐ Disputed | | | |
| ☐ Debtor 1 only | **Type of PRIORITY unsecured claim:** | | | |
| ☐ Debtor 2 only | ☐ Domestic support obligations | | | |
| ☑ Debtor 1 and Debtor 2 only | ☐ Taxes and certain other debts you owe the government | | | |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated | | | |
| ☐ **Check if this claim is for a community debt** | ☑ Other. Specify   **Real Estate Taxes** | | | |
| **Is the claim subject to offset?** | | | | |
| ☑ No | | | | |
| ☐ Yes | | | | |

**Remarks:** PIN: R510-005-000-008B-3218

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* __25-01384-JD__ |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

**2.2**

**Beaufort County Treasurer**
Priority Creditor's Name

**Property Tax**

**Po Box 105176**
Number        Street

**Atlanta, GA 30348-5176**
City             State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __1__ __1__ __0__ __6__       **$2,021.07**    **unknown**    **$2,021.07**

When was the debt incurred?        __01/15/2025__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify __Real Estate Taxes__

**Remarks:** PIN: R600-031-000-0266-1106

**2.3**

**Beaufort County Treasurer**
Priority Creditor's Name

**Property Tax**

**Po Box 105176**
Number        Street

**Atlanta, GA 30348-5176**
City             State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __4__ __4__ __0__ __5__       **$3,761.77**    **unknown**    **$3,761.77**

When was the debt incurred?        __01/15/2025__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify __Real Estate Taxes__

**Remarks:** PIN: R510-012-000-025B-4405

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|----------|-----------|-----------|-----|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* | **25-01384-JD** |
| | First Name | Middle Name | Last Name | | |

---

**Part 1:**   **Your PRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.4**

| | | | | |
|---|---|---|---|---|
| **City of Detroit Water and Sewerage Dept** | Last 4 digits of account number | 0   3   0   1 | $1,383.51 | unknown | $1,383.51 |

Priority Creditor's Name

**When was the debt incurred?** _____

**735 Randolph St**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Detroit, MI 48226-2830**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Utilities**

**Is the claim subject to offset?**

☑ No
❑ Yes

**2.5**

| | | | | |
|---|---|---|---|---|
| **City of Detroit Water and Sewerage Dept** | Last 4 digits of account number | 3   3   0   1 | $1,782.38 | unknown | $1,782.38 |

Priority Creditor's Name

**When was the debt incurred?** _____

**735 Randolph St**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Detroit, MI 48226-2830**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Utilities**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 1:  Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

### 2.6  Consumer Energy Company

Priority Creditor's Name

**Attn: Legal Dept**

**One Energy Plaza Dr**
Number          Street

**Jackson, MI 49201-2357**
City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number   8   5   2   5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Utilities**

|  | | $347.83 | $347.83 | $0.00 |

**Remarks:** Utility Services

### 2.7  County of Allegheny Treasurer

Priority Creditor's Name

**Room 108 Courthouse**

**436 Grant St**
Number          Street

**Pittsburgh, PA 15219**
City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number   P   1   4   6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

|  | | $116.36 | unknown | $116.36 |

Debtor 1 __Jacqueline__ __Elizabeth__ __Ard__

Debtor 2 __Terry__ __Frank__ __Nicola__

Case number *(if known)* __25-01384-JD__

First Name   Middle Name   Last Name

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.8** **East Pittsburgh Borough**

Priority Creditor's Name

__813 Linden Ave__

Number        Street

__East Pittsburgh, PA 15112__

City        State        ZIP Code

Last 4 digits of account number   __P__  __1__  __4__  __6__

When was the debt incurred?  _____

Total claim: **$363.96**   Priority amount: **unknown**   Nonpriority amount: **$363.96**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of PRIORITY unsecured claim?
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  __Real Estate Taxes__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 513 Main

**2.9** **Jordan Tax Service**

Priority Creditor's Name

__102 Rahway Rd__

Number        Street

__McMurray, PA 15317__

City        State        ZIP Code

Last 4 digits of account number   __P__  __1__  __4__  __6__

When was the debt incurred?  _____

Total claim: **$1,179.46**   Priority amount: **unknown**   Nonpriority amount: **$1,179.46**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of PRIORITY unsecured claim?
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  __Real Estate Taxes__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1    **Jacqueline**     **Elizabeth**     **Ard**

Debtor 2    **Terry**     **Frank**     **Nicola**     Case number *(if known)* **25-01384-JD**

First Name     Middle Name     Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.10**   **Lincoln Township**

Priority Creditor's Name

**P.O. Box 239**

Number     Street

**Lake George, MI 48633**

City     State     ZIP Code

Last 4 digits of account number   **7**   **0**   **0**   **1**     **$1,638.11**    **unknown**    **$1,638.11**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

**2.11**   **Lincoln Township**

Priority Creditor's Name

**P.O. Box 239**

Number     Street

**Lake George, MI 48633**

City     State     ZIP Code

Last 4 digits of account number   **1**   **6**   **0**   **0**     **$1,711.02**    **unknown**    **$1,711.02**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

**Remarks:** 5154 Oak Run

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)*  **25-01384-JD** |
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**2.12** **Pittsburgh Water**

Priority Creditor's Name

**Penn Liberty Plaza I**

**1200 Penn Avenue**

Number    Street

**Pittsburgh, PA 15222**

City    State    ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    M  A  I  N

When was the debt incurred?    03/23/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   Utilities

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| unknown | unknown | unknown |

---

**2.13** **SC Department of Revenue**

Priority Creditor's Name

**Office of General Counsel**

**300A Outlet Point Blvd**

Number    Street

**Columbia, SC 29210**

City    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    3  7  4  8

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| $0.00 | unknown | $0.00 |

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-01384-JD** |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.14** **Wayne Co Treasurer**
Priority Creditor's Name

**400 Monroe 5th floor**
Number        Street

**Detroit, MI 48226**
City            State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   7   3   7   1        $1,238.00   unknown   $1,238.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

