IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| In re:<br>JACQUELINE ELIZABETH ARD AND<br>TERRY FRANK NICOLA<br><br>Debtors. | Chapter 13<br><br>Case No. 25-01384-JD |

Filed By The Court
5/22/2025 5:09 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

   JACQUELINE ELIZABETH ARD AND TERRY FRANK NICOLA

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe)

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe)

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order from which the appeal is taken: *Order Denying Debtors' Motion to Impose Automatic Stay* [Docket No. 55] attached hereto as **Exhibit A**.

2. State the date on which the judgment, order, or decree was entered: May 21, 2025

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|
| 1. TMX Finance dba TitleMax of South Carolina | **John B. Kelchner**<br>PO Box 1473 (29202)<br>1901 Main St., Suite 900<br>Columbia, SC 29201<br>Telephone: 803-227-4234<br>Email: jkelchner@turnerpadget.com |
| 2. Spa on Port Royal Sound Horizontal Property Regime, Inc | **Lucas S. Fautua**<br>171 Church Street, Ste 120<br>Charleston, SC 29413<br>Telephone: (843) 714-2533<br>Email: rjones@smithdebnamlaw.com |
| 3. Trustee | **James Wyman, Trustee**<br>PO Box 997<br>Mt. Pleasant, SC 29465<br>Phone: (843) 388-9844<br>Email: 13info@charleston13.com |
| 4. Estate at Westbury | **Julie Franklin**<br>P.O. Drawer 2976<br>Bluffton, SC 29910<br>Telephone: (706) 452-1303<br>Email: jfranklinlegal@gmail.com |
| 5. West-Aircomm | **Benjamin E. Grimsley**<br>P.O. Box 11682<br>Columbia, SC 29211<br>Telephone: (803) 233-1177<br>Email: bgrimsley@dgglegal.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

 Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Jacqueline E. Ard

By: _Jacqueline E. Ard_ (signature)

Jacqueline E. Ard
239 Beach City Road unit 3218
Hilton Head Island, SC 29926
Mailing Address:
21215 Dartmouth Drive
Southfield, MI 48076
Telephone: (313) 770-7051

# EXHIBIT A

| | | | |
|---|---|---|---|
| 05/08/2025 | [47](#) (18 pgs) | | Pre-Confirmation Modified Ch. 13 Plan - Conduit. Objections due no later than 7 days prior to the Confirmation Hearing Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. (Ting, K) (Entered: 05/12/2025) |
| 05/08/2025 | [48](#) (6 pgs) | | Certificate of Service RE: Amended Schedules/Statements filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola, Modified Plan filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola. Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola . (related document(s)[46](#), [47](#)). (Ting, K) (Entered: 05/12/2025) |
| 05/08/2025 | [49](#) (1 pg) | | Correspondence: Receipt of Amendment Filing Fee (related document(s)). (Ting, K) Modified on 5/12/2025 to correct docket text (Ting, K). (Entered: 05/12/2025) |
| 05/09/2025 | | | Receipt of Amendment Filing Fee - $34.00 by EM. Receipt Number 301086. (admin) (Entered: 05/09/2025) |
| 05/12/2025 | [50](#) (2 pgs; 2 docs) | | Deficiency Notice re: Amended Schedules/Statements (related document(s)[46](#)). Filing fee paid on 05/08/2025 for additional creditors added from schedules filed 04/25/2025. Filing fee due for additional creditors from amended schedules and creditor matrix filed 05/08/2025. Deficiency Correction Due By: 5/22/2025 (Ting, K) (Entered: 05/12/2025) |
| 05/12/2025 | [51](#) (11 pgs) | | Motion for Relief from Stay, Hearing Notice and Certificate of Service RE: 2018 Jeep Grand Cherokee, Motor Vehicle Identification No. 1C4RJFA G3JC479405. Filed by Benjamin Edward Grimsley of D'Alberto, Graham & Grimsley, LLC on behalf of WEST-AIRCOMM FEDERAL CREDIT UNION. Date Served 5/12/2025. Last day for objections is 5/27/2025. Hearing scheduled for 6/18/2025 at 11:00 AM at Charleston. (Grimsley, Benjamin) (Entered: 05/12/2025) |
| 05/12/2025 | | | Receipt of Filing Fee for Motion for Relief From Stay( 25-01384-jd) [motion,mrlfsty] ( 199.00). Receipt Number A14374903, amount 199.00. (U.S. Treasury) (Entered: 05/12/2025) |
| 05/14/2025 | [52](#) (3 pgs) | | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 05/14/2025. (Related Doc # [50](#)) (Admin.) (Entered: 05/15/2025) |
| 05/19/2025 | | | Meeting of Creditors Held and Examination of Debtor (Wyman, James) (Entered: 05/19/2025) |
| 05/21/2025 | [53](#) (44 pgs; 2 docs) | | Response to Objection filed by Creditor TMX Finance dba TitleMax of South Carolina, Inc., Objection filed by Creditor Spa on Port Royal Sound Horizontal Property Regime, Inc., Response filed by Trustee James M. Wyman with Certificate of Service Filed by Jacqueline Elizabeth Ard (related document(s)[38](#), [42](#), [44](#)). (Attachments: # [1](#) Exhibits) (Dillard, S) (Entered: 05/21/2025) |
| 05/21/2025 | DOC# 55 | * | Hearing Held relating to: Motion to Impose Automatic Stay filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola. (related document(s)[15](#)). Debtors were not present the first two times the matter was called; the Ruling was read into record, and court adjourned. The Court went back on the record and read the ruling into record, again, once the Debtors arrived. <u>The Motion is denied.</u> <u>The Court will prepare the Order.</u> (Beaulieu, N) (Entered: 05/21/2025) |

