UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Jacqueline Elizabeth Ard<br>Terry Frank Nicola<br><br>Debtors. | Case 25-01384-JD<br><br>CHAPTER 13 TRUSTEE'S RESPONSE TO THE ORDER SETTING HEARING ON DISMISSAL OR CONVERSION TO CHAPTER 7<br><br>Chapter 13 |

The Chapter 13 Trustee hereby responds to the Order setting the hearing on the Court's motion to determine if the case should be dismissed with a bar to further refiling or converted to chapter 7. Trustee is informed and believes that confirmation of the plan should be denied,[1] and that any request for additional time to file a confirmable plan should also be denied. The Trustee believes that dismissal with a bar to refiling, or conversion of the case to a chapter 7, are warranted as follows:

1. Unreasonable delay: the Debtors' three (3) bankruptcy filings since October 4, 2024, effectively caused the delay of collections actions by creditors for eight (8) months, without providing a complete and accurate accounting of their financial situation and without providing a confirmable plan. *See §1307(c)(1)*

2. Failure to adequately disclose property interests: on Schedules A/B Part 1, Debtors list nine (9) properties in South Carolina, Pennsylvania, and Michigan, six (6) of which are listed as either "Domicile" or "Second Home" of the Debtors. Despite this, their mailing address is to a 10th property that is not listed as an asset. All of the real property in Part 1 is listed as owned by "at least one of the debtors and another" but without indicating who the non-debtor owner might be, or what share of the assets is owned by the Debtors, but all list that the "Current value of the portion you own" is only 50% of the stated value of the asset. Similarly, a significant amount of the personal property is listed with values[2] that are 50% of the stated calculations of values in the descriptions of the assets. As to the real property, the county databases to which the Trustee has access appear to show that the property is only titled in either Ard or Ard and Nicola, but no other persons.

3. Debtors have interests in assets with a total value in excess of $1.2 million, of which $674,200 is unencumbered by liens. Debtors listed $409,754.47 in unsecured debt (including priority). Debtors' monthly net income from business during the six (6) month period before filing is reported on the Statement of Current Monthly Income reported as about 10% of that amount, or $1,385.94. It appears that the Debtors are in need of bankruptcy relief, but are unable to propose a modified plan that would meet the requirements of 11 U.S.C. §§1322 and 1325.

---

[1] For the reasons set forth in the Trustee's Objection to Confirmation of Plan, filed contemporaneously with this pleading.
[2] listed on the continuation pages, starting at page 15 of 48

    WHEREFORE, for the reasons set forth above, and upon good cause as shown in the Court's Order Setting Hearing, Trustee asserts that the case should be converted to a chapter 7. If not, the case should be dismissed with a bar to refiling for a period of 2 years.

This day, June 4, 2025

                                            /s/  James Wyman
                                            James Wyman, Trustee Dist Ct ID 5552
                                            Beth Renno, Staff Attorney Dist Ct ID 5627
                                            Office of the Chapter 13 Trustee
                                            P.O. Box 997
                                            Mt. Pleasant, SC  29465-0997
                                            Tel. (843) 388-9844
                                            13office@charleston13.com

| | |
|---|---|
| IN RE:<br><br>Jacqueline Elizabeth Ard<br>Terry Frank Nicola<br><br>                    Debtors. | Case 25-01384-JD<br><br>CERTIFICATE OF SERVICE<br>OF CHAPTER 13 TRUSTEE'S<br>RESPONSE TO THE ORDER SETTING<br>HEARING ON DISMISSAL OR CONVERSION<br>TO CHAPTER 7<br><br>Chapter 13 |

I hereby certify that I have served the foregoing via U.S. Mail, postage attached, to the following:

Jacqueline Elizabeth Ard           Terry Frank Nicola
21215 Dartmouth Dr                 21215 Dartmouth Dr
Southfield MI 48076                Southfield MI 48076


This day, June 3, 2025             /s/ Beth Renno
                                   Beth Renno
                                   Office of the Chapter 13 Trustee