**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-01384-jd |
| JACQUELINE ELIZABETH ARD | ) | |
| TERRY FRANK NICOLA | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | |

**OBJECTION TO AMENDED CHAPTER 13 PLAN**

**TMX Finance dba TitleMax of South Carolina, Inc. ("TitleMax")** hereby objects to the Chapter 13 Plan filed by the Debtors.  In support of this objection, TitleMax states and would show to the Court that:

1.     TitleMax is a secured creditor of the Debtor, Jacqueline Elizabeth Ard,  by virtue of that certain Supervised Loan Agreement, Promissory Note, and Security Agreement dated September 10, 2024 ("Contract"), secured by a timely perfected consensual lien on a 2017 Hyundai Elantra, VIN 5NPD84LF3HH135859, automobile ("Vehicle").

2.     One day prior to the bankruptcy petition being filed, on April 9, 2025, TitleMax lawfully repossessed the Vehicle, and is currently in possession of the Vehicle.

3.     Debtors are serial bankruptcy filers having previously filed Chapter 13 Case No. 24-0311-jd in this Honorable Court on October 4, 2024, dismissed on November 21, 2024, and again on January 31, 2025, Chapter 13 Case No. 25-40952-mlo in the Bankruptcy Court for the Eastern District of Michigan, dismissed on March 3, 2025.

4.     The present bankruptcy case was filed by Debtors on April 10, 2025, and there is no automatic stay in effect in accordance with 11 U.S.C. § 362(c)(4).  See Also the

1

Order Denying Motion to Imposed the Automatic Stay entered by the Court on May 23, 2025 (Docket No. 58).

5.      TitleMax has mailed Debtor a Notice of intent to sell the Vehicle and wishes to continue its efforts to sell its collateral since no automatic stay is in effect.

6.      Debtors list TitleMax in Section 3.4 of the Plan, unlawfully trying to re-classify TitleMax's perfected consensual lien on the Vehicle into a judgment lien and subjecting it avoidance under 11 U.S.C. § 522.

7.      Debtors' proposed Chapter 13 Plan does not meet the requirements of 11 U.S.C. § 1325(a)(1) in that it does not provide adequate protection for TitleMax's interests pursuant to 11 U.S.C. § 361 in that it seeks to unlawfully re-classify TitleMax's lien interest in the Vehicle and would prevent TitleMax from selling the Vehicle while there is not an automatic stay in effect.

8.      Debtors' proposed Chapter 13 Plan does not comply with 11 U.S.C. Section 1325(a)(3) in that the Plan has not been filed in good faith.

9.      Debtors' proposed Chapter 13 Plan does not comply with 11 U.S.C. Section 1325(a) in that it is not feasible based upon the treatment proposed to TitleMax and other secured creditors listed in the Plan and is unconfirmable on its face.  See Also the Order Denying Motion to Imposed the Automatic Stay entered by the Court on May 23, 2025 (Docket No. 58).

**WHEREFORE**, TitleMax prays that the Court:

1. Deny confirmation of the Debtors' Plan; and

2. For such other relief to which it may be entitled.

TURNER, PADGET, GRAHAM & LANEY, P.A.

Columbia, South Carolina     By: /s/John B. Kelchner
June 6, 2025
        John B. Kelchner (ID #6987)
        PO Box 1473 (29202)
        1901 Main St., Suite 1700
        Columbia, SC 29201
        Telephone: 803-227-4234

OF COUNSEL:         jkelchner@turnerpadget.com
EVANS PETREE, PC     Attorneys for TitleMax

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-01384-jd |
| JACQUELINE ELIZABETH ARD | ) | |
| TERRY FRANK NICOLA | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | CERTIFICATE OF SERVICE |

I, John B. Kelchner, the undersigned, do hereby certify that on June 6, 2025, I served on the persons below a copy of the Objection to Amended Chapter 13 Plan in the above-referenced case by either electronic mail in accordance with U.S. Bankruptcy Court, District of South Carolina, Operating Order 08-07, with respect to CM/ECF Participants, or depositing same in the United States Mail with sufficient postage affixed and addressed as follows, with respect to all other persons:

Jacqueline Elizabeth Ard
21215 Dartmouth Dr.
Southfield, MI 48076-5634
*Pro Se Debtors*

Terry Frank Nicola
21215 Dartmouth Dr.
Southfield, MI 48076-5634
*Pro Se Debtor*

Jacqueline Elizabeth Ard
239 Beach City Rd. #3218
Hilton Head Island, SC 29926
jacquelineard72@gmail.com
*Pro Se Debtor*

Terry Frank Nicola
663 William Horton Pky #4408
Hilton Head Island, SC 29928
terrynicola30@gmail.com
*Pro Se Debtor*

James M. Wyman
Via CM/ECF
*Trustee*

US Trustee's Office
Via CM/ECF
*U.S. Trustee*

/s/John B. Kelchner
John B. Kelchner

4