## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| JACQUELINE ELIZABETH ARD AND | ) Case No. 25-01384-JD |
| TERRY FRANK NICOLA, | ) |
| | ) |
| Debtors. | ) OBJECTION TO CONFIRMATION OF |
| | ) PLAN |
| | ) |
| | ) |

NOW COMES secured creditor and party in interest Hilton Head Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners, Inc. ("Creditor"), by and through the undersigned counsel, and hereby objects to confirmation of Debtors' Chapter 13 plan filed April 25, 2025 (the "Plan"). In support thereof, Creditor states the following:

1. Debtors filed this Chapter 13 bankruptcy on April 10, 2025.

2. James M. Wyman is the Chapter 13 trustee of the estate and may claim an interest in the collateral that is subject to this action.

3. Debtors own real property located at Units 4405 and 4408, 663 William Hilton Parkway, Hilton Head Island, South Carolina 29926 (the "Property").

4. That on or about December 6, 2022, Creditor was granted an Order for Money Judgment in the amount of $25,453.32 with post judgment interest, due to unpaid fines, charges and citations, and/or other valid charges on their account and legal fees. (See Civil Action No.: 2021-CP-07-01984).

5. That on or about January 9, 2024, Creditor was granted an Order for Injunctive Relief and Money Judgment in the amount of $5,297.63 for legal services and costs rendered

to enforce Creditor's Master Deed and Rules and Regulations (*See* Civil Action No.: 2023-CP-07-01305).

6. Pursuant to Debtors' proposed Plan, there is no treatment for Creditor's secured judicial liens/claims.

7. Debtors actively participated in the state court lawsuits and are well aware of Creditor's claims.

8. Despite being aware of Creditor's claims, Debtors have not proposed any treatment of said claims in the proposed Plan. Creditor contends that the Plan has not been proposed in good faith under 11 U.S.C. §1325(a)(3).

9. The Plan is not confirmable because it does not comply with §1325(a)(5), because Creditor holds allowed secured claims, does not accept the Plan, and the Plan does not propose to pay Creditor the value of its allowed secured claims.

10. Additionally, as the Court has stated in its Order Denying Motion to Impose The Automatic Stay entered on May 23, 2025, "…. the Plan filed by Debtors is patently unconfirmable as it violates multiple provisions of the Bankruptcy Code." The failure to treat Creditor's secured claims at all is a clear indication that this Plan will not be successful and cannot be confirmed.

11. For the foregoing reasons, the proposed Plan cannot be confirmed because it does not satisfy the elements of §1325.

**WHEREFORE**, and for the reasons set forth above, Hilton Head Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners, Inc. respectfully OBJECTS to confirmation of the Plan as currently proposed, and respectfully submits that confirmation of the Plan must be DENIED.

Respectfully submitted this _10ᵗʰ_ day of June, 2025.

By: _s/Dean S. Haskell_
Jones, Simpson & Newton, P.A.
7 Plantation Park Drive, Suite 3
Post Office Box 1938
Bluffton, South Carolina 29910
Telephone:  (843) 706-6111
Attorney for the Creditor, Hilton Head Resort Four
Seasons Centre Horizontal Property Regime Council
of Co-Owners, Inc.