UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | ) |
| | ) |
| JACQUELINE ELIZABETH ARD and | ) Case No. 25-01384-jd |
| TERRY FRANK NICOLA, | ) Chapter 13 |
| | ) |
| Debtors. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused copies of **ORDER GRANTING RELIEF FROM AUTOMATIC STAY and CERTIFICATE OF SERVICE** filed in the above-captioned case, to be served via United States mail, first-class postage prepaid or electronically via CM/ECF, on the parties listed below this ___18___ day of June 2025.

**Debtors:**
Jacqueline Elizabeth Ard
21215 Dartmouth Drive
Southfield, MI 48076-5634

Terry Frank Nicola
21215 Darthmouth
Southfield, MI 48076

**Attorney for Debtors:**
Pro Se

**Trustee:**
James M. Wyman
(served electronically via CM/ECF)

_Jodi Willetts_
Jodi C. Willetts, Paralegal
D'Alberto, Graham & Grimsley, LLC
P.O. Box 11682
Columbia, South Carolina 29211
jwilletts@dgglegal.com
(803) 233-4999