UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
(CHARLESTON DIVISION)



IN RE:

Jacqueline Elizabeth Ard and

Terry Frank Nicola,

          Debtor(s)

CASE NO.:25-01384-JD
CHAPTER 13

NOTICE OF MEDICAL EMERGENCY
AND EMERGENCY MOTION FOR ADA
ACCOMMODATIONS, MEDICAL
PROTECTIONS, INJUNCTIVE RELIEF,
AND SANCTIONS

**Emergency Motion for ADA Accommodations, Medical Protections, Injunctive Relief, and Sanctions pursuant to ADA Title II (42 USC §12132)**

## I. NOTICE OF MEDICAL EMERGENCY

**Terry Frank Nicola (Stage 4 Parkinson's):**

- Medical implants at 12% require immediate continuous charging to prevent: Cardiac/respiratory failure per physician Dr. Valeria Suski.
- Specialized medical care needed for Charcot Foot to avoid amputation; canceled appointments due to vehicle repossession

**Critical Accommodations Required (Per Dr. Suski's Medical Directive):**

• Continuous power for implant charging

• Service/emotional support animal

• Mobility scooter for movement

• Personal assistant for daily care

**Jacqueline Elizabeth Ard:**

- Severed right index finger risk of permanent paralysis; missed therapies due to vehicle repossession.

- Permanent paralysis is imminent without treatment by 6/23/2025; cancelled appointments due to vehicle repossession.

## II. MEDICAL HUMANITARIAN CRISIS

### A. Terry Nicola's Critical Conditions

1. **Stage 4 Parkinson's Disease:**
   - Requires daily charging of implanted neurostimulators via continuous home power.
   - System failure risk: Power loss causes imminent shutdown (coma/death risk).
2. **Bilateral Charcot Foot:**
   - 3x/week wound monitoring to prevent infections leading to amputation.
   - Specialist access: Only viable via personal vehicle (repossessed 6/10/2025).

### B. Jacqueline Ard's Catastrophic Injury

1. **Direct Result of Creditor Misconduct:**
   - Palmetto Electric's illegal power disconnection caused permanent right-hand paralysis.
2. **Life-Altering Consequences:**
   - Zero functional use of dominant hand;
   - Mandatory therapy: 2-3x/week for any chance of recovery;
   - Inability to work or provide medical care for Terry Nicola. Medical assistant required

## III. REQUESTED ADA ACCOMMODATIONS

Pursuant to **42 U.S.C. § 12132** and **Bankruptcy Rule 9029**:

1. **Video Conference Hearings**: For all proceedings (mobility limitations).
2. **Extended Deadlines**: 30-day extensions for filings during medical crises.
3. **Hearing Rescheduling**: For urgent medical episodes (Parkinson's complications).

4. **Court Aide**: Provided for note-taking/real-time transcripts.
5. **Court-Appointed Attorney**: Due to cognitive impairments (Parkinson's).
6. **Flexible Arrival Times**: +60 minutes for court appearances.

## III. DEMANDED INJUNCTIVE RELIEF AGAINST DEFENDANTS

**IMMEDIATE ACTIONS REQUIRED (WITHIN 2 HOURS OF ORDER)**

| Defendant | Action |
| --- | --- |
| **West-Aircomm/Eagle Recovery** | Return Terry's 2018 Jeep Grand Cherokee (transportation to mandatory appt for specialized care) |
| **TitleMax** | Return Jacqueline's 2017 Hyundai Elantra (hand therapy transport) |
| **Palmetto Electric** | Restore continuous power + waive fees |
| **All Creditors** | Cease harassment, calls, collection of debt, mail |

