Filed By The Court

07/21/2025 4:22 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

In re:                                                    :          **CHAPTER 13**

**JACQUELINE ELIZABETH ARD AND**        :          **CASE NO. 25-01384-JD**
**TERRY FRANK NICOLA,**

        Debtor(s).                                        :          **CASE: 9:25-cv-04500-BHH-MHC**

                                  :

                                  :

## MOTION AND APPLICATION FOR LEAVE TO
## BRING AN INTERLOCUTORY APPEAL OF THIS COURT'S
## ORDER DATED MAY 21, 2025

Debtors Jacqueline E. Ard and Terry F. Nicola, pursuant to this Court's order dated

May 21, 2025, and FRBP 8004, ask this Court for leave to file an interlocutory appeal

of the Court's May 21, 2025 order.

Respectfully submitted,

Jacqueline Ard, *pro se*
Debtor

                                         7/21/25

Jacqueline Elizabeth Ard
21215 Dartmouth Dr
Southfield, Michigan 48076
(313) 770-7051

                                       7/21/25

Terry Frank Nicola
21215 Dartmouth Dr
Southfield, Michigan 48076
(313) 770-7051

**Certificate of Service**

This is to certify a copy of the foregoing was served upon all counsel of record by means of this Court's electronic filing system on this 21[th] day of July, 2025.

Jacqueline E. Ard