Case 25-01384-jd   Doc 100   Filed 07/23/25   Entered 07/23/25 09:... Main
Document   Page 1 of 2

Filed By The Court
7/23/2025 5:35 AM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| JACQUELINE ELIZABETH ARD AND TERRY FRANK NICOLA, | : | CASE NO. 25-01384-JD |
| Debtor(s). | : | |
| | : | |

## EMERGENCY MOTION FOR ADA ACCOMMODATION: REQUEST FOR CONTINUANCE OF HEARING ON TRUSTEES OBJECTION TO EXEMPTION SCHEDULED JULY 23, 2025

Debtors Jacqueline E. Ard and Terry F. Nicola, pursuant to this Court's order dated June 23, 2025, Doc # 90, request a continuation on the hearing scheduled July 23, 2025. Debtors are physically disabled, and without adequate transportation to attend this hearing. Due to the recent repossession of Debtors vehicles, they are unable to obtain the medical treatment that they need and are currently experiencing a medical crisis. Their unobtainable need for medical care has created an unstable, decline in their medical condition. The Debtors' current mental and physical state prevents them from making an appearance in court today. Debtors are requesting this Court to make ADA accommodations and reschedule this hearing for a later date, after Debtors are able to seek treatment and gain mental and physical stability.

Respectfully submitted,

_____  7/23/25
Jacqueline Elizabeth Ard, Debtor *pro se*
21215 Dartmouth Dr
Southfield, Michigan 48076
(313) 770-7051

_____  7-23-25
Terry Frank Nicola, Debtor *pro se*
21215 Dartmouth Dr
Southfield, Michigan 48076

## Certificate of Service

    This is to certify a copy of the foregoing was served upon all counsel of record by means of this Court's electronic filing system on this 23th day of July, 2025.

_____
Jacqueline E. Ard