UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Jacqueline Elizabeth Ard and Terry Frank Nicola<br><br><br><br>Debtor(s). | CHAPTER 13<br>CASE NO: 25-01384-JD<br><br>TRANSMITTAL OF RECORD ON APPEAL |

To: The Honorable Robin L. Blume, Clerk of the United States District Court, District of South Carolina

Pursuant to Bankruptcy Rule 8010, I hereby transmit the following record on appeal:

　**DOCKET SHEET**
　**NO ITEMS RECEIVED FROM EITHER APPELLANTS OR APPELLEES**

　I, N. Beaulieu, hereby certify that, to the best of my knowledge, the transmitted copies are true and correct copies of the record and proceedings on file in the office of the Clerk, U.S. Bankruptcy Court, in the above-captioned action.



Lauren T Maxwell, Clerk of Court
United States Bankruptcy Court

BY: /s/ N. Beaulieu
　　N. Beaulieu, Appeals Clerk

Columbia, South Carolina

July 25, 2025

Parties to appeal are:

For Appellant:

Jacqueline Elizabeth Ard
21215 Dartmouth Dr
Southfield, MI 48076-5634

Terry Frank Nicola
21215 Dartmouth Dr.
Southfield, MI 48076

For Appellee:

John B. Kelchner
PO Box 1473 (29202)
1901 Main St. Suite 900
Columbia, SC 29201

Lucas S. Fautua
171 Church St., Ste 120
Charleston, SC 29413

James Wyman, Trustee
PO Box 997
Mt. Pleasant, SC 29465

Julie Franklin
P.O. Drawer 2976
Bluffton, SC 29910

Benjamin E. Grimsley
P.O. Box 11682
Columbia, SC 29211