

9314 8699 0430 0138 5203 13
RETURN RECEIPT (ELECTRONIC)





FIRST-CLASS

US POSTAGE ᴹᴾ PITNEY BOWES

ZIP 60048  $ 008.86⁰
02 7W
0008041791 AUG 15 2025





QWS  1352

ITEM X-RAYED
BY USMS
8-20-2025

2940182229 C005


**STRADA**

Strada
PO Box 299116
Lewisville TX 75029-9116

August 13, 2025

V000062

UNITED STATES BANKRUPTCY CT
145 KING STREET
ROOM 225
CHARLESTON SC  29401

| Filed By The Court |
| --- |
| 08/21/25 1:52 p.m. |
| U.S. BANKRUPTCY COURT |
| DISTRICT OF SOUTH CAROLINA |

Re: JACQUELINE ELIZABETH / Case # 25-01384-jd

To Whom It May Concern:

Strada processes garnishments for employees of DIRECTV, LLC and their affiliates.

Please be advised we are unable to process the request to execute bankruptcy on the above party's wages garnishment without additional information for the following reasons:

1) No social security number / social insurance number and/or an incomplete social security number / social insurance number have been provided.

Review the information in your records and check for errors. Then provide the additional information such as the last 4 digits of the employee's social security number / social insurance number, copies of pay statements, employment application, driver's license, passport, or any other documentation that verifies employment with the company. Also submit a copy of the original order.

Please mail any additional information to DIRECTV, LLC, c/o CT Corporation, 1209 Orange Street, Wilmington, DE 19801.

We cannot impose a garnishment against the incorrect person or an exempt party; therefore we are required to reject this order until the additional information required to accurately and appropriately process the garnishment order is received.

If you need to escalate this matter or have questions in reference to this notification, please reach out to DIRECTV Employee Service Center at 866-219-0839. The Service Center is available via phone between 7:00am - 7:00pm CST, Monday through Friday.

Sincerely,

Strada
Garnishment Shared Services Team



9808NC

## United States Bankruptcy Court
### District of South Carolina

Case Number: 25-01384-jd                     Chapter: 13

In re:

Jacqueline Elizabeth Ard                     Terry Frank Nicola
dba Global Management Group LLC, dba Beachside Estates    dba Beachside Estates LLC, dba Global Management Group
LLC

| Entered By The Court 7/15/25 | ORDER | Filed By The Court 7/15/25 Lauren T Maxwell Clerk of Court US Bankruptcy Court |
|---|---|---|

It is hereby ordered that the Hearing to consider dismissal to bar further refiling or conversion of this case to a chapter 7, and the Hearing on the Motion to Convert Chapter 13 Case to Chapter 7, both of which were previously scheduled for July 23, 2025, at 10:30 AM at the King and Queen Building, 145 King Street, Room 225, Charleston, SC 29401, are rescheduled for August 20, 2025, at 10:30 AM at the same location. AND IT IS SO ORDERED. Signed by: Judge L. Jefferson Davis, IV, US Bankruptcy Court – District of South Carolina (related document(s)70, 58).

*L. Jefferson Davis IV*

L. Jefferson Davis, IV
United States Bankruptcy Judge

004936                           69708004940012

000000000 09990-V000062