Filed By The Court
08/22/2025 11:25 AM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

Jacqueline Elizabeth Ard and
Terry Frank Nicola,

                    Debtors.

Case No. 25-01384-JD
Chapter 13

**AFFIDAVIT OF MEDICAL HARM AND RECUSAL OF JUDGE L. JEFFERSON DAVIS IV**

## AFFIDAVIT OF MEDICAL HARM AND RECUSAL OF JUDGE L. JEFFERSON DAVIS IV

I, **Jacqueline Elizabeth Ard**, and I, **Terry Frank Nicola**, being duly sworn, hereby depose and state under penalty of perjury pursuant to 28 U.S.C. § 1746:

## 1. Personal Background

1. We are the Debtors in the above-captioned Chapter 13 proceeding.
2. We make this affidavit in support of our Motion to Disqualify Judge L. Jefferson Davis IV on the grounds that his repeated denial of statutory rights, improper orders, and refusal to grant reasonable ADA accommodations have caused **irreparable medical harm** and created an imminent threat to our health, welfare, and survival.

## 2. Debtor Ard – Medical Harm

3. I, **Jacqueline Ard**, suffer from permanent paralysis in my right hand, accompanied by severe and constant pain.
4. This condition has rendered me unable to use my dominant hand and prevented me from continuing my long-time career in home repair and improvement—a field requiring full physical function.
5. I disclosed these conditions to the Court through sworn affidavits (ECF 59, 62), requesting ADA accommodations pursuant to Title II of the Americans with Disabilities Act.
6. Judge Davis **ignored or denied all requests**, accusing me instead of "lack of candor," thereby compounding the stress and worsening my medical symptoms.
7. The denial of accommodations—forced unnecessary long-distance travel, barred remote participation, and disregarding medical limitations—has led to escalated pain, loss of mobility, sleep disruption, and severe psychological distress.

### 3. Debtor Nicola – Medical Harm

8. I, **Terry Nicola**, suffer from Parkinson's disease with rapid deterioration of symptoms.
9. My condition includes loss of balance, severe difficulty walking, impaired ability to hold items, disrupted sleep, night terrors, cognitive fog, and episodes resembling dementia.
10. Since the beginning of these proceedings, my condition has drastically worsened due to stress and deprivation directly caused by the Court's actions.
11. On June 10, 2025, my vehicle was repossessed in violation of the automatic stay, leaving me unable to attend a critical medical appointment. Judge Davis subsequently **ratified this unlawful seizure** and canceled the scheduled hearing, denying me any opportunity to be heard.
12. The continued lack of transportation has left me unable to obtain essential treatment and attend appointments, accelerating my neurological decline.
13. The denial of ADA accommodations, including the refusal to hold hearings by video conference, has forced me to endure dangerous and medically harmful 17-hour car trips to protect our life savings. These trips have caused tremors, falls, severe fatigue, and further degeneration of my condition.

### 4. Chronological Medical Harm Resulting from Judicial Actions

- **October 4, 2024:** Chapter 13 petition filed; protections under 11 U.S.C. § 362(a) ignored, creditors emboldened, creating severe stress.
- **December 12, 2024:** Affidavit of medical disability filed; Court ignored sworn evidence and later accused Debtor Ard of dishonesty.
- **April 6, 2025:** Palmetto Electric unlawfully disconnected Debtors power causing a catastrophic hand injury.
- **April 9, 2025:** TitleMax repossessed Debtor Ard's vehicle in violation of the automatic stay; Judge Davis refused to order return, creating financial and medical hardship.
- **May 21, 2025:** Debtors drove 843 miles despite disability; Judge Davis denied motion before Debtors arrived, amplifying stress and deterioration.
- **June 10–12, 2025:** Eagle Recovery repossessed Debtor Nicola's vehicle; Judge Davis ratified repossession and denied redress, depriving Debtors of transportation for critical care.
- **June 18, 2025:** Emergency ADA motion denied without hearing; health conditions worsened due to lack of accommodations.
- **July 23–30, 2025:** Judge Davis denied repeated ADA motions. When Debtors' were medically incapacitated and unable to attend hearings, Judge Davis denied their request for continuance and proceeded with the hearing in Debtors' absence, stripping them of all of their exemptions. Dismissing their health concerns as delay tactics.
- **August 20, 2025:** Debtors forced to travel 17 hours for hearing; caused exacerbation of Parkinson's symptoms, severe hand pain, sleep loss, cognitive decline, and financial collapse.

## 5. Imminent and Irreparable Harm

14. Judge Davis's refusal to grant accommodations has created a **death trap** for us by:

- Authorizing the repossession of both Debtors' vehicles, eliminating access to transportation for medical care;
- Facilitating foreclosure of our homes, jeopardizing housing stability, and essential disability management;
- Imposing repeated, unnecessary travel despite documented medical disabilities, accelerating physical decline and financial ruin.

15. Without immediate judicial intervention and removal of Judge Davis from this matter, **our lives and health are at imminent risk.**

16. We affirm that these harms are **irreparable**—neither monetary damages nor appeals can restore lost neurological function, mobility, or permanent paralysis worsened by discriminatory judicial practices.

## 6. Conclusion

17. Judge Davis's actions constitute a violation of **ADA Title II**, the **Due Process Clause of the 5th Amendment**, and **11 U.S.C. § 362**.

18. His conduct has already caused irreversible medical harm and poses a continuing, imminent threat to our survival.

19. Removal and reassignment of this case is essential to protect our health, well-being, rights, and access to justice.

Respectfully submitted this 22 day of August, 2025.

_____

**Jacqueline E. Ard**
**21215 Dartmouth Drive**
**Southfield, Michigan 48076**
**(313) 770-7051 jacquelineard72@gmail.com**

_____

**Terry F. Nicola**
**21215 Dartmouth Drive**
**Southfield, Michigan 48076**
**(313) 770-7051 jacquelineard72@gmail.com**

**I declare under penalty of perjury that everything I have stated in this document is true and correct.**

**Sworn to and subscribed before me on (date)** _____8/22/25_____.

**Notary Public:** _____
**[Notary's Printed Name]** ___Sean McCloskey___
**Commission Expires:** ___12/19/33___
**STATE OF** ___South Carolina___ )
**COUNTY OF** ___Beaufort___ ) SS
)

Notary Seal

SEAN MCCLOSKEY
MY COMM. EXP.
NOTARY
PUBLIC
12/19/2033
SOUTH CAROLINA