AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

## TRANSCRIPT ORDER

*Please Read Instructions.*

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Jacqueline Ard | 2. PHONE NUMBER<br>(313) 770-7051 | 3. DATE<br>9/10/2025 |
| 4. DELIVERY ADDRESS OR EMAIL<br>21215 Dartmouth Drive | 5. CITY<br>Southfield | 6. STATE  Michigan  7. ZIP CODE 48076 |
| 8. CASE NUMBER<br>25-01384 | 9. JUDGE<br>L. Jefferson_Davis | DATES OF PROCEEDINGS<br>10. FROM 5/21/2025   11. TO 5/21/2025 |
| 12. CASE NAME<br>Hearing on Motion to Impose the Automatic Stay | | LOCATION OF PROCEEDINGS<br>13. CITY Charleston   14. STATE South_Carolina |

### 15. ORDER FOR
[X] APPEAL   [ ] CRIMINAL   [ ] CRIMINAL JUSTICE ACT   [X] BANKRUPTCY
[ ] NON-APPEAL   [ ] CIVIL   [X] IN FORMA PAUPERIS   [ ] OTHER

### 16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Entire Hearing | May 21, 2025 |
| [ ] BAIL HEARING | | Include the time on transcript | May 21, 2025 |

### 17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [X] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL   0.00

18. SIGNATURE  *[signature]*
19. DATE   9-10-25

PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY