UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | B/K Case No. 25-01384-JD |
| JACQUELINE ELIZABETH ARD and ) | |
| TERRY FRANK NOCOLA ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## APPLICATION FOR SHORTENED MAILING LIST

TO: L. JEFFERSON DAVIS, IV, JUDGE, U.S. BANKRUPTCY COURT:

Kevin Campbell, the duly appointed and acting Chapter 7 Trustee for the above Debtors (hereinafter referred to as the "Trustee"), hereby applies to the Court for an Order directing that notices required by Bankruptcy Rule 2002(a)(2), (3) and (6) be mailed only to those creditors who file with the Applicant a request that they receive such notices.  This application is made pursuant to Bankruptcy Rule 2002(1).

The grounds for this application are that the undersigned is informed that there are as many as 239 creditors in this case and that the administrative costs of mailing 2002(a)(2), (3) and (6) notices to all creditors would be prohibitive for the size of the estate.

Upon information and belief, no notice of this application is necessary, and Applicant is desirous of such a shortened mailing list being created.

                                                                            CAMPBELL LAW FIRM, P.A.

                                                                            /s/ Michael Conrady
                                                                            MICHAEL H. CONRADY
                                                                            Attorney for the Trustee
                                                                            Post Office Box 684
                                                                            Mt. Pleasant, S.C.  29465
                                                                            (843) 884-6874/884-0997(fax)
                                                                            District Court I.D. No. 5560

Mt. Pleasant, South Carolina                                mconrady@campbell-law-firm.com
This 2nd day of October,  2025.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
 )  B/K Case No. 25-01384-JD
JACQUELINE ELIZABETH ARD and )
TERRY FRANK NOCOLA )  Chapter 7
 )
Debtors. )

## ORDER TO SHORTENED MAILING LIST

This matter comes before the Court pursuant to the Application of the Kevin Campbell, the duly appointed and acting Chapter 7 Trustee for the above Debtor, to create a shortened mailing list pursuant to Bankruptcy Rule 2002(I) of those creditors who have indicated a desire to receive notices on all matters concerning Bankruptcy Rule 2002(a)(2), (3), and (6). Upon good cause being shown, it is

ORDERED, ADJUDGED AND DECREED that the Applicant shall send a Notice to all creditors that within fifteen (15) days from the date of the Notice that Applicant shall begin using a shortened mailing list pursuant to Bankruptcy Rule 2002(I) in all instances requiring notice under Rule 2002(a)(2), (3), and (6).

IT IS FURTHER ORDERED that all such future notices pursuant to Bankruptcy Rule 2002(a)(2), (3), and (6) be transmitted to the United States Trustee and be mailed only to the committees elected under §705 or appointed under §1102 of the Code or to their authorized agents and to creditors and equity security holders who serve on the trustee and file a request that all notices be mailed to them;

IT IS SO ORDERED!

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
) B/K Case No. 25-01384-JD
JACQUELINE ELIZABETH ARD and )
TERRY FRANK NOCOLA ) Chapter 7
)
Debtor. )

**NOTICE TO CREDITORS OF MOTION TO LIMIT MAILING OF NOTICES**

TO:  ALL CREDITORS AND PARTIES IN INTEREST

The final mailing matrix for the captioned case may contain up to 409 names, and mailing of notices on all matters affecting the estate to all of these creditors is burdensome to the estate and the Court.

PLEASE TAKE NOTICE that Kevin Campbell, Trustee, has applied to limit the mailing of notices to only the creditors requesting such notices.

Only those parties making a written request to the Applicant's office within fifteen (15) days from the date of this notice shall remain on the shortened list for notice of the sort specified by Bankruptcy Rule 2002(a), which is as follows:

(2)  proposed use, sale or lease of property other than in the ordinary course of business unless the court for cause shortens the time or directs another method of giving notices;

(3)  the hearing on approval of a compromise or settlement of a controversy, unless the court for cause shown directs that notice not be sent; and

(6)  hearings on all applications for compensation or reimbursement of expenses totaling in excess of $1,000.00.

---

MAKE WRITTEN REQUEST TO STAY ON THE SHORT MAILING LIST TO:

CAMPBELL LAW FIRM                    COMPLETE NAME AND MAILING ADDRESS
POST OFFICE BOX 684                  BLOCK SHOWN BELOW AND RETURN;
MT. PLEASANT, SC 29465               PLEASE TYPE OR PRINT CLEARLY.

COLUMBIA, SOUTH CAROLINA             (                                    )
                                     (                                    )
                                     (                                    )
This ____th day of _____, 2025.    (                                    )
                                     (                                    )

_____
Deputy Clerk of Court
1100 Laurel Street, Columbia SC 29201