UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: <br><br> Jacqueline Elizabeth Ard and Terry Frank Nicola, <br><br> Debtors, | CASE NO: 25-01384-jd <br> CHAPTER 7 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, as counsel for Spa on Port Royal Sound Horizontal Property Regime, Inc., a creditor herein, hereby enters his appearance in the above-captioned case and requests that his name and address be added to the mailing matrix for purpose of receiving copies of all pleadings, notices, and orders.

s/ J. Ronald Jones, Jr.
J. Ronald Jones, Jr.
District Court ID: 5874
Smith Debnam Narron Drake
Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Telephone: (843) 714-2535
rjones@smithdebnamlaw.com
*Attorney for Creditor*

Charleston, South Carolina
October 16, 2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Jacqueline Elizabeth Ard and Terry Frank Nicola,

Debtors,

CASE NO: 25-01384-jd
CHAPTER 7

## CERTIFICATE OF SERVICE

I, Janet Craig Jackson, Paralegal to J. Ronald Jones, Jr. do hereby certify that I served on the persons below a copy of the Notice of Appearance in the above-referenced matter either by CM/ECF electronic mail or by depositing same in the United States Mail with sufficient postage affixed and addressed as follows:

Jacqueline Elizabeth Ard
21215 Dartmouth Dr.
Southfield, MI 48076
*Pro Se Debtor*

Terry Frank Nicola
21215 Dartmouth Dr.
Southfield, MI 48076
*Pro Se Debtor*

Kevin Campbell
Campbell Law Firm, PA
PO Box 684
Mount Pleasant, SC 29465
*Trustee*

Michael H. Conrady
Campbell Law Firm, PA
PO Box 684
Mount Pleasant, SC 29465
*Attorney for Trustee*

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, SC 29201
*US Trustee*

/s/ Janet Craig Jackson
Janet Craig Jackson, paralegal to
J. Ronald Jones, Jr., ID: 5874
Smith Debnam Narron Drake
Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Telephone: (843) 714-2535
rjones@smithdebnamlaw.com

Charleston, South Carolina
October 16, 2025