# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA
# DISTRICT OF SOUTH CAROLINA (CHARLESTON)

**IN THE MATTER OF:**

| | |
|---|---|
| JACQUELINE ELIZABETH ARD, | Case No. 25-01384-jd |
| DBA GLOBAL MANAGEMENT GROUP LLC, | Honorable L JEFFERSON DAVIS IV |
| DBA BEACHSIDE ESTATES LLC, | Chapter 7 |
| TERRY FRANK NICOLA, | |
| DBA GLOBAL MANAGEMENT GROUP LLC, | |
| DBA BEACHSIDE ESTATES LLC, | |

    Debtors.

21215 Dartmouth Dr
Southfield, MI 48076-5634
XXX-XX-3748
XXX-XX-8286
_____/

## NOTICE OF APPEARANCE AND
## REQUEST TO BE PLACED ON THE MATRIX

**PLEASE TAKE NOTICE** that Richardo I. Kilpatrick of SHERMETA, KILPATRICK & ASSOCIATES, PLLC, hereby appears as counsel for the City of Detroit Water and Sewerage Department and, pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon them at the following address: Shermeta, Kilpatrick & Associates, PLLC, 1030 Doris, Auburn Hills, Michigan 48326.

                                    Respectfully submitted;

                                    **SHERMETA, KILPATRICK & ASSOCIATES, PLLC**

                By:    /s/    *Richardo I. Kilpatrick*
                          RICHARD I. KILPATRICK (P35275)
                          MELINDA BROOKS OVIATT (P56101)
                          Attorneys for Creditor Detroit Water and Sewerage Department
                          615 Griswold, Suite 1305
                          Detroit, MI 48226
                          ecf@kaalaw.com
Date: November 10, 2025            (248) 519-1700

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA
# DISTRICT OF SOUTH CAROLINA (CHARLESTON)

**IN THE MATTER OF:**

| | |
|---|---|
| JACQUELINE ELIZABETH ARD, | Case No. 25-01384-jd |
| DBA GLOBAL MANAGEMENT GROUP LLC, | Honorable L JEFFERSON DAVIS IV |
| DBA BEACHSIDE ESTATES LLC, | Chapter 7 |
| TERRY FRANK NICOLA, | |
| DBA GLOBAL MANAGEMENT GROUP LLC, | |
| DBA BEACHSIDE ESTATES LLC, | |

    Debtors.

21215 Dartmouth Dr
Southfield, MI 48076-5634
XXX-XX-3748
XXX-XX-8286
_____/

## CERTIFICATE OF SERVICE

Frederick Miesterfeld certifies that on the 10th day of November, 2025 he did serve a copy of the NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO THE MATRIX and CERTIFICATE OF SERVICE in the above-captioned matter, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Michael H Conrady:  mconrady@campbell-law-firm.com

Office of the U.S. Trustee: via ECF email

And by depositing same in a United States postal box with the lawful amount of postage fully prepaid thereon, upon the following:

Jacqueline Elizabeth Ard, Terry Frank Nicola
21215 Dartmouth Dr
Southfield, MI 48076-5634

        /s/      Frederick Miesterfeld
        Frederick Miesterfeld, an employee of
        SHERMETA, KILPATRICK & ASSOCIATES, PLLC
        615 Griswold, Suite 1305
        Detroit, MI 48226
        ecf@kaalaw.com
        (248) 519-1700