# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | B/K Case No. 25-01384-JD |
| JACQUELINE ELIZABETH ARD and ) | |
| TERRY FRANK NICOLA ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## OBJECTION TO MOTION TO ABANDON PROPERTY

TO: ELIZABETH PARROTT, ATTORNEY FOR NATIONSTAR MORTGAGE, LLC

Kevin Campbell, the duly appointed and acting Chapter 7 Trustee for the above Debtors, hereby objects to the Motion of Nationstar Mortgage, LLC ("Nationstar") seeking an Order Compelling Abandonment of certain real property and would show unto this Court the following:

The Debtors filed for Chapter 13 relief on April 10, 2025. On April 25, 2025, under the penalty of perjury, the Debtors filed with the Bankruptcy Court Schedule A/B which disclosed an ownership interest in (a) 100 Kensington Blvd., Unit 1106, Bluffton, SC 29910; (b) 663 William Hilton Parkway, Unit 4408, Hilton Head Island, SC 29928; (c) 239 Beach City Road, Unit 3218, Hilton Head Island, SC 29926; and (d) 663 William Hilton Parkway, Unit 4405, Hilton Head Island, SC 29928. The Debtors also disclosed a 100% ownership interest in Beachside Estates, LLC, a South Carolina limited liability corporation. On September 9, 2025 the case was converted to Chapter 7.

On August 28, 2025, without authorization from the Bankruptcy Court, and in violation of 11 U.S.C. §549, Jacqueline Ard and Terry F. Nicola conveyed their interest in the real property known as 663 William Hilton Parkway, Unit 4408, Hilton Head Island, SC 29926 to Beachside Estates, LLC. This deed was recorded by the Beaufort County Register of Deeds in Book 4461 at Pages 781-784.

By consent Order entered on December 3, 2025, the above transfer was deemed to be void ab initio as it was done in violation of 11 U.S.C. §549.

The Trustee has retained the services of Alex Bourland of Pearce and Associates Auctioneers (the "Auctioneer") to serve as the Trustee's auctioneer of the Debtors real property.

The Trustee had anticipated filing a Notice of Sale by public/on-line auction of the Debtors' real property located in South Carolina but had discovered the issue with improper post-petition transfer.  As a result, the fling of that Notice was delayed until that issue was resolved.  As a result of the Court entering the Consent Order, the Trustee anticipates filing the Notice of Sale in the next several days.  The anticipated auction date is still being finalized, but believes that it will be in mid-February 2026.

The Trustee believes that although there is no automatic stay in place, there appears to be sufficient value in the real property which would pay the mortgage lien of Nationstar in full with the additional funds being paid to the estate.  As such, it would be in the creditor's best interest if the Trustee were allowed to sell the property at auction.

WHEREFORE, the Trustee prays that this Court issue an Order denying the relief requested, and for such other and further relief this Court deems just and equitable.

> Respectfully submitted,
>
> CAMPBELL LAW FIRM, P.A.
>
> /s/ Michael Conrady
> MICHAEL H. CONRADY
> Attorney for the Trustee
> P.O. Box 684
> Mt. Pleasant, SC 29465
> (843) 884-6874/884-0997(fax)
> District Court I.D. No. 5560
> mconrady@campbell-law-firm.com

Mt. Pleasant, South Carolina
This 4th day of December, 2025.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | B/K Case No. 25-01384-JD |
| JACQUELINE ELIZABETH ARD and ) | |
| TERRY FRANK NICOLA ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE
_____

     I, Michael H. Conrady, attorney with the Campbell Law Firm, P.A. hereby certify that on this day Elizabeth Parrott was served electronically with a true and correct copy of the following:

**OBJECTION TO MOTION TO COMPEL ABANDONMENT**

       /s/ Michael Conrady
      MICHAEL H. CONRADY, ESQ.
      Campbell Law Firm, PA
      Post Office Box 684
      Mt. Pleasant, SC 29465
      (843) 884-6874/ (843) 884-0997 fax

Mt. Pleasant, South Carolina
Dated: December 4, 2025