**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| Jacqueline Elizabeth Ard | ) | Case No. 25-01384-jd |
| *dba Global Management Group LLC* | ) | |
| *dba Beachside Estates LLC* | ) | Judge L Jefferson Davis IV |
| and Terry Frank Nicola | ) | |
| *dba Beachside Estates LLC* | ) | **ORDER GRANTING MOTION** |
| *dba Global Management Group*, | ) | |
| | ) | |
| Debtors. | ) | |

This matter is before the Court on the amended motion (dkt. # 205) of Nationstar Mortgage LLC, its successors and/or assigns ("Movant") for an Order confirming that there is no automatic stay in place pursuant to 11 U.S.C. §§ 362(c)(4)(A)(i) and (ii). The Movant has waived claims arising under 11 U.S.C. §§ 503(b), 507(b) and agreed that any funds realized from the disposition of its collateral in excess of all liens, costs, and expenses will be paid to the trustee or bankruptcy estate. Based upon the certification of Movant, the Motion is granted, and it is

ORDERED that the automatic stay was not imposed by 11 U.S.C. §362(a) as it applies to the real property and improvements commonly known as 663 William Hilton Pkwy., Apt. 4408, Hilton Head Island, South Carolina 29928 (the "Collateral"). Movant may send any required notice to Debtor and proceed with its remedies against the collateral.

IT IS FURTHER ORDERED that:

☐ Based upon Debtor(s)' failure to object to Movant's request regarding the Fed. R. Bankr. P. 4001(a)(4) stay, this order is effective immediately.

☐ Pursuant to Fed. R. Bankr. P. 4001(a)(4), this order is stayed until the expiration of 14 days after its entry.

**AND IT IS SO ORDERED.**

Dated _____ day of _____, 2025.

_____
Honorable Judge L. Jefferson Davis IV
United States Bankruptcy Judge