UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | B/K Case No. 25-01384-JD |
| JACQUELINE ELIZABETH ARD and TERRY FRANK NOCOLA | Chapter 7 |
| Debtors | **ORDER** |

    This matter comes before this Court upon the objection to the Debtors' exemptions by Kevin Campbell, the Chapter 7 Trustee. There was no response to the objection.

    The Court was advised that the Debtors filed for Chapter 13 bankruptcy relief on April 10, 2025. The case was subsequently converted to one under Chapter 7 on September 9, 2025. The Debtors' Schedule A/B disclosed an interest in certain real and personal property. Further, the Debtors' Schedule C asserted exemptions in this property pursuant to S.C. Code 33-41-720(2)(c); 11 U.S.C. §522; S.C. Code §15-39-410; S.C. Code §9-1-1680; 29 U.S.C. 1056(d) and S.C. Code §15-41-30(A).

    I find that this matter is properly before this Court and the Debtors' exemptions asserted based upon the above code sections are not well founded and should be disallowed; it is,

    ORDERED, ADJUDGED and DECREED that the Trustee's objection to the claimed exemptions is sustained;

    IT IS FURTHER ORDERED that the Debtors' exemptions are disallowed;

    AND IT IS SO ORDERED.

**FILED BY THE COURT**
**12/08/2025**



*L. Jefferson Davis IV*
US Bankruptcy Judge
District of South Carolina

1

Entered: 12/08/2025