# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF SOUTH CAROLINA

OFFICE OF THE CLERK
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201–2423
803–765–5436
WWW.SCB.USCOURTS.GOV

---

TAKE NOTICE that pursuant to SC LBR 5005–4(d), individuals without legal representation (pro se individuals) may electronically file documents by utilizing the Court's Electronic Self–Representation System (eSR) and Electronic Document Submission System (EDSS). To ensure documents are timely filed for consideration by the Court, it is your responsibility to submit documents according to the following guidelines:

- Documents uploaded to the EDSS will be processed by the Court within **three (3) business days** of submission.

- Documents concerning a scheduled hearing must be uploaded to EDSS no later than **10:00 a.m. three (3) business days** prior to the scheduled hearing, unless a different response deadline has been set by notice, applicable rules, or Court order.

- You must comply with the privacy protection requirements of Fed. R. Bankr. P. 9037 and SC LBR 9037–1.

- Documents must include a handwritten signature. When signing some forms to be submitted for filing, you may be declaring under penalty of perjury that the information provided is both true and correct.

The use of eSR and EDSS requires some computer literacy and the Court cannot help you use your own equipment. If you are not comfortable using your computer, scanning documents and/or creating and manipulating PDFs, please deliver your documents in–person or by mail to the Court at 1100 Laurel Street, Columbia, SC 29201–2423.

***The Court reserves the right to refuse or return any electronic filing that does not comply with applicable procedures.***

Clerk of Court
United States Bankruptcy Court

BY: <u>Admin</u>, Deputy Clerk

United States Bankruptcy Court

District of South Carolina

In re:                                                                              Case No. 25-01384-jd

Jacqueline Elizabeth Ard                                                           Chapter 7

Terry Frank Nicola

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0420-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: edssntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: jacquelineard72@gmail.com | Jan 29 2026 21:39:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + Email/PDF: terrynicola30@gmail.com | Jan 29 2026 21:39:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Edward Grimsley | on behalf of Creditor WEST-AIRCOMM FEDERAL CREDIT UNION ben.grimsley@smithrobinsonlaw.com jodi.willetts@smithrobinsonlaw.com |
| Christy Scott | on behalf of Defendant Jerri Ann Roseneau cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County cscott@lawofficeofchristyscott.com |

Christy Scott

on behalf of Defendant Beaufort County Treasurer's Office cscott@lawofficeofchristyscott.com

Christy Scott

on behalf of Defendant Robert J. Bonds  Esq. cscott@lawofficeofchristyscott.com

Christy Scott

on behalf of Defendant Beaufort County Assessor's Office cscott@lawofficeofchristyscott.com

David W. Overstreet

on behalf of Defendant Jannine Mutterer david.overstreet@earhartoverstreet.com  alexis.chavis@earhartoverstreet.com

Dean S. Haskell

on behalf of Creditor Hilton Hear Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners  Inc our
Seasons Centre Horizontal Pr dhaskell@jsplaw.net, mainehaskell@aol.com

Elizabeth H Parrott

on behalf of Creditor Nationstar Mortgage LLC elizabeth.parrott@mccalla.com  mccallaecf@ecf.courtdrive.com

J. Ronald Jones, Jr.

on behalf of Defendant Lucas S Fautua rjones@smithdebnamlaw.com  cpatrick@smithdebnamlaw.com

J. Ronald Jones, Jr.

on behalf of Creditor Spa on Port Royal Sound Horizontal Property Regime  Inc. rjones@smithdebnamlaw.com,
cpatrick@smithdebnamlaw.com

John B. Kelchner

on behalf of Creditor TMX Finance dba TitleMax of South Carolina  Inc. jkelchner@turnerpadget.com,
EMcFadden@TurnerPadget.com

John L. McCants

on behalf of Defendant Keith Baker jmccants@brblegal.com

John L. McCants

on behalf of Defendant John and Jane Doe Board Members of jmccants@brblegal.com

John L. McCants

on behalf of Defendant Henry Sanders jmccants@brblegal.com

John L. McCants

on behalf of Defendant The Spa on Port Royal Sound Horizontal Property Regime jmccants@brblegal.com

John L. McCants

on behalf of Defendant William B. Mullis jmccants@brblegal.com

John L. McCants

on behalf of Defendant John and Jane Doe Employees and Agents of jmccants@brblegal.com

John L. McCants

on behalf of Defendant IMC Resort Services  Inc jmccants@brblegal.com

John L. McCants

on behalf of Defendant Christine M Phillips jmccants@brblegal.com

Julie A. Franklin

on behalf of Creditor Estate at Westbury Owners Association  Inc. jfranklinlegal@gmail.com

Kevin Campbell

kcampbell@campbell-law-firm.com  kcampbell@ecf.axosfs.com

Lucas S. Fautua

on behalf of Creditor Spa on Port Royal Sound Horizontal Property Regime  Inc. lfautua@smithdebnamlaw.com,
kting@rplfirm.com;dqueen@rplfirm.com

Michael H. Conrady

on behalf of Trustee Kevin Campbell mconrady@campbell-law-firm.com  cshiner@campbell-law-firm.com

Richardo Kilpatrick

on behalf of Creditor Wayne County Treasurer rkilpatrick@shermeta.com

Richardo Kilpatrick

on behalf of Creditor Detroit Water and Sewerage Department rkilpatrick@shermeta.com

Scott M Wild

on behalf of Defendant Scott M Wild scott@wildlawfirm.com

Tara E. Nauful

on behalf of Interested Party Zeidman's Jewelry & Loan of Michigan tara@bestlawsc.com

US Trustee's Office

USTPRegion04.CO.ECF@usdoj.gov

TOTAL: 29