UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | B/K Case No. 25-01384-JD |
| JACQUELINE ELIZABETH ARD and ) | |
| TERRY FRANK NICOLA ) | Chapter 7 |
| ) | |
| Debtor ) | |

**OBJECTION TO AMENDED PROPERTY CLAIMED AS EXEMPT**

TO: TERRY FRANK NICOLA

Kevin Campbell, the duly appointed and acting Chapter 7 Trustee for the above Debtors, by and through his undersigned attorney, hereby objects to the amendments to property claimed as exempt by the Debtors and would respectfully show unto this honorable Court as follows:

1. The Debtors filed for Chapter 13 bankruptcy relief on April 10, 2025. The case was subsequently converted to one under Chapter 7 on September 9, 2025.

2. On November 11, 2025, the Trustee filed an objection to the Debtors' exemptions. The Debtors did not object and on December 8, 2025 this Court entered an Order sustaining the objection to the claims.

3. On December 9, 2025, the Debtors filed a "Motion to Vacate Order sustaining Trustee's Objection to Exemptions".

4. Also on December 9, 2025, the Debtors filed "Debtors' Response to Trustee's Objection to Property Claimed as Exempt". The second paragraph of the Response states "Debtors have Amended Schedules A/B and C to correct, clarify, and update all information identified by the Trustee."

5. On December 12, 2025, this Court issued a notice setting the matter for hearing on February 4, 2025. On January 16, 2026, this Court, at the request of the Trustee's counsel,

1

continued the hearing to February 18, 2026 at 10:00 a.m.

6. On February 18, 2026, the morning of the scheduled hearing, at 9:36 a.m., the Debtors filed Amended Schedules A/B, Schedule C and Schedule G with the Bankruptcy Court.

7. These Amendments were the only amended schedules filed with Bankruptcy Court notwithstanding statements made in the Debtors' Response filed on December 9, 2025.

8. At the hearing on February 18, 2026, the Court denied the Debtors' Motion to Vacate and the objection to the exemptions remains in place.

9. In the Amended Schedule C filed February 18, 2026, Terry Frank Nicola asserted a homestead exemption in 663 William Hilton Parkway, Apt 4405, Hilton Head Island, SC 29928 in the amount of $76,125 pursuant to SC Code §15-41-30(A)(1).

10. Terry Frank Nicola re-asserted the exact same state court exemption in the original Schedule C which was disallowed by the Court.  Compare Docket #23, Page 36, Paragraph 2 with Docket #250, Page 27, Paragraph 2 both asserting an exemption in the same real property pursuant to SC Code §15-41-30(A)(1).

11. The Trustee is informed and believes that the refiling of a exemption, which is the same as an exemption previously disallowed by the Court, does not require a new objection by the Trustee.  This exact exemption was already disallowed by the Court and Terry Frank Nicola should be barred from re-asserting the exemption under the *res judicata* doctrine.

12. Notwithstanding, on or about May 20, 2021, a deed from Edmund Sweeney to Terry Nicola and Jacqueline Ard for the purchase of 663 William Hilton Parkway, Unit 4405, Hilton Head Island, SC was recorded at Book 4014 at Pages 0959-0961.

13. Upon information and belief, the Debtors did not make a request to assert the 4% homeowners tax assessment adjustment with Beaufort County at any time during their ownership of this property.

14. On August 28, 2025, Jacqueline E. Ard and Terry F. Nicola transferred all interest in 663 William Hilton Parkway, Apt. 4405, Hilton Head Island, SC to Beachside Estates, LLC as recorded in Book 4461 at Pages 785-788.

15. As noted above, when this case converted to one under Chapter 7 on September 9, 2025, Terry F. Nicola did not have an ownership interest in 663 William Hilton Parkway, Apt. 4405, Hilton Head Island, SC. As such, the exemption should be disallowed.

16. On December 6, 2024, less than one year prior to the conversion of the bankruptcy case, Terry F. Nicola was issued a drivers' license from the Commonwealth of Pennsylvania. That driver's license disclosed he resided at 410 Northtowne Square, Apartment 125, Gibsonia, PA.

17. Upon information and belief, Terry F. Nicola does not have a South Carolina driver's license.

18. Upon information and belief, Terry F. Nicola is not registered to vote in the State of South Carolina

19. As noted on the Debtors' bankruptcy petition, Terry F. Nicola's mailing address was 21215 Dartmouth Drive, Southfield, Michigan. Upon information and belief, Terry F. Nicola continues to live in that property with the co-Debtor and her elderly father.

20. On January 1, 2025, the Debtors filed for Chapter 13 bankruptcy relief in the Eastern District of Michigan. In response to the Judge's Rule to Show Cause why the case should not be dismissed for lack of jurisdiction, the Debtors indicated that they had resided in the residence noted in Paragraph 18 above 113 of the 180 day prior to filing for bankruptcy relief. To this response, the Debtors attached an Exhibit A (Docket #21 in case 25-40952-mlo) which reflected the cities the Debtors were in for the period January 1, 2024 through March 15, 2025. It did not indicate specific addresses.

21. That Exhibit reflects that during that period the Debtors were in Southfield, Michigan 159 day; Hilton Head Island, SC 152 days; Pittsburgh, PA 82 days and 46 days in other locations.

It also reflects that the 158 days before and after the filing for bankruptcy relief in Michigan (October 8, 2024 through March 15, 2025) they were in locations other that Hilton Head Island, SC.

22. This bankruptcy case was filed in the District of South Carolina on April 10, 2025, which was 25 days after the March 15, 2025 ending date in the Exhibit.

23. As the Trustee continues to evaluate possible further objections to the other exemptions claimed in Amended Schedule C.  This objection is without prejudice to the Trustee to file additional objections as to other property claimed as exempt.

WHEREFORE, the Trustee prays that this Court denies the exemptions claimed by Terry Frank Nicola on the grounds recited herein, and for such other and further relief this Court deems just and equitable.

                Respectfully submitted,

                CAMPBELL LAW FIRM, P.A.

                /s/ Michael H. Conrady
                MICHAEL H. CONRADY
                Attorney for the Trustee
                Post Office Box 684
                Mt. Pleasant, SC  29464
                (843) 884-6874/884-0997(fax)
                District Court I.D. No. 5560

Mt. Pleasant, South Carolina        mconrady@campbell-law-firm.com
February 24, 2025