UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | B/K Case No. 25-01384-JD |
| JACQUELINE ELIZABETH ARD and ) | |
| TERRY FRANK NICOLA ) | Chapter 7 |
| ) | |
| Debtors. ) | |

_____

**MOTION FOR EXPEDITED HEARING ON
TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT**
_____

      Kevin Campbell, the duly appointed and acting Chapter 7 Trustee (the "Trustee"), by and through his undersigned attorney, hereby moves this Court pursuant to SC LBR 9013-1(b), and 11 U.S.C. § 105(a) for an expedited hearing on the Trustee's Objection to Property Claimed as Exempt (the "Objection"). In the Objection, the Trustee seeks an Order disallowing the exemption of Terry Frank Nicola claimed in the real property commonly referred to as 663 William Hilton Parkway, Apt 4405, Hilton Head Island, SC 29928 (the "Real Property").

      An expedited hearing is necessary as this Court has previously approved the sale of this real property to be conducted via on-line auction on March 26, 2025. This Court previously denied the exemption of Terry Frank Nicola in the Real Property pursuant to an Order entered on December 9, 2025. This Court denied the Debtors' Motion to Vacate that Order at the hearing held on February 18, 2026. Approximately Twenty-Four (24) minutes prior to that hearing, the Debtors filed an Amended Schedule C, in which they reasserted certain exemptions that were previously denied.

      As the Objection to the Exemption is by passive notice, giving a debtor Twenty-One (21) days to respond. Any hearing scheduled in the regular course would occur after the anticipated on-line public auction. Failure to have this matter resolved prior to the public auction could cause confusion and affect the bids that may otherwise be placed for this property.

      As there are other matters in this case scheduled for March 12, 2026 at 2:00 at 1100 Laurel Street, Columbia, South Carolina, the Trustee requests that the Objection to Exemption be scheduled for the same time, date and location.

      WHEREFORE, the Trustee prays that the Court grant an expedited hearing on his <u>Objection to Property Claimed as Exampt</u> and for such other relief this Court deems just and equitable.

Respectfully submitted,

CAMPBELL LAW FIRM, PA

/s/ Michael Conrady
MICHAEL H. CONRADY
Attorney for the Trustee
Post Office Box 684
Mt. Pleasant, South Carolina 29465
(843) 884-6874 / 884-0997 (fax)
District Court I.D. 5560
mconrady@campbell-law-firm.com

Mt. Pleasant, South Carolina
Dated: February 24, 2026