Filed By The Court
2/25/2026 3:57 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF SOUTH CAROLINA

IN RE:

**Jacqueline Ard and
Terry F. Nicola,**

               **Debtor(s)**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

ADV PROC: 9:25-cv-04500-BHH-MHC
BK CASE NO.:25-01384-JD
CHAPTER 7

**NOTICE OF PENDING APPEALS AND RISK OF MOOTNESS**

## NOTICE OF PENDING APPEALS AND RISK OF MOOTNESS

## NOTICE:

PLEASE TAKE NOTICE that Debtors Jacqueline Elizabeth Ard and Terry Frank Nicola ("Debtors"), appearing pro se, hereby notify the Court and all parties in interest that multiple appeals arising from this bankruptcy case and related orders are currently pending, and that proceeding with estate liquidation or § 363 sales presents a substantial risk of statutory and practical mootness of those appeals.

This Notice is filed for **informational and record-preservation purposes**, to ensure that the Court and parties are fully apprised of the appellate posture of the case and the consequences of proceeding while appellate review remains unresolved.

## I. PENDING APPEALS

1. Debtors have timely filed appeals to the **United States District Court for the District of South Carolina** from orders entered in this case, including but not limited to:

   o Orders denying imposition of the automatic stay pursuant to 11 U.S.C. § 362(c)(4);

   o Orders denying stay pending appeal;

1

- o  Orders converting the case to Chapter 7 and related rulings affecting estate administration; and

- o  Related orders impacting Debtors' substantive rights in estate property and exemptions.

2. These appeals remain **pending and unresolved**, and the appellate record has not yet been fully completed.

## II. RISK OF MOOTNESS

3. Actions taken during the pendency of these appeals—particularly § 363 sales, foreclosures, repossessions, or other irreversible transfers of property—risk rendering the appeals statutorily or practically moot.

4. Courts consistently recognize that consummation of a § 363 sale in the absence of a stay may deprive appellate courts of the ability to grant effective relief, resulting in dismissal of appeals as moot under 11 U.S.C. § 363(m).

5. As a result, denial of interim relief and continuation of sale activity may effectively decide the appeals without appellate review, contrary to fundamental principles of due process and appellate jurisdiction.

## III. MATERIALITY TO CURRENT PROCEEDINGS

6. The existence of pending appeals and the associated risk of mootness are material to:

- o  Any proposed or noticed § 363 sale or liquidation activity;

- o  Motions seeking turnover or dispossession of property;

- o  Characterization of exemption rights;

- o  Requests for stay, injunction, or equitable relief.

7. Debtors have sought emergency relief in both this Court and the District Court to preserve the status quo and prevent irreversible actions while appellate review is ongoing.

## IV. PURPOSE OF NOTICE

8. This Notice is not filed to argue the merits of any appeal.

9. Debtors file this Notice to:

- o  Ensure transparency and accuracy of the docket;
- o  Preserve appellate rights;
- o  Alert the Court and parties to the jurisdictional consequences of proceeding while appeals remain pending.

**Respectfully submitted,**

_2-25-26_

**Jacqueline E. Ard, Debtor** *Pro Se*
Mailing Address:
21215 Dartmouth Dr
Southfield, MI 48076
(313) 770-7051

**Terry F. Nicola, Co-Debtor** *Pro Se*
Mailing Address:
21215 Dartmouth Dr
Southfield, MI 48076
email: jacquelineard72@gmail.com

3