UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
Case No. 25-01384-jd

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In the Matter of:

JACQUELINE ELIZABETH ARD and TERRY FRANK NICOLA,

Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States Bankruptcy Court
King and Queen Building
145 King Street, Room 225
Charleston, SC 29401

May 21, 2025
11:10 a.m.

B E F O R E :
HON. L. JEFFERSON DAVIS, IV
U.S. BANKRUPTCY JUDGE

ECRO: UNKNOWN

HEARING re Motion to Impose Automatic Stay Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola (04/18/2025) (Doc. 15)

Transcribed by: Sonya Ledanski Hyde

A P P E A R A N C E S :

FRANKLIN LEGAL SERVICES LLC
Attorney for Estate at Westbury Owners
Association, Inc.
100 Bull Street, Suite 200
Savannah, GA 31401

BY: JULIE A. FRANKLIN

TURNER PADGET GRAHAM & LANEY, P.A.
Attorney for TMX Finance DBA TitleMax of South
Carolina Inc.
1901 Main Street, Suite 900
Columbia, SC 29201

BY: JOHN B. KELCHNER

JAMES M. WYMAN, TRUSTEE
Attorney for James M. Wyman
P.O. Box 997
Mount Pleasant, SC 29465

BY: JAMES M. WYMAN

SMITH DEBNAM NARRON DRAKE SAINTSING

Attorney for Spa on Port Royal Sound Horizontal Property Regime, Inc.

171 Church Street, Suite 120c

Charleston, SC 29401

BY: LUCAS S. FAUTNA

ALSO PRESENT:

JACQUELINE ELIZABETH ARD

KEVIN CAMPBELL

P R O C E E D I N G S

THE COURT: Next matter on the docket is Slot Number Fourteen. It's the case of Jacqueline Ard and Terry Nicola. It's a motion to impose the automatic stay filed by the debtors in this case. The debtors are not present in the courtroom. The Court has received some communication from them, that they are running late, one or both of them, driving from Michigan and that they would be here at 11:30. I expect this matter will take some time. I don't -- the parties are present, other parties are present. Creditors are present. I'm inclined just based on their drive from Michigan to at least provide them with 11:30 to be here, but if the parties would like to adjourn for lunch, I'm happy to consider that, too. I expect this matter will take -- my part of it may take more than an hour. You may have more -- you may have questions -- the same questions I have, but I'll note that creditors' counsel was here and counsel for Chapter 13 Trustee.

MS. FRANKLIN: Your Honor --

THE COURT: Ms. Franklin.

MS. FRANKLIN: I happen to have to be in probate court in Savannah at 2 o'clock.

THE COURT: Okay.

MS. FRANKLIN: So, unfortunately --

THE COURT: I'll call the matter at 11:30.

MS. FRANKLIN: I'm so sorry.
THE COURT: No, it's okay.
MS. FRANKLIN: I appreciate it.
THE COURT: It's okay.
MR. KELCHNER: John Kelchner on behalf of Creditor TitleMax. I was just going to question (indiscernible).
THE COURT: Okay. Mr. Jones.
MR. JONES: Your Honor, Ron Jones for Spa on Port Royal Sound Horizontal Property Regime, and from here on out I'll say Regime, so y'all don't have to remember all that again.
THE COURT: Yes, sir.
MR. JONES: We're ready to go and I'll do -- we'll do whatever the Court is -- I can walk back, so.
THE COURT: Okay. In terms of -- in terms of order, Ms. Franklin, you're free to go first (indiscernible) leave when needed.
MS. FRANKLIN: I appreciate that, and I think we all have very similar positions on this.
THE COURT: Okay. Okay.
MS. FRANKLIN: And I do appreciate that, thank you.
THE COURT: All right, thank you.
MS. FRANKLIN: It's a two-hour drive.
THE COURT: All right, thank you for being here.

Okay, we'll be in recess until 11:30.

DEPUTY: All rise.

(Proceeding resumes)

DEPUTY: All rise. The US Bankruptcy Court for the District of South Carolina is back in session.

