OFFICE OF THE CLERK

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201-2423
TELEPHONE 803-765-5436

www.scb.uscourts.gov

_____

March 9, 2026

Jacqueline Elizabeth Ard and Terry Frank Nicola
21215 Dartmouth Dr.
Southfield, MI 48076-5634

RE:           In re Jacqueline Elizabeth Ard and Terry Frank Nicola
              Bankr. Case No.  25-01384-JD

Dear Jacqueline Elizabeth Ard and Terry Frank Nicola:

This letter is in reference to your "Notice of Appeal" which was filed March 6, 2026.

Federal Rule of Bankruptcy Procedure 8003 provides that an appeal from a judgment, order, or decree of a bankruptcy court to a district court under 28 U.S.C. § 158(a)(1) or (a)(2) may be taken only by filing a notice of appeal with the bankruptcy clerk within the time allowed by Rule 8002.  The notice of appeal must: conform substantially to the appropriate Official Form; be accompanied by the judgment – or appealable order or decree – being appealed; and be accompanied by the prescribed filing fee.

The document you submitted was not accompanied by the required filing fee of $298.00 required by 28 U.S.C. § 1930.

Please submit the required total filing fee on or before March 19, 2026.

Thank you in advance.

Lauren T Maxwell, Clerk of Court
United States Bankruptcy Court

BY: /s/ N. Beaulieu_____
     N. Beaulieu, Deputy Clerk