**☀ STRADA**

Strada
PO Box 299116
Lewisville TX 75029-9116

**⚡ FILED**

at **12** O'clock & **15** min. **P** M

**MAR 10 2026**

United States Bankruptcy Court
Columbia, South Carolina

March 04, 2026

 V000071

UNITED STATES BANKRUPTCY COURT
1100 LAUREL STREET
COLUMBIA SC  29201

Re: Jacqueline Ard / Case # 25-01384-jd

To Whom It May Concern:

Strada processes garnishments for employees of Strada and their affiliates.

Please be advised we are unable to process the request to execute bankruptcy on the above party's wages garnishment without additional information for the following reasons:

1)   No social security number / social insurance number and/or an incomplete social security number / social insurance number have been provided.

Review the information in your records and check for errors. Then provide the additional information such as the last 4 digits of the employee's social security number / social insurance number, copies of pay statements, employment application, driver's license, passport, or any other documentation that verifies employment with the company. Also submit a copy of the original order.

Please mail any additional information to Strada, 810 Hesters Crossing Road, Suite 250, Round Rock, TX 78681 or email to StradaNAPayroll@stradaglobal.com.

We cannot impose a garnishment against the incorrect person or an exempt party; therefore we are required to reject this order until the additional information required to accurately and appropriately process the garnishment order is received.

If you need to escalate this matter or have questions in reference to this notification, please reach out to The Strada HR Service Center at 1-800-651-9781. The Strada HR Service Center is available between 8:00am - 4:00pm CST Monday through Friday.

Sincerely,

Strada
Garnishment Shared Services Team

000000000 09990-V000071



000000000 09990-V000071



UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Jacqueline Elizabeth Ard and Terry Frank Nicola,

Debtor(s).

C/A No. 25-01384-jd

Chapter 7

ORDER CONDITIONALLY GRANTING REQUEST TO APPEAR REMOTELY AND DENYING IN PART AND GRANTING IN PART REQUEST TO CONTINUE

**THIS MATTER** is before the Court for consideration of the request for a continuance or to appear remotely filed on behalf of Debtors Jacqueline Elizabeth Ard and Terry Frank Nicola ("Debtors") for the February 18, 2026, hearings in this case.[1]

On February 17, 2026, Debtors filed an Emergency Motion to Continue and Request for Reasonable Accommodation under Title II of the Americans with Disabilities Act ("Request for Continuance or Remote Appearance).[2] Therein, Debtors ask for a two week continuance of the scheduled hearings; in the alternative, permission to appear remotely via video or telephone conference; and "reasonable accommodation under the Americans with Disabilities Act (Title II) to permit meaningful participation in these proceedings." Debtors' assert these accommodations are necessary because Debtors, who reside in Michigan, are unable to travel by air or drive themselves long distances due to their disabilities. To that end, Debtors state they arranged for a courier/medical transport to drive Debtors from Michigan to South Carolina to attend the

---

[1] On 2/18/2026 at 10:00 AM, the Court is scheduled to hear Debtors' Motion to Vacate Order Sustaining Trustee's Objection to Exemptions (ECF No. 220) and the Chapter 7 Trustee's Motion to Sell Free and Clear of Liens (ECF No. 234). Additionally, the Court is scheduled to hear the Rule to Show Cause issued in *Ard v. The Spa on Port Royal Sound Property Regime (In re Ard)*, Adv. No. 25-80061 at ECF No. 37, on 2/18/2026 at 10:00 AM. The Request for Continuance or Remote Appearance does not appear to reference the Rule to Show Cause hearing.
[2] ECF No. 247.

1

 54904005793013

000000000 09990-V000071



## U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number:  **25-01384-jd**

## Order Conditionally Granting Request to Appear Remotely and Denying/Granting in Part Request to Continue

The relief set forth on the following pages, for a total of 7 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**02/17/2026**



Entered: 02/17/2026

*S. Jefferson Davis IV*

US Bankruptcy Judge
District of South Carolina

54904005793013

000000000 09990-V000071

000000000 09990-V000071

000000000 09990-V000071

CERTIFIED MAIL®

MILWAUKEE WI 530

6 MAR 2026 PM 2 L

FIRST-CLASS

US POSTAGE

ZIP 60048
02 7W
0008041801

9314 8699 0430 0146 7236 76
RETURN RECEIPT (ELECTRONIC)

ITEM X-RAYED
BY USMS

M F M
3-10-26

U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
2026 MAR 10 P 12: 15

29201-242399