## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

|  |  |
|---|---|
| IN RE:<br><br>Jacqueline Elizabeth Ard and Terry Frank Nicola,<br><br><br>Debtor(s). | C/A No. 25-01384-JD<br><br>Chapter 7<br><br>**ORDER OF NO ACTION** |

On February 25, 2026, Debtors Jacqueline Elizabeth Ard and Terry Frank Nicola filed a "Notice of Filing Emergency Motion for Stay Pending Appeal and Injunction Relief in the US District Court"; [1] an "Emergency Motion for Stay Pending Appeal, Injunctive Relief, and Order Compelling Advancement of Appeal";[2] "Notice of Pending Appeals and Risk of Mootness";[3] and other Affidavits and Appendices.[4]

The Court has thoroughly reviewed and liberally construed these documents. The documents do not constitute a pleading, motion, application, evidence, or other document over which the Court might exercise jurisdiction. The documents appear to be directed to the United States District Court, as indicated by the caption and the relief sought under Fed. R. Bankr. P. 8007(b), and this Court, therefore, understands that they are filed with the Bankruptcy Court for notice purposes only. Further, to the extent Debtors request relief, the pleadings do not comply with Fed. R. Bank. P.

---

[1] ECF No. 268.
[2] *Id*.
[3] ECF No. 269.
[4] ECF No. 268.

9013,[5] as the request has not been served on opposing parties. Accordingly, the Court will take no action with respect to the above documents.

The Court additionally notes that pursuant to SC LBR 5005-4(d), pro se individuals may electronically file documents by utilizing the Court's Electronic Self-Representation System (eSR) and Electronic Document Submission System (EDSS). SC LBR 5005-4(d)(3)(E) provides that the Court may refuse or return any electronic filing that does not comply with applicable procedures.   Further, SC LBR 5005-4(D)(4) provides:

> **Effect of Non-Compliance**. Should a *pro se* individual fail to comply with applicable rules or procedures, appropriate action may be taken, including, but not limited to, restricting or revoking electronic filing privileges, denying the relief requested and dismissing and closing any case initiated.

The Court reiterates the pertinent provisions of the Local Rules and reminds the Debtors that any electronic filing that does not comply with applicable procedures may be refused or returned as deemed appropriate by the Court.

   **AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**03/13/2026**



US Bankruptcy Judge
District of South Carolina

Entered: 03/13/2026

---

[5] *See also* SC LBR 9013-4(b).

United States Bankruptcy Court

District of South Carolina

In re:                                                                    Case No. 25-01384-jd

Jacqueline Elizabeth Ard                                                  Chapter 7

Terry Frank Nicola

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0420-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2026 | Form ID: pdf01 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: jacquelineard72@gmail.com | Mar 13 2026 21:58:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + Email/PDF: terrynicola30@gmail.com | Mar 13 2026 21:58:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Edward Grimsley | on behalf of Creditor WEST-AIRCOMM FEDERAL CREDIT UNION ben.grimsley@smithrobinsonlaw.com jodi.willetts@smithrobinsonlaw.com |
| Christy Scott | on behalf of Defendant Jerri Ann Roseneau cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County cscott@lawofficeofchristyscott.com |

District/off: 0420-2

User: admin

Page 2 of 3

Date Rcvd: Mar 13, 2026

Form ID: pdf01

Total Noticed: 2

Christy Scott

on behalf of Defendant Beaufort County Treasurer's Office cscott@lawofficeofchristyscott.com

Christy Scott

on behalf of Defendant Robert J. Bonds  Esq. cscott@lawofficeofchristyscott.com

Christy Scott

on behalf of Defendant Beaufort County Assessor's Office cscott@lawofficeofchristyscott.com

David W. Overstreet

on behalf of Defendant Jannine Mutterer david.overstreet@earhartoverstreet.com  alexis.chavis@earhartoverstreet.com

Dean S. Haskell

on behalf of Creditor Hilton Hear Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners  Inc our Seasons Centre Horizontal Pr dhaskell@jsplaw.net, mainehaskell@aol.com

Elizabeth H Parrott

on behalf of Creditor Nationstar Mortgage LLC elizabeth.parrott@mccalla.com  mccallaecf@ecf.courtdrive.com

J. Ronald Jones, Jr.

on behalf of Defendant Lucas S Fautua rjones@smithdebnamlaw.com  cpatrick@smithdebnamlaw.com

J. Ronald Jones, Jr.

on behalf of Creditor Spa on Port Royal Sound Horizontal Property Regime  Inc. rjones@smithdebnamlaw.com, cpatrick@smithdebnamlaw.com

John B. Kelchner

on behalf of Creditor TMX Finance dba TitleMax of South Carolina  Inc. jkelchner@turnerpadget.com, EMcFadden@TurnerPadget.com

John L. McCants

on behalf of Defendant Keith Baker jmccants@brblegal.com

John L. McCants

on behalf of Defendant John and Jane Doe Board Members of jmccants@brblegal.com

John L. McCants

on behalf of Defendant Henry Sanders jmccants@brblegal.com

John L. McCants

on behalf of Defendant The Spa on Port Royal Sound Horizontal Property Regime jmccants@brblegal.com

John L. McCants

on behalf of Defendant William B. Mullis jmccants@brblegal.com

John L. McCants

on behalf of Defendant John and Jane Doe Employees and Agents of jmccants@brblegal.com

John L. McCants

on behalf of Defendant IMC Resort Services  Inc jmccants@brblegal.com

John L. McCants

on behalf of Defendant Christine M Phillips jmccants@brblegal.com

Julie A. Franklin

on behalf of Creditor Estate at Westbury Owners Association  Inc. jfranklinlegal@gmail.com

Kevin Campbell

kcampbell@campbell-law-firm.com  kcampbell@ecf.axosfs.com

Lucas S. Fautua

on behalf of Creditor Spa on Port Royal Sound Horizontal Property Regime  Inc. lfautua@smithdebnamlaw.com, kting@rplfirm.com;dqueen@rplfirm.com

Maxwell James Seferian

on behalf of Defendant Jannine Mutterer max.seferian@earhartoverstreet.com  paralegal@earhartoverstreet.com

Michael H. Conrady

on behalf of Trustee Kevin Campbell mconrady@campbell-law-firm.com  cshiner@campbell-law-firm.com

Richardo Kilpatrick

on behalf of Creditor Wayne County Treasurer rkilpatrick@shermeta.com

Richardo Kilpatrick

on behalf of Creditor Detroit Water and Sewerage Department rkilpatrick@shermeta.com

Scott M Wild

on behalf of Defendant Scott M Wild scott@wildlawfirm.com

Tara E. Nauful

on behalf of Interested Party Zeidman's Jewelry & Loan of Michigan tara@bestlawsc.com

US Trustee's Office

District/off: 0420-2 User: admin

Date Rcvd: Mar 13, 2026 Form ID: pdf01 Total Noticed: 2

USTPRegion04.CO.ECF@usdoj.gov

TOTAL: 30