**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number:  **25-01384-jd**

### Order Denying Motion and Setting Hearing

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**04/02/2026**



*J. Jefferson Davis IV*
US Bankruptcy Judge
District of South Carolina

Entered: 04/02/2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| Jacqueline Elizabeth Ard and Terry Frank Nicola, | CASE NO: 25-01384-jd |
| Debtor(s). | ORDER DENYING MOTION AND SETTING HEARING |

To:    Jacqueline Elizabeth Ard

Jacqueline Elizabeth Ard ("Ard") filed a motion styled as Debtor's Emergency Motion for Authority to Manage and Perform Existing Pre-Petition Short-Term Rental Contracts for a Limited Period ("Motion"). The Motion indicates that Ard was directed by the chapter 7 trustee to "cancel existing guest reservations" and the Motion appears to be an attempt to avoid this request.[1] The chapter 7 trustee has exclusive use and control over property of the estate pursuant to 11 U.S.C. §§ 363(b) and 704. The properties listed are property of the estate.[2] All relief requested in the Motion is denied because the same contravenes the plain language of the bankruptcy code.

It appears from the Motion that Ard may be continuing to use property of the estate and collect proceeds from property of the estate following the conversion of this case to chapter 7. Pursuant to 11 U.S.C. §§ 105(a) and 521(a)(4), within fourteen days of the entry of this Order, Ard shall turnover to the chapter 7 trustee:

1.  Any and all receipts, ledgers, and other documents concerning the rental and income of any and all property of the estate the petition date;
2.  Any and all transaction history reports, owner statements, payout reports, reservation history reports, earnings summaries, and any other report available through AirBNB, VRBO,  or any other rental platforms Debtors may use to show bookings of and earn income from property of the estate since the petition date; and
3.  To the extent not captured above, any and all documentation from AirBNB, VRBO, and any other rental platform where Ard has listed rental property, evidencing the booking dates of the short-term rentals referenced in the Motion.

---

[1] To the extent the reservations were pre-petition, as alleged, they were not properly disclosed in Schedule G.

[2] "Property of the estate" includes all property described in 11 U.S.C. § 541, including but not limited to, all property disclosed on Schedules A/B.

A hearing shall be held at the date and time set forth below to ascertain Ard's use and rental of property of the estate following the conversion of this case to chapter 7. The chapter 7 trustee may file a response to this Order indicating Ard's compliance with the turnover requirements above, or requesting that the hearing be cancelled based on his independent investigation and Ard's compliance with this Order.

Date:        May 13, 2026

Time:        10:00AM

Place:       King & Queen Building, 145 King Street, Room 225, Charleston, South Carolina

Any response or return must be filed with:

United States Bankruptcy Court
1100 Laurel Street
Columbia, SC 29201

You must also send a copy to:

Kevin Campbell
PO Box 684
Mount Pleasant, SC 29465

**AND IT IS SO ORDERED.**

United States Bankruptcy Court

District of South Carolina

In re:                                                                      Case No. 25-01384-jd

Jacqueline Elizabeth Ard                                                    Chapter 7

Terry Frank Nicola

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0420-2                        User: admin                                 Page 1 of 3

Date Rcvd: Apr 02, 2026                     Form ID: pdf01                          Total Noticed: 11

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | East Pittsburgh Borough, 813 Linden Ave, East Pittsburg, PA 15112-1275 |
| cr | + | Estate at Westbury Owners Association, Inc., C/O Counsel, 25 Thurmond Way, #2976, Bluffton, SC 29910-9223 |
| cr | + | Hilton Hear Resort Four Seasons Centre Horizontal, C/o Jones, Simpson & Newton, P.O. Box 1938, Bluffton, SC 29910, UNITED STATES 29910-1938 |
| dft | + | Scott M Wild, Law Office of Scott M Wild LLC, 37 New Orleans Road, Suite F, HILTON HEAD ISLAND, SC 29928 UNITED STATES 29928-4756 |
| cr | | Strada, PO Box 299116, Lewisville, TX 75029-9116 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: jacquelineard72@gmail.com | Apr 02 2026 21:23:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + | Email/PDF: terrynicola30@gmail.com | Apr 02 2026 21:23:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |
| aty | + | Email/Text: BKRMailOps@weltman.com | Apr 02 2026 21:23:00 | Garry Masterson, Weltman, Weinberg and Reis Co., LPA, 5990 West Creek Rd., Suite 200, Independence, OH 44131-2191 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2026 21:28:46 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 02 2026 21:23:00 | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| cr | + | Email/Text: BKRMailOps@weltman.com | Apr 02 2026 21:23:00 | WEST-AIRCOMM FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131, UNITED STATES 44131-2191 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

