UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Jacqueline Elizabeth Ard and Terry Frank Nicola<br><br><br><br>Debtor(s). | CHAPTER 7<br>CASE NO: 25-01384-JD<br><br>TRANSMITTAL OF RECORD ON APPEAL |

To:     The Honorable Robin L. Blume, Clerk of the United States District Court, District of South Carolina

Pursuant to Bankruptcy Rule 8010, I hereby transmit the following record on appeal:

**Docket Entries from Bankruptcy Case 25-01384:**

1. Docket Sheet for Case 25-01384.
2. Chapter 13 Voluntary Petition dated 04/10/2025, Docket No. 1
3. Bankruptcy Form 121 SSN dated 04/10/ 2025, Docket No. 2 – (Restricted Access)
4. Certificate of Credit Counseling dated 04/10/2025, Docket No. 3
5. Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Trustee dated 04/10/2025 Docket No. 4
6. Receipt of Chapter 13 Filing Fee dated 04/10/2025 (Text Only Event)
7. Pro Se Letter of Instruction with Attachments dated 04/11, 2025, Docket No. 7
8. Notice of Filings Due dated 04/11/202, Docket No. 8
9. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 04/13/2025, Docket No. 10.
10. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 04/13/2025, Docket No. 11.
11. Notice and Motion to Dismiss or Convert at Confirmation Hearing dated 04/16/2025, Docket No. 12
12. Motion to Impose Automatic Stay dated 04/182025, Docket No. 15
13. Notice of Appearance and Request by Gary Masterson on behalf of West-Aircomm Federal Credit Union dated 04/21/2025, Docket No. 14
14. Notice of Appearance and Request for Notice Filed by Elizabeth H. Parrott of McCalla Raymer Leibert Pierce on behalf of Nationstar Mortgage LLC, dated 04/21/2025, Docket No. 16.
15. Deficiency Notice re: Motion to Impose Automatic Stay (related document(s)15) Deficiency Correction Due By: 5/1/2025 The filing is missing an Affidavit or Unsworn Declaration of the Debtors dated 04/21/2025, Docket No. 17
16. Hearing scheduled relating to: Motion to Impose Automatic Stay, filed by Jacqueline Elizabeth Ard and Terry Frank Nicola. (Beaulieu, N) Modified on 4/21/2025 to correct file date. **Document Served**. (related document(s)15) Hearing scheduled for 5/21/2025 at 11:00 AM at Charleston. The case judge is L Jefferson Davis, IV. Objections due by 5/2/2025. Dated 04/21/2025, Docket No. 18
17. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 04/23/2025, Docket No. 19

18. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 04/23/2025, Docket No. 20

19. Notice of Appearance and Request for Notice Filed by Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC, dated 04/24/2025, Docket No. 21.

20. Schedule A/B, Schedule C; for an Individual Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola DATED 04/25/2025, Docket No. 23

21. Affidavit Re: Motion to Impose Automatic Stay filed by Debtor Jacqueline Elizabeth Ard dated 04/25/2025, Docket No.. 24.

22. Schedule D, Schedule E/F, Schedule H; FEEREQUIRED for an Individual Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 04/25/2025 Docket No. 27.

23. Summary of Assets and Liabilities Schedule G ,Schedule I, Schedule J, Schedule J-2, Declaration About an Individual Debtors Schedules; Statements Filed: Statement of Financial Affairs, Statement Disclosing Anticipated Increase in Income or Expenditures, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period for an Individual Filed by Jacqueline Elizabeth Ard ,Terry Frank Nicola dated 04/25/2025, Docket No. 28.

24. Copies of Payment Advices Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 04/25/2025, Docket No. 29.

25. Plan – Conduit dated 04/28/2025, Docket No. 30.

26. Deficiency Notice dated 04/28/2025, Docket No. 32

27. Notice of Appearance and Request for Notice with Certificate of Service Filed by Tara E. Nauful of Best Law, P.A. on behalf of Zeidman's Jewelry& Loan of Michigan dated 04/30/2025, Docket No. 33.

28. Notice of Appearance and Request for Notice with Certificate of Service Filed by Tara E. Nauful of Best Law, P.A. on behalf of Zeidman's Jewelry& Loan of Michigan dated 04/30/2025, Docket No. 34.

29. Notice of Appearance by Julie A. Franklin of Franklin Legal Services LLC on behalf of Estate at Westbury Owners Association, Inc. deated04/30/2025, ECF No. 35

30. Objection to Motion to Impose Stay filed by Estate at Westbury Owners Association, Inc. dated 04/30/2025, Docket No. 36

31. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 04/30/2025, Docket No. 37

32. Objection to Motion to Impose Stay filed by TMX Finance dated 05/02/2025, Docket No. 38

33. Notice of Appearance and Request for Notice with Certificate of Service Filed by Dean S. Haskell of Jones Simpson & Newton P.A. on behalf of Hilton Hear Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners, Inc our Seasons Centre Horizontal Pr. Dated 05/02/2025, Docket No. 39.

34. Response to Motion to Impose Stay filed by James M. Wyman dated 05/02/2025, Docket No. 40

35. Notice of Appearance and Request for Notice by Lucas S. Fautua on behalf of Spa on Port Royal Sound Horizontal Property Regime, Inc. dated 05/02/2025 Docket No. 41

36. Objection to Motion to Impose Stay filed by Spa on Port Royal Sound Horizontal Property Regime, Inc. dated 05/02/2025 Docket No. 42

37. Response to Motion to Impose Stay filed by James M. Wyman dated 05/02/2025, Docket No. 44

38. Amended Schedules filed: Schedule D, Schedule EF, Schedule H, Declaration About an Individual Debtors Schedules, Amended Statement of Financial Affairs; Statement of Change; Amended Creditor Matrix find By Jacqueline Elizabeth Ard, Terry Frank Nicola dated 05/08/2025, Docket No. 46

39. Pre-confirmation Modified Ch. 13 Plan – Conduit dated 05/08/2025, Docket No. 47

40. Certificate of Service Re: Amended Schedules/Statements dated 05/08/2025, Docket No. 48

41. Correspondence: Receipt of Amendment Fee dated 05/08/2025, Docket No. 49

42. Receipt of Amendment Filing Fee (Text Entry Only) dated 02/09/2025

43. Deficiency Notice re: Amended Schedules/Statements (related document(s)46). Filing fee paid on 05/08/2025 for additional creditors added from schedules filed 04/25/2025. Filing fee due for additional creditors from amended schedules and creditor matrix filed 05/08/2025 Dated 05/12/2025, Docket No. 50

44. Motion for Relief from Stay filed on behalf of WEST-AIRCOMM FEDERAL CREDIT UNION dated 05/12/2025, Docket No. 51

45. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 05/14/2025, Docket No. 52.

