UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Jacqueline Elizabeth Ard and Terry Frank Nicola<br><br><br><br>Debtor(s). | CHAPTER 7<br>CASE NO: 25-01384-JD<br><br>TRANSMITTAL OF RECORD ON APPEAL |

To: The Honorable Robin L. Blume, Clerk of the United States District Court, District of South Carolina

Pursuant to Bankruptcy Rule 8010, I hereby transmit the following record on appeal:

**DOCKET SHEET**
**NO ITEMS RECEIVED FROM EITHER APPELLANTS OR APPELLEES**
**APPEAL FEE NOT PAID - SEE ATTACHED FILE CORRESPONDENCE SENT TO JACQUELINE ELIZABETH ARD AND TERRY FRANK NICOLA, MARCH 09, 2026, DOCKET NO. 279.**

I, N. Beaulieu, hereby certify that, to the best of my knowledge, the transmitted copies are true and correct copies of the record and proceedings on file in the office of the Clerk, U.S. Bankruptcy Court, in the above-captioned action.



Lauren T Maxwell, Clerk of Court
United States Bankruptcy Court

BY: /s/ N. Beaulieu
      N. Beaulieu, Appeals Clerk

Columbia, South Carolina

April 20, 2026

Parties to appeal are:

For Appellant:

Jacqueline Elizabeth Ard
21215 Dartmouth Dr.
Southfield, MI 48076-5634

Terry Frank Nicola
21215 Dartmouth Dr.
Southfield, MI 48076-5634

For Appellee:

Kevin Campbell, Esq.
PO Box 684 Mt. Pleasant, SC 29465-0803

Michael H. Conrady, Esq.
PO Box 684 Mt. Pleasant, SC 29465-0803