AO 450 (SCD 11/2011)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Jacqueline Elizabeth Ard, Terry Frank Nicola | ) | |
| *Appellant(s)* | ) | |
| v. | ) | Civil Action No.    9:26-cv-00994-BHH |
| Kevin Campbell, Esq., Michael H. Conrady, Esq. | ) | |
| *Appellee(s)* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

❒  other: the decision of the Bankruptcy Court is affirmed.


This action was


❒ decided by Honorable Bruce Howe Hendricks, United States District Judge.


Date:   May 28, 2026                    *ROBIN L. BLUME, CLERK OF COURT*


                                         s/S. Shealy
                                    _____
                                        *Signature of Deputy Clerk*