100 Kensington Blvd., Unit 1106 Bidders

| Bidder Number | First Name | Last Name | | | | |
|---|---|---|---|---|---|---|
| 5016 | Mary | Andrews | | | | |
| 5020 | John | Caristo | | | | |
| 5021 | Brian | Austin | | | | |
| 5006 | laura | salman | | | | |
| 5026 | Yolanda | Eberhardt | | | | |
| 5038 | Ralph | PAINE | | | | |
| 5035 | Billy | Kelley | | | | |
| 5041 | Ellie | Miller | | | | |
| 5036 | collin | george | | | | |
| 5030 | Ron | Coker | | | | |
| | | | | | | |
| Winning Bidder | 5003 - Ron Coker | | | | | |
| Winning Bid Total | $173,800.00 | | | | | |

1