**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  25–01384–jd

Chapter:  7

**In re:**

Jacqueline Elizabeth Ard
dba Global Management Group LLC, dba Beachside Estates LLC

Terry Frank Nicola
dba Beachside Estates LLC, dba Global Management Group

| **Entered By The Court**<br>**6/24/26** | **ORDER DISCHARGING DEBTOR** | **Filed By The Court**<br>**6/24/26**<br>Lauren T Maxwell<br>Clerk of Court<br>US Bankruptcy Court |
| --- | --- | --- |

A discharge under 11 USC § 727 is granted to: Jacqueline Elizabeth Ard, Terry Frank Nicola

**IT IS SO ORDERED.**

L. Jefferson Davis, IV
United States Bankruptcy Judge

SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of South Carolina

In re:                                                                          Case No. 25-01384-jd

Jacqueline Elizabeth Ard                                                        Chapter 7

Terry Frank Nicola
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0420-2 | User: admin | Page 1 of 10 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: 164BNC | Total Noticed: 232 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | East Pittsburgh Borough, 813 Linden Ave, East Pittsburg, PA 15112-1275 |
| cr | + | Estate at Westbury Owners Association, Inc., C/O Counsel, 25 Thurmond Way, #2976, Bluffton, SC 29910-9223 |
| cr | + | Hilton Hear Resort Four Seasons Centre Horizontal, C/o Jones, Simpson & Newton, P.O. Box 1938, Bluffton, SC 29910, UNITED STATES 29910-1938 |
| dft | + | Scott M Wild, Law Office of Scott M Wild LLC, 37 New Orleans Road, Suite F, HILTON HEAD ISLAND, SC 29928 UNITED STATES 29928-4756 |
| cr | | Strada, PO Box 299116, Lewisville, TX 75029-9116 |
| 544518984 | | AAdvantage Aviator Portfolio Recovery, PO Box 8828, Wilmington, DE 19899-8828 |
| 544518986 | + | ADT Security Services, P.O. Box 650485, Pittsburgh, PA 15250-0001 |
| 544518987 | | ADT,LLC, Transworld Systems Inc, 500 Virginia Dr. Suite 514, Ft Washington, PAl 9304 |
| 544518988 | + | Allstate Indemnity, POBox4310, Carol Stream, IL 60197-4310 |
| 544518989 | | Allstate Insurance, P.O. Box 21169, Roanoke, VA 24018-0537 |
| 544518990 | + | American Express -, AXPLEGALATTORNEY, 500 North Franklin Turnpike No. 315, MAIL CODE 297, Ramsey, New Jersey 07446-1160 |
| 544518993 | + | Armstrong Cable, P.O. Box 300, Lancaster, PA 17608-0300 |
| 544526216 | | Armstrong Cable, PO Box 37749, Philadelphia, PA 19101-5049 |
| 544526225 | + | Armstrong Cable, 437 North Main St, Butler, PA 16001-4358 |
| 544518995 | + | Association Services, An Associa Company C/O Hilto, 1040 William Hilton Pky #200, Hilton Head Island, SC 29928-6109 |
| 544519002 | + | Barry Mullis, 239 Beach City Road Apt 2213, Hilton Head Island, SC 29926-4713 |
| 544519003 | + | Beaufort County Sheriffs Department, Melissa Hansen, PO. Box 1758, Beaufort, SC 29901-1758 |
| 544519005 | + | Beaumont Medical Transport Services, 950 West Maple St Suite C, Troy, MI 48084-5376 |
| 544519194 | + | Best Law, PA, Tara E. Nauful, P.O. Box 2374, Mount Pleasant, SC 29465-2374 |
| 544519006 | + | Braun Kendrick Finkbeiner PLC, Mitchell G. Piper, 4301 Fashion Square Blvd, Saginaw, MI 48603-1250 |
| 544519195 | | Bromley Law Firm LLC, Evan K. Bromley, 211 Goethe Rd Ste B, Bluffton, SC 29910-6014 |
| 544526237 | | Chipumoi, Nicolas, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487-2853 |
| 544669810 | + | Christopher M. Kovach, Barnwell Whaley Patterson and Helms, 211 King Street, Suite 300, Charleston, SC 29401-3190 |
| 544519017 | | City of Detroit - Property Tax, P.O. Box 33193, Detroit, MI 48232-5193 |
| 544519018 | + | Clare County 55th Judicial Circuit, 225 West Main, Harrison, MI 48625-8336 |
| 544519021 | + | Comenity Portfolio Refresh, 3095 Loyalty Circle, Columbus, OH 43219-3673 |
| 544519023 | | County Council Of Beaufort County Assessor, Real Property Services, P.O. Drawer 1229, Beaufort, SC 29901 |
| 544526208 | + | County of Alleghney Treasurer, Room 108 Courthouse, 436 Grant St, Pittsburgh, PA 15219-2497 |
| 544519198 | | Coyne Oil, Attn: Rose, 513 W 5th St, Clare, MI 48617-9405 |
| 544519027 | + | Cuyahoga Community ColJege, 700 Carnegie Ave., Cleveland, OH 44115-2878 |
| 544519036 | + | DNF Associates, 2351 N Forest Road Suite 110, Getzville, NY 14068-9902 |
| 544519029 | + | Dave Yost OH Attorney General, Attn: Timothy Sullivan, 18013 Cleveland Pkwy Suite 180, Cleveland, OH 44135-3235 |
| 544519031 | + | Dillon McCandless King Coulter, Graham, LLP, 128 West Cunningham Street, Butler, PA 16001-5742 |
| 544533102 | | DirectTV LLC, CT Corporation, 1209 N Orange St, Wilmington, DE 19801-1120 |
| 544519034 | | Diverse Funding, 3580 Harlem Rd Suite 6, Cheektowaga, NY 14215-2045 |
| 544519038 | | Duquesne Light, Payment Processing Center, P.O.BOX67, Pittsburgh, PA 15257-0001 |
| 544526209 | + | East Pittsburgh Borough, 813 Linden Ave, East Pittsburgh, PA 15112-1275 |
| 544519201 | | Estate At Westbury Owners Assoc, Inc, Board of Directors, 85 Kensington Blvd, Bluffton, SC 29910-4884 |
| 544560304 | + | Estate at Westbury Owners Association, Inc., C/O Julie A. Franklin, Esq., 25 Thurmond Way, #2976, Bluffton, South Carolina 29910-9223 |
| 544519045 | + | Fortiva - Bob's Discount Furniture, P.O. Box 650721, Dallas, TX 75265-0721 |
| 544519048 | + | George B. Smythe, 4000 S. Faber Place Dr Suite 300, Charleston, SC 29405-8587 |

