OFFICE OF THE CLERK
# UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA  29201-2423
TELEPHONE (803)765-5436      www.scb.uscourts.gov

| Filed By The Court |
| --- |
| 07/31/26 |
| U.S. BANKRUPTCY COURT DISTRICT OF SOUTH CAROLINA |

## NOTICE – ELECTRONIC FILING DEADLINE

You are receiving this Notice because you are representing yourself in a bankruptcy case and may be impacted by an upcoming amendment to South Carolina Local Bankruptcy Rule 5005-4.

Effective August 17, 2026, self-represented parties may electronically file documents with the Court by utilizing the Court's Electronic Document Submission System (EDSS) **ONLY during the fourteen (14) day period after the date the bankruptcy case was filed** (also known as the "Petition Date").

The Petition Date for your case was prior to August 17, 2026.  Therefore, your ability to electronically file documents with the Court will be extended for an additional fourteen (14) days and will expire on August 31, 2026.  After this date, you must file documents with the Court by mailing or hand-delivering them to the Clerk of Court at 1100 Laurel Street, Columbia, South Carolina 29201. **Any documents submitted electronically after August 31, 2026, will not be processed by the Court and will not be included on the case or proceeding docket or made part of the record.**  For more information, please visit the Court's website at https://www.scb.uscourts.gov/edss.

A copy of this Notice is filed on the docket in your case.