OFFICE OF THE CLERK

**UNITED STATES BANKRUPTCY COURT**

DISTRICT OF SOUTH CAROLINA
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201-2423
TELEPHONE (803)765-5436 www.scb.uscourts.gov

Filed By The Court
07/31/26
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

## NOTICE – ELECTRONIC FILING DEADLINE

You are receiving this Notice because you are representing yourself in a bankruptcy case and may be impacted by an upcoming amendment to South Carolina Local Bankruptcy Rule 5005-4.

Effective August 17, 2026, self-represented parties may electronically file documents with the Court by utilizing the Court's Electronic Document Submission System (EDSS) **ONLY during the fourteen (14) day period after the date the bankruptcy case was filed** (also known as the "Petition Date").

The Petition Date for your case was prior to August 17, 2026. Therefore, your ability to electronically file documents with the Court will be extended for an additional fourteen (14) days and will expire on August 31, 2026. After this date, you must file documents with the Court by mailing or hand-delivering them to the Clerk of Court at 1100 Laurel Street, Columbia, South Carolina 29201. **Any documents submitted electronically after August 31, 2026, will not be processed by the Court and will not be included on the case or proceeding docket or made part of the record.** For more information, please visit the Court's website at https://www.scb.uscourts.gov/edss.

A copy of this Notice is filed on the docket in your case.

United States Bankruptcy Court

District of South Carolina

In re:
Jacqueline Elizabeth Ard
Terry Frank Nicola
Debtors

Case No. 25-01384-jd
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0420-2 User: admin Page 1 of 3
Date Rcvd: Aug 06, 2026 Form ID: pdf03 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: jacquelineard72@gmail.com | Aug 06 2026 22:37:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + | Email/PDF: terrynicola30@gmail.com | Aug 06 2026 22:37:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Edward Grimsley | on behalf of Creditor WEST-AIRCOMM FEDERAL CREDIT UNION ben.grimsley@smithrobinsonlaw.com jodi.willetts@smithrobinsonlaw.com |
| Christy Scott | on behalf of Defendant Beaufort County cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County Assessor's Office cscott@lawofficeofchristyscott.com |

Christy Scott
on behalf of Defendant Robert J. Bonds Esq. cscott@lawofficeofchristyscott.com

Christy Scott
on behalf of Defendant Jerri Ann Roseneau cscott@lawofficeofchristyscott.com

Christy Scott
on behalf of Defendant Beaufort County Treasurer's Office cscott@lawofficeofchristyscott.com

David W. Overstreet
on behalf of Defendant Jannine Mutterer david@earhartoverstreet.com alexis.chavis@earhartoverstreet.com

Dean S. Haskell
on behalf of Creditor Hilton Hear Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners Inc our Seasons Centre Horizontal Pr dhaskell@jsplaw.net, mainehaskell@aol.com

Elizabeth H Parrott
on behalf of Creditor Nationstar Mortgage LLC elizabeth.parrott@mccalla.com mccallaecf@ecf.courtdrive.com

Eric H Nelson
on behalf of Creditor Westlake Financial Services enelson@crawfordvk.com seldridge@crawfordvk.com

J. Ronald Jones, Jr.
on behalf of Creditor Spa on Port Royal Sound Horizontal Property Regime Inc. rjones@smithdebnamlaw.com, jjackson@smithdebnamlaw.com

J. Ronald Jones, Jr.
on behalf of Defendant Lucas S Fautua rjones@smithdebnamlaw.com jjackson@smithdebnamlaw.com

John B. Kelchner
on behalf of Creditor TMX Finance dba TitleMax of South Carolina Inc. jkelchner@turnerpadget.com, EMcFadden@TurnerPadget.com

John L. McCants
on behalf of Defendant Keith Baker jmccants@brblegal.com

John L. McCants
on behalf of Defendant Henry Sanders jmccants@brblegal.com

John L. McCants
on behalf of Defendant IMC Resort Services Inc jmccants@brblegal.com

John L. McCants
on behalf of Defendant Christine M Phillips jmccants@brblegal.com

John L. McCants
on behalf of Defendant William B. Mullis jmccants@brblegal.com

John L. McCants
on behalf of Defendant John and Jane Doe Employees and Agents of jmccants@brblegal.com

John L. McCants
on behalf of Defendant The Spa on Port Royal Sound Horizontal Property Regime jmccants@brblegal.com

John L. McCants
on behalf of Defendant John and Jane Doe Board Members of jmccants@brblegal.com

Julie A. Franklin
on behalf of Creditor Estate at Westbury Owners Association Inc. jfranklinlegal@gmail.com

Kevin Campbell
kcampbell@campbell-law-firm.com kcampbell@ecf.axosfs.com

Lucas S. Fautua
on behalf of Creditor Spa on Port Royal Sound Horizontal Property Regime Inc. lfautua@smithdebnamlaw.com, jjackson@smithdebnamlaw.com

Maxwell James Seferian
on behalf of Defendant Jannine Mutterer max.seferian@earhartoverstreet.com paralegal@earhartoverstreet.com

Michael H. Conrady
on behalf of Trustee Kevin Campbell mconrady@campbell-law-firm.com cshiner@campbell-law-firm.com

Richardo Kilpatrick
on behalf of Creditor Wayne County Treasurer rkilpatrick@shermeta.com

Richardo Kilpatrick
on behalf of Creditor Detroit Water and Sewerage Department rkilpatrick@shermeta.com

Scott M Wild
on behalf of Defendant Scott M Wild scott@wildlawfirm.com

Tara E. Nauful

| | |
|---|---|
| | on behalf of Interested Party Zeidman's Jewelry & Loan of Michigan tara@bestlawsc.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 31