Filed By The Court
8/21/2026 4:29 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

BANKR. CASE NO.:25-01384-JD
CHAPTER 7

**IN RE:**

**Jacqueline Ard and**
**Terry F. Nicola,**

**Debtor(s)**

**DECLARATION OF JACQUELINE ELIZABETH ARD IN SUPPORT OF MOTION FOR LEAVE TO FILE OBJECTION OUT OF TIME**

## DECLARATION OF JACQUELINE ELIZABETH ARD IN SUPPORT OF MOTION FOR LEAVE TO FILE OBJECTION OUT OF TIME

I, Jacqueline Elizabeth Ard, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Debtor in Case No. 25-01384-JD and make this Declaration from personal knowledge.
2. I received notice of the proposed settlement concerning 15826 Appoline Street.
3. I intended to respond and did not intentionally disregard the objection deadline.
4. During the applicable response period, my household experienced significant disability-related complications associated with my husband and co-Debtor Terry Frank Nicola's advanced Parkinson's disease and related neurological impairments.
5. I serve as Mr. Nicola's primary caregiver and provide substantial daily assistance with mobility, medications, transportation, communication, document handling, and other needs.
6. These responsibilities substantially increase when his symptoms worsen and directly affect the time and ability available to me to prepare legal filings while representing ourselves without counsel.
7. On August 17, 2026, Mr. Nicola's treating medical provider issued an updated medical statement documenting his progressive disability and functional limitations.
8. The provider specifically recommended flexibility concerning court proceedings during acute medical episodes and extended or reasonably modified filing deadlines when medically necessary.

9. The provider further explained that Mr. Nicola requires caregiver or support-person assistance because his neurological condition can interfere with mobility, speech, document handling, and independent participation in judicial proceedings.
10. These circumstances materially interfered with my ability to complete the Objection within the prescribed period.
11. The delay was brief.
12. Once I was reasonably able to devote the necessary attention to the Application, I prepared this Objection as promptly as possible.
13. I am not seeking additional time for purposes of delay.
14. The proposed settlement concerns substantial Appoline-related interests asserted by my bankruptcy estate and the residence in which I presently live.
15. Based upon the administration of our bankruptcy estate and the liquidation of substantial estate property, I understand that the estate may ultimately possess sufficient proceeds to pay allowed creditor claims and administrative expenses and may potentially generate a surplus.
16. Because the proposed settlement may reduce the value of the Ard estate, it may affect both creditor recoveries and any residual surplus ultimately distributable to Debtors.
17. I respectfully request that the Court accept the Objection, consider it on the merits, and permit Debtors a meaningful opportunity to be heard before the proposed compromise is approved.

I declare under penalty of perjury that the foregoing is true and correct.

**Respectfully submitted,**

August 20, 2026

**Jacqueline E. Ard, Debtor *Pro Se***
21215 Dartmouth Dr
Southfield, MI 48076
(313) 770-7051