| Fill in this information to identify the case: |
|---|
| Debtor 1   Jacqueline Elizabeth Ard |
| Debtor 2   Terry Frank Nicola<br>(Spouse, if filing) |
| United States Bankruptcy Court for the: _____ District of   SOUTH CAROLINA<br>(State) |
| Case number  25-01384-jd |

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**      NATIONSTAR MORTGAGE LLC        Court claim no. (if known)        19

**Last four digits** of any number you          XXXXXX4192
use to identify the debtors' account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice:

---

**Part 1:        Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 6/11/2025, | (5) | $ 600.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses.  Specify: _____ | | (10) | $ 0.00 |
| 11. | Other.  Specify:   Plan Review | 4/30/2025 | (11) | $ $350.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Jacqueline Elizabeth Ard | Case number (*if known*) | 25-01384-jd |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2:    Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    */s/Michael J. McCormick*                                      Date    07/26/2025
    Signature

Print:    Michael                    J.                    McCormick                    Title    Authorized Agent
    First Name          Middle Name          Last Name

Company    McCalla Raymer Leibert Pierce, LLP

Address    1544 Old Alabama Road
    Number          Street
    Roswell                    GA                    30076
    City                      State                ZIP Code

Contact phone    678-281-3918                    Email    Michael.McCormick@mccalla.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE  DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **In re:** | ) |
| | )    **Case No.** 25-01384-jd |
| Jacqueline Elizabeth Ard | )    **Chapter** 13 |
| Terry Frank Nicola | ) |
| | )    **JUDGE:** L. JEFFERSON DAVIS, IV |

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $350.00 |
| 04/30/2025 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $350.00 | |
| Bankruptcy/Proof of Claim Fees | | | $600.00 |
| 06/11/2025 | Preparation and Filing of Proof of Claim | $600.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:      **$950.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:

Jacqueline Elizabeth Ard
Terry Frank Nicola

Bankruptcy Case No.: 25-01384-jd
Chapter:               13
Judge:                 L. Jefferson Davis, IV

## CERTIFICATE OF SERVICE

I, Michael J. McCormick, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jacqueline Elizabeth Ard (PRO SE)
21215 Dartmouth Dr
Southfield, MI 48076-5634

Terry Frank Nicola
21215 Darthmouth
Southfield, MI 48076

James M. Wyman                          *(Served via ECF Notification)*
PO Box 997
Mount Pleasant, SC 29465-0997

                                        *(Served via ECF Notification)*
US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    08/04/2025      By:    */s/Michael J. McCormick*
                (date)                  Michael J. McCormick
                                        Authorized Agent for Creditor