**2.15** **Wayne Co Treasurer**
Priority Creditor's Name

**400 Monroe 5th Floor**
Number        Street

**Detroit, MI 48266**
City            State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   1   1   0   9        $1,006.69   unknown   $1,006.69

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Real Estate Taxes**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | 25-01384-JD |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1 ADT Security Services

Nonpriority Creditor's Name

Po Box 371878

Number          Street

Pittsburgh, PA 15250-7878

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   9   0   9   4

**When was the debt incurred?**   10/01/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Consumer debt

$1,599.69

### 4.2 Advantage Aviator Bankruptcy Dept

Nonpriority Creditor's Name

Portfolio Recovery Associates, LLC

130 Corporate Blvd

Number          Street

Norfolk, VA 23502-4952

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   7   5   4   0

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

$20,400.68

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* 25-01384-JD

| Debtor 2 | Terry | Frank | Nicola | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.3

**American Express National Bank**
Nonpriority Creditor's Name

**Becket and Lee LLP**

**P.O. Box 3001**
Number              Street

**Malvern, PA 19355**
City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **4  0  0  2**

When was the debt incurred?        **07/1/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**$42,254.50**

### 4.4

**American Express National Bank**
Nonpriority Creditor's Name

**Becket and Lee LLP**

**P.O. Box 3001**
Number              Street

**Malvern, PA 19355**
City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **2  0  0  6**

When was the debt incurred?        **06/01/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**$1,172.92**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)*  25-01384-JD |
|---|---|---|---|---|---|

| Debtor 2 | Terry | Frank | Nicola | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim |
|---|---|---|

**4.5**  Armstrong Cable

Nonpriority Creditor's Name

PO Box 37749

Number          Street

Philadelphia, PA 19101-5049

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    1    1    0    3          $306.17

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Ulitiies**

---

**4.6**  AT&T

Nonpriority Creditor's Name

Valor Intelligent Processing, LLC

PO Box 5014

Number          Street

Carol Stream, IL 60197-5014

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    8    8    2    7          $606.86

When was the debt incurred?    09/15/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Utilities**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **25-01384-JD**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.7**  **AWA Collections**
Nonpriority Creditor's Name

**Santa Rosa Emergency**

**PO Box 6605**
Number          Street

**Orange, CA 92863**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Bill**

**unknown**

---

**4.8**  **Capital One Auto Finance**
Nonpriority Creditor's Name

**AIS Portfolio Services, LLC**

**4515 N Santa Fe Ave. Dept. APS**
Number          Street

**Oklahoma City, OK 73118**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _7_ _7_ _4_ _3_

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Consumer Debt**

**$0.00**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.9**   **CitiBank Best Buy**

Nonpriority Creditor's Name

**P.O. Box 790034**

Number          Street

**Saint Louis, MO 63179-0034**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **6   6   9   2**

When was the debt incurred?        **09/12/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$2,942.86**

---

**4.10**   **Comenity Caesars Rewards**

Nonpriority Creditor's Name

**PO Box 650960**

Number          Street

**Dallas, TX 75265**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0   3   0   5**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**$5,181.32**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* __25-01384-JD__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.11** **Coyne Oil**

Nonpriority Creditor's Name

**Attn: Rose**

**513 W 5th St**

Number         Street

**Clare, MI 48617-9405**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3** **1** **2** **9**        **$64.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Utilities**

---

**4.12** **DirectTV, LLC**

Nonpriority Creditor's Name

**CT Corporation**

**1209 N Orange St**

Number         Street

**Wilmington, DE 19801-1120**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8** **8** **2** **7**        **$620.81**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.13

**DTE Energy**

Nonpriority Creditor's Name

**Attention Legal Department**

**PO Box 740786**

Number          Street

**Cincinnati, OH 45274-0786**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Utility Services 15826 Appoline

Last 4 digits of account number   8  9  1  4      **$1,271.71**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utilities**

### 4.14

**DTE Energy**

Nonpriority Creditor's Name

**Attention Legal Department**

**PO Box 740786**

Number          Street

**Cincinnati, OH 45274-0786**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   8  9  2  2      **$1,730.37**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utilities**

Debtor 1    **Jacqueline**    **Elizabeth**    **Ard**
_____    _____    _____
First Name    Middle Name    Last Name

Debtor 2    **Terry**    **Frank**    **Nicola**
_____    _____    _____
First Name    Middle Name    Last Name

Case number *(if known)*  **25-01384-JD**

---

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

| 4.15 | **First Energy** | Last 4 digits of account number  **7  2  8  4** | **$2,780.70** |

Nonpriority Creditor's Name

**Penn Power**

When was the debt incurred?    **07/25/2024**

**Po Box 16001**

Number    Street

**Reading, PA 19612-6001**

City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.16 | **Fortiva Bobs Discount** | Last 4 digits of account number  **3  5  6  2** | **$2,182.29** |

Nonpriority Creditor's Name

**TBOM - ATLSA**

When was the debt incurred?

**6 Concourse Parkway Second Floor**

Number    Street

**Atlanta, GA 30328**

City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-01384-JD__

| Debtor 2 | Terry | Frank | Nicola | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.17

**Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street

**Bluffton, SC 29910**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** D0013-15x15x8

Last 4 digits of account number    **1    0    5    4**          $608.20

**When was the debt incurred?**          **09/30/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Storage Bill**

### 4.18

**Go-Store It**
Nonpriority Creditor's Name

**33 Parmenter Rd.**
Number          Street

**Bluffton, SC 29910**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** A0002

Last 4 digits of account number    **8    8    0    4**          $96.00

**When was the debt incurred?**          **11/01/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Storage Bill**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)*  25-01384-JD |
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.19  Go-Store It