## CERTIFICATE OF SERVICE

I certify that on May 13, 2025, I caused a true and correct copy of the foregoing document to be served by the Court's CM/ECF notification system, which will send notice of electronic filing to all counsel of record, and by First Class Mail prepaid to the parties listed below:

**Trustee:**
**James Wyman, Trustee**
PO Box 997
Mt. Pleasant, SC 29465
Email: 13info@charleston13.com

**US Trustee:**
USTPRegion04.CO.ECF@usdoj.gov

**John B. Kelchner**
PO Box 1473 (29202)
1901 Main St., Suite 900
Columbia, SC 29201
Email: jkelchner@turnerpadget.com

**Lucas S. Fautua**
171 Church Street, Ste 120
Charleston, SC 29413
Email: rjones@smithdebnamlaw.com

**Julie Franklin**
P.O. Drawer 2976
Bluffton, SC 29910
Email: jfranklinlegal@gmail.com

**Benjamin E. Grimsley**
P.O. Box 11682
Columbia, SC 29211
Email: bgrimsley@dgglegal.com

Dated: May 22, 2025

Jacqueline E. Ard
Mailing Address:
21215 Dartmouth Drive
Southfield, MI 48076
Telephone: (313) 770-7051
Email: jacquelineard72@gmail.com

Official Form 417A    Notice of Appeal and Statement of Election    Page 4

## Notice Recipients

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| | US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| | James M. Wyman | 13info@charleston13.com |
| | Elizabeth H Parrott | elizabeth.parrott@mccalla.com |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| | WEST−AIRCOMM FEDERAL CREDIT UNION   c/o Weltman, Weinberg & Reis Co., LPA   5990 West Creek Rd, Suite 200   INDEPENDENCE, OH 44131 UNITED STATES | |
| cr | Nationstar Mortgage LLC   c/o McCalla Raymer Leibert Pierce, LLC   Bankruptcy Department   1544 Old Alabama Road   Roswell, GA 30076 UNITED STATES | |
| 544518999 | A WA Collections   P.O. BOX 6605   Orange, CA 92863 | |
| 544518984 | AAdvantage Aviator Portfolio Recovery   PO Box 8828   Wilmington, DE 19899−8828 | |
| 544518985 | ADT Security Services   1501 Yamato Road   Boca Raton, FL 33431 | |
| 544518986 | ADT Security Services   P.O. Box 650485   Pittsburgh, PA 15250 | |
| 544518987 | ADT,LLC   Transworld Systems Inc   500 Virginia Dr. Suite 514   Ft Washington, PA19304 | |
| 544518996 | ATandT   P.O. BOX 5080   Carol Stream, IL 60197−6080 | |
| 544518998 | ATandT   P.O. BOX 5080   Carol Stream, IL 60197−6080 | |
| 544518988 | Allstate Indemnity   POBox4310   Carol Stream, IL 60197 | |
| 544518989 | Allstate Insurance   P.O. Box 21169   Roanoke, VA 24018−0537 | |
| 544518990 | American Express −   AXPLEGALATTORNEY   500 North Franklin Turnpike No. 315   MAIL CODE 297   Ramsey, New Jersey 07446 | |
| 544518991 | American Express National Bank c/o Becket and Lee   PO Box 3001   Malvern PA 19355−0701 | |
| 544518992 | Americollect Inc   POBox2080   Manitowoc, WI 54221−2080 | |
| 544518993 | Armstrong Cable   P.O. Box 300   Lancaster, PA 17604−3001 | |
| 544518994 | Associated Credit Services, INC   P.O. Box 1201   Tewksbury, MA 01876 | |
| 544518995 | Association Services, An Associa Company C/O Hilto   1040 William Hilton Pky #200   Hilton Head Island, SC 29928 | |
| 544519000 | Bank of America   P.O. Box 982238   El Paso TX 79998 | |