**ASSET RETURN & COMPLIANCE**

- **Estate at Westbury**: Restore gate access/parking passes. Cease harassment and refrain from any activity interfering with Debtors' ability to reorganize. Cancel Lis Pendens
- **The Spa on Port Royal Sound**: Cease harassment and refrain from any activity interfering with Debtors' ability to reorganize. Cancel Lis Pendens
- **Hilton Head Resort**: Cease harassment and refrain from any activity interfering with Debtors' ability to reorganize. Cancel Lis Pendens
- **Zeidman's/Norman's Jewelry**: Return seized assets.
- **Go Store it:** Return seized assets. Refrain from any activity interfering with Debtors' ability to reorganize
- **Zeidman's/Norman's Jewelry**: Return seized assets.
- **Consumers Energy / DTE**: Restore accounts to activity status. Refrain from any activity interfering with Debtors' ability to reorganize

- **Polly Nicola**: Return all non-DSO funds and any other improperly seized assets.

## IV. SANCTIONS FOR WILLFUL VIOLATIONS

1. **Monetary Damages**:
    - **$250,000 actual damages** (medical costs)
    - **$500,000 punitive damages** for disability discrimination
2. **Debt Voidance**: Cancel all claims of violating creditors.
3. **Criminal Referrals**: For fraudulent repossessions (Eagle Recovery).

## V. FACTUAL BASIS FOR EMERGENCY

### CRITICAL INCIDENTS

| Date | Defendant | Violation |
|---|---|---|
| 06/10/2025 | Eagle Recovery | Seized vehicle during Terry's medical transport |
| 04/06/2025 | Palmetto Electric | Power cutoff → Jacqueline's catastrophic hand injury |
| 03/26/2025 | Julie Franklin, Esq. | Late appearance allowed by court for Juile Franklin; but Debtors were denied necessary protection based on a 7-min medical delay |

### DEFENDANTS' PATTERN OF ABUSE

- **Palmetto Electric/Consumers Energy/DTE**: Threatening shutoffs despite medical certifications.
- **Scott Wild, Esq./Wm Weston J Newton, Esq.**: Harassing litigants, tampering with Debtors mail, and blocking property access.
- **Hilton Head Resort**: Blocking property access.

## VI. LEGAL GROUNDS

1. **ADA Title II** (42 U.S.C. § 12132): Failure to accommodate disabilities.
2. **Automatic Stay Violations** (11 U.S.C. § 362(a)(3)): Seizure of life-sustaining assets.
3. **Fiduciary Breach** (11 U.S.C. § 704(a)): Trustee ignored medical emergencies.

## VII. RELIEF REQUESTED

1. **IMMEDIATE HEARING REQUIRED.** TERRY NICOLA'S SURVIVAL DEPENDS ON A 72-HOUR WINDOW OF CARE.
2. **Emergency Hearing TODAY** under Fed. R. Bankr. P. 9013(c)(1).
3. **ADA Accommodations Order**: Implement Section III immediately.
4. **Temporary Restraining Order**:
   - Enforce asset return/power restoration (Section IV).
   - Freeze all creditor actions.
5. **Sanctions**: Impose Section V penalties.

**Dated**: June 16, 2025

Respectfully submitted,

_____
JACQUELINE ELIZABETH ARD, *pro se* Debtor
21215 Dartmouth Dr
Southfield, Michigan 48076
(313) 770-7051
Email: jacquelineard72@gmail.com

_____
TERRY FRANK NICOLA, *pro se* Co-Debtor
21215 Dartmouth Dr
Southfield, Michigan 48076

CR No: 250020295

# SOUTHFIELD PD
26000 EVERGREEN
SOUTHFIELD MI 48037
248.796.5500



## Case Report

### Administrative Details:

| CR No | Subject |
|---|---|
| 250020295 | C3355 - Civil Matter - Other |

| Report Date/Time | Occurrence Date/Time |
|---|---|
| 06/10/2025 04:49 | 06/10/2025 04:49 |

| Location | Call Source |
|---|---|
| 21215 DARTMOUTH DR | 911 |

| Dispatched Offense | Verified Offense |
|---|---|
| C3355 Civil Matter - Other | C3355 Civil Matter - Other |