THE COURT: Good morning. Please be seated. This is the 11:00 a.m. calendar of the US Bankruptcy Court for the District of South Carolina. The Court has previously called the matter of Jacqueline Ard and Terry Nicola, Slot Number 14, Case Number 25-1484. The matter before the Court is a motion to impose the automatic stay filed by the debtors. The debtors were not here for the original calling and the case was -- the Court took a brief recess until 11:30 based on the agreement of the parties. The Court will now take appearances and issue a ruling.

MS. FRANKLIN: Attorney Julie Franklin, Your Honor, here on behalf of Creditor Estate at Westbury Owners Association.

MR. JONES: Your Honor, Ron Jones on behalf of Spa on Port Royal Sound Horizontal Property Regime, Inc.

MR. KELCHNER: Morning, Your Honor. John Kelchner on behalf of TMX Finance, d/b/a TitleMax of South Carolina.

MS. RENNO: Beth Renno, here on behalf of the Chapter 13 Trustee James (indiscernible).

THE COURT: The Court notes that the debtors are not present. The Court had had previous communications with the debtor. The debtors called earlier this morning and indicated they would be here by 11:30. They have not arrived by 11:30. The court staff checked with them again and they were still en route to the court. They've been advised that the matter was in recess until 11:30, that the matter would start sharply at 11:30 and the debtors are not here to prosecute the motion. The motion was denied.

The Court notes for the record the debtors have filed a motion to impose the automatic stay. Concurrent with the motion the debtors ask that still be imposed retroactively. That relief is explicitly prohibited by rule C -- Section 363(c)(4)(c). Any request for retroactive relief is denied. The Court has a number of questions about the debtor. The debtor has done nothing in the filing to rebut the presumption of bad faith which (indiscernible) in this case, this case being the third case within a six-month period. The Court has a number of questions for the debtors, specifically about the debtor's asset holdings in Michigan, Pennsylvania, and South Carolina.

The debtor has also claimed a number of exemptions in Schedule C. No party has filed an objection to those exemptions yet, but the Court knows that they are not valid exemptions under South Carolina law. The debtors have

essentially exempted every asset in this case, although there appears to be substantial equity in those assets. The debtor discloses -- it didn't come from rental units, but discloses no executory contracts. There's been no indication of what's changed since the first two cases were filed other than the debtor has now done the basic minimum of paying the filing fee and filing schedules. The debtor has filed a Chapter 13 plan and since amended that plan. That plan is patently unconfirmable. The debtor has filed multiple provisions of 11 USC Section 360 -- 1325. Does not treat multiple secured creditors, violates the 90/10 rule regarding (indiscernible) and does not pay the till rate of interest, to name a few of those deficiencies.

That plan -- the debtor is given notice that that plan must be amended prior to the confirmation hearing. The Court will condition any dismissal of this case to be with prejudice for a two-year period as Chapters 11, 12, and 13, if this case is dismissed for any reason, including a motion of the debtor. And the Court will consider on its other motion under 11 -- USC 105(a) whether or not this case should be converted if the plan is not confirmed at the confirmation hearing on June 25th. Of course, that doesn't prohibit creditors or the Chapter 13 Trustee from filing their own motion to convert, but the Court notes that there appears to be substantial equity in Debtor's assets but no

ability to distribute that equity to unsecured creditors, which total $326,000, by the debtors' own count.

So, that is -- that'll be the order of the Court. The Court will issue a written order to that effect, providing Debtor with notice of these things. I'll hear from the parties if they have any further concern.

MS. FRANKLIN: I have nothing, Your Honor.

MR. JONES: Your Honor, Ron Jones again for the Regime. The order denying the motion to impose the stay -- if appropriate, can that be with prejudice? I mean, we're just -- the debtors' MO in these cases, Your Honor, is clear from the three different bankruptcies that have been filed, the state court proceedings following the Regime and as I understand it, Westlake as well, and some of the circumstances I understand about the TitleMax deal. That's part of the MO. It's "Get something started to delay," and I just see what's coming next is a motion to reconsider the order denying it, and they've had their opportunity and if appropriate, we would request that it be with prejudice.