District/off: 0420-2                                    User: admin                                         Page 2 of 3
Date Rcvd: Apr 02, 2026                                 Form ID: pdf01                                      Total Noticed: 11

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Benjamin Edward Grimsley | on behalf of Creditor WEST-AIRCOMM FEDERAL CREDIT UNION ben.grimsley@smithrobinsonlaw.com jodi.willetts@smithrobinsonlaw.com |
| Christy Scott | on behalf of Defendant Beaufort County Treasurer's Office cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County Assessor's Office cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Robert J. Bonds  Esq. cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Jerri Ann Roseneau cscott@lawofficeofchristyscott.com |
| David W. Overstreet | on behalf of Defendant Jannine Mutterer david.overstreet@earhartoverstreet.com  alexis.chavis@earhartoverstreet.com |
| Dean S. Haskell | on behalf of Creditor Hilton Hear Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners  Inc our Seasons Centre Horizontal Pr dhaskell@jsplaw.net, mainehaskell@aol.com |
| Elizabeth H Parrott | on behalf of Creditor Nationstar Mortgage LLC elizabeth.parrott@mccalla.com  mccallaecf@ecf.courtdrive.com |
| J. Ronald Jones, Jr. | on behalf of Creditor Spa on Port Royal Sound Horizontal Property Regime  Inc. rjones@smithdebnamlaw.com, cpatrick@smithdebnamlaw.com |
| J. Ronald Jones, Jr. | on behalf of Defendant Lucas S Fautua rjones@smithdebnamlaw.com  cpatrick@smithdebnamlaw.com |
| John B. Kelchner | on behalf of Creditor TMX Finance dba TitleMax of South Carolina  Inc. jkelchner@turnerpadget.com, EMcFadden@TurnerPadget.com |
| John L. McCants | on behalf of Defendant Keith Baker jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant The Spa on Port Royal Sound Horizontal Property Regime jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant Christine M Phillips jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant IMC Resort Services  Inc jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant John and Jane Doe Board Members of jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant Henry Sanders jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant William B. Mullis jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant John and Jane Doe Employees and Agents of jmccants@brblegal.com |
| Julie A. Franklin | |

District/off: 0420-2                                    User: admin                                    Page 3 of 3

Date Rcvd: Apr 02, 2026                          Form ID: pdf01                          Total Noticed: 11

on behalf of Creditor Estate at Westbury Owners Association  Inc. jfranklinlegal@gmail.com

Kevin Campbell

kcampbell@campbell-law-firm.com  kcampbell@ecf.axosfs.com

Lucas S. Fautua

on behalf of Creditor Spa on Port Royal Sound Horizontal Property Regime  Inc. lfautua@smithdebnamlaw.com, kting@rplfirm.com;dqueen@rplfirm.com

Maxwell James Seferian

on behalf of Defendant Jannine Mutterer max.seferian@earhartoverstreet.com  paralegal@earhartoverstreet.com

Michael H. Conrady

on behalf of Trustee Kevin Campbell mconrady@campbell-law-firm.com  cshiner@campbell-law-firm.com

Richardo Kilpatrick

on behalf of Creditor Detroit Water and Sewerage Department rkilpatrick@shermeta.com

Richardo Kilpatrick

on behalf of Creditor Wayne County Treasurer rkilpatrick@shermeta.com

Scott M Wild

on behalf of Defendant Scott M Wild scott@wildlawfirm.com

Tara E. Nauful

on behalf of Interested Party Zeidman's Jewelry & Loan of Michigan tara@bestlawsc.com

US Trustee's Office

USTPRegion04.CO.ECF@usdoj.gov


TOTAL: 30