46. Response to Objection filed by Creditor TMX Finance dba TitleMax of South Carolina, Inc., Objection filed by Creditor Spa on Port Royal Sound Horizontal Property Regime, Inc. Response filed by Trustee James M. Wyman, filed by Jacqueline Elizabeth Ard dated 05/21/2025, Docket No. 53

47. Hearing Held relating to: Motion to Impose Automatic Stay filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola. (related document(s)15). Debtors were not present the first two times the matter was called; the Ruling was read into record, and court adjourned. The Court went back on the record and read the ruling into record, again, once the Debtors arrived. The Motion is denied. The Court will prepare the Order. (Text Only Event) dated 05/21/2025, Docket No.. 55

48. Receipt of Amendment Filing Fee - $34.00 (Text Only Event) dated 05/22/2025

49. Notice of Appeal to District Court re: 57 Order Denying Motion To Impose The Automatic Stay And Providing Notice Of Conversion Or Dismissal To Bar Further Refiling dated 05/22/2025, Docket No. 59

50. Order Denying Motion To Impose The Automatic Stay And Providing Notice Of Conversation Or Dismissal To Bar Further Refiling dated 05/23/2025, Docket No. 57

51. Order Denying Motion To Impose The Automatic Stay And Providing Notice Of Conversion Or Dismissal To Bar Further Refiling dated 05/23/2025, Docket No. 58

52. File Correspondence re: Notice of Appeal Fee Due dated 05/23/2025, Docket No. 60

53. Notice of Appeal Letter Sent To TMX Finance dba TitleMax of South Carolina, John B. Kelchner by NEF; Spa on Port Royal Sound Horizontal Property Regime, Inc., Lucas S. Fautua by NEF; James Wyman, Trustee by NEF; Estate at Westbury, Julie Franklin by NEF; West-Aircomm, Benjamin E. Grimsley by NEF; Jacqueline Elizabeth Ard and Terry Frank Nicola by USPS Mail; United States Trustee by NEF dated 05/23/2025, Docket No. 61

54. Transmittal of Notice of Appeal to District Court Case No. 25-4500 dated 05/23/2025, Docket No. 65

55. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 05/25/2025, Docket No. 63

56. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 05/25/2025, Docket No. 64

57. Notice of Appearance and Request for Notice with Certificate of Service Filed by J. Ronald Jones Jr. of Smith Debnam Narron Drake Saintsing &My on behalf of Spa on Port Royal Sound Horizontal Property Regime, Inc. dated 06/03/2025, Docket No. 66.

58. Objection to Confirmation of Plan with Certificate of Service Filed by Spa on Port Royal Sound Horizontal Property Regime, Inc. dated 06/03/2025, Docket No. 67

59. Motion to Convert Chapter 13 Case to Chapter 7 with Certificate of Service Filed by J. Ronald Jones Jr. of Smith Debnam Narron Drake Saintsing & My on behalf of Spa on Port Royal Sound Horizontal Property Regime, Inc. dated 06/03/2025, Docket No. 68

60. Notice of Appeal, File Correspondence Fee Paid Receipt (Text Only Event) dated 06/03/2025

61. Withdrawal of Motion to Convert Case From 13 to 7 Reason for Withdrawal: to extend days between objection period and hearing date Filed by J. Ronald Jones Jr. of Smith Debnam Narron Drake Saintsing &My on behalf of Spa on Port Royal Sound Horizontal Property Regime, Inc. dated 06/03/2025, Docket No. 69 – (Text Only Event)

62. Motion to Convert Chapter 13 Case to Chapter 7 with Certificate of Service Filed by J. Ronald Jones Jr. of Smith Debnam Narron Drake Saintsing & My on behalf of Spa on Port Royal Sound Horizontal Property Regime, Inc. dated 06/03/2025, Docket No. 70

63. Text Order:  On motion of the Court, a hearing was scheduled for July 2, 2025 at10:00 AM for Debtors to show cause why this case should not be converted to chapter 7 or dismissed to bar further refiling. That matter is rescheduled to July 23, 2025 at 10:30 AM with the hearing to be held at the United States Bankruptcy Court, 145 King Street, Suite 225, Charleston, SC 29401. AND IT IS SO ORDERED dated 06/04/2025, Docket No.  71

64. Objection to Confirmation of Plan filed by James M. Wyman dated 06/04/2025, Docket No.  72.

65. Objection to Exemption, Notice Of Possible Hearing (21 days objection time given) with Certificate of Service Filed by James M. Wyman dated 06/04/2025, Docket No. 73.

66.  Response to Order Setting Hearing and Deadlines *regarding Converting Case to Chapter 7 or Dismissing Case with Prejudice to Refile* with Certificate of Service Filed by James M. Wyman dated 06/04/2025, Docket No. 74

67.  Objection to Confirmation of Plan with Certificate of Service Filed by Zeidman's Jewelry & Loan of Michigan dated 06/05/2025, Docket No. 75

68.  Objection to Confirmation of Plan with Certificate of Service Filed by TMX Finance dba TitleMax of South Carolina, Inc. dated 06/06/2025, Docket No. 76

69. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 06/06/2025, Docket No. 77

70. Notice of Appearance and Request for Notice by Richardo Kilpatrick on behalf of Wayne County Treasurer dated 06/10/2025, Docket No.  78

71. Objection to Confirmation of Plan Filed by Hilton Hear Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners, Inc., our Seasons Centre Horizontal Pr. Dated 06/10/2025, Docket No. 79.

72. Certificate of Service RE: Objection to Confirmation of the Plan filed by Creditor Hilton Hear Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners, Inc our Seasons Centre Horizontal Pr. Dated 06/10/2025, Docket No.  80

73. Order Granting Relief From Automatic Stay Filed By Creditor West-Aircomm Federal Credit Union dated 06/12/2025, Docket No. 81

74.  Amended Notice of Appeal filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola Filed dated 06/17/2025, Docket No. 86

75. Notice of Medical Emergency and Emergency Motion *for ADA Accommodations, Medical Protections, Injunctive Relief, and Sanctions* Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 06/18/2025, Docket No. 88

76. Restricted Document Pursuant to FRBP 9037 RE: Medical. DOCUMENTIMAGE AVAILABLE ONLY TO COURT USERS AND THETRUSTEE/US TRUSTEE. Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola . dated 06/18/2025, Docket No. 89

77. Order Denying Relief and Rescheduling Confirmation (related document(s)88). Debtors are delegated notice of this Order rescheduling the confirmation hearing pursuant to SC LBR 5075-1 and shall notice all creditors and parties in interest. Dated 06/23/2025, Docket No. 90

78. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 06/25/2025, Docket No. 91

79. Transmittal of Notice of Appeal to District Court Case No. 2504500 (Amended Notice of Appeal) dated 06/26/2025, Docket No.  92.

80. Hearing scheduled relating to: Objection to Exemption Filed by James M. Wyman. Dated 07/11/2025, Docket No. 93

81. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 07/13/2025, Docket No. 94

82. Text Order:  It is hereby ordered that the Hearing to consider dismissal to bar further refiling or conversion of this case to a chapter 7,and the Hearing on the Motion to Convert Chapter 13 Case to Chapter 7, both of which we previously scheduled for July 23, 2025, at 10:30 AM at the King and Queen Building, 145 King Street, Room 225, Charleston, SC 29401, are rescheduled for August 20, 2025, at 10:30 AM at the same location. AND IT IS SO ORDERED dated 07/15/2025, Docket No. 95.

83. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 07/17/2025, Docket No. 96

84. Motion for Leave to Appeal Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 07/18/2025, Docket No. 99

85. Emergency Motion *for ADA Accommodation: Request for Continuance of Hearing on Trustee's Objection to Exemption Scheduled July 23, 2025*with Certificate of Service. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 07/23/2025, Docket No. 101

86. Hearing Held relating to: Objection to Exemption filed by Trustee JamesM. Wyman, Hearing (Document) Sched. (related document(s)93) The debtor did not appear at the hearing. Trustee's objection is sustained. Order Due from Trustee by 07/30/2025 (Text Only Event) dated 07/23/2025, Docket No. 102

87. Transcript of Hearing Held July 23, 2025 – No order has been placed for this transcript

88. Order Denying Motion for Continuance 07/24/2025, Docket No. 103

89. Order Granting Objections to Exemptions dated 07/24/2025, Docket No. 104

90.  Notice is provided to the parties that the hearing on confirmation of Debtors' plan and whether this case should be converted or dismissed is an evidentiary hearing at which witnesses may testify. The matters shall be heard on August 20, 2025 at 10:30 AM at the United States Bankruptcy Court, 145 King Street, Suite 225, Charleston, SC 29401.**AND IT IS SO ORDERED dated 07/25/2025,** Docket No. 105

91. Transmittal of Record on Appeal to District Court Case No. 2404500 dated 07/25/2025, Docket No. 106

92. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 07/26/2025, Docket No. 107

93. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 07/27/2025, Docket No. 108

94. Motion *To Recuse Judge L. Jefferson Davis IV For Bias, Prejudice, And Abuse of Discretion* Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 08/20/2025, Docket No. 109

95. Transcript of Hearing Held August 20, 2025 – No order has been placed for this transcript.

96. Hearings Held relating to: Meeting of Creditors (Chapter 13), Order Setting Hearing and Deadlines, Motion to Convert Case From 13 to 7filed by Creditor Spa on Port Royal Sound Horizontal Property Regime, Inc. (related document(s)4, 70, 58) Debtors were present and sworn in. Matter Under Advisement. Order Due from Court (Text Entry Only) dated 08/20/2025, Docket No. 110

97.  Hearing Held relating to: Motion filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola. (related document(s)109) Debtors raised the Motion to Recuse at the Confirmation Hearing on 08/20/2025,and presented the Court with the written

Motion. Debtors argued the Motion. Motion denied - no further Order due (Text Entry Only) dated 08/20/2025, Docket No. 111

98. File Correspondence by Strada – DirectTV, LLC dated 08/21/2025, Docket No. 113

99. Emergency Motion *To Recuse Judge L. Jefferson Davis IV* with Certificate of Service. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 08/22/2025, Docket No. 116

100. Affidavit Of Medical Harm And Recusal Of Judge L. Jefferson Davis IV Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 08/22/2025, Docket No. 118

101. Order Regarding Motion to Recuse and Affidavit dated 08/25/2025, Docket No. 119

102. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 08/27/2025, Docket No. 121

103. Correspondence Regarding Wage Garnishment Filed by Strada dated 08/27/2025, Docket No. 122

104. Reply to Order Regarding Motion to Recuse Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 09/02/2025, Docket No. 124

105. Motion *To Remove Chapter 13 Trustee And Request For Disgorgement OfFees* Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 09/02/2025, Docket No. 127

106. Order Denying Relief Requested in Debtors' Reply To Order Regarding Motion To Recuse dated 09/03/2025, Docket No. 126

107. Hearing scheduled relating to: Motion *To Remove Chapter 13 Trustee And Request For Disgorgement Of Fees* Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola.. **Document Served**. (related document(s)127)Hearing scheduled for 10/15/2025 at 10:30 AM at Charleston dated 09/04/2025, Docket No. 128.

108. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 09/05/2025, Docket No. 129

109. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 09/06/2025, Docket No. 130

110. Objection to Claim of The Spa On Port Royal Sound Horizontal Property Regime, Inc. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 09/09/2025, Docket No. 132

111. Order Denying Confirmation and Converting Case to Chapter 7 dated 09/09/2025, Docket No. 133

112. Notice of Voluntary Conversion Chapter 13 to Chapter 7 Executed 09/10/2025, Docket No. 134 (Text Only Event)

113. Terminated Trustee Jame M. Wyman (Text Only Event) dated 09/10/2025

114. Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors. Notice of Appointment of Interim Trustee dated 09/10/2025, Docket No. 135

115. Retransmission of Related Document to BNC for Service re: Order Denying Confirmation and Converting Case to Chapter 7 dated 09/10/2025, Docket No. 136

116. Text Order: This matter comes before the Court on Debtors' objection to the Proof of Claim filed by Port Royal Sound Horizontal Property Regime, Inc.("Creditor") The pleading is liberally construed. It appears to seek two forms of relief. First, Debtors object to the claim of the Creditor. Second, Debtors appear to seek to avoid the Creditor's lien. The Debtors' pleading was filed prior to the conversion of this case to chapter 7. Now that this case has been converted, the chapter 7 trustee is the real party in interest to examine and object to proofs of claim pursuant to 11 USC 704(a)(5)and Debtors' objection does not indicate that any exception to this standard is applicable. Moreover, Debtors' objection is premised on this Court reviewing and overturning a state court order that forms the basis for the claim. Debtors allege that the state court order was obtained by fraud and procedural defects but Debtors must pursue these arguments on appeal through the state court. Rooker v. Fidelity Trust, 263 U.S. 413, 417(1923) squarely prohibits this court from acting as a court of appeals for state court

decisions. Further, Debtors allege that the Creditor's lien impairs their exemptions and should be avoided. When the pleading was filed, this type of relief should have been requested in a chapter 13 plan. It was not, Considering the relief now that Debtors are in a chapter 7 case, Debtors' prior testimony indicates that there is substantial equity in the property, beyond any lien. However, the Court need not engage in an analysis of the equity position because Debtors' exemptions have previously been denied and are thus not impaired. Accordingly, all relief requested in the pleading is denied. AND IT IS SO ORDERED dated 09/10/2025, Docket No. 137

117. Notice of Appeal to District Court re: 133 Order *Denying Confirmation and Converting Case to Chapter 7*. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 09/10/2025, Docket No. 141

118. Request for Transcript of Hearing Held on 5/21/2025 Filed by Jacqueline Elizabeth Ard dated 09/10/2025, Docket No. 143

119. Objection to Claim of LVNV Funding, LLC. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 09/10/2025, Docket No. 146

120. Objection to Claim of Resurgent Capital Services. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 09/10/2025, Docket No. 147

121. Objection to Claim of US Department of Education Co Nelnet. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 09/10/2025, Docket No. 148.

122. Objection to Claim of West-Aircomm Federal Credit. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 09/10/2025, Docket No. 149

123. Notice of Appeal Letter Sent To TMX Finance dba TitleMax of South Carolina; Spa on Port Royal Sound Horizontal Property Regime, Inc; Estate at Westby; West-Aircomm, Served on 9/12/2025 Via NEF. James Wyman, Trustee served on 9/12/2025 via BNC. Debtor and Jointed debtor served on 9/12/2025 via US Mail dated 09/12/2025, Docket No. 144

124. Retransmission of Related Document to BNC for Service re: Notice of Appeal Letter dated 09/12/2025, Docket No. 145.

125. Appellants' Emergency Motion For Stay Pending Appeal Of Order Denying Motion To Impose Automatic Stay Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 09/15/2025, Docket No. 160

126. Order Denying Stay Pending Appeal dated 09/24/2025, Docket No. 174.

127. Request for Order Confirming Termination of Automatic Stay Pursuant to 11 USC 362(j) with Certificate of Service Filed by Elizabeth H Parrott of McCalla Raymer Leibert Pierce on behalf of Nationstar Mortgage LLC dated 10/22/2025, Docket No. 187

128. *Amended* Notice of Request for Order Confirming Termination of Automatic Stay filed by Creditor Nationstar Mortgage LLC, Motion to Compel Abandonment *(correcting hearing location)*. Filed by Elizabeth H Parrott of McCalla Raymer Leibert Pierce on behalf of Nationstar Mortgage LLC dated 11/05/2025, Docket No. 191

129. Objection to Exemption, Notice Of Possible Hearing (21 days objection time given) with Certificate of Service Filed by Michael H. Conrady on behalf of Kevin Campbell dated 11/11/2025, Docket No. 195.