District/off: 0420-2                           User: admin                                    Page 2 of 10

Date Rcvd: Jun 24, 2026                        Form ID: 164BNC                            Total Noticed: 232

| 544519049 | + | Georgia Traffic, PO Box 80447, Conyers, GA 30013-8047 |
| 544519046 | + | Go Store It, 33 Parameter Road, Bluffton, SC 29910-8571 |
| 544519050 | + | Go Store It, 1249 Avondale Rd, Hendersonville, TN 37075-9672 |
| 544526233 | | Go-Store It Management LLC, 6805 Carnegie Blvd, Ste 250, Charlotte, NC 28211-4276 |
| 544519052 | | Hargray Communications-Cable One Inc, 856 William Hilton Parkway, Hilton Head Island, SC 29928-3423 |
| 544519186 | + | Hilton Head Resort, Board of Directors, 663 William Hilton Pkwy, Hilton Head, SC 29928-3508 |
| 544550512 | + | Hilton Head Resort Four Seasons Centre Horizontal, 663 William Hilton Parkway c/o Ron Zold, Hilton Head Island, SC 29928-3506 |
| 544519053 | + | Hilton Head Resort-Four Seasons Centre, HHR Council of Owners, Attn: Board of Directors, 663 Wiliam Hilton Parkway, Hilton Head Island, SC 29928-3506 |
| 544519057 | + | Honorable Nicola Henry-Taylor, Allegheny Court of Common Pleas, 712 City-County Building, 414 Grant St, Pittsburg, PA 15219-2409 |
| 544519058 | + | Ian D. Maguire and Tiffany Buffkin, Maguire Law Firm, 1600 North Oak Street Suite B, Myrtle Beach, SC 29577-3525 |
| 544519149 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile, PO Box 742596, Cincinnati, OH 45274-259 |
| 544526251 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile Customer Relations, PO Box 37380, Albuquerque, NM 87176-7380 |
| 544519099 | | JPMorgan Chase Bank, N.A., sbmt Chase Bank USA, N.A., CO National Bankruptcy Services, LLC, P.O. Box 9013 Addison, Texas 75001 |
| 544519059 | + | Janet Spinelli, 100 Kensington Blvd Apt NO. 918, Bluffton, SC 29910-7464 |
| 544519060 | + | Jannine M. Mutterer, Esq., 5 Cedar Street, Bluffton, SC 29910-7215 |
| 544519061 | + | John Curtis, 100 Kensington Blvd Apt NO. 1603, Bluffton, SC 29910-7464 |
| 544519187 | + | Jones, Simpson, and Newton PA, Attn: Wm Weston J Newton, 7 Plantation Park Drive Suite 3, Bluffton, SC 29910-6035 |
| 544519100 | | Judy Vanderveer, 663 William Hilton Parkway Apt 3121, Hilton Head Island, SC 29928-3524 |
| 544519188 | | Julie A. Franklin, Esq, PO Box 2976, Bluffton, SC 29910-2976 |
| 544519189 | | Komatsu Benefit Dept, Mark Harder, 401 E Greenfield Ave, Milwaukee, WI 53204-2941 |
| 544519190 | + | Law Office of Scott M. Wild LLC, Scott M. Wild, 37 New Orleans Road Suite F, Hilton Head Island, SC 29928-4756 |
| 544526210 | + | Lincoln Township, PO Box 239, Lake George, MI 48633-0239 |
| 544519056 | + | Master In Equity, 102 Ribaut Road 2nd Floor, Beaufort, SC 29902-4453 |
| 544526222 | + | Medical University of South Carolina, 1 Poston Rd Ste 220, Charleston, SC 29407-3436 |
| 544545480 | + | Melinda Oviatt, P.O. Box 5016, Rochester, MI 48308-5016 |
| 544519191 | | Morgan Lewis and Bockius LLP, Attn: Matt Hawes, One Oxford Centre, Thirty-Second FL, Pittsburg, PA 15219-6401 |
| 544519103 | + | Morgan S. Templeton, 145 King Street Suite 300, Charleston, SC 29401-2253 |
| 544519192 | + | Mutterer Law Firm, LLC, Jannine M. Mutterer, Esq, 5 Red Cedar Street Suite 102, Bluffton, SC 29910-8987 |
| 544519106 | | Nationstar Mortgage, PO Box 199111, Dallas, TX 75219-9111 |
| 544519174 | | Nationstar Mortgage, LLC, James Page, Bell Carrington Price & Gregg, LLC, 339 Heyward St, Second Floor, Columbia, SC 29201-4390 |
| 544519107 | + | Nationwide Credit Inc, 1225 Washington St Ste 301, Tempe, AZ 85288-1239 |
| 544519175 | + | Norman Jewelry and Loan, 24777 Telegraph Suite B, Southfield, MI 48033-3000 |
| 544519109 | + | Norman's, 24777 Telegraph Rd, Southfield, MI 48033-3000 |
| 544519113 | + | Office Depot Business Credit, Dept563-8406380360, P.O. Box 70612, Philadelphia, PA 19176-0612 |
| 544519114 | + | Office of Sheriff Beaufort County, P.O. Box 1758, Beaufort, SC 29901-1758 |
| 544519118 | + | Ohio Turnpike EZ Pass, PO Box 94672, Cleveland, OH 44101-4672 |
| 544519119 | | PA Dept of Revenue, Bureau of Individual Taxes, PO. BOX 280504, Harrisburg, PA 17128-0504 |
| 544519128 | + | PLYMOUTH ROCK ASSURANCE, 695 ATLANTIC AVE, BOSTON, MA 02111-2605 |
| 544519129 | + | PNC Bank, 1900 E 9th St, Cleveland, OH 44114-3484 |
| 544526242 | | PNC National Association, PO Box 5570, Cleveland, OH 44101-0570 |
| 544526223 | + | Pacer Service Center, PO Box 780549, San Antonio, TX 78278-0549 |
| 544519176 | + | Palmetto Electric, Attn: Michelle Tyler, 111 Matthews Drive, Hilton Head Island, SC 29926-3689 |
| 544526244 | | Palmetto Electric Cooperative, Inc, PO Box 70878, Charlotte, NC 28272-0878 |
| 544519124 | + | Pioneer Foot Care, 2021 Freepo Rd, Arnold, PA 15068-4809 |
| 544519125 | + | Pittsburgh Water and Sewer, 1200 Penn Ave, Pittsburgh, PA 15222-4216 |
| 544519131 | + | Pods Legal Dept, 5585 Rio Vista Dr, Clearwater, FL 33760-3114 |
| 544519130 | + | Pods Legal Dept, 280 Leetsdale Industrial Dr, Suite 200, Leetsdale, PA 15056-1016 |
| 544519177 | + | Polly Nicola, 2583 Lower Assembly Drive, Fort Mill, SC 29708-6412 |
| 544519133 | + | Portfolio Recovery, P.O. Box 8828, Wilmington, DE 19899-8828, Progressive Insurance 19899-8828 |
| 544519178 | + | Progressive Insurance, 30440 Lakeland Blvd, Wickliffe, OH 44092-1749 |
| 544519138 | | Ronald Zold, 1 Long Cnnc Ct, Bluffton, SC 29909-7113 |
| 544519141 | + | Scott M. Wild, 37 New Orleans Road Suite F, Hilton Head Island, SC 29928-4756 |
| 544519142 | | Semina DeLaurentis, 66 Quail Run, Torrington, CT 06790-2549 |
| 544519143 | + | Shannon Cummings, 302 N. Lake St, Harrison,Ml 48625-8150 |
| 544533101 | | Smith Debnam Narron Drake Saintsing, and Myers, LLP, ATTN: Lucas S. Fautua, 171 Church St, Ste 120C, Charleston, SC 29401-3136 |
| 544519144 | + | South Carolina Dept of Motor Vehicles, PO Box 1498, Blythewood, SC 29016-1498 |
| 544551440 | + | Spa on Port Royal Sound Horizontal Property Regime, c/o Lucas S. Fautua, Esquire, Smith Debnam, 171 Church Street, Suite 120C, Charleston, SC 29401-3136 |
| 544519145 | + | Spectrum Mobile, Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045-1338 |
| 544526249 | + | St. Barnabas, 5850 Meridian Rd, Gibsonia, PA 15044-9667 |