Nonpriority Creditor's Name

**33 Parmenter Rd.**

Number                Street

**Bluffton, SC 29910**

City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** C0029

**Last 4 digits of account number**  1  0  9  6          $507.60

**When was the debt incurred?**          10/01/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Storage Bill**

### 4.20  Go-Store It

Nonpriority Creditor's Name

**33 Parmenter Rd.**

Number                Street

**Bluffton, SC 29910**

City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** E0004A

**Last 4 digits of account number**  1  0  6  8          $343.20

**When was the debt incurred?**          10/01/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Storage Bill**

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)* 25-01384-JD

| Debtor 2 | Terry | Frank | Nicola |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.21    Go-Store It

Nonpriority Creditor's Name

**33 Parmenter Rd.**

Number            Street

**Bluffton, SC 29910**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** A0003

Last 4 digits of account number    **1  0  9  5**

When was the debt incurred?    **10/01/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Storage Bill**

**$291.80**

---

### 4.22    Hilton Head Resort Four Seasons Centre

Nonpriority Creditor's Name

**Wm Weston J Newton Jones, Simpson & Newton, PA**

**Po Box 1938**

Number            Street

**Bluffton, SC 29910-1938**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **1  3  0  5**

When was the debt incurred?    **06/30/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **HOA fines**

**$5,297.63**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* __25-01384-JD__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

### 4.23

**Home Depot Commercial**
Nonpriority Creditor's Name

**Centralized bankruptcy**

**PO Box 790034**
Number          Street

**Saint Louis, MO 63179**
City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **2   8   0   8**          **$10,381.06**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

### 4.24

**Home Depot Loan #3877**
Nonpriority Creditor's Name

**Po Box 2730**
Number          Street

**Alpharetta, GA 30023-2730**
City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **6   7   1   9**          **$2,672.38**

**When was the debt incurred?**          **03/13/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-01384-JD__

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.25   Hughes Network Systems

Nonpriority Creditor's Name

PO Box 96874

Number          Street

Chicago, IL 60693-6874

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    2    9    3    6

**When was the debt incurred?**    11/01/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   __Utilities__

**$0.00**

### 4.26   JPMC

Nonpriority Creditor's Name

c/o National Bankruptcy Services, LLC

PO Box 9013

Number          Street

Addison, TX 75001

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    5    6    7    1

**When was the debt incurred?**    01/03/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   __Credit Card__

**$17,242.49**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* 25-01384-JD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.27**  **JPMorgan Chase Bank, N.A.**

Nonpriority Creditor's Name

**Robertson, Anschutz, Schneid, Crane**

**6409 Congress Avenue Ste. 100**

Number          Street

**Boca Raton, FL 33487**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   5   0   4   2          $17,349.55

**When was the debt incurred?**          03/22/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.28**  **JPMorgan Chase Bank, N.A.**

Nonpriority Creditor's Name

**Robertson, Anschutz, Schneid, Crane**

**6409 Congress Avenue 100**

Number          Street

**Boca Raton, FL 33487**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   0   9   4   9          $33,411.50

**When was the debt incurred?**          03/28/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.29**  **Kohls**                                                                                       **$1,405.66**

Nonpriority Creditor's Name

**Khols Payment Center**

**PO Box 3043**

Number     Street

**Milwaukee, WI 53201-3043**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.30**  **LVNV Funding, LLC**                                                                            **$267.15**

Nonpriority Creditor's Name

**Resurgent Captial Services**

**PO Box 10587**

Number     Street

**Greenville, SC 29603-0587**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 1 4 3

**When was the debt incurred?** 10/09/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**Remarks:** Uniform Claim ID: RSG-00248-804400462

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* __25-01384-JD__ |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.31

**LVNV Funding, LLC**
Nonpriority Creditor's Name

**Resurgent Captial Services**

**PO Box 10587**
Number          Street

**Greenville, SC 29603-0587**
City                State              ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Remarks:** Uniform Claim ID: RSG-00248-804407818

Last 4 digits of account number   6   9   7   8        **$801.28**

When was the debt incurred?        __10/09/2024__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

### 4.32

**Medical University of South Carolina**
Nonpriority Creditor's Name

**1 Poston Rd Ste 220**
Number          Street

**Charleston, SC 29407**
City                State              ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   7   2   7   5        **unknown**

When was the debt incurred?        __04/08/2025__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Medical Bill**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* __25-01384-JD__ |
|---|---|---|---|---|
|  | First Name | Middle Name | Last Name |  |
| Debtor 2 | Terry | Frank | Nicola |  |
|  | First Name | Middle Name | Last Name |  |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.33**    **NES**

Nonpriority Creditor's Name

**PNC Bank**

**2479 Edison Blvd Unit A**

Number            Street

**Twinsburg, OH 44087**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3    7    1    3**                    **$10,323.49**

**When was the debt incurred?**            _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.34**    **NES**

Nonpriority Creditor's Name

**PNC Bank**

**2479 Edison Blvd Unit A**

Number            Street

**Twinsburg, OH 44087**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3    4    0    3**                    **$8,960.51**

**When was the debt incurred?**            _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| Debtor 1 | Jacqueline | Elizabeth | Ard | | Case number *(if known)*  25-01384-JD |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.35   Office Depot Commercial

Nonpriority Creditor's Name

**PO Box 70612**

Number          Street

**Philadelphia, PA 19176-0612**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   0  3  6  0          **$1,889.18**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

### 4.36   Ohio Turnpike Easy Pass

Nonpriority Creditor's Name

**PO Box 94672**

Number          Street

**Cleveland, OH 44101**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Toll charges**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* __25-01384-JD__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.37  Pacer Service Center

Nonpriority Creditor's Name

**PO Box 780549**

Number          Street

**San Antonio, TX 78278**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    3   3   6   3

**When was the debt incurred?**    03/10/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Consumer Debt__

**Total claim: $1,035.20**

### 4.38  Palmetto Electric Cooperative Inc

Nonpriority Creditor's Name

**Michelle Tyler**

**111 Matthews Drive**

Number          Street

**Hilton Head Island, SC 29926**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Utility Services for 3218

**Last 4 digits of account number**    4   0   0   7

**When was the debt incurred?**    01/27/2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Utilities__

**Total claim: $856.04**

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)*  __25-01384-JD__

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.39**  **Peoples Gas**

Nonpriority Creditor's Name

**National Recovery Agency**

**PO Box 644760**

Number          Street

**Pittsburgh, PA 15264-4760**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **1   6   3   9**

When was the debt incurred?        **04/23/2019**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Utilities**