| 544519001 | Barclays Bank Delaware   Attention: Card Services LEGAL   PO. Box 8833   Wilmington, DE 19899−8833 | |
| 544519002 | Barry Mullis   239 Beach City Road Apt 2213   Hilton Head Island, SC 29926−4713 | |
| 544519003 | Beaufort County Sheriffs Department   Melissa Hansen   PO. Box 1758   Beaufort, SC 29901 | |
| 544519004 | Beaufort County Treasurer   P.O. Drawer 487   Beaufort, SC 29901−0487 | |
| 544519005 | Beaumont Medical Transport Services   950 West Maple St Suite C   Troy, MI 48084 | |
| 544519194 | Best Law, PA   Tara E. Nauful   P.O. Box 2374   Mount Pleasant, SC 29465 | |
| 544519006 | Braun Kendrick Finkbeiner PLC   Mitchell G. Piper   4301 Fashion Square Blvd   Saginaw, MI 48603 | |
| 544519195 | Bromley Law Firm LLC   Evan K. Bromley   211 Goethe Rd Ste B   Bluffton, SC 29910−6014 | |
| 544519012 | CBE Group Spectrum Mobile   Attn: Client Services   P.O. Box 2547 | |
| 544519134 | Caine and Weiner   PO. Box 55848   Sherman Oaks, CA 91413 | |
| 544519007 | Capital One Auto Finance,   division of AIS Portfolio Services, LLC   4515 N Santa Fe Ave. Dept.   APS Oklahoma City, OK 73118 | |
| 544519010 | Capone−Kohls   P.O. Box 3115   Milwaukee, WI 53201−3115 | |
| 544519011 | Carter−Young, Inc.   120 2nd St 2nd   Fl Monroe, GA 30655 | |
| 544519013 | Chase Card Services   P.O. Box 6294   Carol Stream, IL 60197 | |
| 544519167 | Chase Ink Business Card Services   P.O. Box 15298   Wilmington, DE 198506548 | |
| 544519014 | Citibank   PO Box 790034   St. Louis, MO 63179−0034 | |
| 544519015 | Citicorp Credit Services   Attn: IRU   PO. Box 790034   St. Louis, MO 63179 | |
| 544519016 | Citizens Bank   One Citizens Plaza   Providence, RI 02903 | |
| 544519017 | City of Detroit − Property Tax   P.O. Box 33193   Detroit, MI 48232−5193 | |
| 544519196 | City of Detroit Water and Sewerage Dept   735 Randolph St   Detroit, MI 48226−2830 | |
| 544519018 | Clare County 55th Judicial Circuit   225 West Main   Harrison, MI 43625 | |
| 544519020 | Comenity − Zales   PO Box 650971   Dallas, TX 75265−0971 | |
| 544519019 | Comenity Caesars Rewards   P.O. Box 650960   Dallas, TX 75263−0960 | |
| 544519021 | Comenity Portfolio Refresh   3095 Loyalty Circle   Columbus, OH 43219 | |
| 544519197 | Consumer Energy Company   Attn: Legal Dept   1 Energy Plaza Dr   Jackson, MI 49201−2357 | |
| 544519022 | Consumers Energy Company   Attn: Legal Dept   One Energy Plaza   Jackson, MI 49201 | |
| 544519023 | County Council Of Beaufort County Assessor   Real Property Services   P.O. Drawer 1229   Beaufort, SC 29901 | |
| 544519198 | Coyne Oil   Attn: Rose   513 W 5th St   Clare, MI 48617−9405 | |
| 544519024 | Credit Management Company   PO Box 16346   Pittsburgh, PA 15242−0346 | |
| 544519025 | Credit One Bank   PO Box 98875   Las Vegas, NV 89193−8875 | |
| 544519026 | Crown Asset Mgmt   3100 Breckinridge Blvd Ste 725   Duluth, GA 30096−7605 | |
| 544519027 | Cuyahoga Community College   700 Carnegie Ave.   Cleveland, OH 44115 | |
| 544519036 | DNF Associates   2351 N Forest Road Suite 110   Getzville, NY 14068 | |