| County | City/Twp/Village |
|---|---|
| 63 - Oakland | 91 - Southfield |

| Division | |
|---|---|
| Patrol | |

### Action Requested:

[ ] Arrest warrant        [ ] Review only

[ ] Search warrant        [ ] Forfeiture

[ ] Juvenile petition     [ ] Other

| Offenses: | | |
|---|---|---|
| **C3355 - Civil Matter - Other   [SOKELSEYJ (13333)]** | | |
| IBR Code / IBR Group<br>/ | Offense File Class | |
| Crime Against | Location Type<br>**20 - Residence/Home** | Offense Completed<br>**Not Applicable** |
| Domestic Violence<br>**No** | Hate/Bias<br>**00 - None (No Bias)** | |
| Using<br>**A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No** | | Cargo Theft |

| People: |
|---|
| **ARD, JACQUELINE ELIZABETH (O-OTHER) (I-PERSON INTERVIEW)   [SOKELSEYJ (13333)]** |

| PE: | W.Type: | Last Name<br>**ARD** | First Name<br>**JACQUELINE** | Middle Name<br>**ELIZABETH** | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|

[Additional personal details redacted]

**MARTINEZ, J   (O-OTHER) (L-LAW ENFORCEMENT OFFICER)   [SOKELSEYJ (13333)]**

| PE: | W.Type: | Last Name<br>**MARTINEZ** | First Name<br>**J** | Middle Name | Suffix | Mr/Mrs/Ms<br>**SGT.** |
|---|---|---|---|---|---|---|
| DOB (Age) | Sex | Race<br>**UNKNOWN** | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |

| Street Address<br>**26000 Evergreen** | Apt # | County<br>**OAKLAND** | Country<br>**USA** | Home Phone | Work Phone |
|---|---|---|---|---|---|
| City<br>**Southfield** | State<br>**MI** | Zip<br>**48037** | Cell Phone | Email | |

| Phone/Email | |
|---|---|
| Type | Description |
| BU-Business Phone #1 | 248.796.5500 |

**PENHALLEGON, M   (O-OTHER) (L-LAW ENFORCEMENT OFFICER)   [SOKELSEYJ (13333)]**

| PE: | W.Type: | Last Name<br>**PENHALLEGON** | First Name<br>**M** | Middle Name | Suffix | Mr/Mrs/Ms<br>**OFFICER** |
|---|---|---|---|---|---|---|
| DOB (Age) | Sex | Race<br>**UNKNOWN** | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |

| Street Address<br>**26000 Evergreen** | Apt # | County<br>**OAKLAND** | Country<br>**USA** | Home Phone | Work Phone |
|---|---|---|---|---|---|
| City<br>**Southfield** | State<br>**MI** | Zip<br>**48037** | Cell Phone | Email | |

| Phone/Email | |
|---|---|
| Type | Description |
| BU-Business Phone #1 | 248.796.5500 |

## KELSEY, J (O-OTHER) (L-LAW ENFORCEMENT OFFICER) [SOKELSEYJ (13333)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | KELSEY | J | | | SPECIALIST |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | | UNKNOWN | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 26000 Evergreen | | OAKLAND | USA | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| Southfield | MI | 48037 | | |

### Phone/Email

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248.796.5500 |

## GRIGSBY, ARLENE FRANCIS (O-OTHER) (X-MISCELLANEOUS) [SOKELSEYJ (13333)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | GRIGSBY | ARLENE | FRANCIS | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | G621071261229 | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| 03/21/1964 (61) | F | BLACK/AFRICAN AMERICAN | Unknown | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| | | | 5' 0" | 160 | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 21215 DARTMOUTH DR | | | | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| SOUTHFIELD | MI | 48076-5634 | 2486320995 | |