THE COURT: I think that's an appropriate provision to put in the order and I'll note in there that the order is denied with prejudice. I'm not prejudicing the 13 Trustee or 7 Trustee from raising that should this case be converted, but I think from my viewpoint, without any evidence before me at this point, conversion does appear to

be in the best interests of creditors, but the creditors may have a different position on that and the Chapter 13 Trustee may have a different position on that. I'm not sure what happened yesterday at the meeting of creditors and if there's further information owed in this case to the 13 Trustee to make any sort of determination. But the debtors do appear to have a liquidation problem, and I'm not sure that that's resolved, either by their putative income in this case or it could be overcome at all in a five-year plan. Mr. Kelchner, anything?

MR. KELCHNER: Nothing further, Your Honor. John Kelchner from TitleMax.

THE COURT: Ms. Renno, anything further? Without locking you into anything, does the Chapter 13 Trustee have any position on the conversion of the case?

MS. RENNO: I don't. We have not discussed that. I do know that -- that given the fact that conversion to another chapter from a Chapter 13 could be stopped with the debtors simply filing a motion to dismiss, the Trustee is less inclined to file motions like that. That's not to say that we wouldn't in this case (indiscernible) and I'll certainly discuss that with him. We would definitely agree with the position that the plan as filed is not, in your words, confirmable; in fact, we're not able to make any determinations as to whether the plan is funded to pay the

100 percent to unsecured creditors, because we don't know who those -- which of those creditors are supposed to be paid because of the separate category -- separate classifications, about 66 percent of unsecured claims. And with no instructions (indiscernible) Trustee. There's just not enough information in that plan and you're right, Your Honor, there's many violations of 1325 that we're seeing. We're in the process of drafting an objection that I hope that we'll be able to file next week.

THE COURT: The Court is going to put in the order the request to impose automatic stay denied with prejudice. The Court will further consider any dismissal of this case, including the debtor attempting to voluntarily dismiss this case, will be with prejudice for a two-year period. If the plan -- if a plan is not confirmed at the confirmation date, June 25th, the Court on its own issue is raising the issue of conversion and if calls have shown on June 25th that the case should be converted, that that's in the best interests of creditors based on Debtors' delay, the Court will convert this case to one under Chapter 7. Thank you. With that, court is adjourned.

DEPUTY: All rise.

(Recess)

DEPUTY: All rise. The US Bankruptcy Court for the District of South Carolina is back in session.

THE COURT: Thank you. Please be seated. Court is back on the record in Case Number 25-1984, Slot Number 14. This matter was called at 11:00 a.m. Debtors were not present. The Court understands that the debtors communicated with staff earlier and indicated they would be here by 11:30. The debtors were not here at 11:30. The case was called again and an order has been read into the record. That order will be reduced to a written form and provided to both of you. The debtors have asked for a motion to impose the automatic stay. That motion has been denied. The debtors have asked for that -- for relief to be granted retroactively; that's been denied. 11 USC Section 362(c)(4) explicitly prohibits retroactively relief.

Debtors brought this motion to impose based on this being their third filing. Debtors' briefs incorrectly cite to 11 USC Section 362(c)(3). The Court received a brief this morning that was filed at 8:30 last night (indiscernible) that brief filed by an attorney the Court would consider sanctions under Rule 9011. Debtors cite in that brief cases that did not stand for the proposition for what they were filed for, including the case of in re Love, which Debtor purports to stand for the proposition that creditor interference and repossession is grounds to allow the debtor to receive the relief that they're asking for. That case does not stand for that. That is a case from the

Court of Appeals that affirms the Bankruptcy Court's dismissal of the case for bad faith, specifically a Chapter 13 case. Nowhere in that case does it reference the repossession of an asset or interference by a creditor. That case was between a Chapter 13 debtor and the IRS.

The Court has further indicated that any dismissal of this case would be considered with prejudice to bar the debtors from refiling a further case under Chapters 11, 12, or 13 for a period of two years. The debtors' plan as filed is patently unconfirmable. Debtors' plan violates multiple provisions of 11 USC Section 1325, including the fact that it fails to treat multiple secured creditors, violates the 90/10 rule of Section 1322(b), fails to pay a till interest rate, among many other deficiencies in that plan. That plan must be amended within the next seven days to provide for the plan to be heard at a confirmation hearing on June 25th, 2025.