130. Amended Notice of Motion Seeking an Order Confirming that No Automatic Stay is in Place Pursuant to 11 U.S.C. §§362(c)(4)(A)(i) AND(ii), Hearing Notice and Certificate of Service RE: 663 William Hilton Pkwy., Apt. 4408, Hilton Head Island, South Carolina 29928 dated 11/18/2025, Docket No. 199

131. Motion for Relief from Stay, Hearing Notice and Certificate of Service RE: 663 William Hilton Pkwy., Apt. 4408, Hilton Head Island, South Carolina 29928. Filed by Elizabeth H Parrott of McCalla Raymer Leibert Pierce on behalf of Nationstar Mortgage LLC dated 11/18/2025, Docket No. 200

132. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 11/19/2025, Docket No. 201

133. Amended Motion to Compel Abandonment of 663 William Hilton Pkwy., Apt. 4408, Hilton Head Island, South Carolina 29928 with Certificate of Service Filed by Elizabeth H Parrott of McCalla Raymer Leibert Pierce on behalf of Nationstar Mortgage LLC dated 11/22/2025, Docket No. 202.

134. Withdrawal of Amended Motion for Relief From Stay with Certificate of Service. Reason for Withdrawal: filed under wrong event Filed by Elizabeth H Parrott of McCalla Raymer Leibert Pierce on behalf of Nationstar Mortgage LLC dated 12/01/2025, Docket No. 203

135. Notice and Application for Abandonment of 663 William Hilton Pkwy., Apt. 4408, Hilton Head Island, South Carolina 29928, Notice Of Possible Hearing (14 days objection time given) with Certificate of Service Filed by Elizabeth H Parrott of McCalla Raymer Leibert Pierce on behalf of Nationstar Mortgage LLC dated 12/01/2025, Docket No. 204

136. Amended Motion for Relief from Stay, Hearing Notice and Certificate of Service RE: 663 William Hilton Pkwy., Apt. 4408, Hilton Head Island, South Carolina 29928. REASON FOR AMENDMENT: correct notice of hearing to non-passive Filed by Elizabeth H Parrott of McCalla Raymer Leibert Pierce on behalf of Nationstar Mortgage LLC dated 12/01/2025, Docket No. 205

137. Consent Order Voiding Transfers dated 12/03/2025, Docket No. 208

138. Objection to Motion to Compel Abandonment filed by Creditor Nationstar Mortgage LLC, Notice and Application for Abandonment filed by Creditor Nationstar Mortgage LLC with Certificate of Service Filed by Kevin Campbell dated 12/04/2025, Docket No. 209

139. Proposed Order RE: Notice and Application for Abandonment of 663 William Hilton Pkwy., Apt. 4408, Hilton Head Island, South Carolina 29928, Notice Of Possible Hearing (14 days objection time given) with Certificate of Service Filed by Elizabeth H Parrott of McCalla Raymer Leibert Pierce on behalf of Nationstar Mortgage LLC dated 12/05/2025, Docket No. 211

140. Debtors' Objection and Rebuttal to Nationstar Mortgage, LLC's Motion to Compel Abandonment of Property filed by Creditor Nationstar Mortgage LLC, Notice and Application for Abandonment filed by Creditor Nationstar Mortgage LLC with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 12/06/2025, Docket No. 214

141. Order Re: Objection to Exemption dated 12/08/2025, Docket No. 213

142. Motion to Vacate *Order Sustaining Trustee's Objection to Exemptions* Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 12/09/2025, Docket No. 220

143. Motion to Sell Free and Clear of Liens (A)100 Kensington Blvd., Unit 1106, Bluffton, SC (B)663 William Hilton Parkway, Unit 4408, Hilton Head Island, SC (C)663 William Hilton Parkway, Unit 4405, Hilton Head dated 01/14/2026, Docket No. 234

144. Order Granting Request to Continue. The Motion to Vacate Order Sustaining Trustee's Objection to Exemptions Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola is Continued dated 01/16/2026, Docket No. 236

145. Emergency Motion *to Continue and Request for Reasonable Accommodation Under Title 11 of the Americans with Disabilities Act* with Certificate of Service. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 02/17/2026, Docket No. 247

146. Order Conditionally Granting Request to Appear Remotely and Denying/Granting in Part Request to Continue dated 02/17/2026, Docket No. 248

147. Amended Schedules Filed: Schedule AB Schedule C Declaration About an Individual Debtors Schedules; Statements Filed: Statement of Change for an Individual Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 02/18/2026, Docket No. 250

148. Hearing Held relating to: Motion to Vacate filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola. (related document(s)220)** The Debtor's appeared via video. Motion is denied. The court will prepare the Order (Text Only Event) dated 02/18/2026, Docket No. 251

149. Hearing Held relating to: Motion to Sell Free & Clear filed by Trustee Kevin Campbell. (related document(s)234) **The Debtors appeared via video. Order due from Michael Conrady within 5 – days (Text Only Event) dated 02/18/2026, Docket No. 252

150. Proof of Service RE: Amended Schedules/Statements Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola dated 02/18/2026, Docket No. 254

151. Proposed Order RE: Motion to Sell Free and Clear of Liens (A)100Kensington Blvd., Unit 1106, Bluffton, SC (B)663 William Hilton Parkway, Unit 4408, Hilton Head Island, SC (C)663 William Hilton Parkway, Unit 4405, Hilton Head Island, SC (D)239 Beach City Road, Unit 3218, Hilton Head Island, SC, Notice Of Possible Hearing (21 days objection time given) with Certificate of Service Filed by Michael H. Conrady on behalf of Kevin Campbell dated 02/20/2026, Docket No. 256

152. Debtor's Objection to Trustee's Proposed Order Authorizing Sale with Debtor's Memorandum in Support of Objection to Trustee's Proposed Order Authorizing Sale and with Certificate of Service Filed by Jacqueline Elizabeth Ard , Terry Frank Nicola dated 02/23/2026, Docket No. 258

153. Text Order: Debtors filed an Objection to the Proposed Order Authorizing Sale. ECF No. 258. The chapter 7 trustee filed an application to sell property of the estate on January 14, 2026. ECF No. 234. Debtors filed a timely objection. ECF No. 239. A hearing was held on February 18, 2026, where the Court overruled the objections raised by Debtors. The terms in the proposed order match the terms sought by the trustee in the original application to sale, except that the trustee has given Debtors additional time to return keys in the proposed order. Debtors' objections to these terms are either untimely or were addressed when the Court overruled their original objections. Accordingly, Debtors' Objection to the Proposed Order Authorizing Sale is denied. AND IT IS SO ORDERED dated 02/23/2026, Docket No. 259

154. Order Approving Sale dated 02/23/2026, Docket No. 260

155. Order Denying Debtors' Motion to Vacate dated 02/24/2026, Docket No. 261

156. Motion *Objection to Amended Property Claimed as Exempt* Filed by Michael H. Conrady on behalf of Kevin Campbell dated 02/24/2026, Docket No. 262

157. Motion to Expedite Hearing Filed by Michael H. Conrady on behalf of Kevin Campbell dated 02/24/2026, Docket No. 263

158. Order and Notice of Emergency Hearing dated 02/24/2026, Docket No. 264

159. Certificate of Service RE: Motion filed by Trustee Kevin Campbell, Motion to Expedite Hearing filed by Trustee Kevin Campbell, Order on Motion to Expedite Hearing. The filing party has verified that parties required to receive notice have received notice by Notice of Electronic Filing and has provided notice to other parties listed in the attached Certificate of Service. Filed by Michael H. Conrady on behalf of Kevin Campbell dated 02/25/2026, Docket No. 265