| | | |
|---|---|---|
| 544519153 | | TBOM-ATLS-Fortiva, 6 Concourse Parkway, 2nd Floor-mailroom, Atlanta, GA 30328-6117 |
| 544526224 | + | TD Bank, PO Box 840, Columbus, GA 31902 |
| 544519150 | | Tamara Slank, 14686 Oakwood Drive, Shelby Township, MI 48315-1530 |
| 544519179 | | Taybron Law Firm LLC, 3399 Churchview Ave, Pittsburgh, PA 15227-4358 |
| 544519182 | | The Spa on Port Royal Sound, Board of Directors, 239 Beach City Road, Hilton Head, SC 29926-4707 |
| 544669811 | | The Woodlands at St. Barnabas, Inc., Barnwell Whaley Patterson and Helms, 211 King Street Suite 300, SC 29401 |
| 544519160 | + | Ticket Division, PA Turnpike EZ Pass, 3 00 East Park Dr, Harrisburg, PA 17111-2729 |
| 544519183 | | Title Max Corporation, 155 Bill St, Savannah, GA 31401-2685 |
| 544519161 | | Traffic Magistrate, 4819 Bluffton Parkway, Bluffton, SC 29910-4622 |
| 544526243 | + | US Courts, PACER, PO Box 5208, Portland, OR 97208-5208 |
| 544526255 | + | University of Michigan Deaborn, 4901 Evergreen Rd, Dearborn, MI 48128-1491 |
| 544519169 | + | West Virgina Trafc Division, 300 Spruce St, Morgantown, WV 26505-5548 |
| 544519170 | + | West Virginia EZ Pass, PO Box 1469, Charleston, WV 25325-1469 |
| 544519204 | | Westlake Financial, 2 Equity Way Ste 200, Westlake, OH 44145-1045 |
| 544519171 | + | Woodlands at St Barnabas, Attn: Tom Breth, 128 West Cunningham Street, Butler, PA 16001-5742 |
| 544519205 | | Wright's Custom Body Shop LLC, 1216 Leeson Ave, Cadillac, MI 49601-9097 |
| 544519172 | + | Youngstown State University, 1 Tressel Way, Youngstown, OH 44555-9703 |
| 544519173 | + | Zeidmans, 2669 Gratiot Ave, Detroit, MI 48207-3207 |
| 544519206 | + | Zeidmans Jewelry, Thomas LaBret and-or Current President, 24810 Evergreen Road, Southfield, MI 48075-5538 |

TOTAL: 119

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: jacquelineard72@gmail.com | Jun 24 2026 21:33:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + | Email/PDF: terrynicola30@gmail.com | Jun 24 2026 21:33:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |
| aty | + | Email/Text: BKRMailOps@weltman.com | Jun 24 2026 21:34:00 | Garry Masterson, Weltman, Weinberg and Reis Co., LPA, 5990 West Creek Rd., Suite 200, Independence, OH 44131-2191 |
| tr | + | EDI: QKCAMPBELL.COM | Jun 25 2026 01:32:00 | Kevin Campbell, PO Box 684, Mount Pleasant, SC 29465-0684 |
| cr | + | EDI: AISACG.COM | Jun 25 2026 01:32:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 24 2026 21:34:00 | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| cr | + | Email/Text: BKRMailOps@weltman.com | Jun 24 2026 21:34:00 | WEST-AIRCOMM FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131, UNITED STATES 44131-2191 |
| 544518985 | | Email/Text: amscbankruptcy@adt.com | Jun 24 2026 21:34:00 | ADT Security Services, 1501 Yamato Road, Boca Raton, FL 33431 |
| 544526212 | | Email/Text: amscbankruptcy@adt.com | Jun 24 2026 21:34:00 | ADT LLC, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 544518992 | | Email/Text: ebn@americollect.com | Jun 24 2026 21:34:00 | Americollect Inc, POBox2080, Manitowoc, WI 54221-2080 |
| 544518996 | + | EDI: ATTWIREBK.COM | Jun 25 2026 01:32:00 | ATandT, P.O. BOX 5080, Carol Stream, IL 60197-5080 |
| 544526217 | | EDI: ATTWIREBK.COM | Jun 25 2026 01:32:00 | ATandT, PO Box 5014, Carol Stream, IL 60197-5014 |
| 544533105 | ^ | MEBN | Jun 24 2026 21:31:22 | AWA Collections, Santa Rosa Emergency, PO Box 6605, Orange, CA 92863-6605 |
| 544526213 | + | EDI: PRA.COM | | |

District/off: 0420-2                         User: admin                                    Page 4 of 10

Date Rcvd: Jun 24, 2026                      Form ID: 164BNC                          Total Noticed: 232