**$860.53**

---

**4.40**  **PODS Enterprises, LLC**

Nonpriority Creditor's Name

**Legal Department**

**5585 Rio Vista Dr.**

Number          Street

**Clearwater, FL 33760**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **4   6   1   4**

When was the debt incurred?        **10/01/2024**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Storage Bill**

**$1,883.00**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **25-01384-JD**

---

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.41**  **Quantum3 Group LLC**

Nonpriority Creditor's Name

**Agent for Crown Asset Management LLC**

**PO Box 788**

Number          Street

**Kirkland, WA 98083-0788**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7  0  0  2**      $4,073.98

**When was the debt incurred?**      **09/05/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**Remarks:** Uniform Claim ID: Q2141424518

---

**4.42**  **Resurgent Receivables, LLC**

Nonpriority Creditor's Name

**Resurgent Capital Services**

**PO Box 10587**

Number          Street

**Greenville, SC 29603-0587**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7  4  7  8**      $485.80

**When was the debt incurred?**      **05/15/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**Remarks:** Uniform Claim ID: RSG-00248-804427110

---

| Debtor 1 | __Jacqueline__ | __Elizabeth__ | __Ard__ | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | __Terry__ | __Frank__ | __Nicola__ | Case number *(if known)* __25-01384-JD__ |
| | First Name | Middle Name | Last Name | |

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.43

**SC Department of Motor Vehicles**
Nonpriority Creditor's Name

**SC Driver Records**

**PO Box 1498**

Number          Street

**Blythewood, SC 29016-0028**

City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     7   0   2   5          unknown

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Tickets** _____

### 4.44

**Synchrony Bank**
Nonpriority Creditor's Name

**Paypal Credit**

**PO Box 669809**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     1   3   5   4          $3,493.08

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number (if known) __25-01384-JD__

---

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.45**

**Synchrony Bank Sams Business**
Nonpriority Creditor's Name

**PO Box 669809**
Number          Street

**Dallas, TX 75266**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   5   4   8   7          $6,016.04

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**4.46**

**Synchrony Bank Sams Master Card**
Nonpriority Creditor's Name

**PO Box 669809**
Number          Street

**Dallas, TX 75266**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   7   8   2   2          $8,690.41

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* __25-01384-JD__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.47

**Synchrony Bank Score Rewards**

Nonpriority Creditor's Name

**PO Box 669809**

Number             Street

**Dallas, TX 75266**

City             State             ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___         **$854.71**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

### 4.48

**TD Bank**

Nonpriority Creditor's Name

**PO Box 840**

Number             Street

**Columbus, GA 31908**

City             State             ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _2_ _5_ _7_ _3_         **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Bank Account**

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

Case number *(if known)* __25-01384-JD__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        **Total claim**

---

**4.49**   **TD Bank**

Nonpriority Creditor's Name

**Target Card Services**

**PO Box 673**

Number          Street

**Minneapolis, MN 55440-0673**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3   4   7   7**        **$2,398.35**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.50**   **The Huntington National Bank**

Nonpriority Creditor's Name

**PO Box 89424 OPC856**

Number          Street

**Cleveland, OH 44101**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3   0   5   8**        **$12,878.39**

**When was the debt incurred?**   **10/26/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-01384-JD__

| Debtor 2 | Terry | Frank | Nicola |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Part 2:     Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.51**

**The Huntington National Bank**
Nonpriority Creditor's Name

**PO Box 89424 OPC856**
Number          Street

**Cleveland, OH 44101**
City               State               ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   7   0   4   3          **$14,395.02**

When was the debt incurred?          07/24/2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.52**

**The Woodlands at Saint Barnabas, inc**
Nonpriority Creditor's Name

**Thomas E. Breath**

**128 West Cunningham St**
Number          Street

**Butler, PA 16001**
City               State               ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   1   0   1   8          **$58,550.40**

When was the debt incurred?          10/04/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Rent**

**Remarks:** Dillon, McCandless, King, Coulter & Graham, LLP

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | Case number *(if known)* | 25-01384-JD |
|---|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                **Total claim**

---

**4.53**    **T-Mobile**

Nonpriority Creditor's Name

**Po Box 53410**

Number            Street

**Bellevue, WA 98015-3410**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    6  2  3  7        $956.78

**When was the debt incurred?**    10/01/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

**4.54**    **Traffic Magistrate**

Nonpriority Creditor's Name

**4819 Bluffton Parkway**

Number            Street

**Bluffton, SC 29910**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___        **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Ticket**

---

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

### Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.55** **U.S. Department of Education**

Nonpriority Creditor's Name

**Nelnet**

**121 South 13th St**
Number          Street

**Lincoln, NE 68508**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **3   7   4   8**          $76,223.69

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.56** **Verizon**

Nonpriority Creditor's Name

**Wireless Bankruptcy Administration**

**500 Technology Dr Ste. 500**
Number          Street

**Saint Charles, MO 63304**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0   0   0   1**          $987.01

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-01384-JD__

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | **Total claim** |
|---|---|

### 4.57  West Virginia Parkways Authority

Nonpriority Creditor's Name

**Customer Service Center**

**Po Box 1469**

Number        Street

**Charleston, WV 25325-1469**

City              State            ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    0   4   8   7

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Ticket**

**unknown**

---

### 4.58  Wright's Custom Body Shop LLC

Nonpriority Creditor's Name

**Progressive Insurance**

**1216 Leeson Ave**

Number        Street

**Cadillac, MI 49601-9097**

City              State            ZIP Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    2   6   6   1

When was the debt incurred?    04/14/2023

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  _____

**unknown**

**Remarks:** Progressive Insurance Claim 23-7602661

Debtor 1  __Jacqueline__    __Elizabeth__    __Ard__    Case number *(if known)* __25-01384-JD__