```
544519037  DTE          1 Energy Plaza      WCB 735 Attention Legal Dept       Detroit, MI 48226-1221
544519200  DTE Energy       WCB 735 Attention Legal Department       1 Energy Plaza      Detroit, MI 48226-1221
544519029  Dave Yost OH Attorney General       Attn: Timothy Sullivan       18013 Cleveland Pkwy Suite 180       Cleveland, OH 44135
544519199  Detroit Water and Sewerage Dept       Po Box 554899       Detroit, MI 48255-4899
544519031  Dillon McCandless King Coulter, Graham, LLP       128 West Cunningham Street       Butler, PA 16001
544519033  Dish Network LLC       9601 S. Meridian Blvd       Englewood, CO 80112
544519034  Diverse Funding       3580 Harlem Rd Suite 6       Cheektowaga, NY 14215-2045
544519038  Duquesne Light       Payment Processing Center       P.O.BOX67       Pittsburgh, PA 15257-0001
544519039  Enterprise Rental Car       600 Corporate Park Drive       St. Louis, Missouri 63105
544519201  Estate At Westbury Owners Assoc, Inc       Board of Directors       85 Kensington Blvd       Bluffton, SC 29910-4884
544519041  Fifth Third Bank       MD No. ROPS05 Bankruptcy Dept       1850 East Paris SE       Grand Rapids, MI 49546-6253
544519042  First Energy - Penn Power       PO Box 16001       Reading, PA 19612-6001
544519043  Firstsource Advantage, LLC       205 Bryant Woods South       Amherst, N Y 14228
544519044  Forefront Dermatology       801 York Street       Manitowoc, WI 54220
544519045  Fortiva - Bob's Discount Furniture       P.O. Box 650721       Dallas, TX 75265-0271
544519047  Garry Masterson, Weitman, Weinberg, Reis Co       5990 West Creek Road suite 200       Independence, Ohio 44131
544519048  George B. Smythe       4000 S. Faber Place Dr Suite 300       Charleston, SC 29405
544519049  Georgia Traffic       PO Box 80447       Conyers, GA 30013
544519050  Go Store It       1249 Avondale Rd       Hendersonville, TN 37075
544519046  Go Store It       33 Parameter Road       Bluffton, SC 29910
544519051  Greensky       PO. Box2730       Alpharetta, GA 30023
544519052  Hargray Communications-Cable One Inc       856 William Hilton Parkway       Hilton Head Island, SC 29928-3423
544519186  Hilton Head Resort       Board of Directors       663 William Hilton Pkwy       Hilton Head, SC 29928-3506
544519053  Hilton Head Resort-Four Seasons Centre       HHR Council of Owners       Attn: Board of Directors       663 Wiliam Hilton Parkway       Hilton Head Island, SC 29928-3508
544519054  Home Depot       Centralized Bankruptcy       P.O. Box 790034       St. Louis, MO 63179-0034
544519055  Home Depot Loan       POBox2730       Alpharetta, GA 30023-2730
544519057  Honorable Nicola Henry-Taylor       Allegheny Court of Common Pleas       712 City-County Building       414 Grant St       Pittsburg, PA 15219
544519058  Ian D. Maguire and Tiffany Buffkin       Maguire Law Firm       1600 North Oak Street Suite B       Myrtle Beach, SC 29577
544519063  JPMCB Card Services       PO Box 15369       Wilmington, DE 19850-5369