## KIVARI, ALEXANDER MICHAEL (O-OTHER) (X-MISCELLANEOUS) [SOKELSEYJ (13333)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | KIVARI | ALEXANDER | MICHAEL | | |

[Remaining fields redacted]

### Property:

#### 3501 - Automobile/Car/Vehicle (not Stolen Or Recovered) 5403 [SOKELSEYJ (13333)]

| Property Class | IBR Type | UCR Type |
|---|---|---|
| 03 | 03 - Automobiles | V - Other Vehicle (not Stolen or Recovered) |

| Status | Count | Value |
|---|---|---|
| I - Information Only | 1 | 1 |

| Manufacturer | Model | Serial No. | License No. | Color |
|---|---|---|---|---|
| JEEP | GRAND CHEROKEE | 1C4RJFAG3JC479405 | 95037 | BLK - Black |

| Vehicle Year | Body Style | State | License Year |
|---|---|---|---|
| | 4D - 4 Door | PA | |

| Description | | | Evidence Tag |
|---|---|---|---|
| BLACK KEEP GRAND CHEROKEE PA:95037PD | | | |
| Recovered Date/Time | Location | Owner | |

### Narrative:

CR No: 250020295-001    Written By: SOKELSEYJ (13333)    Date: 06/10/2025 06:38 AM

**INITIAL**

I (Specialist Kelsey) and Ofc. Penhallegon were dispatched to 21215 Dartmouth Dr for a reported trouble with subject on the above listed date and time. Dispatch advised the r/p is trying to repossess a vehicle and the subjects there are trying to drive it off his tow truck.

**INFORMATION**

I made the scene and made contact with the female half of the civil issue, Arlene Grigsby. The tow truck driver was also on scene, Alexander Kivari. Alexander claimed that Arlene tried to drive the BLACK/2018/JEEP/GRAND CHEROKEE/PA:95037PD off the tow lift. She climbed into the vehicle after Alexander agreed to allow her to retrieve her belongings and drove off the vehicle lift. Arlene explained that was not the case, rather the tow driver picked the car up improperly to begin with, and she did not try to drive it off the lift. Alexander stated he wished to have a report generated in case there was damage to the vehicle after being driven off the lift.

Both parties possessed valid orders. Alexander possessed a valid repossession order for the Jeep. Arlene had filed for bankruptcy, the non-official bankruptcy paperwork stated bankruptcy usually grants a stay on debts/repossessions. The bank filed to have the stay lifted regarding the car. The hearing to discuss that is scheduled for 06/18/2025.

**DISPOSITION**

Eventually Alexander was able to repossess the Jeep with Officers standing by. Arlene was allowed to gather her belongings from the car. I took photos on scene per Alexanders request, although I did not see any damage to the Jeep. My axon body camera was activated during my time on scene. Sgt. Martinez was on scene. Both parties were given incident numbers and advised of the civil matter. I uploaded the scene photos and entered the SD card containing them into BEAST.

CR No: 250020295-002    Written By: SOKELSEYJ (13333)    Date: 06/14/2025 02:43 AM

## INFORMATION

I (Specialist Kelsey) responded to 21215 Darthmouth Dr for a reported civil issue on 06/10/2025. I completed a report for that incident after clearing the scene.

I was later notified that Arlene Grigsby was not on scene at the time of dispatch nor did she speak with Officers. A miscommunication between Officers resulted in Arlene being added to the report as one of the parties involved in the civil issue. After communicating further with Ofc. Penhallegon, the woman on scene who spoke with Officers and was involved in the incident has been identified as Jaqueline Elizabeth Ard DOB:03/25/1975. Jaqueline is the sister of Arlene. Arlene registers to the address where the incident occurred. Jaqueline and Arlene have similar physical characteristics. Jaqueline returns in ▇ out of South Carolina.

## DISPOSITION

Jaqueline has been added to the report, her phone number along with Arlene's have been updated to available current information. I attempted phone contact several times with Arlene and was unable to reach her.