If a plan is not confirmed, the Court on its own motion has raised whether or not this case should be converted to one under Chapter 7. Debtors clearly need the relief of bankruptcy and a fresh start, but they appear to lack the ability to do so on their own. The Court has raised this motion based on many deficiencies by the debtor in this case, including a failure to properly claim exemptions under Schedule C, questions about where the

debtors actually reside, whether or not the debtors are current on DSO obligations, and the fact that the debtor's income appears to be woefully insufficient to fund a Chapter 13 plan. There is significant discrepancy in the debtors' filing with Schedule I compared with the current statement of monthly income, and the debtors have failed to disclose information adequately in their schedule.

Debtors are put on notice at this hearing and in the order that will be forthcoming that should a plan fail to be confirmed on June 25th this case will be converted to one under Chapter 7. That'll be the order of the Court, and the Court will issue a written order. With that, court is adjourned.

DEPUTY: All rise.

(Whereupon these proceedings were concluded at 11:45 AM)

# I N D E X

## RULINGS


| | Page | Line |
|---|---|---|
| Motion to impose automatic stay denied with prejudice. | 8 | 10 |
| Any dismissal of this case, including debtor attempting to voluntarily dismiss case, will be with prejudice for two years. | 8 | 12 |
| Should a plan fail to be confirmed on June 25th, this case will be converted to one under Chapter 7. | 11 | 9 |

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certified that the foregoing transcript is a true and accurate record of the proceedings.

Sonya Ledanski Hyde

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: February 26, 2026

**&**

**&** 3:11

**0**

**04/18/2025** 2:2

**1**

**10** 16:6
**100** 3:6 12:1
**105** 9:20
**11** 9:10,17,20 13:12,16 14:8 14:11 16:15
**11501** 17:23
**11:00** 7:8 13:3
**11:10** 1:18
**11:30** 5:8,12,25 7:1,15 8:4,5,7 8:8 13:6,6
**11:45** 15:16
**12** 9:17 14:8 16:11
**120c** 4:4
**12151** 17:6
**13** 5:18 7:25 9:8,17,23 10:23 11:2,5 11:14,18 14:3 14:5,9 15:4
**1322** 14:13
**1325** 9:10 12:7 14:11
**14** 7:11 13:3
**145** 1:14
**15** 2:3
**171** 4:4
**1901** 3:14

**2**

**2** 5:22
**200** 3:6
**2025** 1:17 14:17
**2026** 17:25
**21** 1:17
**225** 1:14
**25-01384** 1:3
**25-1484** 7:11
**25-1984** 13:2
**25th** 9:22 12:16,17 14:16 15:10 16:14
**26** 17:25
**29201** 3:15
**29401** 1:15 4:5
**29465** 3:22

**3**

**3** 13:16
**300** 17:22
**31401** 3:7
**326,000** 10:2
**330** 17:21
**360** 9:10
**362** 13:13,16
**363** 8:14

**4**

**4** 8:14 13:13

**6**

**66** 12:4

**7**

**7** 10:23 12:20 14:20 15:11 16:15

**8**

**8** 16:6,11
**8:30** 13:17

**9**

**9** 16:15
**90/10** 9:11 14:13
**900** 3:14
**9011** 13:19
**997** 3:21

**a**

**a.m.** 1:18 7:8 13:3
**ability** 10:1 14:22
**able** 11:24 12:9
**accurate** 17:4
**actually** 15:1
**adequately** 15:7
**adjourn** 5:13
**adjourned** 12:21 15:13
**advised** 8:7
**affirms** 14:1
**agree** 11:22
**agreement** 7:15
**allow** 13:23
**amended** 9:8 9:15 14:15
**appeals** 14:1
**appear** 10:25 11:7 14:21
**appearances** 7:16
**appears** 9:2,25 15:3
**appreciate** 6:3 6:18,21
**appropriate** 10:10,19,20
**ard** 1:7 2:2 4:10 5:3 7:10
**arrived** 8:5
**asked** 13:9,11
**asking** 13:24
**asset** 8:20 9:1 14:4
**assets** 9:2,25
**association** 3:5 7:19
**attempting** 12:13 16:9
**attorney** 3:4,12 3:20 4:2 7:17 13:18
**automatic** 2:1 5:4 7:12 8:11 12:11 13:10 16:5

**b**

**b** 1:21 3:17 7:23 14:13
**back** 6:14 7:6 12:25 13:2
**bad** 8:17 14:2
**bankruptcies** 10:12
**bankruptcy** 1:1,12,23 7:5,8 12:24 14:1,21