160. Transcript of Hearing Held 05/21/2025 dated 02/27/2026, Docket No. 274

161. Complete Claims Register for Case No. 25-01384

## Docket Entries from Bankruptcy Case 24-03611:

162. Public Docket Sheet for Case 24-03611

163. Chapter 13 Voluntary Petititon dated 10/04/2024, Docket No. 1

164. Certificate of Credit Counseling dated 10/04/2024, Docket No. 3

165. Applications to Pay Filing Fee in Installments dated 10/04/2024, Docket No. 4

166. Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Trustee dated 10/04/2024, Docket No. 10

167. Notice of Filings Due: Summary of Assets and Liabilities due 10/18/2024. Declaration About an Individual Debtors Schedules due 10/18/2024. Schedule A/B due 10/18/2024. Schedule C due 10/18/2024. Schedule D due 10/18/2024. Schedule E/F due

10/18/2024. Schedule G due 10/18/2024. Schedule H due 10/18/2024. Schedule I due 10/18/2024. Schedule J due 10/18/2024. Statement of Financial Affairs due 10/18/2024.Chapter 13 Stmt of Income/Calculation Due: 10/18/2024. Copies of Payment Advices due by 10/18/2024. Stmt of Increase Income/Exp due by: 10/18/2024. Chapter 13 Plan due by 10/18/2024. Incomplete Filings due by 10/18/2024 dated 10/04/2024, Docket No. 13

168. Order Granting Application To Pay Filing Fees In Installments dated 10/07/2024, Docket No. 14

169. Notice and Motion to Dismiss or Convert at Confirmation Hearing if Documents Not Provided or Failure to Attend Meetings/Hearings. Dated 10/09/2024, Docket No. 15

170. Motion to Extend Time To File Schedules and Statements Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 10/18/2024, Docket No. 22

171. Order Granting Motion to Extend Time to File Schedules/Statements dated 10/21/2024, Docket No. 23

172. Amended Creditor Matrix FEE REQUIRED for an Individual Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 10/29/2024, Docket No. 27

173. Deficiency Notice - Statement of Change is required. re: Amended Schedules/Statements dated 10/30/2024, Docket No. 28

174. Order to Pay and Serve. Document Served. 27 Amendment Fee Due 11/13/2024 dated 10/30/2024, Docket No. 29

175. Statement of Change, Certificate of Service and Updated Creditor Lists for Previously Filed Amendment Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 11/01/2024, Docket No. 33

176. Second Motion to Extend Time To File Schedules and Statements Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 11/04/2024, Docket No. 35

177. Order Granting Motion to Extend Time. New deadline 11/18/2024 dated 11/06/2024, Docket No. 36

178. Schedules Filed: Schedule A/B; for an Individual Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 11/19/2024, Docket No. 40

179. Deficiency Notice - Declaration is required. re: Schedules/Statements Filed, dated 11/19/2024, Docket No. 41

180. Schedules Filed: Schedule A/B; for an Individual Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 11/19/2024, Docket No. 43

181. Deficiency Notice - Declaration is required. re: Schedules/Statements Filed dated 11/20/2024, Docket No. 44

182. Order Confirming Dismissal Pursuant to 11 U.S.C. Section 521(i)(2) dated 11/21/2024, Docket No. 46

183. Third Motion to Extend Time To File Schedules and Statements Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 11/21/2024, Docket No. 49

184. Order Concerning Document due to Case has been dismissed. Name Document: Third Motion to Extend Time. Filed By: Jacqueline Elizabeth Ard and Terry Frank Nicola dated 11/22/2024, Docket No. 50

185. Chapter 13 Trustee Final Report and Account - Case Dismissed dated 12/03/2024, Docket No. 54

186. Motion to Reopen Chapter 13 Case Filed by Jacqueline Elizabeth Ard dated 12/18/2024, Docket No. 56

187. Deficiency Notice re: Motion to Reopen Case (related document(s)56) Deficiency Correction Due By: 12/30/2024 **Motion is missing the signature of the Co-debtor, a Certificate of Service, and the filing fee in the amount of $235.00 dated 12/19, 2024, Docket No. 57

188. Amended Motion to Reopen Chapter 13 Case Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 12/19/2024, Docket No. 59

189. Motion to Seal Document Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 12/19/2024, Docket No. 60

190. A Motion to Seal an affidavit was filed by Jacqueline Elizabeth Ard and Terry Frank Nicola in support of a motion to reopen. Motion to Seal is granted and the affidavit shall be filed as a restricted document. AND IT IS SO ORDERED dated 12/20/2024, Docket No. 61

191. Sealed Document Titled: Affidavit of Jacqueline Elizabeth Ard Filed by Jacqueline Elizabeth Ard dated 12/20/2024, Docket No. 62

192. Filing Fee Collection Letter directing payment of $173.00 for unpaid case filing fees dated 12/23/2024, Docket No. 66

193. Motion to Waive Fee *to Reopen Case* Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 12/31/2024, Docket No. 71

194. Objection to Motion to Reopen Case filed by Debtor Jacqueline Elizabeth Ard, Motion to Reopen Case filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola with Certificate of Service Filed by James M. Wyman dated 01/02/2025, Docket No. 70

195. Response to Objection filed by Trustee James M. Wyman with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 01/05/2025, Docket No. 73

196. Order Denying Amended Motion to Reopen Dismissed Case; Mooting Motion to Waive Fee; and Setting Scheduling Requirements dated 01/10/2025, Docket No. 74

197. Debtor's Motion for Damages Based on Contempt and Willful Violation of the Automatic Stay with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 01/10/2025, Docket No. 77

198. Hearing scheduled relating to: Debtor's Motion for Damages Based on Contempt and Willful Violation of the Automatic Stay with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 01/27/2025, Docket No. 84

199. Amended Debtor's Motion for Additional Damages Based on Contempt and Debtors Response to Creditors Opposition to Debtor's Motion for Damages. with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 01/27/2025 Docket No. 87

200. Amended Debtor's Motion for Additional Damages Based on Contempt and Debtors Response to Creditors Opposition to Debtors' Motion for Damages with Certificate of Service Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 02/01/2025, Docket No. 90

201. Text Order: THIS MATTER is before the Court on the Motion for Damages Based on Contempt and Willful Violation of the Automatic Stay filed on January 10, 2025, by Debtors Jacqueline Elizabeth Ard and Terry Frank Nicola (ECF No. 77), as amended on January 27, 2025 (ECF No.87) and modified by the Court on February 1, 2025 (ECF No. 90), and the Responses thereto filed by Estate at Westbury Owners Association, Inc., filed January 25, 2025 (ECF No. 81) and March 10, 2025 (ECF No. 100). A hearing on this matter is scheduled for March 26, 2025, at 2:00 p.m., in Charleston. It appearing that this matter is disputed and may require the presentation of testimony or other evidence, it is hereby ORDERED that the parties shall file a joint statement of dispute, using the appropriate form available on the Local Forms page of the Court's website, on or before Friday, March 21, 2025 at 5:00 p.m. AND IT IS SO ORDERED dated 03/13/2025, Docket No. 101

202. Statement of Dispute Filed by Evan K. Bromley of Bromley Law Firm LLC, Julie A. Franklin of Franklin Legal Services LLC on behalf of Estate at Westbury Owners Association, Inc. dated 03/21/2025, Docket No. 103