| | | |
|---|---|---|
| | Jun 25 2026 01:32:00 | Advantage Aviator, ATTN Bankruptcy Department, 130 Cooperate Blvd, Norfolk, VA 23502-4952 |
| 544518991          Email/PDF: bncnotices@becket-lee.com | Jun 24 2026 21:37:48 | American Express National Bank, Care of Becket and Lee, PO Box 3001, Malvern PA 19355-0701 |
| 544518994     + Email/Text: bknotices@acsrecovery.com | Jun 24 2026 21:33:00 | Associated Credit Services, INC, P.O. Box 1201, Tewksbury, MA 01876-0901 |
| 544519000     + EDI: BANKAMER | Jun 25 2026 01:32:00 | Bank of America, P.O. Box 982238, El Paso TX 79998-2238 |
| 544519001          EDI: TSYS2 | Jun 25 2026 01:32:00 | Barclays Bank Delaware, Attention: Card Services LEGAL, PO. Box 8833, Wilmington, DE 19899-8833 |
| 544519004          Email/Text: bankruptcy@bcgov.net | Jun 24 2026 21:34:00 | Beaufort County Treasurer, P.O. Drawer 487, Beaufort, SC 29901-0487 |
| 544519134          Email/Text: caineweiner@ebn.phinsolutions.com | Jun 24 2026 21:34:53 | Caine and Weiner, PO. Box 55848, Sherman Oaks, CA 91413 |
| 544519117          EDI: CITICORP | Jun 25 2026 01:32:00 | Office Depot, P.O. Box 78004, Phoenix, AZ 85062 |
| 544519016          Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 24 2026 21:33:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 544519007     + EDI: AISACG.COM | Jun 25 2026 01:32:00 | Capital One Auto Finance,, division of AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept., APS Oklahoma City, OK 73118-7901 |
| 544519010          EDI: CAPITALONE.COM | Jun 25 2026 01:32:00 | Capone-Kohls, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 544519011     + Email/Text: bankruptcy@carter-young.com | Jun 24 2026 21:34:00 | Carter-Young, Inc., 120 2nd St 2nd, Fl Monroe, GA 30655-2391 |
| 544519013     + EDI: JPMORGANCHASE | Jun 25 2026 01:32:00 | Chase Card Services, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 544519167     + EDI: JPMORGANCHASE | Jun 25 2026 01:32:00 | Chase Ink Business Card Services, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 544519014          EDI: CITICORP | Jun 25 2026 01:32:00 | Citibank, PO Box 790034, St. Louis, MO 63179-0034 |
| 544519015     + EDI: CITICORP | Jun 25 2026 01:32:00 | Citicorp Credit Services, Attn: IRU, PO. Box 790034, St. Louis, MO 63179-0034 |
| 544519196          Email/Text: codbankruptcynotices@detroitmi.gov | Jun 24 2026 21:34:00 | City of Detroit Water and Sewerage Dept, 735 Randolph St, Detroit, MI 48226-2830 |
| 544519020          EDI: WFNNB.COM | Jun 25 2026 01:32:00 | Comenity - Zales, PO Box 650971, Dallas, TX 75265-0971 |
| 544519019     + EDI: WFNNB.COM | Jun 25 2026 01:32:00 | Comenity Caesars Rewards, P .0. Box 650960, Dallas, TX 75265-0960 |
| 544519197          Email/Text: bankruptcy_notices@cmsenergy.com | Jun 24 2026 21:34:00 | Consumer Energy Company, Attn: Legal Dept, 1 Energy Plaza Dr, Jackson, MI 49201-2357 |
| 544519022     + Email/Text: bankruptcy_notices@cmsenergy.com | Jun 24 2026 21:34:00 | Consumers Energy Company, Attn: Legal Dept, One Energy Plaza, Jackson, MI 49201-2357 |
| 544519024          Email/Text: bdsupport@creditmanagementcompany.com | Jun 24 2026 21:34:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 544519025          Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2026 21:37:47 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 544519026          Email/Text: bankruptcies@crownasset.com | Jun 24 2026 21:34:00 | Crown Asset Mgmt, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 544519037          EDI: DTEE.COM | | |

District/off: 0420-2 User: admin Page 5 of 10

Date Rcvd: Jun 24, 2026 Form ID: 164BNC Total Noticed: 232