Debtor 2  __Terry__    __Frank__    __Nicola__
　　　　　First Name　　　　Middle Name　　　　Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

☐ 1

__Detroit Water and Sewerage Dept__
Name

__P.O. Box 554899__
Number　　　Street


__Detroit, MI 48255-4899__
City　　　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __2.4__ of *(Check one):*　☑ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number　　___ ___ ___ ___

☐ 2

__Detroit Water and Sewerage Dept__
Name

__P.O. Box 554899__
Number　　　Street


__Detroit, MI 48255-4899__
City　　　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __2.5__ of *(Check one):*　☑ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number　　___ ___ ___ ___

| Debtor 1 | Jacqueline | Elizabeth | Ard | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | 25-01384-JD |
| Debtor 2 | Terry | Frank | Nicola | | |
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $20,252.48 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $20,252.48 |

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $76,223.69 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $313,378.30 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $389,601.99 |

**Fill in this information to identify your case:**

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Terry | Frank | Nicola |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __South Carolina__

Case number: __25-01384-JD__
(if known)

☑ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.** **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2.** **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

  ☐ No
  ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

  _____
  Name of your spouse, former spouse, or legal equivalent

  _____
  Number          Street

  _____
  City            State            ZIP Code

**3.** **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.1** **Ard, Louis**
Name

**21215 Dartmouth Dr**
Number          Street

**Southfield, MI 48076-5634**
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.6__
☐ Schedule G, line _____

**3.2** **Global Management Group LLC**
Name

**21215 Dartmouth Dr**
Number          Street

**Southfield, MI 48076-5634**
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.27, 4.53, 4.58__
☐ Schedule G, line _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **District of South Carolina**

Case number    **25-01384-JD**
(if known)

☑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| **21215 Dartmouth Dr** | From **10/08/2024** | | From _____ |
| Number    Street | To **03/13/2025** | Number    Street | To _____ |
| **Southfield, MI 48076-5634** | | | |
| City    State    ZIP Code | | City    State    ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | **1006 Laurel Oak Dr** | From **07/01/2023** |
| Number    Street | To _____ | Number    Street | To **07/01/2024** |
| | | **Valencia, PA 16059-1338** | |
| City    State    ZIP Code | | City    State    ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | Case number *(if known)* __25-01384-JD__ |
| | First Name | Middle Name | Last Name | |

<div style="background:black;color:white">Part 2:</div> Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$6,829.01** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, __2024__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$81,948.16** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2023__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$59,249.21** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | **Retirement** | **$27,835.09** |
| **For last calendar year:**<br>(January 1 to December 31, __2024__ )<br>YYYY | | | **Retirement** | **$126,305.36** |
| **For the calendar year before that:**<br>(January 1 to December 31, __2023__ )<br>YYYY | | | **Retirement** | **$145,085.26** |

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|----------|-----------|-----------|-----|
| Debtor 2 | Terry | Frank | Nicola |
|  | First Name | Middle Name | Last Name |

Case number *(if known)* __25-01384-JD__

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|--|------------------|-------------------|----------------------|------------------------|
| _____<br>Creditor's Name | _____ | _____ | _____ | ☐ Mortgage |
|  |  |  |  | ☐ Car |
| _____<br>Number     Street | _____ |  |  | ☐ Credit card |
|  |  |  |  | ☐ Loan repayment |
| _____ | _____ |  |  | ☐ Suppliers or vendors |
| _____<br>City        State     ZIP Code |  |  |  | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|--|------------------|-------------------|----------------------|--------------------------|
| _____<br>Insider's Name | _____ | _____ | _____ |  |
| _____<br>Number     Street | _____ |  |  |  |
| _____ |  |  |  |  |
| _____<br>City        State     ZIP Code |  |  |  |  |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* **25-01384-JD** |
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City           State    ZIP Code | | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Spa on Port Royal Sound V. Jacqueline Ard** | **Appeal of Foreclosure action/judgement** | **SC Court of Appeals** <br> Court Name <br> **1220 Senate Street** <br> Number    Street <br> **Columbia, SC 29201** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | **2025-000648** | | | |
| Case title | **Thomas S Crook v Cummings Reality Inc.** | **Real Estate Dispute** | **State Of Michigan 55th Clare County** <br> Court Name <br> **225 West Main** <br> Number    Street <br> **Harrison, MI 48625** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | **2022-0000900398CZ** | | | |
| Case title | **HHR Four Seasons v Jacqueline Ard and et al** | | **SC Court of Common Pleas** <br> Court Name <br> <br> Number    Street <br> <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | **2023 CP 0701305** | | | |

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **25-01384-JD**

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  **HHR Four Seasons v Jacqueline Ard and Terry Nicola**<br><br>Case number  **2021 CP 0701984** | | **SC Court of Appeals**<br>Court Name<br>**1220 Senate Street**<br>Number    Street<br>**Columbia, SC 29201**<br>City              State    ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| Case title  **in re Jacqueline Ard and Terry Nicola**<br><br>Case number  **24-03611** | **Damages Viloation of Auto stay** | **J. Bratton Davis**<br>Court Name<br>**US Bankruptcy Courthouse**<br>**1100 Laurel St**<br>Number    Street<br>**Columbia, SC 29201-2423**<br>City              State    ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| Case title  **in re Jacqueline v Zeidman Jewelry**<br><br>Case number  **25-80005** | **Violation of Stay** | **J. Bratton Davis**<br>Court Name<br>**US Bankruptcy Courthouse**<br>**1100 Laurel St**<br>Number    Street<br>**Columbia, SC 29201-2423**<br>City              State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title  **Hilton Head Resorts v Jacqueline Ard et al**<br><br>Case number  **25 80006** | **Violation of Stay** | **J. Bratton Davis**<br>Court Name<br>**US Bankruptcy Courthouse**<br>**1100 Laurel St**<br>Number    Street<br>**Columbia, SC 29201-2423**<br>City              State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title  **Estate at Westbury v. Jacqueline Ard et al**<br><br>Case number  **ap2025 000677** | **foreclosure** | **SC Court of Appeals**<br>Court Name<br>**1220 Senate Street**<br>Number    Street<br>**Columbia, SC 29201**<br>City              State    ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| Case title  **Phillip Lowman v Jacqueline Ard, Global Management Group, LLC**<br><br>Case number  **2024CP0700616** | **Injury Claim** | **SC Court of Common Pleas**<br>Court Name<br><br>Number    Street<br><br>City              State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Title Max Corporation**<br>Creditor's Name<br><br>**15 Bull St**<br>Number     Street | **2017 Hyundai Elantra** | **04/09/2025** | **$4,500.00** |
| | **Explain what happened** | | |
| **Savannah, GA 31401-2685**<br>City                State     ZIP Code | ☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Zeidmans Jewelry & Loan of MI**<br>Creditor's Name<br><br>**2669 Gratiot Ave**<br>Number     Street | **Jewelry property of the Estate retained and sold** | **03/26/2025** | **$35,540.00** |
| | **Explain what happened** | | |
| **Detroit, MI 48207-3207**<br>City                State     ZIP Code | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name<br><br>Number     Street<br><br>City            State     ZIP Code | | | |