544519064  JPMORGAN Chase Bank Bankruptcy       Mail Intake Team       700 Kansas Lane Floor 01       Monroe, LA 71203-4774
544519099  JPMorgan Chase Bank, N.A.       sbmt Chase Bank USA, N.A.       CO National Bankruptcy Services, LLC       P.O. Box 9013 Addison, Texas 75001
544519066  JPMorgan Chase Bank, N.A.       sbmt Chase Bank USA, NA.       CO Robertson, Anschutz, Schneid, Crane       6409 Congress A venue, Suite 100       Boca Raton, FL 33487
544519059  Janet Spinelli       100 Kensington Blvd Apt NO. 918       Bluffton, SC 29910-7481
544519060  Jannine M. Mutterer, Esq.       5 Cedar Street       Bluffton, SC 29910
544519061  John Curtis       100 Kensington Blvd Apt NO. 1603       Bluffton, SC 29910-7490
544519187  Jones, Simpson, and Newton PA       Attn: Wm Weston J Newton       7 Plantation Park Drive Suite 3       Bluffton, SC 29910
544519062  Jordan Tax Service       102 Rahway Road       McMurray, PA 15317-3349
544519100  Judy Vanderveer       663 William Hilton Parkway Apt 3121       Hilton Head Island, SC 29928-3524
544519188  Julie A. Franklin, Esq       PO Box 2976       Bluffton, SC 29910-2976
544519189  Komatsu Benefit Dept       Mark Harder       401 E Greenfield Ave       Milwaukee, WI 53204-2941
544519802  LVNV Funding, LLC       Resurgent Capital Services       PO Box 10587       Greenville, SC 29603-0587
544519190  Law Office of Scott M. Wild LLC       Scott M. Wild       37 New Orleans Road Suite F       Hilton Head Island, SC 29928
544519056  Master In Equity       102 Ribaut Road 2nd Floor       Beaufort, SC 29902
544519101  Midland Credit Management       320 East Big Beaver Suite 300       Troy, MI 48083
544519102  Monevolnc       8910 University Cntr Lane Suite 400       San Diego, CA 92122
544519191  Morgan Lewis & Bockius LLP       Attn: Matt Hawes       One Oxford Centre, Thirty-Second FL       Pittsburg, PA 15219-6401
544519103  Morgan S. Templeton       145 King Street Suite 300       Charleston, SC 29402
544519104  Mr. Cooper       P.O. Box 619094       Dallas, TX 75261
544519192  Mutterer Law Firm, LLC       Jannine M. Mutterer, Esq       5 Red Cedar Street Suite 102       Bluffton, SC 29910
544519108  NES       2479 Edison Blvd Unit A       Twinsburg, OH 44087
544519112  NORTHSTAR LOCATION SERVICES       4285 GENESEE STREET       CHEEKTOWAGA, NY 14225-1943
544519105  National Credit Systems       Attn: Bankruptcy       PO Box 672288       Marietta, GA 30006-0039
544519106  Nationstar Mortgage       PO Box 199111       Dallas, TX 75219-9111
544519193  Nationstar Mortgage, LLC       Attn: Bankruptcy Department       PO Box 619096       Dallas, TX 75261-9741
544519174  Nationstar Mortgage, LLC       James Page       Bell Carrington Price & Gregg, LLC       339 Heyward St, Second Floor       Columbia, SC 29201-4390
544519107  Nationwide Credit Inc       1225 Washington St Ste 301       Tempe, AZ 85288
544519175  Norman Jewelry and Loan       24777 Telegraph Suite B       Southfield, MI 48034
544519109  Norman's       24777 Telegraph Rd       Southfield, MI 48033
544519117  Office Depot       P.O. Box 78004       Phoenix, AZ 85062
```