**bar** 14:7
**based** 5:11 7:15 12:19 13:14 14:23
**basic** 9:6
**behalf** 6:5 7:18 7:20,23,24
**best** 11:1 12:18
**beth** 7:24
**box** 3:21
**brief** 7:14 13:17,18,20
**briefs** 13:15
**brought** 13:14
**building** 1:13
**bull** 3:6

**c**

**c** 3:1 5:1 8:14 8:14,14,23 13:13,16 14:25 17:1,1
**calendar** 7:8
**call** 5:25
**called** 7:10 8:3 13:3,7
**calling** 7:13
**calls** 12:17
**campbell** 4:11
**carolina** 1:2 3:13 7:6,9,23 8:21,25 12:25
**case** 1:3 5:3,5 7:11,14 8:18 8:18,18 9:1,16 9:18,20 10:23 11:5,9,15,21 12:12,14,18,20 13:2,7,21,25 13:25 14:2,3,3 14:5,7,8,19,24 15:10 16:8,10 16:14
**cases** 9:5 10:11 13:20
**category** 12:3
**certainly** 11:22
**certified** 17:3
**changed** 9:5
**chapter** 5:18 7:25 9:8,23 11:2,14,18,18 12:20 14:2,5 14:20 15:3,11 16:15
**chapters** 9:17 14:8
**charleston** 1:15 4:5
**checked** 8:5
**church** 4:4
**circumstances** 10:15
**cite** 13:16,19
**claim** 14:24
**claimed** 8:22
**claims** 12:4
**classifications** 12:4
**clear** 10:11
**clearly** 14:20
**columbia** 3:15
**come** 9:3
**coming** 10:17
**communicated** 13:5
**communicati...** 5:6
**communicati...** 8:2
**compared** 15:5
**concern** 10:6
**concluded** 15:15
**concurrent** 8:11
**condition** 9:16
**confirmable** 11:24
**confirmation** 9:15,22 12:15 14:16
**confirmed** 9:21 12:15 14:18 15:10 16:13
**consider** 5:14 9:19 12:12 13:19
**considered** 14:7
**contracts** 9:4
**conversion** 10:25 11:15,17 12:17
**convert** 9:24 12:19
**converted** 9:21 10:24 12:18 14:20 15:10 16:14
**counsel** 5:17 5:17
**count** 10:2
**country** 17:21
**course** 9:22
**court** 1:1,12 5:2,6,20,22,23 5:25 6:2,4,7,12 6:14,15,20,23 6:25 7:5,7,8,9 7:11,14,15 8:1 8:1,2,5,6,10,15 8:19,24 9:16 9:19,24 10:3,4 10:13,20 11:13 12:10,10,12,16 12:19,21,24 13:1,1,4,16,18 14:1,6,18,22 15:11,12,12
**court's** 14:1
**courtroom** 5:6
**creditor** 6:5 7:18 13:23 14:4
**creditors** 5:10 5:17 9:11,23 10:1 11:1,1,4 12:1,2,19 14:12
**current** 15:2,5

**d**

**d** 5:1 7:23 16:1
**date** 12:15 17:25
**davis** 1:22

**days** 14:15
**dba** 3:12
**deal** 10:15
**debnam** 4:1
**debtor** 8:3,16 8:16,22 9:3,6,7 9:9,14,19 10:5 12:13 13:22,24 14:5,23 16:9
**debtor's** 8:20 9:25 15:2
**debtors** 1:9 5:5 5:5 7:13,13 8:1 8:3,8,10,12,20 8:25 10:2,11 11:6,19 12:19 13:3,4,6,9,11 13:14,15,19 14:8,9,10,20 15:1,1,4,6,8
**deficiencies** 9:13 14:14,23
**definitely** 11:22
**delay** 10:16 12:19
**denied** 8:9,15 10:22 12:11 13:11,12 16:6
**denying** 10:9 10:18
**deputy** 7:2,5 12:22,24 15:14
**determination** 11:6
**determinations** 11:25
**different** 10:12 11:2,3
**disclose** 15:6
**discloses** 9:3,4
**discrepancy** 15:4
**discuss** 11:22
**discussed** 11:16
**dismiss** 11:19 12:13 16:10
**dismissal** 9:16 12:12 14:2,6 16:8
**dismissed** 9:18
**distribute** 10:1
**district** 1:2 7:6 7:9 12:25
**doc** 2:3
**docket** 5:2
**drafting** 12:8
**drake** 4:1
**drive** 5:11 6:24
**driving** 5:8
**dso** 15:2