203. Joint Statement of Dispute and Stipulation Filed by Jacqueline Elizabeth Ard dated 03/21/2025, Docket No. 105

204.   Joint Statement of Dispute and Stipulation Filed by Jacqueline Elizabeth Ard dated 03/21/2025, Docket No. 108

205.   Hearing Held relating to: Motion for Damages for Creditor Misconduct filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola, Motion for Damages for Creditor Misconduct filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola, Motion for Damages for Creditor Misconduct filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola. (related document(s)87, 77, 90) Motion denied. Order Due from Attorney Julie Franklin on 4/9/2025 (Text Only Event) dated 03/26/2025, Docket No. 109

206.   Transcript of Hearing Held 3/26/2025 dated 04/03/2025, Docket No. 115

207.   Order Denying Debtors' Motion for Damages for Violation of the Automatic Stay dated 04/29/2025, Docket No. 118

208.   Notice of Appeal to District Court re: 118 Order *Denying Debtors' Motion for Damages for Violation of the Automatic Stay*. Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola. Appellant Designation due by 5/27/2025 dated 05/13/2025, Docket No. 121

209.   Notice of Appeal Letter Sent To Jacqueline Elizabeth Ard; Terry Frank Nicola; John Curtis, Ralph Paine, Matthew Paul, Debra Schumann, Janet Spinelli Represented by Julie Franklin; Evan K. Bromley; UST, Served on 05/13/2025 via NEF. Debtor and Joint debtor via US Mail on 05/14/2025. Document Noticed. Filed by US Bankruptcy Court dated 05/13/2025, Docket No. 123

210.   Transmittal of Notice of Appeal to District Court Case No. 2504019 Filed by US Bankruptcy Court dated 05/14/2025, Docket No. 124

211.   Transmittal of Record on Appeal to District Court Case No. 2504019 Filed by US Bankruptcy Court dated 06/10/2025, Docket No. 125

212.   Court Certificate of Mailing of re: Transmittal of Notice of Appeal, Record on Appeal or Withdrawal of Reference (USDC) Date Filed: 6/10/2025 Parties Served: Jacqueline Elizabeth Ard and Terry Frank Nicola were served via U.S. Mail at their respective addresses on record in this case. Dated 06/10/2025, Docket No. 126

213.   Amended Notice of Appeal and Statement of Election filed by Debtor Jacqueline Elizabeth Ard, Joint Debtor Terry Frank Nicola dated 06/17/2025, Docket No. 128

214.   Transmittal of Notice of Appeal to District Court Case No. 2504019 *(Amended Notice of Appeal)* Filed by US Bankruptcy Court dated 06/26/2025, Docket No. 129

215.   Motion for Leave to Appeal Filed by Jacqueline Elizabeth Ard, Terry Frank Nicola dated 07/18/2025, Docket No. 131

216.   Order and Judgment on Appeal from District Court Re: Appeal.11/05/2025, Docket No. 137


**Docket Entries from Bankruptcy Case 25-80005:**

217.   Public Docket Sheet for case 25-80005

218.   Adversary case 25-80005. Complaint by Jacqueline Ard against Zeidman's Jewelry & Loan of Southfield dated 01/24/2025, Docket No. 1

219.   Summons Issued on Zeidman's Jewelry & Loan of Southfield dated 01/27/2025, Docket No.  2

220.   Court Certificate of Mailing of re: Summons Issued Date Filed: 1/27/2025 Parties Served: Plaintiff via US Mail dated 01/27/2025, Docket No. 3

221.   Certificate of Service RE: Summons Issued. Filed by Jacqueline Ard dated 02/01/2025, Docket No. 5

222.   Notice of Appearance and Request for Notice with Certificate of Service Filed by Tara E. Nauful of Best Law, P.A. on behalf of Zeidman's Jewelry & Loan of Southfield dated 02/10/2025, Docket No. 6

223. Notice of Appearance and Request for Notice with Certificate of Service Filed by Tara E. Nauful of Best Law, P.A. on behalf of Zeidman's Jewelry & Loan of Southfield dated 02/12/2025, Docket No. 7

224. Answer to Complaint Filed by Zeidman's Jewelry & Loan of Southfield dated 02/19/2025, Docket No. 8

225. Motion to Dismiss Adversary Proceeding with Notice required by SC LBR 7012-1. Filed by Zeidman's Jewelry & Loan of Southfield dated 02/19/2025, Docket No. 9

226. Certificate of Service RE: Answer to Complaint filed by Defendant Zeidman's Jewelry & Loan of Southfield, Motion to Dismiss Adversary Proceeding filed by Defendant Zeidman's Jewelry & Loan of Southfield. The filing party has verified that parties required to receive notice have received notice by Notice of Electronic Filing and has provided notice to other parties listed in the attached Certificate of Service. Filed by Zeidman's Jewelry & Loan of Southfield dated 02/19/2025, Docket No. 10

227. Order Setting Deadline for Response to Motion to Dismiss dated 02/21/2025, Docket No. 11

228. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 02/23/2025, Docket No. 12

229. Response to Motion to Dismiss Adversary Proceeding Filed by Jacqueline Ard dated 02/24/2025, Docket No. 14

230. Motion *to Strike Certain Portions of Plaintiff's Response to Motion to Dismiss* with Certificate of Service. Filed by Zeidman's Jewelry & Loan of Southfield dated 02/27/2025, Docket No. 15

231. Hearing scheduled relating to: Motion to Dismiss Adversary Proceeding with Notice required by SC LBR 7012-1. Filed by Zeidman's Jewelry & Loan of Southfield., and Motion *to Strike Certain Portions of Plaintiff's Response to Motion to Dismiss* with Certificate of Service. Filed by Zeidman's Jewelry & Loan of Southfield (related document(s)14). **Document Served**. (related document(s)9, 15) Hearing scheduled for 3/13/2025 at 10:00 AM at Charleston. The case judge is L Jefferson Davis, IV dated 03/03/2025, Docket No. 16

232. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 03/05/2025, Docket No. 17

233. Hearing Held relating to: Motion to Dismiss Adversary Proceeding filed by Defendant Zeidman's Jewelry & Loan of Southfield, Motion filed by Defendant Zeidman's Jewelry & Loan of Southfield. Motions are granted in part and denied in part. Order Due from Attorney Tara Nauful by 4/10/2025 (Text Entry Only) dated 03/13/2025, Docket No. 18

234. Initial Adversary Proceeding Case Management Order dated 03/13/2025, Docket No. 19

235. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 03/15/2025, Docket No. 20

236. Request for Transcript of Hearing Held on 03/13/2025 Filed by Jacqueline Ard dated 03/27/2025, Docket No. 22

237. Request for Audio Recording in the format of CD. Hearing Date: 03/13/2025. 34.00 Filed by Jacqueline Ard dated 03/28/2025, Docket No. 26

238. A clerical mistake was made in the entry of docket # 24. Pursuant to Fed. R. Civ. P. 60(a) and Fed. R. Bankr. P. 9024, the document has been restricted, and no further action will be taken dated 03/31/2025, Docket No. 25

239. Adversary Proceeding Report Filed by Zeidman's Jewelry & Loan of Southfield dated 04/02/2025, Docket No. 27

240. Adversary Proceeding Report Filed by Jacqueline Ard dated 04/02/2025, Docket No. 29

241. Deficiency Notice re: Request for Audio Recording Deficiency Correction Due By: 4/18/2025 **Failure to remit the fee for the USB in the amount of $34.00 dated 04/08/2025, Docket No. 30

242. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 04/10/2025, Docket No. 31