| | | | |
|---|---|---|---|
| | | Jun 25 2026 01:32:00 | DTE, 1 Energy Plaza, WCB 735 Attention Legal Dept, Detroit, MI 48226-1221 |
| 544526218 | EDI: DTEE.COM | | |
| | | Jun 25 2026 01:32:00 | DTE Energy, ATTN Legal Department, PO Box 740786, Cincinnati, OH 45274-0786 |
| 544519200 | EDI: DTEE.COM | | |
| | | Jun 25 2026 01:32:00 | DTE Energy, WCB 735 Attention Legal Department, 1 Energy Plaza, Detroit, MI 48226-1221 |
| 544630539 | ^ MEBN | | |
| | | Jun 24 2026 21:31:43 | Detroit Water and Sewerage Department, c/o Shermeta, Kilpatrick & Assoc., PLLC, 615 Griswold, Suite 1305, Detroit, MI 48226-3994 |
| 544519199 | ^ MEBN | | |
| | | Jun 24 2026 21:31:25 | Detroit Water and Sewerage Dept, Po Box 554899, Detroit, MI 48255-4899 |
| 544519033 | + EDI: DISH | | |
| | | Jun 25 2026 01:32:00 | Dish Network LLC, 9601 S. Meridian Blvd, Englewood, CO 80112-5905 |
| 544519039 | + Email/Text: bankruptcynotifications@ehi.com | | |
| | | Jun 24 2026 21:33:00 | Enterprise Rental Car, 600 Corporate Park Drive, St. Louis, Missouri 63105-4211 |
| 544519044 | Email/Text: Legal@forefrontderm.com | | |
| | | Jun 24 2026 21:34:00 | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220 |
| 544519041 | Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | Jun 24 2026 21:34:00 | Fifth Third Bank, MD No. ROPS05 Bankruptcy Dept, 1850 East Paris SE, Grand Rapids, MI 49546-6253 |
| 544519042 | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Jun 24 2026 21:34:00 | First Energy - Penn Power, PO Box 16001, Reading, PA 19612-6001 |
| 544519043 | + Email/Text: crdept@na.firstsource.com | | |
| | | Jun 24 2026 21:34:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, N Y 14228-3609 |
| 544519047 | + Email/Text: BKRMailOps@weltman.com | | |
| | | Jun 24 2026 21:34:00 | Garry Masterson, Weitman, Weinberg, Reis Co, 5990 West Creek Road suite 200, Independence, Ohio 44131-2191 |
| 544519051 | + Email/Text: bankruptcy@greenskycredit.com | | |
| | | Jun 24 2026 21:34:00 | Greensky, PO. Box2730, Alpharetta, GA 30023-2730 |
| 544519054 | EDI: CITICORP | | |
| | | Jun 25 2026 01:32:00 | Home Depot, Centralized Bankruptcy, P.O. Box 790034, St. Louis, MO 63179-0034 |
| 544519055 | Email/Text: bankruptcy@greenskycredit.com | | |
| | | Jun 24 2026 21:34:00 | Home Depot Loan, POBox2730, Alpharetta, GA 30023-2730 |
| 544526235 | + Email/Text: BankruptcyNotices@hughes.com | | |
| | | Jun 24 2026 21:33:00 | Hughes Network Systems, 11717 Exploration Lane, Germantown, MD 20876-2799 |
| 544526220 | Email/Text: BankruptcyNotices@hughes.com | | |
| | | Jun 24 2026 21:33:00 | Hughes Network Systems, PO Box 96874, Chicago, IL 60693-6874 |
| 544519149 | EDI: JCTM | | |
| | | Jun 25 2026 01:32:00 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-259 |
| 544526251 | EDI: JCTM | | |
| | | Jun 25 2026 01:32:00 | T-Mobile Customer Relations, PO Box 37380, Albuquerque, NM 87176-7380 |
| 544546660 | EDI: JEFFERSONCAP.COM | | |
| | | Jun 25 2026 01:32:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 544519063 | EDI: JPMORGANCHASE | | |
| | | Jun 25 2026 01:32:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 544519064 | EDI: JPMORGANCHASE | | |
| | | Jun 25 2026 01:32:00 | JPMORGAN Chase Bank Bankruptcy, Mail Intake Team, 700 Kansas Lane Floor 01, Monroe, LA 71203-4774 |
| 544526236 | + EDI: JPMORGANCHASE | | |
| | | Jun 25 2026 01:32:00 | JPMorgan Chase Bank, N.A., Payments, PO Box 15368, Wilmington, DE 19850-5368 |
| 544519066 | Email/Text: RASEBN@raslg.com | | |
| | | Jun 24 2026 21:33:00 | JPMorgan Chase Bank, N.A., sbmt Chase Bank USA, NA., CO Robertson, Anschutz, Schneid, |