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No

☑ Yes

---

**Part 5:** List Certain Gifts and Contributions

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-01384-JD__ |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| _____ | | _____ | _____ |
| Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | | |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City    State    ZIP Code | | | |

Person's relationship to you  _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ | | _____ | _____ |
| Charity's Name | | _____ | _____ |
| _____ | | | |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City    State    ZIP Code | | | |

---

**Part 6:**  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-01384-JD** |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | | |
| | | | |
| City          State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | | |
| | | | |
| City          State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | Jacqueline | Elizabeth | Ard |
|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **25-01384-JD**

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |
| _____ | | |

---

**Part 8:**  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | **XXXX–** ___ ___ ___ ___ | ☐ Checking | _____ | _____ |
| | | ☐ Savings | | |
| **Number   Street** | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| **City   State   ZIP Code** | | ☐ Other _____ | | |

| Debtor 1 | Jacqueline | Elizabeth | Ard | |
|---|---|---|---|---|
| Debtor 2 | Terry | Frank | Nicola | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **25-01384-JD**

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| **Name of Financial Institution** | **Name** | | |
| | | | |
| **Number     Street** | **Number     Street** | | |
| | | | |
| | **City               State     ZIP Code** | | |
| **City                    State     ZIP Code** | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Go-Store It** | | **Assorted Business equipment** | ☐ No |
| **Name of Storage Facility** | **Name** | | ☑ Yes |
| **33 Parmenter Rd.** | | | |
| **Number     Street** | **Number     Street** | | |
| | | | |
| | **City               State     ZIP Code** | | |
| **Bluffton, SC 29910** | | | |
| **City               State     ZIP Code** | | | |
| **PODS** | | **Personal belongs.** | ☐ No |
| **Name of Storage Facility** | **Name** | | ☑ Yes |
| **280 Leetsdale Industrial Dr. Ste 200** | | | |
| **Number     Street** | **Number     Street** | | |
| | | | |
| | **City               State     ZIP Code** | | |
| **Leetsdale, PA 15056** | | | |
| **City               State     ZIP Code** | | | |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

Debtor 1  **Jacqueline**   **Elizabeth**   **Ard**
          **Terry**        **Frank**       **Nicola**

Debtor 2

First Name    Middle Name    Last Name

Case number *(if known)* __25-01384-JD__

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | |
| | Number    Street | | |
| Number    Street | | | |
| | City    State    ZIP Code | | |
| City    State    ZIP Code | | | |

---

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City    State    ZIP Code | | |
| City    State    ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Debtor 1   **Jacqueline**     **Elizabeth**     **Ard**
Debtor 2   **Terry**          **Frank**         **Nicola**

First Name     Middle Name     Last Name          Case number *(if known)* __25-01384-JD__

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number   Street** | **Number   Street** | | |
| | **City          State    ZIP Code** | | |
| **City          State   ZIP Code** | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** | **Court Name** | | ☐ Pending |
| | | | ☐ On appeal |
| | **Number   Street** | | ☐ Concluded |
| **Case number** | **City          State    ZIP Code** | | |

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Global Management Group LLC**<br>Name | **Property Management** | EIN: __6__ __1__ – __1__ __6__ __0__ __4__ __1__ __1__ __1__ |
| **21215 Dartmouth Dr**<br>Number    Street | Name of accountant or bookkeeper | Dates business existed |
| **Southfield, MI 48076-5634**<br>City          State     ZIP Code | | From __09/24/2009__  To _____ |

Debtor 1   **Jacqueline**   **Elizabeth**   **Ard**
Debtor 2   **Terry**   **Frank**   **Nicola**

First Name   Middle Name   Last Name

Case number *(if known)* **25-01384-JD**

---

**Beachside Estates LLC**

Name

---

**100 Kensington Blvd Unit 1106**

Number   Street

**Bluffton, SC 29910**

City   State   ZIP Code

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Multi-member LLC Partnership** | EIN: 8 8 – 1 0 0 9 4 3 1 |
| Name of accountant or bookkeeper | Dates business existed |
| | From 03/03/2022 To _____ |

---

**Global Management Group LLC**

Name

---

**21215 Dartmouth Dr**

Number   Street

**Southfield, MI 48076-5634**

City   State   ZIP Code

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Property Management** | EIN: 6 1 – 1 6 0 4 1 1 1 |
| Name of accountant or bookkeeper | Dates business existed |
| | From 09/24/2009 To _____ |

---

**Beachside Estates LLC**

Name

---

**100 Kensington Blvd Unit 1106**

Number   Street

**Bluffton, SC 29910**

City   State   ZIP Code

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Multi-member LLC Partnership** | EIN: 8 8 – 1 0 0 9 4 3 1 |
| Name of accountant or bookkeeper | Dates business existed |
| | From 03/03/2022 To _____ |