| | | | | |
|---|---|---|---|---|
| 544519113 | Office Depot Business Credit | Dept563-8406380360 | P.O. Box 70612 | Philadelphia, PA 19176-0612 |
| 544519114 | Office of Sheriff Beaufort County | P.O. Box 1758 | Beaufort, SC 29901 | |
| 544519118 | Ohio Turnpike EZ Pass | PO Box 94672 | Cleveland, OH 44101 | |
| 544519119 | PA Dept of Revenue | Bureau of Individual Taxes | PO. BOX 280504 | Harrisburg, PA 17128-0504 |
| 544519120 | PA Turnpike Toll By Plate | PO. Box 645631 | Pittsburgh, PA 15264-5254 | |
| 544519128 | PLYMOUTH ROCK ASSURANCE | 695 ATLANTIC AVE | BOSTON, MA 02111 | |
| 544519129 | PNC Bank | 1900 E 9th St | Cleveland, OH 44114 | |
| 544519176 | Palmetto Electric | Attn: Michelle Tyler | 111 Matthews Drive | Hilton Head Island, SC 29926 |
| 544519123 | Peoples Gas | PO. Box 644760 | Pittsburgh, PA 15264-4 760 | |
| 544519124 | Pioneer Foot Care | 2021 Freepo Rd | Arnold, PA 15068 | |
| 544519125 | Pittsburgh Water and Sewer | 1200 Penn Ave | Pittsburgh, PA 15222 | |
| 544519130 | Pods Legal Dept | 280 Leetsdale Industrial Dr, Suite 200 | Leetsdale, PA 15056 | |
| 544519131 | Pods Legal Dept | 5585 Rio Vista Dr | Clearwater, FL 33760 | |
| 544519177 | Polly Nicola | 2583 Lower Assembly Drive | Fort Mill, SC 29708 | |
| 544519133 | Portfolio Recovery | P.O. Box 8828 | Wilmington, DE 19899-8828 | Progressive Insurance |
| 544519178 | Progressive Insurance | 30440 Lakeland Blvd | Wickliffe, OH 44092 | |
| 544519135 | Quantum3 Group LLC agent for | Crown Asset Management LLC | PO Box 788 | Kirkland, WA 98083-0788 |
| 544519136 | Radius Global Solutions | 7831 Glenroy Road Suite 250 | Minneapolis, MN 55439 | |
| 544519137 | Resurgent Receivables, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603-0587 |
| 544519138 | Ronald Zold | 1 Long Cnnc Ct | Bluffton, SC 29909-7113 | |
| 544519139 | S.C. Dept of Revenue and Taxation | P.O. Box 125 | Columbia, SC 29214 | |
| 544519140 | SC Department of Revenue | Office of General Counsel | 300A Outlet Pointe Blvd | Columbia, SC 29210 |
| 544519141 | Scott M. Wild | 37 New Orleans Road Suite F | Hilton Head Island, SC 29928 | |
| 544519142 | Semina DeLaurentis | 66 Quail Run | Torrington, CT 06790-2549 | |
| 544519143 | Shannon Cummings | 302 N. Lake St | Harrison, Ml 48625 | |
| 544519144 | South Carolina Dept of Motor Vehicles | PO Box 1498 | Blythewood, SC 29016-0028 | |
| 544519145 | Spectrum Mobile | Credit Control, LLC | 3300 Rider Trail S, Suite 500 | Earth City, MO 63045 |
| 544519146 | Synchrony Bank | PO Box 669809 | Dallas, TX 75266-0170 | |
| 544519147 | Synergetic Communication | PO. Box 680608 | Franklin, TN 3 7068 | |
| 544519149 | T-Mobile | PO Box 742596 | Cincinnati, OH 45274-259 | |
| 544519153 | TBOM-ATLS-Fortiva | 6 Concourse Parkway | 2nd Floor-mailroom | Atlanta, GA 30328-6117 |
| 544519154 | TD Bank | PO Box 84037 | Columbus, GA 31908-4037 | |