**e**

**e** 1:21,21 3:1,1 5:1,1 16:1 17:1
**earlier** 8:3 13:5
**ecro** 1:25
**effect** 10:4
**either** 11:8
**elizabeth** 1:7 2:2 4:10
**en** 8:6
**equity** 9:2,25 10:1
**essentially** 9:1
**estate** 3:4 7:18
**evidence** 10:25
**executory** 9:4
**exempted** 9:1
**exemptions** 8:22,24,25 14:25
**expect** 5:9,14
**explicitly** 8:13 13:13

**f**

**f** 1:21 17:1
**fact** 11:17,24 14:11 15:2
**fail** 15:9 16:13
**failed** 15:6
**fails** 14:12,13
**failure** 14:24
**faith** 8:17 14:2
**fautna** 4:7
**february** 17:25
**fee** 9:7
**file** 11:20 12:9
**filed** 2:1 5:4 7:12 8:11,23 9:6,8,9 10:12 11:23 13:17,18 13:21 14:9
**filing** 8:16 9:7 9:7,23 11:19 13:15 15:5
**finance** 3:12 7:23
**first** 6:16 9:5
**five** 11:9
**following** 10:13
**foregoing** 17:3
**form** 13:8
**forthcoming** 15:9
**fourteen** 5:3
**frank** 1:7 2:2
**franklin** 3:3,9 5:19,20,21,24 6:1,3,16,18,21 6:24 7:17,17 10:7
**free** 6:16
**fresh** 14:21
**fund** 15:3
**funded** 11:25
**further** 10:6 11:5,11,13 12:12 14:6,8

**g**

**g** 5:1
**ga** 3:7
**given** 9:14 11:17
**go** 6:13,16
**going** 6:6 12:10
**good** 7:7
**graham** 3:11
**granted** 13:12
**grounds** 13:23

**h**

**happen** 5:21
**happened** 11:4
**happy** 5:13

**hear** 10:5
**heard** 14:16
**hearing** 2:1 9:15,22 14:16 15:8
**holdings** 8:20
**hon** 1:22
**honor** 5:19 6:8 7:18,20,22 10:7,8,11 11:11 12:7
**hope** 12:8
**horizontal** 4:2 6:9 7:21
**hour** 5:15 6:24
**hyde** 2:25 17:3 17:8

**i**

**impose** 2:1 5:4 7:12 8:11 10:9 12:11 13:10,14 16:5
**imposed** 8:12
**inclined** 5:11 11:20
**including** 9:18 12:13 13:21 14:11,24 16:9
**income** 11:8 15:3,6
**incorrectly** 13:15
**indicated** 8:4 13:5 14:6
**indication** 9:5
**indiscernible** 6:6,16 7:25 8:17 9:12 11:21 12:5 13:18
**information** 11:5 12:6 15:7
**instructions** 12:5
**insufficient** 15:3
**interest** 9:13 14:13
**interests** 11:1 12:18
**interference** 13:23 14:4
**irs** 14:5
**issue** 7:16 10:4 12:16,16 15:12
**iv** 1:22

**j**

**jacqueline** 1:7 2:2 4:10 5:3 7:10
**james** 3:19,20 3:24 7:25
**jd** 1:3
**jefferson** 1:22
**john** 3:17 6:5 7:22 11:11
**jones** 6:7,8,8 6:13 7:20,20 10:8,8
**judge** 1:23
**julie** 3:9 7:17
**june** 9:22 12:16,17 14:16 15:10 16:14

**k**

**kelchner** 3:17 6:5,5 7:22,22 11:10,11,12
**kevin** 4:11
**king** 1:13,14
**know** 11:17 12:1
**knows** 8:24

**l**

**l** 1:22
**lack** 14:22
**laney** 3:11
**late** 5:7
**law** 8:25
**leave** 6:17
**ledanski** 2:25 17:3,8
**legal** 3:3 17:20
**line** 16:4
**liquidation** 11:7
**llc** 3:3
**locking** 11:14
**love** 13:21
**lucas** 4:7
**lunch** 5:13