243. Order Granting in Part and Denying in Part Defendant's Motion to Dismiss with Prejudice and Denying Counsel's Motion to Strike dated 04/11/2025, Docket No. 32

244. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 04/13/2025, Docket No. 33

245. Scheduling Order dated 04/16/2025, Docket No. 34

246. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 04/18/2025, Docket No. 35

247. Order Concerning Document due to Failure to remit the fee for the USB in the amount of $34.00 dated 04/29/2025, Docket No. 38

248. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 05/01/2025, Docket No. 39

249. Motion For Summary Judgment with Notice required by SC LBR 7056-1 Filed by Zeidman's Jewelry & Loan of Southfield dated 06/26/2025, Docket No. 40

250. Certificate of Service RE: Motion for Summary Judgment filed by Defendant Zeidman's Jewelry & Loan of Southfield. The filing party has verified that parties required to receive notice have received notice by Notice of Electronic Filing and has provided notice to other parties listed in the attached Certificate of Service. Filed by Zeidman's Jewelry & Loan of Southfield dated 06/26/2025, Docket No. 41

251. Text Order: This matter is before the Court on the Motion for Summary Judgment filed by Defendant Zeidman's Jewelry & Loan of Southfield, a/k/a Zeidman's Jewelry & Loan of Michigan. ECF No. 40. Plaintiff has failed to respond to the motion. Plaintiff is now a debtor in chapter 7 case, CA No. 25-1384. The actions alleged in Plaintiff's complaint occurred prior to that case being filed and therefore this adversary proceeding is an asset of the chapter 7 estate. Plaintiff is no longer the real party in interest to maintain this proceeding. National American Ins. Co. v Ruppert Landscaping Co., Inc. 187 F3d 439, 441 (4th Cir. 1999). Accordingly, the Court will hold a status hearing on September 30, 2025 at 10:00 am with counsel for the Defendant and the chapter 7 trustee. These parties may request remote appearance by following procedures set forth in Chambers Guidelines. The Clerk of Court shall notice this order on the chapter 7 trustee dated 09/10/2025, Docket No. 42

252. Status Hearing scheduled relating to: Motion for Summary Judgment filed by Defendant Zeidman's Jewelry & Loan of Southfield. Document Served. (related document(s)40). Status hearing to be held on 9/30/2025 at 10:00 AM at Charleston dated 09/10/2025, Docket No. 43

253. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 09/12/2025, Docket No. 44

254. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 09/12/2025, Docket No. 45

255. Request to Appear Remotely by Video on 9/30/2025 Hearing, Slot Number **1**, re: Order. The party(ies) requesting remote appearance are: Attorney Client. Attorney representing: Kevin Campbell, Trustee. Client: Kevin Campbell, Trustee dated 09/24/2025, Docket No. 46

256. Order Granting Request to Appear Remotely by Video 09/26/2025, Docket No. 47

257. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 09/28/2025, Docket No. 48

258. Text Order: THIS MATTER comes before the Court on the Motion for Summary Judgment filed by the Defendant, Zeidman's Jewelry & Loan of Southfield, a/k/a Zeidman's Jewelry & Loan of Michigan (ECF #40). A hearing on this matter is scheduled for September 30, 2025. Due to possible inclement weather on the date of the hearing, the Court hereby continues the hearing until October 7, 2025, at 11:00 AM

at the King and Queen Building, 145 King Street, Room 225, Charleston, SC 29401 dated 09/29/2025, Docket No. 49

259. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 10/01/2025, Docket No. 50

260. Request to Appear Remotely by Video on **10/7/25** Hearing, Slot Number **2**, re: Request to Appear Remotely by Video on **9/30/2025** Hearing, Slot Number **1**, re: Order. The party(ies) requesting remote appearance are: Attorney Client. Attorney representing: Kevin Campbell, Trustee dated 10/07/2025, Docket No. 51

261. Order Granting Request to Appear Remotely by Video dated 10/07/2025, ECF No. 52

262. Status Hearing Held relating to: Motion for Summary Judgment filed by Defendant Zeidman's Jewelry & Loan of Southfield, Status Hearing. Order due from Chambers dated 10/07/2025, Docket No. 53

263. Order Granting Summary Judgment dated 10/08/2025, Docket No. 54

264. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 10/09/2025, Docket No. 55

265. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 10/10/2025, Docket No. 56

266. Disposition of Adversary. Adversary Number 25-80005 Summary Judgement Complaint (Text Only Event) dated 10/23/2025, Docket No. 57.

267. Adversary Case Closed (Text Only Event) dated 10/23/2025, Docket No. 58

## Docket Entries from Bankruptcy Case 25-80006:

268.  Docket Sheet for Case 25-80006

269. Adversary case 25-80006. Complaint by Jacqueline Ard against Ron Zold, Judy Vanderveer, HHR Four Seasons Horizontal Property Regime, Wm Weston Jones Newton dated 01/24/2025, Docket No. 1

270. Cover Sheet for Adversary filed by Plaintiff Jacqueline Ard dated 01/24/2025, Docket No. 2

271. Summons Issued on HHR Four Seasons Horizontal Property Regime dated 01/28/2025, Docket No. 3

272. Court Certificate of Mailing of re: Summons Issued dated 01/28/2025, Docket No. 4

273. Certificate of Service RE: Complaint filed by Plaintiff Jacqueline Ard, Summons Issued dated 01/30/2025, Docket No. 6

274. Motion to Dismiss Adversary Proceeding with Notice required by SC LBR 7012-1. Filed by HHR Four Seasons Horizontal Property Regime, Wm Weston Jones Newton, Judy Vanderveer, Ron Zold dated 02/25/2025, Docket No. 7

275. Motion to Dismiss Adversary Proceeding with Notice required by SC LBR 7012-1. Filed by Wm Weston Jones Newton dated 02/25/2025, Docket No. 8

276. Certificate of Service RE: Motion to Dismiss Adversary Proceeding filed by Defendant Ron Zold, Defendant Judy Vanderveer, Defendant HHR Four Seasons Horizontal Property Regime, Defendant Wm Weston Jones Newton dated 02/25/2025, Docket No. 9

277. Certificate of Service RE: Motion to Dismiss Adversary Proceeding filed by Defendant Wm Weston Jones Newton dated 02/25/2025, Docket No. 10

278. Answer to Complaint Filed by HHR Four Seasons Horizontal Property Regime, Wm Weston Jones Newton, Judy Vanderveer, Ron Zold dated 02/26/2025, Docket No. 11

279. Certificate of Service RE: Answer to Complaint filed by Defendant Ron Zold, Defendant Judy Vanderveer, Defendant HHR Four Seasons Horizontal Property Regime, Defendant Wm Weston Jones Newton dated 02/26/2025, Docket No. 12

280. Order Setting Deadline for Response to Motion to Dismiss dated 02/27/2025, Docket No. 13

281. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 03/01/2025, Docket No. 14

282. Initial Adversary Proceeding Case Management Order dated 03/13/2025, Docket No. 15

283. Proposed Order RE: Motion to Dismiss Adversary Proceeding with Notice required by SC LBR 7012-1. Filed by HHR Four Seasons Horizontal Property Regime, Wm Weston Jones Newton, Judy Vanderveer, Ron Zold. Filed by HHR Four Seasons Horizontal Property Regime, Wm Weston Jones Newton, Judy Vanderveer, Ron Zold dated 03/14/2025, Docket No. 16

284. Proposed Order RE: Motion to Dismiss Adversary Proceeding with Notice required by SC LBR 7012-1. Filed by Wm Weston Jones Newton. Filed by Wm Weston Jones Newton dated 03/14/2025, Docket No. 17

285. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 03/15/2025, Docket No. 18

286. Adversary Proceeding Report Filed by HHR Four Seasons Horizontal Property Regime, Wm Weston Jones Newton, Judy Vanderveer, Ron Zold dated 03/28/2025, Docket No. 21

287. Order Granting in Part Defendant's Motion to Dismiss, Denying in Part Defendant's Motion to Dismiss, and Order to Make a More Definite Statement dated 04/11/2025, Docket No. 22

288. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 04/13/2025, Docket No. 23

289. Motion *for Leave to File an Amended Complaint* Filed by Jacqueline Ard dated 04/25/2025, Docket No. 26

290. Order Setting Hearing dated 04/25/2025, Docket No. 27

291. Motion to Dismiss Adversary Proceeding with Notice required by SC LBR 7012-1. Filed by Wm Weston Jones Newton, Judy Vanderveer, Ron Zold dated 05/13/2025, Docket No. 28

292. Certificate of Service RE: Motion to Dismiss Adversary Proceeding filed by Defendant Ron Zold, Defendant Judy Vanderveer, Defendant Wm Weston Jones Newton dated 05/13/2025, Docket No. 29

293. Request to Appear Remotely by Video on 6/4/2025 Hearing re: Motion *for Leave to File an Amended Complaint* filed by Jacqueline Ard. The party(ies) requesting remote appearance are: Attorney. Attorney representing: Ron Zold, Judy Vanderveer, Wm. Weston Jones Newton dated 05/13/2025, Docket No. 30

294. Order Denying Request to Appear Remotely dated 05/14/2025, Docket No. 31

295. Order Regarding Motin to Dismiss dated 05/14/2025, Docket No. 14

296. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 05/15/2025, Docket No. 33

297. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 05/16/2025, Docket No.  34

298. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 05/16/2025, Docket No. 35

299. Objection to Motion filed by Plaintiff Jacqueline Ard *For Leave to File Amended Complaint* Filed by Wm Weston Jones Newton, Judy Vanderveer, Ron Zold dated 05/28/2025, Docket No. 36

300. Certificate of Service RE: Objection filed by Defendant Ron Zold, Defendant Judy Vanderveer, Defendant Wm Weston Jones Newton dated 05/28/2025, Docket No. 37

301. Hearing Held. Debtor(s) were not present. Defendant's counsel, D. Haskell appeared. The Motion is denied. The Court will prepare the Order. Relating to: Motion filed by Plaintiff Jacqueline Ard (Text Entry Only) dated 06/04/2025, Docket No. 38

302. Text Order:  This matter is before the Court on the Motion to Dismiss filed by the defendants in this matter. Plaintiff failed to respond to the motion. ECF No. 28. The

Plaintiff's chapter 13 case (CA No. 25-1384) has been converted to a chapter 7 case. The actions alleged in Plaintiff's complaint occurred before Plaintiff's current petition was filed and therefore this adversary proceeding is an asset of the chapter 7 estate in 25-1384. Plaintiff is no longer the real party in interest to maintain this proceeding. National American Ins. Co. v Ruppert Landscaping Co., Inc. 187 F3d 439, 441 (4th Cir. 1999). Further, Plaintiff was ordered to file an amended complaint on April 11, 2025, and did not do so. ECF No. 22. The defendants' motion to dismiss will be granted unless the chapter 7 trustee intervenes and responds to the motion to dismiss within 14 days of this order or the chapter 7 trustee timely seeks an extension of time to respond. The Clerk of Court shall notice this order on the chapter 7 trustee dated 09/10/2025, Docket No. 39

303. Certificate of Service of Document as served by the Bankruptcy Noticing Center dated 09/12/2025, Docket No. 40

304. Order Dismissing Case dated 09/26/2025, Docket No. 41

305. Disposition of Adversary. Adversary Number 25-80006-jd Case dismissed Complaint dated 09/26/2025, Docket No. 42

306. Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 09/28/2025 dated 09/28/2025, Docket No. 43

307. Disposition of Adversary. Adversary Number 25-80006-jd Dismissed Complaint (Text Event Only) dated 10/30/2025, Docket No. 44

308. Adversary Case Closed (Text Event Only) dated 10/30/2025, Docket No. 45

### Docket Entries from Bankruptcy Case 25-80061

*The Appellants did not reference specific documents by docket entry, name, or date to enable the bankruptcy clerk to assemble and send this portion of the record pursuant to Fed. R. Bankr. P. 8009.*

### Docket Entries from District Court Appeal Case 9:25-cv-04019-BHH

309. Docket sheet.

### Docket Entries from District Court
### Motion to Withdraw Reference Case 9:26-00425-BHH-MHC

310. Docket Sheet.

### Docket Entries from District Court Appeal Case 9:26-00994-BHH-MHC

311. Docket sheet.

### Current Appeal Filings Case 9:25-cv-12567-BHH-MHC

*The Appellants did not reference specific documents by docket entry, name, or date to enable the bankruptcy clerk to assemble and send this portion of the record pursuant to Fed. R. Bankr. P. 8009.*

### Docket Entries from the Eastern District of Michigan Case 25-40952

The Appellants requested designation of the below case docket and order, which are not a part of the record on file in the South Carolina Bankruptcy Court and, therefore, are not part of the transmitted record.

*"Docket sheet and dismissal order from Case No. 25-409952-MLO (Jacqueline Elizabeth Ard and Terry Frank Nicola, Chapter 13, Eastern District of Michigan, filed January 31, 2025, dismissed March 3, 2025) – referenced in Doc. 133 as evidence of serial filing and basis for denial of automatic stay under 11 U.S.C. § 362(c)(4)."*

## Procedural and Administrative Order and Court Guidelines:

The Appellants requested designation of the below items, which are not a part of the case record on file in the South Carolina Bankruptcy Court and/or insufficient information was provided by the Appellants to identify the specific items being designated to enable the bankruptcy clerk to assemble and send this portion of the record pursuant to Fed. R. Bankr. P. 8009. Therefore, the below items are not part of the transmitted record.

312. Operating Order 23-02
313. SC LBR 5075-1
314. SC LBR 3015-1
315. *"Any other local rules cited in the appealed Order or relevant issues on appeal."*
316. *"General Order of the Bankruptcy Court in effect during the pendency of this case and referenced in any ruling."*
317. *"Standing Orders of Judge L. Jefferson Davis, IV regarding courtroom procedures, hearing protocols, or case management applicable to this case."*

I, N. Beaulieu, hereby certify that, to the best of my knowledge, the transmitted copies are true and correct copies of the record and proceedings on file in the office of the Clerk, U.S. Bankruptcy Court, in the above-captioned action.



Lauren T Maxwell, Clerk of Court
United States Bankruptcy Court

BY:/s/ N. Beaulieu
N. Beaulieu, Appeals Clerk

Columbia, South Carolina

April 16, 2026

Parties to appeal are:
For Appellant:

Jacqueline Elizabeth Ard
Terry Frank Nicola
21215 Dartmouth

Southfield, MI 48076

For Appellee:

John B. Kelchner
PO Box 1473 (29202)
190 I Main St., Suite 900
Columbia, SC 29201


Lucas S. Fautua
171 Church Street, Ste 120
Charleston, SC 29413

James Wyman, Trustee
PO Box 997
Mt. Pleasant, SC 29465

Julie Franklin
P.O. Drawer 2976
Bluffton, SC 29910

Benjamin E. Grimsley
P.O. Box 11682
Columbia, SC 29211