District/off: 0420-2                        User: admin                                Page 6 of 10
Date Rcvd: Jun 24, 2026                     Form ID: 164BNC                          Total Noticed: 232

| | | | |
|---|---|---|---|
| | | | Crane, 6409 Congress A venue, Suite 100, Boca Raton, FL 33487 |
| 544519062 | ^ | MEBN | |
| | | | Jun 24 2026 21:30:52 — Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 544526221 | | EDI: CAPITALONE.COM | |
| | | | Jun 25 2026 01:32:00 — Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 544519802 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | | Jun 24 2026 21:37:48 — LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 544519101 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | | Jun 24 2026 21:34:00 — Midland Credit Management, 320 East Big Beaver Suite 300, Troy, MI 48083-1271 |
| 544519102 | + | Email/Text: usacompliance@monevo.com | |
| | | | Jun 24 2026 21:34:00 — Monevolnc, 8910 University Cntr Lane Suite 400, San Diego, CA 92122-1025 |
| 544519104 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | | Jun 24 2026 21:33:00 — Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 544519105 | | Email/Text: bankruptcy@nationalcreditsystems.com | |
| | | | Jun 24 2026 21:33:00 — National Credit Systems, Attn: Bankruptcy, PO Box 672288, Marietta, GA 30006-0039 |
| 544547091 | | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | | Jun 24 2026 21:33:00 — Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741 |
| 544519193 | | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | | Jun 24 2026 21:33:00 — Nationstar Mortgage, LLC, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 544519108 | ^ | MEBN | |
| | | | Jun 24 2026 21:31:34 — NES, 2479 Edison Blvd Unit A, Twinsburg, OH 44087-2476 |
| 544519112 | ^ | MEBN | |
| | | | Jun 24 2026 21:31:21 — NORTHSTAR LOCATION SERVICES, 4285 GENESEE STREET, CHEEKTOWAGA, NY 14225-1943 |
| 544526245 | + | Email/Text: Bankruptcies@nragroup.com | |
| | | | Jun 24 2026 21:34:00 — National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 544519120 | ^ | MEBN | |
| | | | Jun 24 2026 21:30:57 — PA Turnpike Toll By Plate, PO. Box 645631, Pittsburgh, PA 15264-5254 |
| 544526241 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | | Jun 24 2026 21:33:00 — PNC Bank, PO Box 609, Pittsburgh, PA 15230-9738 |
| 544548340 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | | Jun 24 2026 21:33:00 — PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 544526246 | + | Email/Text: BankruptcyNotices@pods.com | |
| | | | Jun 24 2026 21:34:00 — PODS Enterprises, LLC, 13535 Feather Sound Dr, Clearwater, FL 33762-2259 |
| 544526232 | | Email/Text: bankruptcy@firstenergycorp.com | |
| | | | Jun 24 2026 21:34:00 — Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 544544977 | + | Email/Text: bankruptcy@firstenergycorp.com | |
| | | | Jun 24 2026 21:34:00 — Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 544643952 | | Email/Text: CustomerBankrNotice@paturnpike.com | |
| | | | Jun 24 2026 21:34:00 — Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 544519123 | + | Email/Text: ebnpeoples@grblaw.com | |
| | | | Jun 24 2026 21:34:00 — Peoples Gas, PO. Box 644760, Pittsburgh, PA 15264-4760 |
| 544526247 | | EDI: Q3G.COM | |
| | | | Jun 25 2026 01:32:00 — Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 544519135 | | EDI: Q3G.COM | |
| | | | Jun 25 2026 01:32:00 — Quantum3 Group LLC agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 544533833 | | EDI: Q3G.COM | |
| | | | Jun 25 2026 01:32:00 — Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