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ | _____ |
| Name | MM / DD / YYYY |
| _____ | |
| Number   Street | |
| _____ | |
| City   State   ZIP Code | |

| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** | |
|---|---|---|---|---|
| Debtor 2 | **Terry** | **Frank** | **Nicola** | Case number *(if known)* **25-01384-JD** |
| | First Name | Middle Name | Last Name | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____    X _____

Signature of Jacqueline Ard, Debtor 1     Signature of Terry Nicola, Debtor 2

Date **05/08/2025**     Date **05/08/2025**

Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

❑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

❑ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jacqueline** | **Elizabeth** | **Ard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Terry** | **Frank** | **Nicola** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of South Carolina** | |
| Case number (if known) | 25-01384-JD | | |

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____

Jacqueline Ard, Debtor 1

X _____

Terry Nicola, Debtor 2

Date **05/08/2025**

MM/ DD/ YYYY

Date **05/08/2025**

MM/ DD/ YYYY

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

IN RE: **Ard, Jacqueline Elizabeth**
     **Nicola, Terry Frank**

CASE NO 25-01384-JD

CHAPTER **13**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **05/08/2025**   Signature _____

                                       Jacqueline Elizabeth Ard, Debtor

Date   **05/08/2025**   Signature _____

                                       Terry Nicola, Joint Debtor

ADT Security Services

PO Box 371878

Pittsburgh, PA 15250-7878


Advantage Aviator Bankruptcy Dept

Portfolio Recovery Associates, LLC

130 Corporate Blvd

Norfolk, VA 23502-4952


American Express National Bank

Becket and Lee LLP

P.O. Box 3001

Malvern, PA 19355


Armstrong Cable

PO Box 37749

Philadelphia, PA 19101-5049


AT&T

Valor Intelligent Processing, LLC

PO Box 5014

Carol Stream, IL 60197-5014

AWA Collections

Santa Rosa Emergency

PO Box 6605

Orange, CA 92863


Beaufort County Treasurer

Property Tax

Po Box 105176

Atlanta, GA 30348-5176


Bromley Law Firm LLC

Evan K. Bromley

211 Goethe Rd Ste B

Bluffton, SC 29910-6014


Capital One Auto Finance

AIS Portfolio Services, LLC

4515 N Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118


CitiBank Best Buy

P.O. Box 790034

Saint Louis, MO 63179-0034

City of Detroit Water and Sewerage Dept

735 Randolph St

Detroit, MI 48226-2830


Comenity Caesars Rewards

PO Box 650960

Dallas, TX 75265


Consumer Energy Company

Attn: Legal Dept

One Energy Plaza Dr

Jackson, MI 49201-2357


County of Allegheny Treasurer

Room 108 Courthouse

436 Grant St

Pittsburgh, PA 15219


Coyne Oil

Attn: Rose

513 W 5th St

Clare, MI 48617-9405

Detroit Water and Sewerage Dept

P.O. Box 554899

Detroit, MI 48255-4899

DirectTV, LLC

CT Corporation

1209 N Orange St

Wilmington, DE 19801-1120

DTE Energy

Attention Legal Department

PO Box 740786

Cincinnati, OH 45274-0786

East Pittsburgh Borough

813 Linden Ave

East Pittsburgh, PA 15112

Esq. Jannine M. Mutterer

5 Cedar St.

Bluffton, SC 29910-7215

Estate At Westbury Owners Assoc, Inc

Board of Directors

85 Kensington Blvd

Bluffton, SC 29910-4884


First Energy

Penn Power

Po Box 16001

Reading, PA 19612-6001


Fortiva Bobs Discount

TBOM - ATLSA

6 Concourse Parkway Second Floor

Atlanta, GA 30328


Go-Store It

33 Parmenter Rd.

Bluffton, SC 29910


Hilton Head Resort Four Seasons Centre

Wm Weston J Newton

Jones, Simpson & Newton, PA

Po Box 1938

Bluffton, SC 29910-1938

Home Depot Commercial

Centralized bankruptcy

PO Box 790034

Saint Louis, MO 63179


Home Depot Loan #3877

Po Box 2730

Alpharetta, GA 30023-2730


Honorable Nicola Henry-Taylor

Allegheny Court of Common Pleas

712 City Council Building

414 Grant St

Pittsburgh, PA 15219-2409


Hughes Network Systems

PO Box 96874

Chicago, IL 60693-6874


Ian D, Maguire and Tiffany Buffkin

Maguire Law Firm

1600 North Oak St Ste. B

Myrtle Beach, SC 29577-3525

Jordan Tax Service

102 Rahway Rd

McMurray, PA 15317


JPMC

c/o National Bankruptcy Services, LLC

PO Box 9013

Addison, TX 75001


JPMorgan Chase Bank, N.A.