| 544519155 | TD Bank North NA | 70 Gray Road | Falmouth, ME 041052299 | |
| 544519156 | TD Bank USA-Target Credit | POBox673 | Minneapolis, MN 55440-0673 | |
| 544519148 | TMobile | CO American Infosource LP | 4515 N Santa Fe Ave | Oklahoma City, OK 73118-7901 |
| 544519150 | Tamara Slank | 14686 Oakwood Drive | Shelby Township, MI 48315-1530 | |
| 544519151 | Tate and Kirlin Assoc | 4800 East Street Rd Suite 170 | Trevose, PA 19053 | |
| 544519179 | Taybron Law Firm LLC | 3399 Churchview Ave | Pittsburgh, PA 15227-4358 | |
| 544519157 | The Hertz Corporation | 8501 Williams Road | Estero, FL 33928-3325 | |
| 544519158 | The Huntington National Bank | 5555 Cleveland Avenue GW4W25 | Columbus, OH 43231 | |
| 544519159 | The Huntington National Bank | PO Box 89424 OPC856 | Cleveland, OH 44101-8539 | |
| 544519182 | The Spa on Port Royal Sound | Board of Directors | 239 Beach City Road | Hilton Head, SC 29926-4707 |
| 544519160 | Ticket Division | PA Turnpike EZ Pass | 3 00 East Park Dr | Harrisburg, PA 17111 |
| 544519183 | Title Max Corporation | 155 Bill St | Savannah, GA 31401-2685 | |
| 544519161 | Traffic Magistrate | 4819 Bluffton Parkway | Bluffton, SC 29910-4622 | |
| 544521096 | U.S. Department of Education c/o Nelnet | 121 South 13th Street | LINCOLN, NE 68508 | |
| 544519162 | UPMC | Credit Management Company | P.O. Box 16348 | |
| 544519126 | UPMC | P.O. Box 371472 | Pittsburgh, PA 15242 | |
| 544519163 | US Department of Education | CO Nelnet | 121 South 13th Street | Lincoln, NE 68508 |
| 544519165 | Verizon Wireless Bankruptcy Admin | 500 Technology Drive, Suite 550 | Weldon Spring, MO 63304 | |
| 544519166 | Viking Client Services | Hertz Damage Recovery Team | 7500 Office Ridge Circle, Suite 100 | Eden Prairie, MO 55344-3763 |
| 544523152 | WEST-AIRCOMM FEDERAL CREDIT UNION | c/o Weltman, Weinberg & Reis Co., LPA | 5990 West Creek Rd, Suite 200 | INDEPENDENCE, OH 44131 |
| 544519168 | Wells Fargo Bank | PO. Box 5058 | Portland, OR 97208-5058 | |
| 544519169 | West Virginia Trafc Division | 300 Spruce St | Morgantown, WV 26505 | |
| 544519170 | West Virginia EZ Pass | PO Box 1469 | Charleston, WV 25325 | |
| 544519203 | West-Aircomm FCU | CO Weitman, Weinberg And. Reis Co LPA | 5990 West Creek Road Suite 200 | Independence, OH 44131 |
| 544519204 | Westlake Financial | 2 Equity Way Ste 200 | Westlake, OH 44145-1045 | |
| 544519171 | Woodlands at St Barnabas | Attn: Tom Breth | 128 West Cunningham Street | Butler, PA 16001 |
| 544519205 | Wright's Custom Body Shop LLC | 1216 Leeson Ave | Cadillac, MI 49601-9097 | |
| 544519172 | Youngstown State University | 1 Tressel Way | Youngstown, OH 44555 | |
| 544519173 | Zeidmans | 2669 Gratiot Ave | Detroit, MI 48207 | |
| 544519206 | Zeidmans Jewelry | Thomas LaBret and-or Current President | 24810 Evergreen Road | Southfield, MI 48075 |