**m**

**m** 3:19,20,24
**main** 3:14
**make** 11:6,24
**matter** 1:5 5:2 5:9,14,25 7:10 7:11 8:7,8 13:3
**mean** 10:10
**meeting** 11:4
**michigan** 5:8 5:12 8:21
**mineola** 17:23
**minimum** 9:6
**mo** 10:11,16
**month** 8:18
**monthly** 15:6
**morning** 7:7 7:22 8:3 13:17
**motion** 2:1 5:4 7:12 8:9,9,11 8:12 9:18,20 9:24 10:9,17 11:19 13:10,10 13:14 14:19,23 16:5
**motions** 11:20
**mount** 3:22
**multiple** 9:10 9:11 14:10,12

**n**

**n** 3:1 5:1 16:1 17:1
**name** 9:13
**narron** 4:1
**need** 14:20
**needed** 6:17
**nicola** 1:7 2:2 5:4 7:10
**night** 13:17
**note** 5:17 10:21
**notes** 8:1,10 9:24
**notice** 9:14 10:5 15:8

**number** 5:3 7:11,11 8:15 8:19,22 13:2,2
**ny** 17:23

**o**

**o** 1:21 5:1 17:1
**o'clock** 5:22
**objection** 8:23 12:8
**obligations** 15:2
**okay** 5:23 6:2,4 6:7,15,20,20 7:1
**old** 17:21
**opportunity** 10:18
**order** 6:16 10:3,4,9,18,21 10:22 12:10 13:7,8 15:9,11 15:12
**original** 7:13
**overcome** 11:9
**owed** 11:5
**own** 9:24 10:2 12:16 14:18,22
**owners** 3:4 7:18

**p**

**p** 3:1,1 5:1
**p.a.** 3:11
**p.o.** 3:21
**padget** 3:11
**page** 16:4
**paid** 12:3
**part** 5:15 10:16
**parties** 5:10,10 5:13 7:15 10:6
**party** 8:23
**patently** 9:9 14:10
**pay** 9:12 11:25 14:13
**paying** 9:7
**pennsylvania** 8:21
**percent** 12:1,4
**period** 8:19 9:17 12:14 14:9
**plan** 9:8,8,9,14 9:15,21 11:10 11:23,25 12:6 12:15,15 14:9 14:10,14,14,16 14:18 15:4,9 16:13
**pleasant** 3:22
**please** 7:7 13:1
**point** 10:25
**port** 4:2 6:8 7:21
**position** 11:2,3 11:15,23
**positions** 6:19
**prejudice** 9:17 10:10,19,22 12:11,14 14:7 16:6,11
**prejudicing** 10:22
**present** 4:9 5:5 5:10,10,11 8:2 13:4
**presumption** 8:17
**previous** 8:2
**previously** 7:9
**prior** 9:15
**probate** 5:21
**problem** 11:7
**proceeding** 7:4
**proceedings** 10:13 15:15 17:4
**process** 12:8
**prohibit** 9:23
**prohibited** 8:13
**prohibits** 13:13
**properly** 14:24
**property** 4:3 6:9 7:21
**proposition** 13:20,22
**prosecute** 8:9
**provide** 5:12 14:15
**provided** 13:9
**providing** 10:5
**provision** 10:21
**provisions** 9:10 14:11
**purports** 13:22
**put** 10:21 12:10 15:8
**putative** 11:8

**q**

**queen** 1:13
**question** 6:6
**questions** 5:16 5:16 8:15,19 14:25

**r**

**r** 1:21 3:1 5:1 17:1
**raised** 14:19,23
**raising** 10:23 12:16
**rate** 9:12 14:14
**read** 13:7
**ready** 6:13
**reason** 9:18
**rebut** 8:17
**receive** 13:24
**received** 5:6 13:16
**recess** 7:1,14 8:7 12:23
**reconsider** 10:17
**record** 8:10 13:2,8 17:4
**reduced** 13:8
**reference** 14:3
**refiling** 14:8
**regarding** 9:12
**regime** 4:3 6:9 6:10 7:21 10:9 10:13
**relief** 8:13,15 13:11,13,24