| | | | |
|---|---|---|---|
| 544533548 | EDI: Q3G.COM | Jun 25 2026 01:32:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 544519136 | + Email/Text: ngisupport@radiusgs.com | Jun 24 2026 21:33:00 | Radius Global Solutions, 7831 Glenroy Road Suite 250, Minneapolis, MN 55439-3117 |
| 544519137 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2026 21:37:53 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 544519139 | + EDI: SCAROLNADEPREV | Jun 25 2026 01:32:00 | S.C. Dept of Revenue and Taxation, P.O. Box 125, Columbia, SC 29214-0001 |
| 544519140 | + EDI: SCAROLNADEPREV | Jun 25 2026 01:32:00 | SC Department of Revenue, Office of General Counsel, 300A Outlet Pointe Blvd, Columbia, SC 29210-5666 |
| 544519146 | + EDI: SYNC | Jun 25 2026 01:32:00 | Synchrony Bank, PO Box 669809, Dallas, TX 75266-0957 |
| 544519147 | ^ MEBN | Jun 24 2026 21:31:40 | Synergetic Communication, PO. Box 680608, Franklin, TN 37068-0608 |
| 544526252 | EDI: AIS.COM | Jun 25 2026 01:32:00 | T-Mobile, Care of American Infosource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 544519154 | EDI: TDBANKNORTH.COM | Jun 25 2026 01:32:00 | TD Bank, PO Box 84037, Columbus, GA 31908-4037 |
| 544519155 | EDI: TDBANKNORTH.COM | Jun 25 2026 01:32:00 | TD Bank North NA, 70 Gray Road, Falmouth, ME 041052299 |
| 544519156 | EDI: WTRRNBANK.COM | Jun 25 2026 01:32:00 | TD Bank USA-Target Credit, POBox673, Minneapolis, MN 55440-0673 |
| 544519157 | Email/Text: bankruptcy@hertz.com | Jun 24 2026 21:34:00 | The Hertz Corporation, 8501 Williams Road, Estero, FL 33928-3325 |
| 544519148 | EDI: AIS.COM | Jun 25 2026 01:32:00 | TMobile, CO American Infosource LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 544526248 | EDI: WTRRNBANK.COM | Jun 25 2026 01:32:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 544519151 | ^ MEBN | Jun 24 2026 21:31:35 | Tate and Kirlin Assoc, 4800 East Street Rd Suite 170, Trevose, PA 19053-6660 |
| 544519158 | + Email/Text: bankruptcy@huntington.com | Jun 24 2026 21:34:00 | The Huntington National Bank, 5555 Cleveland Avenue GW4W25, Columbus, OH 43231-4106 |
| 544519159 | + Email/Text: bankruptcy@huntington.com | Jun 24 2026 21:34:00 | The Huntington National Bank, PO Box 89424 OPC856, Cleveland, OH 44101-6424 |
| 544521096 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 24 2026 21:34:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1911 |
| 544519126 | ^ MEBN | Jun 24 2026 21:31:23 | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 544519163 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 24 2026 21:34:00 | US Department of Education, CO Nelnet, 121 South 13th Street, Lincoln, NE 68508-1922 |
| 544526253 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 24 2026 21:34:00 | US Department of Education, PO Box 2837, Portland, OR 97208-2837 |
| 544526231 | ^ MEBN | Jun 24 2026 21:31:43 | Valor Intelligent Processing, LLC, 12005 Ford Rd 700, Dallas, TX 75234-7254 |
| 544526256 | + EDI: VERIZONCOMB.COM | Jun 25 2026 01:32:00 | Verizon, 1095 Avenue of the Americas, New York, NY 10036-6704 |
| 544519165 | + EDI: VERIZONCOMB.COM | Jun 25 2026 01:32:00 | Verizon Wireless Bankruptcy Admin, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

District/off: 0420-2                     User: admin                          Page 8 of 10
Date Rcvd: Jun 24, 2026                  Form ID: 164BNC                   Total Noticed: 232

| 544519166 | | Email/Text: edinkel@vikingservice.com | | |
| | | | Jun 24 2026 21:34:00 | Viking Client Services, Hertz Damage Recovery Team, 7500 Office Ridge Circle, Suite 100, Eden Prairie, MO 55344-3763 |
| 544523152 | + | Email/Text: BKRMailOps@weltman.com | | |
| | | | Jun 24 2026 21:34:00 | WEST-AIRCOMM FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131-2191 |
| 544526211 | + | Email/Text: WCTBankruptcy@waynecountymi.gov | | |
| | | | Jun 24 2026 21:34:00 | Wayne Co Treasurer, 400 Monroe 5th Floor, Detroit, MI 48226-2964 |
| 544545481 | + | Email/Text: WCTBankruptcy@waynecountymi.gov | | |
| | | | Jun 24 2026 21:34:00 | Wayne County Treasurer, 400 Monroe Street, Fifth Floor, Detroit, MI 48226-2964 |
| 544519168 | | EDI: WFCCSBK | | |
| | | | Jun 25 2026 01:32:00 | Wells Fargo Bank, PO. Box 5058, Portland, OR 97208-5058 |
| 544519203 | + | Email/Text: BKRMailOps@weltman.com | | |
| | | | Jun 24 2026 21:34:00 | West-Aircomm FCU, CO Weitman, Weinberg And. Reis Co LPA, 5990 West Creek Road Suite 200, Independence, OH 44131-2191 |
| 544551316 | ^ | MEBN | | |
| | | | Jun 24 2026 21:31:39 | Westlake Services, LLC dba Westlake Financial Serv, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 115