Robertson, Anschutz, Schneid, Crane

6409 Congress Avenue 100

Boca Raton, FL 33487


Julie A. Franklin, Esq

Po Box 2976

Bluffton, SC 29910-2976


Kohls Payment Center

PO Box 3043

Milwaukee, WI 53201-3043

Komatsu Benefit Dept

Mark Harder

401 E Greenfield Ave

Milwaukee, WI 53204-2941


Law Office of Scott M. Wild LLC

Scott M. Wild

37 New Orleans Road Suite F

Hilton Head Island, SC 29928


Lincoln Township

P.O. Box 239

Lake George, MI 48633


Louis Ard

21215 Dartmouth Dr

Southfield, MI 48076-5634


LVNV Funding, LLC

Resurgent Captial Services

PO Box 10587

Greenville, SC 29603-0587

Master in Equity

102 Ribaut Rd 2nd Floor

Beaufort, SC 29902-4453

Medical University of South Carolina

1 Poston Rd Ste 220

Charleston, SC 29407

Midland Credit Management

320 East Big Beaver

Troy, MI 48083-1271

Monevolnc

8910 University Cntr Lane Ste. 400

San Diego, CA 92122-1025

Morgan Lewis & Bockius LLP

Attn: Matt Hawes

One Oxford Centre, Thirty-Second FLR

Pittsburgh, PA 15219-6401

Morgan Templeton

145 King Street Ste. 300

Charleston, SC 29401-2253


Mutterer Law Firm, LLC

Jannine M. Mutterer, Esq

5 Red Cedar Street Suite 102

Bluffton, SC 29910


Nationstar Mortgage, LLC

Attn: Bankruptcy Department

PO Box 619096

Dallas, TX 75261-9741


Nationwide Credit Inc

1225 Washington St Ste. 301

Tempe, AZ 85288-1239


NES

PNC Bank

2479 Edison Blvd Unit A

Twinsburg, OH 44087

Norman Jewelry and Loan

24777 Telegraph Suite B

Southfield, MI 48034

Northstar Location Services

4285 Genesee St.

Buffalo, NY 14225-1943

Office Depot Business Credit

Dept 563-8406380360

PO Box 70612

Philadelphia, PA 19176-0612

Ohio Turnpike Easy Pass

PO Box 94672

Cleveland, OH 44101

PA Dept of Revenue

Bureau of Individual Taxes

PO Box 280504

Philadelphia, PA 19176-0612

PA Turnpike Toll By Plate

PO Box 645631

Pittsburgh, PA 15264-5254

Pacer Service Center

PO Box 780549

San Antonio, TX 78278

Palmetto Electric Cooperative Inc

Michelle Tyler

111 Matthews Drive

Hilton Head Island, SC 29926

Peoples Gas

National Recovery Agency

PO Box 644760

Pittsburgh, PA 15264-4760

Pittsburgh Water

Penn Liberty Plaza I

1200 Penn Avenue

Pittsburgh, PA 15222

Plymouth Rock Assurance

695 Atlantic Ave

Boston, MA 02111-2605


PNC Bank

1900 E 9th St

Cleveland, OH 44114-3484


PODS Enterprises, LLC

Legal Department

5585 Rio Vista Dr.

Clearwater, FL 33760


Polly Nicola

2583 Lower Assembly Drive

Fort Mill, SC 29708


Quantum3 Group LLC

Agent for Crown Asset Management LLC

PO Box 788

Kirkland, WA 98083-0788

Radius Global Solutions

7831 Glenory Rd Ste. 250

Minneapolis, MN 55439-3117


Resurgent Receivables, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603-0587


S.C. Dept of Revenue amd Taxation

PO Box 125

Columbia, SC 29214-0001


SC Department of Motor Vehicles

SC Driver Records

PO Box 1498

Blythewood, SC 29016-0028


SC Department of Revenue

Office of General Counsel

300A Outlet Point Blvd

Columbia, SC 29210

Semina Delaurentis

66 Quail Run

Torrington, CT 06790-2549

Smith Debnam Narron Drake Saintsing

& Myers, LLP

Lucas S. Fautua

171 Church St Ste 120c

Charleston, SC 29401-3136

South Carolina Dept of Motor Vehicles

PO Box 1498

Blythewood, SC 29016-1498

Synchrony Bank

Paypal Credit

PO Box 669809

Dallas, TX 75266

Synchrony Bank Sams Business

PO Box 669809

Dallas, TX 75266

Synchrony Bank Sams Master Card

PO Box 669809

Dallas, TX 75266

Synchrony Bank Score Rewards

PO Box 669809

Dallas, TX 75266

Synergetic Communication

PO Box 680608

Franklin, TN 37068-0608

Tate and Kirlin Assoc

4800 E Street Rd Ste 170

Fstrvl Trvose, PA 19053-6660

Taybron Law Firm LLC

3399 Churchview Ave

Pittsburgh, PA 15227-4358

TBOM-ATLAS-Fortiva

6 Concourse Pkwy # 2

Atlanta, GA 30328-6117

TD Bank

PO Box 840

Columbus, GA 31908


TD Bank

Target Card Services

PO Box 673

Minneapolis, MN 55440-0673


TD Bank

PO Box 84037

Columbus, GA 31908


The Hertz Corporation

8501 Williams Rd

Estero, FL 33928-3325


The Huntington National Bank

PO Box 89424 OPC856

Cleveland, OH 44101

The Spa on Port Royal Sound

Board of Directors

239 Beach City Rd

Hilton Head, SC 29926-4707


The Woodlands at St Barnabas

Thomas E. Breath

128 West Cunningham St

Butler, PA 16001


Ticket Division

PA Turnpike EZ Pass

300 E Park Dr

Harrisburg, PA 17111-2729


Title Max of South Carolina

Attn: John B Kelchner

1901 Main St. Ste 900

Columbia, SC 29201


T-Mobile

Po Box 53410

Bellevue, WA 98015-3410

Traffic Magistrate

4819 Bluffton Parkway

Bluffton, SC 29910


U.S. Department of Education

Nelnet

121 South 13th St

Lincoln, NE 68508


UPMC

Po Box 371472

Pittsburgh, PA 15250-7472


Verizon

Wireless Bankruptcy Administration

500 Technology Dr Ste. 500

Saint Charles, MO 63304


Viking Client Services

Hertz Damage Recovery Team

7500 Office Ridge Cir Ste 100

Eden Prairie, MN 55344-3763

Wayne Co Treasurer

400 Monroe 5th floor

Detroit, MI 48226


Wells Fargo Bank

Po Box 5058

Portland, OR 97208-5058


West Virginia Parkways Authority

Customer Service Center

Po Box 1469

Charleston, WV 25325-1469


West-Aircomm FCU

Weltman, Weinberg & Reis Co LPA

5990 W Creek Rd Ste 200

Independence, OH 44131-2191


Westlake Financial

2 Equity Way Ste 200

Westlake, OH 44145-1045

Wright's Custom Body Shop LLC

1216 Leeson Ave

Cadillac, MI 49601-9097


Zeidman's Jewelry & Loan of MI

Best Law Tara E. Nauful

Po Box 2374

Mt Pleasant, SC 29465-2374