14:21
**remember** 6:10
**renno** 7:24,24 11:13,16
**rental** 9:3
**repossession** 13:23 14:4
**request** 8:14 10:19 12:11
**reside** 15:1
**resolved** 11:8
**resumes** 7:4
**retroactive** 8:14
**retroactively** 8:13 13:12,13
**right** 6:23,25 12:6
**rise** 7:2,5 12:22 12:24 15:14
**road** 17:21
**ron** 6:8 7:20 10:8
**room** 1:14
**route** 8:6
**royal** 4:2 6:9 7:21
**rule** 8:13 9:11 13:19 14:13
**ruling** 7:16
**rulings** 16:3
**running** 5:7

**s**

**s** 3:1 4:7 5:1
**saintsing** 4:1
**sanctions** 13:19
**savannah** 3:7 5:22
**sc** 1:15 3:15,22 4:5
**schedule** 8:23 14:25 15:5,7
**schedules** 9:7
**seated** 7:7 13:1
**section** 8:14 9:10 13:12,16 14:11,13
**secured** 9:11 14:12
**see** 10:17
**seeing** 12:7
**separate** 12:3,3
**services** 3:3
**session** 7:6 12:25
**seven** 14:15
**sharply** 8:8
**shown** 12:17
**signature** 17:6
**significant** 15:4
**similar** 6:19
**simply** 11:19
**sir** 6:12
**six** 8:18
**slot** 5:2 7:10 13:2
**smith** 4:1
**solutions** 17:20
**sonya** 2:25 17:3,8
**sorry** 6:1
**sort** 11:6
**sound** 4:2 6:9 7:21
**south** 1:2 3:12 7:6,9,23 8:21 8:25 12:25
**spa** 4:2 6:8 7:20
**specifically** 8:20 14:2
**staff** 8:5 13:5
**stand** 13:20,22 13:25
**start** 8:8 14:21
**started** 10:16
**state** 10:13
**statement** 15:5
**states** 1:1,12
**stay** 2:1 5:4 7:12 8:11 10:9 12:11 13:10 16:5
**stopped** 11:18
**street** 1:14 3:6 3:14 4:4
**substantial** 9:2 9:25
**suite** 3:6,14 4:4 17:22
**supposed** 12:2
**sure** 11:3,7

**t**

**t** 17:1,1
**take** 5:9,14,15 7:16
**terms** 6:15,15
**terry** 1:7 2:2 5:3 7:10
**thank** 6:21,23 6:25 12:20 13:1
**things** 10:5
**think** 6:18 10:20,24
**third** 8:18 13:15
**three** 10:12
**till** 9:12 14:13
**time** 5:9
**titlemax** 3:12 6:6 7:23 10:15 11:12
**tmx** 3:12 7:23
**took** 7:14
**total** 10:2
**transcribed** 2:25
**transcript** 17:4
**treat** 9:11 14:12
**true** 17:4
**trustee** 3:19 5:18 7:25 9:23 10:23,23 11:2 11:6,14,19 12:5
**turner** 3:11
**two** 6:24 9:5,17 12:14 14:9 16:11

u

**u.s.** 1:23
**unconfirmable** 9:9 14:10
**under** 8:25 9:20 12:20 13:19 14:8,20 14:25 15:11 16:15
**understand** 10:14,15
**understands** 13:4
**unfortunately** 5:24
**united** 1:1,12
**units** 9:3
**unknown** 1:25
**unsecured** 10:1 12:1,4
**usc** 9:10,20 13:12,16 14:11

v

**valid** 8:24
**veritext** 17:20
**viewpoint** 10:24
**violates** 9:11 14:10,12
**violations** 12:7
**voluntarily** 12:13 16:10

w

**walk** 6:14
**week** 12:9
**westbury** 3:4 7:18
**westlake** 10:14
**woefully** 15:3
**words** 11:24
**written** 10:4 13:8 15:12
**wyman** 3:19,20 3:24

x

**x** 1:4,10 16:1

y

**y'all** 6:10
**year** 9:17 11:9 12:14
**years** 14:9 16:11
**yesterday** 11:4