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 544519012 | | CBE Group Spectrum Mobile, Attn: Client Services, P.O. Box 2547 |
| 544519162 | | UPMC, Credit Management Company, P.O. Box 16348 |
| 544518998 | *+ | ATandT, P.O. BOX 5080, Carol Stream, IL 60197-5080 |
| 544533335 | * | American Express National Bank, care of Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 544533336 | * | American Express National Bank, care of Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 544533836 | *+ | CONSUMERS ENERGY COMPANY, Attn: Legal Dept, One Energy Plaza, Jackson, MI 49201-2357 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2026               Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Edward Grimsley | |
| | on behalf of Creditor WEST-AIRCOMM FEDERAL CREDIT UNION ben.grimsley@smithrobinsonlaw.com jodi.willetts@smithrobinsonlaw.com |
| Christy Scott | |

District/off: 0420-2                                    User: admin                                         Page 9 of 10

Date Rcvd: Jun 24, 2026                            Form ID: 164BNC                                    Total Noticed: 232

on behalf of Defendant Beaufort County Treasurer's Office cscott@lawofficeofchristyscott.com

Christy Scott

on behalf of Defendant Beaufort County Assessor's Office cscott@lawofficeofchristyscott.com

Christy Scott

on behalf of Defendant Jerri Ann Roseneau cscott@lawofficeofchristyscott.com

Christy Scott

on behalf of Defendant Beaufort County cscott@lawofficeofchristyscott.com

Christy Scott

on behalf of Defendant Robert J. Bonds  Esq. cscott@lawofficeofchristyscott.com

David W. Overstreet

on behalf of Defendant Jannine Mutterer david@earhartoverstreet.com  alexis.chavis@earhartoverstreet.com

Dean S. Haskell

on behalf of Creditor Hilton Hear Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners  Inc our
Seasons Centre Horizontal Pr dhaskell@jsplaw.net, mainehaskell@aol.com

Elizabeth H Parrott

on behalf of Creditor Nationstar Mortgage LLC elizabeth.parrott@mccalla.com  mccallaecf@ecf.courtdrive.com

J. Ronald Jones, Jr.

on behalf of Defendant Lucas S Fautua rjones@smithdebnamlaw.com  jjackson@smithdebnamlaw.com

J. Ronald Jones, Jr.

on behalf of Creditor Spa on Port Royal Sound Horizontal Property Regime  Inc. rjones@smithdebnamlaw.com,
jjackson@smithdebnamlaw.com

John B. Kelchner

on behalf of Creditor TMX Finance dba TitleMax of South Carolina  Inc. jkelchner@turnerpadget.com,
EMcFadden@TurnerPadget.com

John L. McCants

on behalf of Defendant William B. Mullis jmccants@brblegal.com

John L. McCants

on behalf of Defendant The Spa on Port Royal Sound Horizontal Property Regime jmccants@brblegal.com

John L. McCants

on behalf of Defendant John and Jane Doe Employees and Agents of jmccants@brblegal.com

John L. McCants

on behalf of Defendant IMC Resort Services  Inc jmccants@brblegal.com

John L. McCants

on behalf of Defendant Henry Sanders jmccants@brblegal.com

John L. McCants

on behalf of Defendant Keith Baker jmccants@brblegal.com

John L. McCants

on behalf of Defendant John and Jane Doe Board Members of jmccants@brblegal.com

John L. McCants

on behalf of Defendant Christine M Phillips jmccants@brblegal.com

Julie A. Franklin

on behalf of Creditor Estate at Westbury Owners Association  Inc. jfranklinlegal@gmail.com

Kevin Campbell

kcampbell@campbell-law-firm.com  kcampbell@ecf.axosfs.com

Lucas S. Fautua

on behalf of Creditor Spa on Port Royal Sound Horizontal Property Regime  Inc. lfautua@smithdebnamlaw.com,
jjackson@smithdebnamlaw.com

Maxwell James Seferian

on behalf of Defendant Jannine Mutterer max.seferian@earhartoverstreet.com  paralegal@earhartoverstreet.com

Michael H. Conrady

on behalf of Trustee Kevin Campbell mconrady@campbell-law-firm.com  cshiner@campbell-law-firm.com

Richardo Kilpatrick

on behalf of Creditor Wayne County Treasurer rkilpatrick@shermeta.com

Richardo Kilpatrick

on behalf of Creditor Detroit Water and Sewerage Department rkilpatrick@shermeta.com

Scott M Wild

on behalf of Defendant Scott M Wild scott@wildlawfirm.com

District/off: 0420-2                          User: admin                          Page 10 of 10

Date Rcvd: Jun 24, 2026                       Form ID: 164BNC                       Total Noticed: 232

Tara E. Nauful

      on behalf of Interested Party Zeidman's Jewelry & Loan of Michigan tara@bestlawsc.com

US Trustee's Office

      USTPRegion04.CO.ECF@usdoj.gov


TOTAL: 30